# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CRYOVAC, INC.** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **PECHINEY PLASTIC PACKAGING INC.,** ) <br> ) <br> Defendant. ) <br> ) | **C.A. No. 04-1278 (KAJ)** |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Pechiney Plastic Packaging Inc. hereby certifies that copies of Defendant Pechiney Plastic Packaging Inc.'s Response to Cryovac's First Set of Interrogatories (Nos. 1-8) to Pechiney and Pechiney Plastic Packaging Inc.'s Response to Cryovac's First Set of Requests (Nos. 1-62) for the Production of Documents and Things were caused to be served on March 4, 2005 upon the counsel of record in the matter indicated.

**By First Class Mail**:

John W. Shaw, Esquire
Karen E. Keller, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19801

Ford F. Farabow, Jr., Esquire
Joann M. Neth, Esquire
Michael J. Flibbert, Esquire
Courtney B. Meeker, Esquire
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
1300 I Street, N.W.
Washington, D.C. 20005-3315

**CONNOLLY BOVE LODGE & HUTZ LLP**


By: <u>/s/ N. Richard Powers</u>
    **N. Richard Powers (#494)**
    1220 Market Street
    P.O. Box 2207
    Wilmington, DE  19899-2207
    (302) 658-9141
    *Attorney for the Defendant*

DATED: March 10, 2005

374312v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March, 2005 I electronically filed a copy of the foregoing with the Clerk of the Court using CM/ECF and served the following individuals in the manner indicated:

**BY HAND DELIVERY**

John W. Shaw, Esquire
Karen E. Keller, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19801

**BY FIRST CLASS MAIL**

Ford F. Farabow, Jr., Esquire
Joann M. Neth, Esquire
Michael J. Flibbert, Esquire
Courtney B. Meeker, Esquire
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.
1300 I Street, N.W.
Washington, D.C. 20005-3315

/s/ N. Richard Powers
N. Richard Powers