IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC., ) <br> ) <br> Plaintiff/Counter-Defendant. ) <br> ) <br> vs. ) <br> ) <br> PECHINEY PLASTIC PACKAGING, ) <br> INC., ) <br> ) <br> Defendant/Counter-Plaintiff. ) | Civil Action No. 04-1278 <br><br> Hon. Kent A. Jordan |

## NOTICE OF DEPOSITION OF MARK B. QUATT

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant/counter-plaintiff Pechiney Plastic Packaging, Inc. will take the deposition upon oral examination of Mark B. Quatt at the offices of Nelson Mullins, Poinsett Plaza, Suite 900, 104 South Main Street, Greenville, South Carolina 29601 beginning at 9:00 a.m. on April 6, 2005, or at such other place and time as may be agreed to by the parties. The deposition will be recorded by videotape and stenographic means.

-2-

The deposition, before a Notary Public or other person authorized by law to administer oaths, will continue from day to day until completed with such adjournments as to time and place as may be necessary. You are invited to attend and to cross-examine the witness.

        Respectfully submitted,

        PECHINEY PLASTIC PACKAGING, INC.

Dated: March 11, 2005        By: *[signature]*
        One of its Attorneys

N. Richard Powers (#494)
Rudolf E. Hutz (#484)
CONNOLLY BOVE LODGE & HUTZ
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
Tel: 302.888.6266

Donald R. Cassling (Admitted *pro hac vice*)
Steven R. Trybus (Admitted *pro hac vice*)
Shelley Malinowski (Admitted *pro hac vice*)
Brian P. O'Donnell (Admitted *pro hac vice*)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Telephone: 312 222-9350

## **CERTIFICATE OF SERVICE**

I, Brian P. O'Donnell, an attorney, hereby certify that I caused true and correct copies of Notice of Deposition of Mark B. Quatt to be served on:

John W. Shaw, Esq.
Karen E. Keller, Esq.
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Fax: (302) 576-3334

Ford F. Farabow, Esq.
Joann M. Neth, Esq.
Michael J. Flibbert, Esq.
Courtney B. Meeker, Esq.
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
1300 I Street, N.W.
Washington, D.C. 20005-3315
Fax: (202) 408-4400

This 11th day of March, 2005 via e-mail and regular mail.

_____
Brian P. O'Donnell