IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | Civil Action No. 04-1278-KAJ |
| ) | |
| v. ) | |
| ) | |
| PECHINEY PLASTIC PACKAGING INC., ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of (1) Cryovac's Response to Pechiney's First Set of Requests for the Production of Documents and Things and (2) Cryovac's Response to Pechiney's First Set of Interrogatories were caused to be served on March 4, 2005 upon the following counsel of record in the manner indicated below:

**BY FACSIMILE AND FEDERAL EXPRESS**

N. Richard Powers Esquire
Rudolf E. Hutz, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE  19899

Donald R. Cassling, Esquire
Steven R. Trybus, Esquire
Shelly Malinowski, Esquire
Brian P. O'Donnell
Jenner & Block LLP
One IBM Plaza
Chicago, IL  60611-7603

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on March 31, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

    N. Richard Powers Esquire
    Rudolf E. Hutz, Esquire
    Connolly Bove Lodge & Hutz LLP
    The Nemours Building
    1007 North Orange Street
    P. O. Box 2207
    Wilmington, DE  19899

**BY FEDERAL EXPRESS**

    Donald R. Cassling, Esquire
    Steven R. Trybus, Esquire
    Shelly Malinowski, Esquire
    Brian P. O'Donnell
    Jenner & Block LLP
    One IBM Plaza
    Chicago, IL  60611-7603

*/s/ John W. Shaw/*

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT &
   TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6689

Attorneys for Plaintiff Cryovac, Inc.

Of counsel:

Ford F. Farabow, Jr.
Joann M. Neth
Michael J. Flibbert
Courtney B. Meeker
Mark J. Feldstein
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
1300 I Street, N.W.
Washington, D.C. 20005-3315
(202) 408-4000


Dated: March 31, 2005