Confidential Subject to Protective Order

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC., | ) |
|     Plaintiff/Counter-Defendant. | ) Civil Action No. 04-1278 |
| vs. | ) Hon. Kent A. Jordan |
| PECHINEY PLASTIC PACKAGING, INC., | ) REDACTED VERSION |
|     Defendant/Counter-Plaintiff. | ) |

## DECLARATION OF STEVEN R. TRYBUS

I, Steven R. Trybus, declare as follows:

1. I am a partner in the law firm of Jenner & Block LLP in Chicago, Illinois. My firm serves as lead counsel to Pechiney Plastic Packaging Inc. ("Pechiney") in this action brought by Cryovac Inc. ("Cryovac"). I have personal knowledge of the matters stated in this declaration and, if called to testify, could and would testify to their accuracy.

2. After having reviewed Plaintiff's Motion for Leave to File Amended Complaint filed with this Court on March 15, 2005, I sent an e-mail message to Joann Neth, counsel for Cryovac, on March 22, 2005, as follows:

> In the proposed Amended Complaint, Cryovac refers to a January 14, 2004, four-year supply agreement with National Beef. Please produce (as quickly as possible) a copy of the agreement so that we can review it in connection with our response to the motion for leave to file this Amended Complaint.

A true and correct copy of the March 22, 2005, e-mail message is attached hereto as Exhibit A.

3. On March 25, 2005, Ms. Neth sent me an e-mail message with an attachment comprising                                     . Ms. Neth stated in her cover e-mail message that the                    message was being produced

Confidential Subject to Protective Order

in response to my March 22 request. A true and correct copy of the March 25, 2005, e-mail message is attached hereto as Exhibit B.

4. This March 25, 2005, e-mail message (and attachment) was the only communication I received from Cryovac's counsel in response to my March 22 request.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of March, 2005, at Chicago, Illinois.

*[signature]*
Steven R. Trybus

Message | Page 1 of 1

## Trybus, Steven R

**From:** Trybus, Steven R
**Sent:** Tuesday, March 22, 2005 3:15 PM
**To:** 'Joann Neth'
**Cc:** Trybus, Steven R; Cassling, Donald R; Herman, Melissa A; Ho, Daniel L; Lee, Julie S; Malinowski, Shelley; O'Donnell, Brian P
**Subject:** Motion For Leave To Amend

Joann

In the proposed Amended Complaint, Cryovac refers to a January 14, 2004, four-year supply agreement with National Beef. Please produce (as quickly as possible) a copy of the agreement so that we can review it in connection with our response to the motion for leave to file this Amended Complaint.

*Steven R. Trybus*
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611-7603
312-222-9350
312-923-8307 (direct)
312-923-8407 (fax)
strybus@jenner.com

The message is for the sole use of the intended recipient(s). The contents of this message and any attachments are CONFIDENTIAL and may be PROTECTED BY LEGAL PRIVILEGES including, without limitation, the attorney/client and/or work product privileges. If you are not an intended recipient (or one authorized to retrieve messages for an intended recipient), be aware that any review, disclosure, copying, distribution, dissemination or use of this message or any attachment or the information contained therein is strictly prohibited. If you have received this message in error, please delete all copies of this message and notify me immediately by reply e-mail. Thank you for your cooperation.

3/29/2005

**Trybus, Steven R**

| | |
|---|---|
| From: | Joann Neth [joann.neth@finnegan.com] |
| Sent: | Friday, March 25, 2005 8:08 AM |
| To: | Trybus, Steven R |
| Cc: | Ford Farabow; Mark Feldstein; jshaw@ycst.com |
| Subject: | Re: Motion For Leave To Amend |


C100-000001.pdf
(37 KB)

Steve

Please see attached re: your request.

Joann

>>> "Trybus, Steven R" <STrybus@jenner.com> 03/22/05 04:15PM >>>
Joann

In the proposed Amended Complaint, Cryovac refers to a January 14, 2004, four-year supply agreement with National Beef. Please produce (as quickly as possible) a copy of the agreement so that we can review it in connection with our response to the motion for leave to file this Amended Complaint.

Steven R. Trybus
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611-7603
312-222-9350
312-923-8307 (direct)
312-923-8407 (fax)
strybus@jenner.com

The message is for the sole use of the intended recipient(s). The contents of this message and any attachments are CONFIDENTIAL and may be PROTECTED BY LEGAL PRIVILEGES including, without limitation, the attorney/client and/or work product privileges. If you are not an intended recipient (or one authorized to retrieve messages for an intended recipient), be aware that any review, disclosure, copying, distribution, dissemination or use of this message or any attachment or the information contained therein is strictly prohibited. If you have received this message in error, please delete all copies of this message and notify me immediately by reply e-mail. Thank you for your cooperation.



*Cryovac v. Pechiney*
Confidential and Subject to Protective Order

C100-000001