IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 04-1278-KAJ |
| ) | |
| PECHINEY PLASTIC PACKAGING INC., ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF JEFFREY GARDNER**

I, Jeffrey Gardner, hereby depose and declare as follows:

1. I was employed by Cryovac, Inc. as a Vice President of Sales for North America in December 2003 and January 2004.

2. When National Beef sent its January 14, 2004 to e-mail Cryovac, the parties had negotiated a document that included the quantity, price, and the type of products to be supplied, along with the other essential terms of an agreement.

3. Approximately 2 ½ hours after Cryovac received the National Beef e-mail on January 14, 2004, I responded with an confirming e-mail that stated

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 5th day of April, 2005,

_____
Jeffrey Gardner