IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PECHINEY PLASTIC PACKAGING INC., )<br>)<br>Defendant. )<br>) | **REDACTED PUBLIC COPY**<br><br>C.A. No.: 04-1278-KAJ<br><br>~~CONFIDENTIAL –~~<br>~~FILED UNDER SEAL~~ |

DECLARATION OF JEFFREY GARDNER

I, Jeffrey Gardner, hereby depose and declare as follows:

1.  I was employed by Cryovac, Inc. as a Vice President of Sales for North America in December 2003 and January 2004.

2.  When National Beef sent its January 14, 2004 to e-mail Cryovac, the parties had negotiated a document that included the quantity, price, and the type of products to be supplied, along with the other essential terms of an agreement.

3.  Approximately 2 ½ hours after Cryovac received the National Beef e-mail on January 14, 2004, I responded with an confirming e-mail that stated

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 5th day of April, 2005,

_____
Jeffrey Gardner

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2005, I caused to be electronically filed a true and correct copy of notice of the foregoing sealed document with the Clerk of the Court using CM/ECF, which will send notification that such notice is available for viewing and downloading to the following counsel of record:

>N. Richard Powers, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>P. O. Box 2207
>Wilmington, DE 19899

I further certify that on April 12, 2005, I caused a copy of the foregoing sealed document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

**BY FEDERAL EXPRESS**

>Steven R. Trybus, Esquire
>Jenner & Block LLP
>One IBM Plaza
>Chicago, IL 60611-7603

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Michele Sherretta
_____
Michele Sherretta (No. 4651)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
msherretta@ycst.com

Attorneys for Plaintiff Cryovac, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such document is available for viewing and downloading to the following counsel of record:

>N. Richard Powers, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>P. O. Box 2207
>Wilmington, DE 19899

I further certify that on April 13, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

**BY FEDERAL EXPRESS**

>Steven R. Trybus, Esquire
>Jenner & Block LLP
>One IBM Plaza
>Chicago, IL 60611-7603

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Michele Sherretta
Michele Sherretta (No. 4651)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
msherretta@ycst.com

Attorneys for Plaintiff Cryovac, Inc.

WP3:1045421.1                                                                 63527.1001