## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CRYOVAC, INC.,                                  )
                                                )
                    Plaintiff/Counter-Defendant, )
                                                )    Civil Action No. 04-1278-KAJ
            v.                                  )
                                                )
PECHINEY PLASTIC PACKAGING INC.,                )
                                                )
                    Defendant/Counter-Plaintiff. )
                                                )

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of (1) Cryovac's Second Set of Requests (Nos. 63-79) to Pechiney for Production of Documents and Things and (2) Cryovac's Third Set of Interrogatories (Nos. 14-17) to Pechiney were caused to be served on May 1, 2005 upon the following counsel of record in the manner indicated below:

### BY ELECTRONIC MAIL

N. Richard Powers Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

Steven R. Trybus, Esquire
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611-7603

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on May 2, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

N. Richard Powers Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Steven R. Trybus, Esquire
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611-7603

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT &
   TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6689

Attorneys for Plaintiff Cryovac, Inc.

Of counsel:

Ford F. Farabow, Jr.
Joann M. Neth
Michael J. Flibbert
Courtney B. Meeker
Mark J. Feldstein
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
1300 I Street, N.W.
Washington, D.C. 20005-3315
(202) 408-4000

Dated: May 2, 2005

WP3:1108451.1                                                      63527.1001