IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PECHINEY PLASTIC PACKAGING INC., )<br>)<br>Defendant. )<br>) | C.A. No. 04-1278 (KAJ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Pechiney Plastic Packaging Inc. hereby certifies that copies of Pechiney Plastic Packaging Inc.'s Notice of Rule 30(b)(6) Deposition Of Cryovac, Inc. (No. 3) were caused to be served on May 1, 2005 upon the counsel of record in the matter indicated.

**By Electronic Mail and Facsimile:**

John W. Shaw, Esquire
Karen E. Keller, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

Ford F. Farabow, Jr., Esquire
Joann M. Neth, Esquire
Michael J. Flibbert, Esquire
Courtney B. Meeker, Esquire
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Ave, N.W.
Washington, D.C. 20001

**CONNOLLY BOVE LODGE & HUTZ LLP**


By: <u>/s/ N. Richard Powers</u>
    **N. Richard Powers (#494)**
    1220 Market Street
    P.O. Box 2207
    Wilmington, DE  19899-2207
    (302) 658-9141
    *Attorney for the Defendant*

DATED: May 4, 2005


374312v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of May, 2005 I electronically filed a copy of the foregoing with the Clerk of the Court using CM/ECF and served the following individuals in the manner indicated:

**BY HAND DELIVERY**
John W. Shaw, Esquire
Karen E. Keller, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

**BY FIRST CLASS MAIL**

Ford F. Farabow, Jr., Esquire
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001

/s/ N. Richard Powers
N. Richard Powers