## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CRYOVAC, INC.,                                      )
                                                    )
                                                    )
            Plaintiff/Counter-Defendant,            )
                                                    )    Civil Action No. 04-1278-KAJ
       v.                                           )
                                                    )
PECHINEY PLASTIC PACKAGING INC.,                    )
                                                    )
            Defendant/Counter-Plaintiff.            )
                                                    )

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of Supplemental Rule 26(a)(1) Initial

Disclosure of Plaintiff were caused to be served on May 12, 2005 upon the following counsel of

record in the manner indicated below:

**BY ELECTRONIC MAIL**

N. Richard Powers Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

Steven R. Trybus, Esquire
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611-7603

Additionally, the undersigned certifies that copies of this Notice of Service were

caused to be served on May 12, 2005, upon the following counsel of record in the manner

indicated:

63527.1001

**BY ELECTRONIC FILING & HAND DELIVERY**

N. Richard Powers Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

Steven R. Trybus, Esquire
Jenner & Block LLP
One IBM Plaza
Chicago, IL  60611-7603


John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT &
   TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6689

Attorneys for Plaintiff Cryovac, Inc.

Of counsel:

Ford F. Farabow, Jr.
Joann M. Neth
Michael J. Flibbert
Courtney B. Meeker
Mark J. Feldstein
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
1300 I Street, N.W.
Washington, D.C.  20005-3315
(202) 408-4000


Dated:  May 12, 2005