IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC., )<br>)<br>Plaintiff/Counter-Defendant, )<br>)<br>v. )<br>)<br>PECHINEY PLASTIC PACKAGING INC., )<br>)<br>Defendant/Counter-Plaintiff. )<br>) | Civil Action No. 04-1278-KAJ |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of (1) Cryovac's Response to Pechiney's Third Set of Requests for the Production of Documents and Things (Nos. 67-76) and (2) Cryovac, Inc.'s Responses to Pechiney Plastic Packaging Inc.'s Third Set of Interrogatories (Nos. 20-31) were caused to be served on June 10, 2005 upon the following counsel of record in the manner indicated below:

**BY HAND DELIVERY**

N. Richard Powers Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

Steven R. Trybus, Esquire
Jenner & Block LLP
One IBM Plaza
Chicago, IL  60611-7603

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on June 10 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

N. Richard Powers Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Steven R. Trybus, Esquire
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611-7603

_____
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT &
  TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6689

Attorneys for Plaintiff Cryovac, Inc.

Of counsel:

Ford F. Farabow, Jr.
Joann M. Neth
Michael J. Flibbert
Courtney B. Meeker
Mark J. Feldstein
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
1300 I Street, N.W.
Washington, D.C. 20005-3315
(202) 408-4000

Dated: June 10, 2005

WP3:1119965.1                                                                                                        63527.1001