## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CRYOVAC, INC.,                                           )
                                                         )
      Plaintiff/Counter-Defendant.              )    C.A. No.: 04-1278 (KAJ)
                                                         )
                vs.                                 )
                                                         )
PECHINEY PLASTIC PACKAGING,                              )
INC.,                                                    )
                                                         )
      Defendant/Counter-Plaintiff.              )

## NOTICE TO TAKE THE DEPOSITION OF
## ROBERT TAYLOR

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil

Procedure, Plaintiff Cryovac, Inc. will take the deposition of Robert Taylor by oral examination

using video tape, audio tape, or stenographic means, or a combination of those means. The

deposition will commence on July 14, 2005, at 9:30 AM, at the offices of Sidley Austin Brown

& Wood LLP, located at Bank One Plaza, 10 South Dearborn Street, Chicago, Illinois. The

deposition will be before a Notary Public or other officer authorized by law to administer oaths

and will continue from day to day until complete.

You are invited to attend and cross-examine.

063527.1001

Dated:  June 14, 2005

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT &
  TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6689

Of counsel:
Ford F. Farabow, Jr.
Joann M. Neth
Michael J. Flibbert
Courtney B. Meeker
Mark J. Feldstein
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001-4413
(202) 408-4000

Attorneys for Plaintiff Cryovac, Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such document is available for viewing and downloading to the following counsel of record:

> N. Richard Powers, Esquire
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> P. O. Box 2207
> Wilmington, DE  19899

I further certify that on June 14, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

### BY FEDERAL EXPRESS

> Steven R. Trybus, Esquire
> Jenner & Block LLP
> One IBM Plaza
> Chicago, IL  60611-7603

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
kkeller@ycst.com

Attorneys for Plaintiff Cryovac, Inc.