IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 JUN 16 AM 7: 20

| | |
|---|---|
| CRYOVAC INC., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Civil Action No. 04-1278-KAJ |
| ) | |
| PECHINEY PLASTIC PACKAGING, ) | |
| INC., ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

### ORDER

At Wilmington this **16th** day of **June, 2005**,

IT IS ORDERED that the status teleconference presently set for **July 12, 2005 at 4:30 p.m.** is hereby rescheduled to **July 14, 2005 at 12:35 p.m.** Counsel for Plaintiff shall initiate the call.

*[signature]*
UNITED STATES DISTRICT JUDGE