IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1278 (KAJ) |
| | ) |
| PECHINEY PLASTIC PACKAGING INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Pechiney Plastic Packaging Inc. hereby certifies that copies of Pechiney Plastic Packaging Inc.'s Notice of Deposition of Jeffrey Gardner were caused to be served on June 20, 2005 upon the counsel of record in the matter indicated.

**By Electronic Mail and First Class Mail:**

John W. Shaw, Esquire
Karen E. Keller, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

Ford F. Farabow, Jr., Esquire
Joann M. Neth, Esquire
Michael J. Flibbert, Esquire
Courtney B. Meeker, Esquire
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Ave, N.W.
Washington, D.C. 20001