IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PECHINEY PLASTIC PACKAGING, INC., )<br>)<br>Defendant. )<br>) | Civil Action No.: 04-1278-KAJ |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Cheri M. Taylor, Esq. and Rebecca D. Hess, Esq. of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., to represent plaintiff, Cryovac, Inc. in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

/s/ Karen E. Keller
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600
Attorneys for Cryovac, Inc.

Dated: July 11, 2005

## ORDER GRANTING MOTION

    IT IS HEREBY ORDERED counsel's motion for the admission <u>pro</u> <u>hac</u> <u>vice</u> of Cheri M. Taylor, Esq. and Rebecca D. Hess, Esq. is granted.

Date: July 11, 2005

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Cheri M. Taylor, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of the State of Virginia and The District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

*/s/ Cheri M. Taylor*
Cheri M. Taylor, Esq.
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, Virginia 20190-5675

Dated: March 22, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Rebecca D. Hess, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Minnesota and the District of Columbia. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated:  March 28, 2005.

/s/ Rebecca Hess
Rebecca D. Hess, Esq.
Finnegan, Henderson, Farabow,
    Garrett & Dunner, LLP
901 New York Ave, N.W.
Washington, D.C.  20001
Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400
Attorneys of Record for Party Cryovac

# CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such document is available for viewing and downloading to the following counsel of record:

>N. Richard Powers, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>P. O. Box 2207
>Wilmington, DE 19899

I further certify that on July 11, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

**BY FEDERAL EXPRESS**

>Steven R. Trybus, Esquire
>Jenner & Block LLP
>One IBM Plaza
>Chicago, IL 60611-7603

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Karen E. Keller
>_____
>Karen E. Keller (No. 4489)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>kkeller@ycst.com
>
>Attorneys for Plaintiff Cryovac, Inc.