IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | Civil Action No. 04-1278-KAJ |
| ) | |
| v. ) | |
| ) | |
| PECHINEY PLASTIC PACKAGING INC., ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of Cryovac's Amended Response to Pechiney Interrogatory No. 19 and this Notice of Service were caused to be served on July 12, 2005 upon the following counsel of record in the manner indicated below:

**BY HAND DELIVERY AND CM/ECF**

N. Richard Powers Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

Steven R. Trybus, Esquire
Jenner & Block LLP
One IBM Plaza
Chicago, IL  60611-7603

WP3:1119965.1                                                                                         63527.1001

                          /s/ John W. Shaw
                          ————————————————
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT &
  TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6689
jshaw@ycst.com

Attorneys for Plaintiff Cryovac, Inc.

Of counsel:

Ford F. Farabow, Jr.
Joann M. Neth
Michael J. Flibbert
Courtney B. Meeker
Mark J. Feldstein
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
1300 I Street, N.W.
Washington, D.C. 20005-3315
(202) 408-4000

Dated: July 12, 2005