IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC., ) | |
| ) | |
| Plaintiff/Counter-Defendant. ) | C.A. No.: 04-1278 (KAJ) |
| ) | |
| vs. ) | |
| ) | |
| PECHINEY PLASTIC PACKAGING, ) | |
| INC., ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

## NOTICE OF DEPOSITION OF TOM GRABOWSKI

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiff Cryovac, Inc. will take the deposition of Tom Grabowski by oral examination using video tape, audio tape, or stenographic means, or a combination of those means. The deposition will commence on July 27, 2005, at 9:00 AM, at the offices of Sidley Austin Brown & Wood LLP, located at Bank One Plaza, 10 South Dearborn Street, Chicago, Illinois. The deposition will be before a Notary Public or other officer authorized by law to administer oaths and will continue from day to day until complete.

You are invited to attend and cross-examine.

Dated: July 14, 2005

*Michele Sherretta*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Michele Sherretta (No. 4651)
YOUNG CONAWAY STARGATT &
  TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6689
msherretta@ycst.com

WP3:1129853.1                                                                                                63527.1001

Of counsel:
Ford F. Farabow, Jr.
Joann M. Neth
Michael J. Flibbert
Courtney B. Meeker
Mark J. Feldstein
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000

Attorneys for Plaintiff Cryovac, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such document is available for viewing and downloading to the following counsel of record:

> N. Richard Powers, Esquire
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> P. O. Box 2207
> Wilmington, DE 19899

I further certify that on July 14, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

**BY FEDERAL EXPRESS**

> Steven R. Trybus, Esquire
> Jenner & Block LLP
> One IBM Plaza
> Chicago, IL 60611-7603

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Michele Sherretta
_____
Michele Sherretta (No. 4651)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
msherretta@ycst.com

Attorneys for Plaintiff Cryovac, Inc.