IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC INC., | ) |
| | ) |
| Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | )  Civil Action No. 04-1278-KAJ |
| | ) |
| PECHINEY PLASTIC PACKAGING, INC., | ) |
| | ) |
| Defendant/Counter-Plaintiff. | ) |

## ORDER

At Wilmington this **20th** day of **July, 2005**,

IT IS ORDERED that the status teleconference which had been set for **July 14, 2005 at 12:35 p.m.** is hereby rescheduled to **July 21, 2005 at 12:00 p.m.**

Counsel for Plaintiff shall initiate the call.

_____
UNITED STATES DISTRICT JUDGE