IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC INC., | ) |
| | ) |
| Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | ) Civil Action No. 04-1278-KAJ |
| | ) |
| PECHINEY PLASTIC PACKAGING, INC., | ) |
| | ) |
| Defendant/Counter-Plaintiff. | ) |

## ORDER

For the reasons set forth by the Court during the teleconference today,

IT IS HEREBY ORDERED that plaintiff's motion for leave to file amended complaint (D.I. 47) is GRANTED; and defendant's motion to exclude declaration of Jeffrey Gardner (D.I. 56) is DENIED AS MOOT.

                                                                                                     UNITED STATES DISTRICT JUDGE

Dated: July 21, 2005
Wilmington, Delaware