IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC.,                )<br>                              )<br>         Plaintiff,           )<br>                              )   Civil Action No.: 04-1278-KAJ<br>    v.                        )<br>                              )<br> PECHINEY PLASTIC PACKAGING INC., )<br>                              )<br>         Defendant.           )<br>_____) | |

**Local Rule 7.1.1 Disclosure**

I, Karen E. Keller, Esquire, hereby certify pursuant to Local Rule 7.1.1, that counsel for the Plaintiff has made a reasonable effort to reach agreement with counsel for Defendant Pechiney Plastic Packaging, Inc. on the matters set forth in the foregoing motion.

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Karen E. Keller*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
*Attorneys for Plaintiff Cryovac, Inc.*

Of counsel:

Ford F. Farabow, Jr.
Joann M. Neth
Michael J. Flibbert
Courtney B. Meeker

WP3:1133026.1                                              63527.1001

Mark J. Feldstein
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
1300 I Street, N.W.
Washington, D.C. 20005-3315
(202) 408-4000


Dated: July 29, 2005