IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC., ) <br> ) <br> Plaintiff/Counter-Defendant, ) <br> ) <br> v. ) <br> ) <br> PECHINEY PLASTIC PACKAGING INC., ) <br> ) <br> Defendant/Counter-Plaintiff. ) | Civil Action No. 04-1278-KAJ |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of Cryovac's Second Supplemental Rule 26(a)(1) Initial Disclosure of Plaintiff and Cryovac's Third Supplemental Rule 26(a)(1) Initial Disclosure of Plaintiff were served on August 1, 2005, upon the following counsel of record in the manner indicated below:

**BY ELECTRONIC MAIL AND FEDERAL EXPRESS**

N. Richard Powers, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE  19899

Donald R. Cassling, Esquire
Steven R. Trybus, Esquire
Shelley Malinowski, Esquire
Brian P. O'Donnell, Esquire
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL  60611-7603

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on August 3, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

N. Richard Powers Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Steven R. Trybus, Esquire
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611-7603

OF COUNSEL:

Ford F. Farabow, Jr.
Joann M. Neth
Michael J. Flibbert
Courtney B. Meeker
Mark J. Feldstein
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
1300 I Street, N.W.
Washington, D.C. 20005-3315
(202) 408-4000

Dated: August 3, 2005

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT &
 TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6689
jshaw@ycst.com

*Attorneys for Plaintiff Cryovac, Inc.*