IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> PECHINEY PLASTIC PACKAGING INC., <br><br> Defendant/Counter-Plaintiff. | Civil Action No. 04-1278-KAJ |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of (1) Cryovac's Responses and Objections to Pechiney Plastic Packaging Inc.'s First Set of Requests for Admissions (Nos. 1-38) and (2) Cryovac's Response to Pechiney Plastic Packaging Inc.'s Fourth Set of Interrogatories (No. 32) were caused to be served on August 8, 2005 upon the following counsel of record in the manner indicated below:

**BY HAND DELIVERY**

    N. Richard Powers Esquire
    Connolly Bove Lodge & Hutz LLP
    The Nemours Building
    1007 North Orange Street
    P. O. Box 2207
    Wilmington, DE 19899

**BY FEDERAL EXPRESS**

    Steven R. Trybus, Esquire
    Jenner & Block LLP
    One IBM Plaza
    Chicago, IL 60611-7603

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on August 11, 2005, upon the following counsel of record in the manner indicated:

**BY E-FILING AND HAND DELIVERY**

N. Richard Powers Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Steven R. Trybus, Esquire
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611-7603

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT &
  TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6689

Of counsel:

Ford F. Farabow, Jr.
Joann M. Neth
Michael J. Flibbert
Courtney B. Meeker
Mark J. Feldstein
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
1300 I Street, N.W.
Washington, D.C. 20005-3315
(202) 408-4000

Attorneys for Plaintiff Cryovac, Inc.

Dated: August 11, 2005