IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC., </br></br> Plaintiff/Counter-Defendant, </br></br> v. </br></br> PECHINEY PLASTIC PACKAGING INC., </br></br> Defendant/Counter-Plaintiff. | Civil Action No. 04-1278-KAJ |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which Plaintiff Cryovac, Inc. shall serve and file their Reply Brief in Support of their Motion for Leave to File Second Amended Complaint is extended through and including August 26, 2005.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| /s/ Karen E. Keller </br> John W. Shaw (I.D. #3362) </br> Karen E. Keller (I.D. #4489) </br> The Brandywine Building </br> 1000 West Street, 17th Floor </br> P.O. Box 391 </br> Wilmington, DE 19899-0391 </br> 302-571-6600 </br> *Attorneys for Plaintiff* | /s/ N. Richard Powers </br> N. Richard Powers (I.D. #494) </br> The Nemours Building </br> 1007 North Orange Street </br> P. O. Box 2207 </br> Wilmington, DE 19899 </br> 302-658-9141 </br> *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2005.

_____

United States District Judge