IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> PECHINEY PLASTIC PACKAGING INC., <br><br> Defendant/Counter-Plaintiff. | Civil Action No. 04-1278-KAJ |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of (1) Cryovac's Responses and Objections to Pechiney Plastic Packaging Inc.'s Second Set of Requests for Admissions (Nos. 39-62), (2) Cryovac's Response to Pechiney Plastic Packaging Inc.'s Fifth Set of Interrogatories (Nos. 33-37), and (3) Cryovac's Response to Pechiney's Fourth Set of Requests for the Production of Documents and Things (Nos. 77-78) were served on August 22, 2005, upon the following counsel of record in the manner indicated below:

**BY HAND DELIVERY**

N. Richard Powers, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Steven R. Trybus, Esquire
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611-7603

DB01:1819837.1                                                                                   063527.1001

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on August 22, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

N. Richard Powers Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Steven R. Trybus, Esquire
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611-7603

OF COUNSEL:

Ford F. Farabow, Jr.
Joann M. Neth
Michael J. Flibbert
Courtney B. Meeker
Mark J. Feldstein
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
1300 I Street, N.W.
Washington, D.C. 20005-3315
(202) 408-4000

Dated: August 22, 2005

*Michele Sherretta* (signature)

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Michele Sherretta (No. 4651)
YOUNG CONAWAY STARGATT &
 TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6689
jshaw@ycst.com

*Attorneys for Plaintiff Cryovac, Inc.*