IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARCHOS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1400-JJF |
| | ) |
| DIVXNETWORKS, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for plaintiff Archos, Inc. hereby certify that copies of (1) Plaintiff's Answer to Defendant's First Set of Interrogatories to Plaintiff and (2) Plaintiff's Answer to Defendant's First Set of Requests for Production to Plaintiff, were caused to be served on August 17, 2005 upon the following counsel of record in the manner indicated below:

**BY FIRST CLASS MAIL**

    Jeffrey L. Moyer, Esquire
    Richards, Layton & Finger, P.A.
    One Rodney Square
    P.O. Box 551
    Wilmington, DE 19899-0551

    Shaun P. Martin, Esquire
    University of San Diego School of Law
    5998 Alcala Park, Warren Hall
    San Diego, CA 92110

    David J. Richter, Esquire
    Johhny Y. Chen, Esquire
    DivXNetworks, Inc.
    4780 Eastgate Mall
    San Diego, CA 92121

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on August 23, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

Jeffrey L. Moyer, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

**BY FEDERAL EXPRESS**

Shaun P. Martin, Esquire
University of San Diego School of Law
5998 Alcala Park, Warren Hall
San Diego, CA 92110

David J. Richter, Esquire
Johhny Y. Chen, Esquire
DivXNetworks, Inc.
4780 Eastgate Mall
San Diego, CA 92121

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ Karen E. Keller
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT
  & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600

Attorneys for Archos, Inc.

OF COUNSEL:

Douglas V. Rigler, Esquire
Michael Piziali, Esquire
YOUNG & THOMPSON
745 South 23rd Street, Suite 200
Arlington, Virginia 22202
Telephone: 703-521-2297
Facsimile: 703-521-8231

Dated: August 23, 2005

**Discovery Documents**

1:04-cv-01400-JJF Archos Inc. v. Divxnetworks Inc.

# U.S. District Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from Keller, Karen entered on 8/23/2005 at 3:39 PM EDT and filed on 8/23/2005

**Case Name:**    Archos Inc. v. Divxnetworks Inc.
**Case Number:**  1:04-cv-1400
**Filer:**        Archos Inc.
**Document Number:** 29

**Docket Text:**
NOTICE OF SERVICE of Plaintiff's Answer to Defendant's First Set of Interrogatories to Plaintiff by Archos Inc..(Keller, Karen)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=8/23/2005] [FileNumber=88989-0]
[25b564baad8b2a61fbea860f5f5f7487427a90a214db44b6e3678ebdd657626e9dd98
5488cefc05d176f72f9cf7eafcf8c90c7b2ccd46148e220eca5ce8a9310]]

**1:04-cv-1400 Notice will be electronically mailed to:**

Jeffrey L. Moyer     moyer@rlf.com, huyett@rlf.com

Michael Piziali     mpiziali@young-thompson.com,

Douglas V. Rigler     drigler@young-thompson.com,

John W. Shaw     jshaw@ycst.com, corporate@ycst.com;ptorterotot@ycst.com;corpcal@ycst.com

**1:04-cv-1400 Notice will be delivered by other means to:**

**Discovery Documents**
1:04-cv-01400-JJF Archos Inc. v. Divxnetworks Inc.

## U.S. District Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from Keller, Karen entered on 8/23/2005 at 3:42 PM EDT and filed on 8/23/2005

**Case Name:** Archos Inc. v. Divxnetworks Inc.
**Case Number:** 1:04-cv-1400
**Filer:** Archos Inc.
**Document Number:** 30

**Docket Text:**
NOTICE OF SERVICE of Plaintiff's Answer to Defendant's First Set of Requests for Production to Plaintiff by Archos Inc..(Keller, Karen)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=8/23/2005] [FileNumber=88995-0]
[76a97aa65ae777d8603f35b4d880a9bfed78c41956a02f69bb970e37882105f568573
8cf0725c07c9ab6f8b14fe5550aebb93d37d06ca84c15f3733cea00ea65]]

**1:04-cv-1400 Notice will be electronically mailed to:**

Jeffrey L. Moyer     moyer@rlf.com, huyett@rlf.com

Michael Piziali     mpiziali@young-thompson.com,

Douglas V. Rigler     drigler@young-thompson.com,

John W. Shaw     jshaw@ycst.com, corporate@ycst.com;ptorterotot@ycst.com;corpcal@ycst.com

**1:04-cv-1400 Notice will be delivered by other means to:**