IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC., )<br>)<br>Plaintiff/Counter-Defendant, )<br>)<br>v. )<br>)<br>PECHINEY PLASTIC PACKAGING INC., )<br>)<br>Defendant/Counter-Plaintiff. )<br> ) | Civil Action No. 04-1278-KAJ |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of Cryovac's Fifth Set of Requests (No. 90-99) to Pechiney for Production of Documents and Things were caused to be served on August 16, 2005, upon the following counsel of record in the manner indicated below:

**BY FACSIMILE AND FEDERAL EXPRESS**

N. Richard Powers, Esquire
Rudolf E. Hutz, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

**BY FACSIMILE AND FEDERAL EXPRESS**

Donald R. Cassling, Esquire
Steven R. Trybus, Esquire
Shelly Malinowski, Esquire
Brian P. O'Donnell, Esquire
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611-7603

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on August 23, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

N. Richard Powers Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Steven R. Trybus, Esquire
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611-7603

/s/ Karen E. Keller
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Michele Sherretta (No. 4651)
YOUNG CONAWAY STARGATT &
  TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6689
jshaw@ycst.com

*Attorneys for Plaintiff Cryovac, Inc.*

OF COUNSEL:

Ford F. Farabow, Jr.
Joann M. Neth
Michael J. Flibbert
Courtney B. Meeker
Mark J. Feldstein
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
1300 I Street, N.W.
Washington, D.C. 20005-3315
(202) 408-4000

Dated: August 23, 2005