# EXHIBITS A-F REDACTED IN THEIR ENTIRETY