IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC., <br><br> Plaintiff, <br><br> v. <br><br> PECHINIEY PLASTIC PACKAGING INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No.: 04-1278-KAJ <br> ) <br> ) <br> ) <br> ) |

**STIPULATION AS TO THE DEPOSITION OF STUART PROSSER**

The parties hereby stipulate and agree, subject to the approval of the Court, that:

1. Cryovac will produce its President, Stuart Prosser, for a deposition conducted by Pechiney, on September 14, 2005, in Wilmington, Delaware.

2. The deposition will be limited to two (2) hours.

3. The subject matter of the deposition will be limited to matters reasonably related to a memorandum authored by Mr. Prosser and produced at Bates Numbers CR014-

000703-04 , including by way of illustration but not limitation, any follow-up actions taken by Mr. Prosser.

<table>
<tr><td>

/s/ John W. Shaw
_____
John W. Shaw (No. 3362)
Michele Sherretta (No. 4651)
YOUNG CONAWAY STARGATT &
  TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
Attorneys for Plaintiff

</td><td>

/s/ N. Richard Powers
_____
N. Richard Powers (No. 494)
CONNOLLY BOVE LODGE
  & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801
(302) 658-9141
Attorneys for Defendant

</td></tr>
</table>

SO ORDERED, this ____ day of September, 2005.

_____
United States District Court

DB01:1832421.1                                                                                       063527.1001