IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | Civil Action No. 04-1278-KAJ |
| ) | |
| v. ) | |
| ) | |
| PECHINEY PLASTIC PACKAGING INC., ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 19, 2005, copies of (1) Cryovac's Response to Pechiney Plastic Packaging Inc.'s Sixth Set of Interrogatories (Nos. 38-41) and (2) Cryovac's Response to Pechiney's Fifth Set of Requests for the Production of Documents and Things (Nos. 79-86) were served upon the following counsel of record in the manner indicated:

**BY E-MAIL**

N. Richard Powers, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

Steven R. Trybus, Esquire
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611-7603

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on September 20, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

N. Richard Powers Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Steven R. Trybus, Esquire
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611-7603

OF COUNSEL:

Ford F. Farabow, Jr.
Joann M. Neth
Michael J. Flibbert
Courtney B. Meeker
Mark J. Feldstein
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
1300 I Street, N.W.
Washington, D.C. 20005-3315
(202) 408-4000

Dated: September 20, 2005

/s/ Michele Sherretta
John W. Shaw (No. 3362)
*jshaw@ycst.com*
Karen E. Keller (No. 4489)
*kkeller@ycst.com*
Michele Sherretta (No. 4651)
*msherretta@ycst.com*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6689

*Attorneys for Plaintiff Cryovac, Inc.*