IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC., )<br>)<br>Plaintiff/Counter-Defendant, )<br>)<br>v. )<br>)<br>PECHINEY PLASTIC PACKAGING, INC., )<br>)<br>Defendant/Counter-Plaintiff. ) | Civil Action No. 04-1278-KAJ |

**STIPULATION AND ORDER**

Plaintiff/Counter-Defendant Cryovac, Inc. ("Cryovac") and Defendant/Counter-Plaintiff Pechiney Plastic Packaging, Inc. ("Pechiney"), by their respective undersigned counsel, and subject to the Court's approval, stipulate and agree to extend the time for Cryovac to respond to Pechiney's Motion for Leave to File an Amended Answer, Affirmative Defenses and Counterclaims by one week, from October 4, 2005 until October 11, 2005.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen␣E. Keller
John W. Shaw (ID #3362)
Karen E. Keller (ID #4489)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801
(302) 571-6666
jshaw@ycst.com
kkeller@ycst.com

*Attorney for Plaintiff/Counter-Defendant Cryovac, Inc.*

Dated: September 27, 2005

CONNOLLY BOVE LODGE & HUTZ

/s/ N. Richard Powers
N. Richard Powers (ID #494)
Rudolf E. Hutz (ID #484)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 888-6266
rpowers@cblh.com
rhutz@cblh.com

*Attorney for Defendant/Counter-Plaintiff Pechiney Plastic Packaging, Inc.*

Dated: September 27, 2005

DB01:1861639.1                                                                                                                                     063527.1001

SO ORDERED this ____ day of _____, 2005.

_____
United States District Judge