# Exhibit C

MARK QUATT, AUGUST 12, 2005
CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**EXHIBIT**
**C**

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                   FOR DISTRICT OF DELAWARE

3

4    CRYOVAC, INC.,                    )

5          Plaintiff,                  )

6          v.                          )  CASE NO.

7    PECHINEY PLASTIC                  )  04-1278-KAJ

8    PACKAGING, INC.,                  )

9          Defendant.                  )

10            - - - - - - - - - - -

11

12       VIDEOTAPED DEPOSITION OF MARK QUATT, ESQ.

13       CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

14                 Friday, August 12, 2005

15

16

17

18

19

20

21    Reported by:  Lori G. Mackenzie, RPR

22    Job No:  169073

# Remainder of Exhibit C Redacted