# Exhibit H

JEFFREY GARDNER, AUGUST 02, 2005
CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

EXHIBIT H

Page 1

1   IN THE UNITED STATES DISTRICT COURT

2   FOR DISTRICT OF DELAWARE

3

4   CRYOVAC, INC.,                )

5       Plaintiff,                )

6       v.                        ) CASE NO.

7   PECHINEY PLASTIC             ) 04-1278-KAJ

8   PACKAGING, INC.,              )

9       Defendant.                )

10  - - - - - - - - - - -

11

12      VIDEOTAPED DEPOSITION OF JEFFREY GARDNER

13      CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

14              Tuesday, August 2, 2005

15

16

17

18

19

20

21  Reported by: Lori G. Mackenzie, RPR

22  Job No: 169399

# Remainder of Exhibit H Redacted