# Exhibit K

Case 1:04-cv-01278-KAJ    Document 174-13    Filed 09/27/2005    Page 1 of 3

JAMES MIZE, AUGUST 17, 2005
HIGHLY CONFIDENTIAL, PURSUANT TO PROTECTIVE ORDER


EXHIBIT K

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF DELAWARE
 3
 4   CRYOVAC, INC.,                )
 5        Plaintiff,                )
 6        v.                        ) CASE NO.
 7   PECHINEY PLASTIC               ) 04-1278-KAJ
 8   PACKAGING, INC.,               )
 9        Defendant.                )
10                - - - - - - - - - -
11
12   VIDEOTAPED 30(b)(6) DEPOSITION OF CRYOVAC, INC.,
13   BY AND THROUGH, JAMES MIZE, CORPORATE DESIGNEE,
14        and INDIVIDUAL VIDEOTAPED DEPOSITION OF
15                        JAMES MIZE
16   HIGHLY CONFIDENTIAL, PURSUANT TO PROTECTIVE ORDER
17               Wednesday, August 17, 2005
18
19
20
21   Reported by:  Lori G. Mackenzie, RPR
22   Job No:  168882
```

# Remainder of Exhibit K Redacted