# Exhibit M

**Redacted In Full**