Case 1:04-cv-01278-KAJ    Document 174-17    Filed 09/27/2005    Page 1 of 1

# Exhibit O

**Redacted In Full**