# Exhibit Q

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
* * *

CRYOVAC, INC.,              :  CIVIL ACTION
        Plaintiff/          :
    Counter-Defendant.:
                            :
-vs-                        :
                            :
PECHINEY PLASTIC            :
PACKAGING, INC.,            :
        Defendant/          :
    Counter-Plaintiff.:  NO. 04-1278
            * * *
        Wednesday, September 14, 2005
            * * *
        CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER videotaped deposition of STUART PROSSER, held in the law offices of CONNOLLY BOVE LODGE & HUTZ LLP, The Nemours Building, 1007 North Orange Street, Wilmington, Delaware 19899, on Wednesday, September 14, 2005, beginning at 9:59 a.m., before Kimberly A. Cahill, a Registered Professional Reporter and Approved Reporter of the United States District Court.

                * * *

        ESQUIRE DEPOSITION SERVICES
              15th Floor
    1880 John F. Kennedy Boulevard
        Philadelphia, PA  19103
            (215) 988-9191

EXHIBIT Q

# Remainder of Exhibit Q Redacted