IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC INC., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Civil Action No. 04-1278-KAJ |
| ) | |
| PECHINEY PLASTIC PACKAGING, ) | |
| INC., ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

### ORDER

At Wilmington this **3rd** day of **October, 2005,**

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **October 6, 2005 at 3:30 p.m.** with the undersigned. **Counsel for Defendant shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

UNITED STATES DISTRICT JUDGE