IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC INC., | ) |
| Plaintiff/Counter-Defendant, | ) |
| v. | ) Civil Action No. 04-1278-KAJ |
| PECHINEY PLASTIC PACKAGING, INC., | ) |
| Defendant/Counter-Plaintiff. | ) |

### ORDER

Having heard counsel on October 6, 2005, and pursuant to discussions with counsel regarding their discovery dispute,

IT IS HEREBY ORDERED that the outstanding discovery shall be completed no later than October 21, 2005.

UNITED STATES DISTRICT JUDGE

Dated: October 7, 2005
Wilmington, Delaware