IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC INC., | ) |
|     Plaintiff/Counter-Defendant, | ) ) ) ) |
| v. | )   Civil Action No. 04-1278-KAJ ) |
| PECHINEY PLASTIC PACKAGING, INC., | ) ) ) ) |
|     Defendant/Counter-Plaintiff. | ) |

### ORDER

For the reasons set forth by the Court during the teleconference on October 6, 2005,

IT IS HEREBY ORDERED that plaintiff's motion for leave to file second amended complaint (D.I. 133) is GRANTED. Counsel shall separately file the Second Amended Complaint with the Court.

/s/ Kent Jordan
UNITED STATES DISTRICT JUDGE

Dated: October 7, 2005
Wilmington, Delaware