# Exhibit 4

JAMES MIZE, AUGUST 17, 2005
HIGHLY CONFIDENTIAL, PURSUANT TO PROTECTIVE ORDER

Page 1

1        IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF DELAWARE

3

4   CRYOVAC, INC.,                )

5        Plaintiff,                )

6        v.                        ) CASE NO.

7   PECHINEY PLASTIC              ) 04-1278-KAJ

8   PACKAGING, INC.,              )

9        Defendant.                )

10            - - - - - - - - - -

11

12   VIDEOTAPED 30(b)(6) DEPOSITION OF CRYOVAC, INC.,

13   BY AND THROUGH, JAMES MIZE, CORPORATE DESIGNEE,

14       and INDIVIDUAL VIDEOTAPED DEPOSITION OF

15                    JAMES MIZE

16   HIGHLY CONFIDENTIAL, PURSUANT TO PROTECTIVE ORDER

17              Wednesday, August 17, 2005

18

19

20

21   Reported by:  Lori G. Mackenzie, RPR

22   Job No:  168882

ESQUIRE DEPOSITION SERVICES - CHICAGO
312.782.8087   800.708.8087   FAX: 312.704.4950

# REMAINDER

# OF

# EXHIBIT

# REDACTED