IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1278 (KAJ) |
| ) | |
| PECHINEY PLASTIC PACKAGING INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION AND ORDER

Plaintiff/Counter-Defendant Cryovac, Inc. ("Cryovac") and Defendant/Counter-Plaintiff Pechiney Plastic Packaging, Inc. ("Pechiney"), by their respective undersigned counsel, and subject to the Court's approval, stipulate and agree to extend the time for Pechiney to file and serve its Reply Brief in Support of Pechiney's Motion for Leave to File an Amended Answer,

Affirmative Defenses and Counterclaims by one week, from October 18, 2005 until October 25, 2005.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
| /s/ Michele Sherretta | /s/ N. Richard Powers |
| John W. Shaw (ID #3362)<br>Karen E. Keller (ID #4489)<br>Michele Sherretta (ID #4651)<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19801<br>(302) 571-6600<br>*Attorneys for Plaintiff/Counter-Defendant Cryovac, Inc.*<br>Dated: 10-14-05 | N. Richard Powers (ID #494)<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899-2207<br>(302) 658-9141<br>*Attorney for Defendant/Counter-Plaintiff Pechiney Plastic Packaging, Inc.*<br><br>Dated: 10-17-05 |

So Ordered this _____ day of October, 2005.

_____
United States District Court Judge

422293v1