REDACTED VERSION – PUBLICLY FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CRYOVAC, INC.,                                      )
                                                    )
            Plaintiff/Counter-Defendant,            )
                                                    )
      v.                                            )        Civil Action No. 04-1278-KAJ
                                                    )
PECHINEY PLASTIC PACKAGING INC.,                    )        **CONFIDENTIAL –**
                                                    )        **FILED UNDER SEAL**
            Defendant/Counter-Plaintiff.            )

**APPENDIX OF EXHIBITS AND UNREPORTED CASES IN SUPPORT OF
CRYOVAC, INC.'S ANSWERING BRIEF IN OPPOSITION
TO PECHINEY PLASTIC PACKAGING INC.'S MOTION TO AMEND**

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Michele Sherretta (No. 4651)
YOUNG CONAWAY STARGATT &
    TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600

Of Counsel:

Ford F. Farabow, Jr.
Joann M. Neth
Mark J. Feldstein
Courtney B. Meeker
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, D.C. 20001-4413
(202) 408-4000

Attorneys for Plaintiff Cryovac, Inc.

Dated: October 11, 2005

REDACTED VERSION – PUBLICLY FILED

TABLE OF CONTENTS

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| A | Pechiney Plastic Packaging Inc.'s Response to Cryovac's First Set of Interrogatories (Nos. 1-8) to Pechiney |
| B | Expert Report of Eldridge M. Mount III |
| C | Excerpts from the deposition of Ennis M. Fant, dated July 19, 2005 |
| D | '562 Patent |
| E | Excerpts from the deposition of Mark Quatt, Esq., dated August 12, 2005 |
| F | Excerpts from the deposition of Eldridge Mount, III, dated August 4, 2005 |
| G | '419 Patent |
| H | '854 Patent |
| I | Excerpts from the deposition of Terry L. Wilkerson, dated August 24, 2005 |
| J | CR006-009315 – CR006-009338 (Market Share Survey) |
| K | CR004-002124 - CR004-002140; CR006-009290 - CR006-009294; CR006-009268 - CR006-009272 (Complete set of survey responses) |
| L | CR059-000462, CR059-000454, CR059-000452, CR059-000450, CR059-000448 "identical, but non-consecutively numbered e-mails." (Mize Deposition Exhibit 23) |
| M | CR059-000462 – CR059-00463; CR059-000454 – CR059-000455; CR059-000452 – CR059-000453; CR059-000450 – CR059-000451; CR059-000448 – CR059-000449  (Identical e-mails with attachments, as produced) |
| N | Mize errata sheet |
| O | PPPI-E 054564 – PPPI-E 054590 Pechiney's internal business plan analysis |
| P | PPPI-E 057028  Pechiney's Strategic Market Overview |
| Q | Email string between Steven Trybus and Joann Neth re: Mr. Quatt's availability for deposition, dated 6/6/05 |
|  | Unreported Cases |

REDACTED VERSION – PUBLICLY FILED

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such document is available for viewing and downloading to the following counsel of record:

> N. Richard Powers, Esquire
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> P. O. Box 2207
> Wilmington, DE 19899

I further certify that on October 11, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

**BY E-MAIL**

> Steven R. Trybus, Esquire
> Jenner & Block LLP
> One IBM Plaza
> Chicago, IL 60611-7603

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John W. Shaw (No. 3362)
*jshaw@ycst.com*
Karen E. Keller (No. 4489)
*kkeller@ycst.com*
Michele Sherretta (No. 4651)
*msherretta@ycst.com*
Andrew A. Lundgren No. 4429)
*alundgren@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

Attorneys for Plaintiff Cryovac, Inc.

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on October 18, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such document is available for viewing and downloading to the following counsel of record:

> N. Richard Powers, Esquire
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> P. O. Box 2207
> Wilmington, DE 19899

I further certify that on October 18, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

**BY E-MAIL**

> Steven R. Trybus, Esquire
> Jenner & Block LLP
> One IBM Plaza
> Chicago, IL 60611-7603

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_#4642 for John W. Shaw._

John W. Shaw (No. 3362)
*jshaw@ycst.com*
Karen E. Keller (No. 4489)
*kkeller@ycst.com*
Michele Sherretta (No. 4651)
*msherretta@ycst.com*
Andrew A. Lundgren (No. 4429)
*alundgren@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

Attorneys for Plaintiff Cryovac, Inc.