REDACTED VERSION – PUBLICLY FILED

# EXHIBIT B

REDACTED VERSION – PUBLICLY FILED

# REDACTED