REDACTED VERSION – PUBLICLY FILED

# EXHIBIT C

REDACTED VERSION – PUBLICLY FILED

# REDACTED