REDACTED VERSION – PUBLICLY FILED

# EXHIBIT E

# REDACTED

# REDACTED