REDACTED VERSION – PUBLICLY FILED

# EXHIBIT F

REDACTED VERSION – PUBLICLY FILED

# REDACTED