REDACTED VERSION – PUBLICLY FILED

# EXHIBIT I

REDACTED VERSION – PUBLICLY FILED

# REDACTED