REDACTED VERSION – PUBLICLY FILED

# EXHIBIT J

REDACTED VERSION – PUBLICLY FILED

# REDACTED