REDACTED VERSION – PUBLICLY FILED

# EXHIBIT K

REDACTED VERSION – PUBLICLY FILED

# REDACTED