REDACTED VERSION – PUBLICLY FILED

# EXHIBIT L

REDACTED VERSION – PUBLICLY FILED

# REDACTED