REDACTED VERSION – PUBLICLY FILED

# EXHIBIT M

REDACTED VERSION – PUBLICLY FILED

# REDACTED