REDACTED VERSION – PUBLICLY FILED

# EXHIBIT N

REDACTED VERSION – PUBLICLY FILED

# REDACTED