# EXHIBIT O

REDACTED VERSION – PUBLICLY FILED

# REDACTED