REDACTED VERSION – PUBLICLY FILED

# EXHIBIT P

REDACTED VERSION – PUBLICLY FILED

# REDACTED