REDACTED VERSION – PUBLICLY FILED

# EXHIBIT Q

| | |
|---|---|
| From: | "Trybus, Steven R" <STrybus@jenner.com> |
| To: | "Joann Neth" <joann.neth@finnegan.com> |
| Date: | 6/6/05 4:00PM |
| Subject: | RE: Cryovac v. Pechiney |

Joann

We confirm Fant's deposition for the July 19. I will get back to you shortly on a date for Quatt.

---

Steven R. Trybus
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611-7603
Tel (312) 923-8307
Fax (312) 923-8407
STrybus@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

From: Joann Neth [mailto:joann.neth@finnegan.com]
Sent: Mon 6/6/2005 2:54 PM
To: Trybus, Steven R
Cc: Ford Farabow; Mark Feldstein; Rebecca Hess; jshaw@ycst.com
Subject: RE: Cryovac v. Pechiney

Steve:

We can move Mr. Quatt's deposition to a day in the following two weeks in July, but Mr. Fant's deposition does need to go forward on July 19, 2005. Please let me know if this will alleviate your scheduling conflict, and what date you have in mind for Mr. Quatt if so.

Sincerely,

Joann

>>> "Trybus, Steven R" <STrybus@jenner.com> 06/06/05 03:34PM >>>
Joann

At present, I would need to move something to accommodate those dates. However, depending upon alternate availability we may elect to go with the 19th and 21st.

What is their availability for the following 2 weeks?

Steve

---

Steven R. Trybus
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611-7603
Tel (312) 923-8307
Fax (312) 923-8407
STrybus@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

From: Joann Neth [mailto:joann.neth@finnegan.com]
Sent: Mon 6/6/2005 12:33 PM
To: Trybus, Steven R
Cc: Ford Farabow; Mark Feldstein; Rebecca Hess; jshaw@ycst.com
Subject: Cryovac v. Pechiney

Dear Steve:

As you requested, we have checked with Messrs. Fant and Quatt regarding their availability for deposition. Mr. Fant is available for deposition on July 19, 2005, and Mr. Quatt is available on July 21, 2005, both depositions to be held here in Washington, DC. Please let me know if those dates are acceptable so that I can confirm them with the witnesses.

Sincerely,

Joann


CC:        "Ford Farabow" <ford.farabow@finnegan.com>, "Mark Feldstein" <mark.feldstein@finnegan.com>, "Rebecca Hess" <rebecca.hess@finnegan.com>, <jshaw@ycst.com>