IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRYOVAC, INC., | ) | |
| | ) | |
| Plaintiff/Counter-Defendant | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1278-KAJ |
| | ) | |
| PECHINEY PLASTIC PACKAGING, INC. | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |
| | ) | |

**ORDER GRANTING**
**PLAINTIFF CRYOVAC INC.'S MOTION IN LIMINE TO**
**EXCLUDE EXPERT TESTIMONY**

Plaintiff Cryovac, Inc., pursuant to Rule 56 of the Federal Rules of Civil

Procedure, moves the Court for an Order that excludes the testimony of Dr. Eldridge

Mount, III and Mr. Larry Evans.  All parties were given notice and an opportunity to be

heard.

The Court has considered all papers and arguments in support of and in

opposition to Cryovac's Motion, and is of the opinion that good grounds exist for the

requested relief.  Therefore,

**IT IS HEREBY ORDERED** that Cryovac Inc.'s Motion in Limine to Exclude

Expert Testimony is GRANTED.  The Court finds that the testimony of Dr. Eldridge

Mount, III and Mr. Larry Evans should be excluded.

SO ORDERED this _____ day of _____ 2005.

_____

HON. KENT A. JORDAN
UNITED STATES DISTRICT COURT JUDGE