# THIS DOCUMENT WAS FILED UNDER SEAL

Case 1:04-cv-01278-KAJ     Document 200     Filed 10/19/2005     Page 1 of 1