IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC., )<br>)<br>)<br>Plaintiff/Counter-Defendant, )<br>)<br>v. )<br>)<br>PECHINEY PLASTIC PACKAGING, )<br>INC., )<br>)<br>)<br>Defendant/Counter-Plaintiff. | C.A. No.: 04-1278 (KAJ) |

## PLAINTIFF CRYOVAC INC.'S MOTION FOR SUMMARY JUDGMENT THAT PECHINEY INFRINGES CLAIM 11 OF THE SHAH '419 PATENT

Plaintiff Cryovac, Inc. by and through its undersigned counsel, hereby moves pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment that Pechiney Plastic Packaging, Inc.'s ClearShield™ plastic film infringes claim 11 of U.S. Patent No. 4,755,419. The grounds for this Motion are fully set forth in "Cryovac Inc.'s Opening Brief in Support of its Motion for Summary Judgment that Pechiney Infringes Claim 11 of the Shah '419 Patent," which is filed and served contemporaneously herewith.

WHEREFORE, Plaintiff Cryovac, Inc. respectfully requests that the Court enter the attached Order granting its Motion.

Dated: October 19, 2005

Respectfully submitted,

_____
YOUNG CONAWAY STARGATT & TAYLOR, LLP

Of Counsel:
Ford F. Farabow
Joann M. Neth
Rebecca D. Hess
Mark J. Feldstein
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, D.C. 20001
(202) 408-4000

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Michele Sherreta (No. 4651)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

Attorneys for Plaintiff, CRYOVAC, INC.

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on October 19, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such document is available for viewing and downloading to the following counsel of record:

>N. Richard Powers, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>P. O. Box 2207
>Wilmington, DE 19899

I further certify that I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

**BY FEDERAL EXPRESS**

>Steven R. Trybus, Esquire
>Jenner & Block LLP
>One IBM Plaza
>Chicago, IL 60611-7603

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

Attorneys for Plaintiff Cryovac, Inc.