IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC., ) <br> ) <br>     Plaintiff/Counter-Defendant ) <br> ) <br> v. ) <br> ) <br> PECHINEY PLASTIC PACKAGING, INC. ) <br> ) <br>     Defendant/Counter-Plaintiff. ) <br> ) | Civil Action No. 04-1278-KAJ |

**ORDER GRANTING
PLAINTIFF CRYOVAC INC.'S MOTION FOR
SUMMARY JUDGMENT THAT PECHINEY INFRINGES
CLAIM 11 OF THE SHAH '419 PATENT**

Plaintiff Cryovac, Inc., pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves the Court for an Order that Pechiney Plastic Packaging, Inc. infringes claim 11 of U.S. Patent No. 4,755,419. All parties were given notice and an opportunity to be heard.

The Court has considered all papers and arguments in support of and in opposition to Cryovac's Motion, and is of the opinion that good grounds exist for the requested relief. Therefore,

**IT IS HEREBY ORDERED** that Cryovac Inc.'s Motion for Summary Judgment is GRANTED. The Court finds that Pechiney's ClearShield™ film/bags infringe claim 11 of U.S. Patent No. 4,755,419.

SO ORDERED this _____ day of _____ 2005.

_____
HON. KENT A. JORDAN
UNITED STATES DISTRICT COURT JUDGE