IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC.,<br><br>        Plaintiff/Counter-Defendant.<br><br>vs.<br><br>PECHINEY PLASTIC PACKAGING, INC.,<br><br>        Defendant/Counter-Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 04-1278-KAJ<br><br>Hon. Kent A. Jordan |

**NOTICE OF PAPERLESS FILING**

PLEASE TAKE NOTICE that PECHINEY PLASTIC PACKAGING, INC.'S UNIFIED APPENDIX FOR ITS MOTIONS FOR SUMMARY JUDGMENT VOLUME 1 – PUBLIC EXHIBITS is an oversized document and will be filed via Hand Delivery with the Clerk of Court for the District of Delaware and will be served in the manner so indicated upon the following attorneys of record on October 19, 2005:

    **BY HAND DELIVERY**
    John W. Shaw, Esquire
    Karen E. Keller, Esquire
    Young Conaway Stargatt & Taylor, LLP
    The Brandywine Building, 17th Floor
    1000 West Street
    Wilmington, DE  19801

    **BY FEDERAL EXPRESS**
    Ford F. Farabow, Jr., Esquire
    Finnegan, Henderson, Farabow,
      Garrett & Dunner, L.L.P.
    901 New York Avenue, N.W.
    Washington, D.C. 20001

Dated: October 19, 2005   **CONNOLLY BOVE LODGE & HUTZ LLP**

By: ___/S/ N. Richard Powers
**N. Richard Powers (#494)**
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorney for the Defendant*

# **CERTIFICATE OF SERVICE**

I, N. Richard Powers, an attorney, hereby certify that I caused true and correct copies of the foregoing to be served on:

>John W. Shaw, Esq.
>Karen E. Keller, Esq.
>YOUNG, CONAWAY, STARGATT,
> & TAYLOR, LLP
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, Delaware 19801
>Fax: (302) 576-3334
>
>Ford F. Farabow, Esq.
>Joann M. Neth, Esq.
>Michael J. Flibbert, Esq.
>Courtney B. Meeker, Esq.
>FINNEGAN, HENDERSON, FARABOW,
> & GARRETT & DUNNER, LLP
>1300 I Street, N.W.
>Washington, D.C. 20005-3315
>Fax: (202) 408-4400

This 19th day of October, 2005 via hand delivery and federal express.

>*/s/ N. Richard Powers*
>N. Richard Powers