# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CRYOVAC, INC.,                              )
                                            )
    Plaintiff/Counter-Defendant.       )        Civil Action No. 04-1278
                                            )
        vs.                        )        Hon. Kent A. Jordan
                                            )
PECHINEY PLASTIC PACKAGING, INC.,           )
                                            )
    Defendant/Counter-Plaintiff.       )
                                            )

## PECHINEY PLASTIC PACKAGING, INC.:

## UNPUBLISHED DECISIONS CITED WITHIN

## ITS MOTIONS FOR SUMMARY JUDGMENT

# UNPUBLISHED DECISIONS

| Tab | Citation | Case |
|---|---|---|
| A | 2004 DEL. CH. LEXIS 116 | All Pro Maids v. Layton |
| B | 2002 WL 32332751 (D.Del.) | Assoc./ACC Int'l Ltd. v. DuPont Flooring Sys. |
| C | 2001 U.S. Dist. LEXIS 23374 | CLIP Corp. v. Ludowici USA, Ludowici Mineral Processing Equip., Inc. |
| D | 2003 WL 22953225 (D.Del.) | Commerce Nat'l Ins. Servs. Inc. v. Buchler |
| E | 2002 Del. Ch. LEXIS 124 | Delaware Express Shuttle v. Robert M. Older and Creative Travel, Inc. |
| F | 1992 Del. Ch. LEXIS 234 | Research & Trading Corp. v. Pfulh |
| G | 1988 U.S. Dist. LEXIS 711 | Steel Benders v. HR Braner |
| H | 2004 U.S. Dist. LEXIS 24253 | Syngenta Seeds v. Monsanto |