## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CRYOVAC, INC.                          )
                                       )
    Plaintiff,                     )
                                       )
          v.                 )          C.A. No. 04-1278 (KAJ)
                                       )
PECHINEY PLASTIC PACKAGING INC.,       )
                                       )
    Defendant.                     )
                                       )

### STIPULATION AND ORDER

Plaintiff/Counter-Defendant Cryovac, Inc. ("Cryovac") and Defendant/Counter-Plaintiff

Pechiney Plastic Packaging, Inc. ("Pechiney"), by their respective undersigned counsel, and

subject to the Court's approval, stipulate and agree to further extend the time for Pechiney to file

and serve its Reply Brief in Support of Pechiney's Motion for Leave to File an Amended

Answer, Affirmative Defenses and Counterclaims by two days, from October 25, 2005 until

October 27, 2005.

YOUNG CONAWAY STARGATT &           CONNOLLY BOVE LODGE & HUTZ LLP
TAYLOR

*Michele Sherretta*                *N. Richard Powers*
_____      _____
John W. Shaw (ID #3362)            N. Richard Powers (ID #494)
Karen E. Keller (ID #4489)         1007 North Orange Street
Michele Sherretta (ID #4651)       P.O. Box 2207
1000 West Street, 17th Floor       Wilmington, DE  19899-2207
Wilmington, DE  19801              (302) 658-9141
(302) 571-6666                     *Attorney for Defendant/Counter-Plaintiff*
*Attorney for Plaintiff/Counter-Defendant*   *Pechiney Plastic Packaging, Inc.*
*Cryovac, Inc.*
Dated: _____10-25-05_____           Dated: _____10-25-05_____


So Ordered this _____ day of October, 2005.


_____
United States District Court Judge