# Introduction

- **U.S. Patent No. 4,755,419**
  - "Oxygen Barrier Oriented Shrink Film"
  - Claim 11 directed to "An oriented coextruded film having at least seven layers …"

- **ClearShield™ bags**
  - Bone-in fresh red meat
  - Competes with "patch bags"

# Multilayer Film

- **What Is Multilayer Film?**
  - Film with two or more layers adhered together
- **Why Multilayer Films?**
  - A combination of plastics that together provides more desirable features than any one plastic alone





ClearShield™ Film — Outer Layer, Adhesive Layer, Nylon Layer, EVOH Core Layer, Nylon Layer, Adhesive Layer, Sealant Layer

# Bone-In Fresh Red Meat Packaging

- Obtain bag from from box of bags
- Open bag
- Drop meat into bag
- Evacuate and seal bag
- Heat shrink bag
- Pack bagged meat for shipment

# Bag Manufacturing Process

- Make Film
- Make Bag From Film
  - Melt each plastic

Civil Action No. 04-1278



# Bag Manufacturing Process

- Make Film
  - Melt each plastic
  - Co-extrude melted plastic layers