

10

Civil Action No. 04-1278



## Bag Manufacturing Process

- Make Film
  - Melt each plastic
  - Co-extrude melted plastic layers
  - Cool to form solid film or pre-tube
  - Optionally, re-heat to soften, stretch softened pre-tube and then re-cool
  - Optionally, treat stretched film

