

# Bag Manufacturing Process

- Make Film
- Make Bag From Film
  - Optionally, print film
  - Create bag by cutting film to size and by making bottom seal
  - Affix bag to bag conveying tape
  - Arrange bags in box

15

Civil Action No. 04-1278

