IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Civil Action No. 04-1278-KAJ |
| ) | |
| PECHINEY PLASTIC PACKAGING INC., ) | **Redacted Version -** |
| ) | **Publicly Filed** |
| Defendant/Counter-Plaintiff. ) | |

**APPENDIX OF EXHIBITS TO CRYOVAC INC'S
OPENING BRIEF IN SUPPORT OF ITS MOTION TO EXCLUDE EXPERT
TESTIMONY PURSUANT TO PRINCIPLES ANNOUNCED IN DAUBERT**

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Michele Sherretta (No. 4651)
YOUNG CONAWAY STARGATT &
  TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600

Of Counsel:

Ford F. Farabow, Jr.
Joann M. Neth
Mark J. Feldstein
Courtney B. Meeker
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, D.C. 20001-4413
(202) 408-4000

Attorneys for Plaintiff Cryovac, Inc.

Dated: October 19, 2005

DB01:1872918.1                                                                                                    063527.1001