and, as such, would preclude a claim of "lost profits" and limit a claim of reasonable royalty. The alternative is clearly "acceptable" because it (1) is essentially interchangeable with the accused product, (2) would have been received favorably by customers, and (3) the decision to pursue the accused product was driven by secondary reasons (see above). Further, the alternative was clearly available since (1) very little additional work would have been (or was) required to fully develop the product, (2) all the components of the alternative film and know-how and equipment to produce the film was available, (3) there would have been little or no delay in selecting the alternative, and (4) there were no other hurdles (e.g., FDA) that would prevent introduction of the alternative.

III. Conclusion

10.     In view of the above, it remains my opinion that Cryovac's damages in this matter are limited to a reasonable royalty for the alleged infringement by PPPI. Lost profits for alleged patent infringement are not recoverable in view of the availability (to PPPI) of an acceptable non-infringing alternative. In the unlikely event that "lost profits" for PPPI's alleged infringement are found to be recoverable by Cryovac (i.e., if the jury believes that Cryovac has satisfied all four "prongs" of Panduit, as described in my initial Expert Report), the damages should be determined by multiplying PPPI's actual alleged infringing sales, for which all four prongs are met, by Cryovac's average net profit during the time period. Under no circumstances should the calculation include sales for which the "but for" test is not met. Moreover, the "lost profits" cannot include any sales occurring after the expiration of the '419 patent. I continue, however, to maintain that neither the "demand prong" nor the "absence of non-infringing alternatives prong" are met in this case. Damages for "tortious interference" or "unjust enrichment" are incapable of calculation, even if "tortious interference" or "unjust enrichment" can be established and, it is my opinion that neither can be established in view of the fact that no

4

contract with "quantity" or "requirements" terms existed. This was confirmed (admitted) by Mr. Jeff Gardner of Cryovac in his recent deposition. Finally, with respect to reasonable royalty, the Grain Processing decision, cited in my prior reports, would limit the royalty rate to a nominal rate since production of the acceptable and available non-infringing alternative is, in fact, more economic than the accused product. In view of the conventional rates in the industry and the very nominal value of the patented technology (even if the asserted claim is fund to be valid and PPPI is found to have infringed), it is my opinion that the reasonable royalty rate determined in the hypothetical negotiation would not have exceeded 2% of PPPI's alleged infringing sales.

IV. Right to Supplement

11.    In view of the fact that discovery in this case is continuing and Mr. Nawrocki continues to indicate that he may again supplement his opinion, I reserve the right to supplement my opinion.

Respectfully submitted,

_15 August 2005_
Dated

Larry W. Evans

5

## CERTIFICATE OF SERVICE

I, Brian P. O'Donnell, an attorney, hereby certify that I caused true and correct copies of

Second Supplemental Report of Larry W. Evans Pursuant to Federal Rules of Civil Procedure

Rule 26(A)(2)(B) to be served on:

> John W. Shaw, Esq.
> Karen E. Keller, Esq.
> YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, Delaware 19801
> Fax: (302) 576-3334
>
> Ford F. Farabow, Esq.
> Joann M. Neth, Esq.
> Michael J. Flibbert, Esq.
> Courtney B. Meeker, Esq.
> FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
> 901 New York Avenue, N.W.
> Washington, D.C. 20001-4413
> Fax: (202) 408-4400

This 15th day of August, 2005 via e-mail and first class mail.

Brian P. O'Donnell

# EXHIBIT 7

# EXHIBIT 7
# REDACTED IN ITS ENTIRETY

# EXHIBIT 8

# EXHIBIT 8
# REDACTED IN ITS ENTIRETY

# EXHIBIT 9

| | |
|---|---|
| From: | "O'Donnell, Brian P" <BODonnell@jenner.com> |
| To: | "Mark Feldstein" <mark.feldstein@finnegan.com> |
| Date: | 8/2/05 12:25PM |
| Subject: | Cryovac v. PPPI - M. Feldstein Ltr. 08/01/2005 |

Mark:

Steve asked me to respond to your letter of August 1, 2005. Regarding
Item No. 1, I the requested indemnification agreement is attached and
bears production number PPPI 013482. You will also find attached an
additional document responsive to Cryovac's document requests bearing
production numbers PPPI 013473-81. We are looking for the "draft
document" and, assuming this document can be located after a reasonable
search, we will get it to you as soon as we can.

Regarding Item No. 2, please be advised that although Mr. Douglas
maintained files (which files have been produced to Cryovac) relating to
Pechiney project no. 403499, he did not maintain a "project notebook
related to Pechiney project no. 403499." I have asked our client to
look into the remaining two (Mr. Buelow's "project notebook related to
Pechiney project no. 403499" and Dr. Mueller's "notebook related to []
1998 work with EVOH") items promptly. Assuming these documents can be
located after a reasonable search, we will produce the requested
documents as soon as possible.

Regarding Item No. 3, documents related to Stratos Dimas (f/k/a
Efstratios Hatzidimitriu), Seymour Gilbert and Earl Hatley have been
produced to Cryovac and, based on a search of Pechiney's production that
we performed, include at least documents bearing bates numbers PPPI
008384-89, 8443-51, 8452-687, and 13473-81. Mr. Gilbert has been
retained as a consulting expert by Pechiney. All communications between
Messrs. Dimas, Gilbert and Hatley were through Pechiney's attorneys and
are immune from production under the work product privilege.

Brian P. O'Donnell
Jenner & Block LLP
One IBM Plaza
Chicago, Illinois 60611-7602
Tel: 312.840.7464
Fax: 312.840.7564
E-mail: bodonnell@jenner.com
www.jenner.com

***************************************************************
******
WARNING - This message contains confidential and privileged material for
the
sole use of the intended recipient(s). Any review, use, distribution,
or
disclosure by others is strictly prohibited. If you are not the
intended
recipient (or authorized to retrieve messages for the intended
recipient),
please contact the sender by reply e-mail and delete all copies of this
message.
***************************************************************

******

---------------------------------------------------

Brian P. O'Donnell
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611-7603
Tel (312) 840-7464
Fax (312) 840-7564
BODonnell@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---------------------------------------------------

**CC:**       "Joann Neth" <joann.neth@finnegan.com>, "Trybus, Steven R" <STrybus@jenner.com>, "Cassling, Donald R" <DCassling@jenner.com>

# PROCEEDINGS

# 36th Annual
# Reciprocal Meat Conference

of the
## American Meat Science Association

in cooperation with the

## National Live Stock and Meat Board

## North Dakota State University
## Fargo, North Dakota

## June 12-15, 1983



PPPI 013473

# Environmental and Material Composition Effects on Film Permeability as Related to Meat Packaging

Seymour G. Gilbert*
Grace R. Huang-Lai
Christopher C. Lai

## Introduction

The selection of a plastic film for packaging is often based on many factors. An overriding consideration for a foodstuff is the permeability of the package walls to various penetrants. The penetrants of major importance are moisture, oxygen and, in certain cases, carbon dioxide. Other substances, including organic vapors and aromas, are often important, depending on both the product and its environment during the span of its use.

Knowledge of the barrier properties of the film is essential in successful design of packaging to extend the product storage life. Different products have different film permeability requirements. In general, there are two types of packaged foods. First is the packaged non-living materials in which the useful storage period is governed by the degree of effectiveness of the package as a barrier to a particular penetrant or penetrants (Gilbert and Hayakawa, 1975). The second type is packaging of a living system, such as fresh meat or produce. These products have a number of complicating factors which are not present in the preceding case (Daun and Gilbert, 1974, 1979). A certain composition of gas and vapor is required in the package to maintain the desirable biological/biochemical activities of the system. Thus, proper film selection and optimizing package design are important in controlling product quality changes, such as color, aroma, texture, microbial growth, etc. Henig and Gilbert (1975) used computer-aided mathematical solutions to determine the equilibrium concentration of gases within a packaged produce and the time necessary to reach this condition. The technique could also be applied to package design for any commodity.

An understanding of the factors affecting film permeation would be desirable in package film selection and design of packaged product environment. In this presentation, we will first review the theory of permeation and various factors that affect film permeability. Then packaging requirements in terms of barrier properties for meat products will be presented.

## Theory of Permeation

The rate of permeation is defined as the amount of material passing through a membrane or film per unit of time.

*S. G. Gilbert, Department of Food Science, Cook College New Jersey Agricultural Experiment Station, Rutgers University, New Brunswick, New Jersey 08903

Reciprocal Meat Conference Proceedings, Volume 36, 1983.

The permeation rate of gas or vapor through a package is highly dependent on the package film composition, nature of the gas and the environment. Movement of small molecules through the polymeric systems may occur by at least three processes: (a) Activated diffusion of molecules through homogeneous amorphous material, (b) Flow through a discontinuity (pore or crack) in the material, or through faulty seal or seam, (c) Combination of the above two processes.

## Activated Diffusion

The activated diffusion process can be generally characterized by three steps. First, penetrant dissolving at one side of the film. Then it diffuses through the film under a concentration gradient. Finally, the penetrant evaporates from the other, lower-concentration, surface. Both first and third steps depend primarily on the solubility of the penetrant in the polymer, whereas the second step is diffusion dependent. The higher the solubility of diffusion rate, the more likelihood of greater movement of a gas or vapor.

For the steady-state activated diffusion process, the rate of mass flux of gas may be expressed by Fick's first law of diffusion:

$$q = -D \frac{dC}{dx} \tag{1}$$

where:

$q$ = rate of diffusion per unit area of film in unit time
$D$ = diffusion coefficient
$C$ = concentration
$x$ = distance diffused at concentation C

If D is independent of the concentration or location in the film, the above equation (1) may be integrated between the two concentrations, $C_1$ and $C_2$ to

$$q = D(C_1 - C_2)/1 \tag{2}$$

where:

$C_1$ and $C_2$ = steady state concentrations of gas at both surfaces of the film
$1$ = film thickness

The gas concentrations of penetrant at both surfaces can be related to their partial pressure by means of Henry's law

$$C = Sp \tag{3}$$

where:

$S$ = solubility coefficient of the penetrant in the polymer
$p$ = gas or vapor partial pressure

PPPI 013474

substitution of Sp for C in equation (2) gives

$$q = DS(p_1 - p_2)/1 = P(p_1 - p_2)/1 \qquad (4)$$

or

$$P = DS = q1/(p_1 - p_2) \qquad (5)$$

The product DS has been defined as the permeability constant or permeability coefficient. This value is a constant at a given temperature when Henry's law is obeyed and that D is independent of penetrant concentration. When Henry's law is not obeyed, or the diffusion is concentration dependent, a non-linear pressure gradient usually exists. An example is the dual mode sorption mechanism of Vieth and Sladek (1965).

## Flow Through Pores

Penetrant size relative to pore or capillary and the viscosity of the penetrant are the governing factors of mass flux through the nonhomogeneous film. In the case of streamline flow of a single-component through capillaries, Poiseuille's law can be used.

$$q = \frac{\pi r^4}{8 \mu L}(p_1 - p_2) \qquad (6)$$

where:

$r$ = radius of capillary
$\eta$ = viscosity of the penetrant
$L$ = length of capillary

For cases conforming to Poiseuille's law, the permeability coefficient varies inversely proportional to the penetrant viscosity, which increases with temperature (Hall, 1973). That is, P decreases with increase in temperature for large capillaries.

When the diameter of the pore is less than the mean free path of the gas molecules, the flow rate becomes independent of pressure and pore diameter. The flow can be described by Knudsen's law.

$$q = \frac{4r^3}{3L} \cdot \frac{(2\pi M)^{1/2}}{RT}(p_1 - p_2) \qquad (7)$$

where:

$M$ = molecular weight of penetrant
$R$ = gas constant
$T$ = absolute temperature

The flow, following Knudsen's law, is independent of penetrant viscosity and P decreases with temperature. This is in contrast with permeability governed by activated diffusion, where the mass flow rate increases exponentially with temperature.

## Simultaneous Diffusion and Flow Through Pores

Frisch (1956) derived an equation for combined diffusion and convection through polymer films possessing pores. At steady state gas flux, where D is assumed constant and local solution equilibrium is attained at the walls of the pores, q is given by:

$$q = D \frac{d}{dx}\left(\frac{C}{1 + \phi}\right) + \left(\frac{C}{1 + \phi}\right)v \qquad (8)$$

$$\phi = 1/SRTg \qquad (9)$$

where:

$v$ = convective velocity
$S$ = overall solubility coefficient
$g$ = constant factor which is inversely proportional to the total pore volume

Common units used for permeability constant are: CC(STP) · mil/m²/24hr/atm; CC(STP) · mil/100in²/24hr/atm; CC(STP) · cm/cm²/sec/cmHg and gm/m²/24hr/atm. When comparing permeability constants, one should be very careful to note the units used, or else one material might be mistakenly assumed to be a better barrier than another, while in reality that is not the case.

In addition, there is a common misconception among people regarding a film, like polyethylene, as having a high gas permeation rate relative to water vapor permeability (Gilbert, 1981). This notion probably arises from the usual unit used for the permeability constants: water being in grams, and gases like oxygen in cc. At equivalent gauge, area and time, these two quantities are related by a factor of 24,400/18 or 1,244/1. The driving forces are also not equal. Thus, the normalizing factor for water vapor transmission in the standard transfer units is about $4 \times 10^4$ for water to that for a fixed gas.

## Factors Affecting Film Permeability

The rate of gas or vapor permeation through a polymeric film depends on a number of parameters.

## Nature of Penetrant

Diffusion coefficient and permeation rate are decreased as the size and shape of penetrant molecules increases. The shape factor is especially important as in the case of organic molecules. For branched or cyclic penetrant, the diffusivity is much lower than their linear counterparts of the same molecular weight.

In most cases the permeability of polymers to penetrant increases with similarity of structure, the well known principle of "like dissolves like," and ease with which the penetrant can condense on the barrier material. For example, water vapor has a very low solubility value in hydrophobic polymers, such as polyethylene. As a result, water vapor permeability through polyethylene is much lower than through the hydrophilic materials, such as the cellulosics and nylons. However, the water vapor permeation rate through polyethylene is higher than that of oxygen which has about the same molecular size because of the difference in liquifaction temperature.

The permeation process of organic vapors is quite complex due to the pressure-dependent solubility and the concentration-dependent diffusion coefficient. The solubility of organic vapors does not follow Henry's law. In addition to being penetrants, these vapors behave as solvents or plasticizers which swell the polymer and lead to increased polymer chains and penetrant mobilities. It should be noted that since the solvent-film interaction varies with each polymer, comparison of organic vapor permeabilities cannot be made in a similar fashion as is possible for gases and water vapor.

PPPI 013475

In general, mixtures of gases have no interaction on their film barrier properties. The gases permeate independently according to the partial pressure of each gas. On the other hand, the effect of mixed vapors depends entirely on the individual penetrant's behavior toward the polymer. Complex situations could occur when mixtures contain at least one penetrant that swells the polymer. Swelling due to the water or organic vapor increases the flux of other penetrants. Effect of swelling due to water sorption depends on relative humidity and not on the percent of water vapor in the gas. The presence of water vapor also has an accelerating effect on diffusion of organic vapors in polymers such as polyvinyl acetate and cellulose acetate (Long and Thompson, 1954).

The effect of relative humidity on oxygen permeation of various common films is shown in Figure 1. Hydrophobic polymers give a relative constant rate of permeation all through the range of relative humidity, whereas the hydrophilic materials show a rapid increase of gas flow at higher relative humidity. These curves, which refer to material approximately 0.001 in. thick, are based partly on data given in the literature and partly on practical observations on a limited number of samples in our laboratory. They indicate only the probable order of magnitude and not the specific performance which can be expected from materials from different sources of supply.



Figure 1

Figure 1. Effect of %rh on $O_2$ permeability of various films.

### Temperatures

The temperature relationship to diffusion and solubility over a small range of temperature can be represented by Arrhenius type relation if the penetrant does not swell the polymer.

$$S = S_0 \exp(-H_s/RT) \qquad (10)$$

$$D = D_0 \exp(-E_D/RT) \qquad (11)$$

where $H_s$ and $E_D$ are apparent heat of solution and activation energy for the diffusion process, respectively, and the subscript zero refers to a standard state. Consequently, from the

definition $P = DS$, the temperature dependence of the permeability constant is as follows:

$$P = P_0 \exp(-E_p/RT) \qquad (12)$$

where:

$$E_p = H_s + E_D \qquad (13)$$

$E_p$ is the activation energy for the overall permeation process, and $H_s$ can be expressed as sum of the heat of condensation and the heat of mixing.

$$H_s = H_{cond} + H_{mix} \qquad (14)$$

As the temperature increases, the value of diffusion coefficient increases, and solubility decreases or increases depending on whether $H_s$ is determined largely by $H_{cond}$ or $H_{mix}$. The dependence of solubility on temperature, however, is small in comparison with that of diffusion coefficient. Therefore, the overall $E_p$ is positive and permeation increases with an increase in temperature.

The overall activation energies of numerous penetrant/barrier systems have been reported in the literature (Crank and Park, 1968; Meares, 1965; Yasuda and Stannett, 1964). These values may be used to calculate the permeabilities at other temperatures using the following relationship (Yasuda and Stannett, 1964):

$$\log P_2 = \log P_1 + \frac{1000 E_p}{4.6}\left(\frac{1}{T_1} - \frac{1}{T_2}\right) \qquad (15)$$

where $P_1$ and $P_2$ are the permeability coefficients at temperatures $T_1$ and $T_2$ respectively.

### Light and Irradiation

Light usually does not affect the barrier properties of film. There has been considerable activity in recent years in the sterilization of already packed foods by irradiation through the package. The effect of $\beta$ or $\gamma$ irradiation of a polymer on solubility and diffusivity depends primarily on the crosslinking to scission ratio (Rogers, 1964). The magnitude of the observed effects generally increases proportionally with the dose.

### Film Thickness

The rate of permeation is always inversely proportional to the film thickness if equilibrium conditions have been established. In the case of pre-equilibrium, thickness of polymer improves its barrier properties much more than it does after reaching equilibrium, since the time needed to reach equilibrium is roughly proportional to the square of the thickness if Fick's and Henry's laws are obeyed (Lebovits, 1966).

### Nature of Barrier Material

A number of film properties have an effect on the rate of permeation. Since penetrant-polymer interaction has considerable influence on the film permeability, the following material factors should be interpreted as only a general trend.

Structural modifications of polymer usually changes the diffusion and permeability coefficient. These are attributed to alterations of the chain mobility, cohesive energy, and hole volume or "looseness" of the polymer structure. Thus, any increasing quantities such as density, degree of crystallinity,

PPPI 013476

orientation, cross-linking, saturation, length or polarity of side groups, as well as additives such as plasticizers and fillers in a polymer molecule, will generally reduce the permeability. For example, in our studies on the effect of cross-linking on the permeability of collagen (Lieberman and Gilbert, 1973), data show that both the permeability and diffusion coefficients decrease with increasing degree of cross-linking (Table 1). When the chain segments are tied together at intervals by cross links, the probability of the polymer chains moving away from the same central point and forming a hole for passage of the penetrant will decrease. The same considerations probably apply to inter-molecular "cross linkages" involved in crystalline structures.

## Composite Film

Composite structures, including laminations and coated materials, are often used to provide a definite function, such as heat sealability, structural and barrier characteristics, etc. It is usually impractical and uneconomical to reduce permeability by increasing the thickness of one material. Consequently, a more practical way of obtaining the desired permeability and possess other functional requirements is by coating or lamination of the film with one or more other materials of better barrier properties. Table 2 demonstrated

### Table 1. Oxygen Permeability of Formaldehyde Cross-Linked Collagen Films

| Molecular Weight Between Cross-Links | $P \times 10^{13} (cc \cdot cm/cm^2/sec/cmHg)$ | |
|---|---|---|
| | 86.5%RH | 91.0%RH |
| 6100 | 1109 | 1301 |
| 4300 | 1277 | 1348 |
| 3400 | 1480 | 1636 |
| 2700 | 1648 | 1816 |

Ref. Lieberman and Gilbert, 1973

### Table 2. Permeability (P) for Selected Plastic Films

| Film | Oxygen[a] | | Water Vapor[b] | |
|---|---|---|---|---|
| | U | F | U | F |
| Polypropylene | 889 | 1152 | 0.22 | 0.30 |
| Foam PP | 2529 | 6660 | 0.56 | 1.52 |
| Foam PP/PVDC Coated One side | 456 | 2153 | 0.02 | 1.09 |
| PP/PVDC/PP Lamination | 92 | 819 | 0.02 | 0.13 |
| PE/NYLON/PE Co-Extrusion | 174 | 230 | 0.94 | 1.13 |

[a]CC/m²/24hr/atm at 23°C          (Gilbert and Lai, 1982)
[b]gm/m²/24hr at 23°C, 90%RH
U = flat unflexed sheet
F = film partial flexed 20 cycles
     (ASTM method F-392-74)

the effect of PVDC coating and laminate on permeation. The permeation rate for composite film is independent of the order in which the layers are assembled, it D for each layer is constant. In steady-state, the overall permeation coefficient of flow through a barrier of total thickness of 1 composed of n layers is given by

$$\frac{1}{P} = \sum_{i=1}^{n} \frac{X_i}{1} \cdot \frac{1}{P_i} \qquad (16)$$

where: $X_i$ = thickness of the ith layer
       $P_i$ = individual permeability coefficient of the ith layer, independent of pressure and concentration.

However, if one of the layers would interact with the penetrant, then the rate through the composite will be dependent on the direction of flow. For instance, while packaging liquid flavor concentrate with PVDC coated polyethylene, it was found that the film with coated side toward the product had a better barrier against flavor loss than if it was packaged in reverse (Talwar et al., 1973).

The co-extrusion technology has great impact on the making of flexible packaging materials in the areas of performance and flexibility of composite webs. Combinations of materials can be simultaneously extruded through a die by the co-extrusion process to achieve structures that provide high performance at reasonable costs. Since it is a one-step process and solvent-free, co-extrusion offers additional potential economic and environmental advantages as compared with the laminating and coating operations. High barrier co-extruded films have been designed for use in packaging snacks and other foods. These films can be designed with hydrophobic exterior polymers with high barrier but water-sensitive cores, such as ethylene vinyl alcohol. Table 2 illustrates one possible combination.

## Mechanical Damage

In practical situations, barrier materials are often creased and subjected to other adverse effects as a result of flexing that occurs during machining and handling of the film and finished package. These abuses can lead to increases in gas or vapor permeability due to structural damage of the polymeric film.

A Gelbo Flex tester was used to simulate the package abuse (Gilbert et al., 1983). Numerous pinholes could be seen by naked eyes on flexed glassine. On the other hand, flexed PE/NYLON/PE co-extruded was only wrinkled without visible pinholes. Among all the flexed films studied, nylon extrusion gave the best resistance to mechanical damage and barrier against organic vapors. Effect of flexing on oxygen and water vapor transmission of selected plastic films are also presented in Table 2. It can be seen that flex damage is a function of nature of the film, coating, laminate or co-extrusion.

### Barrier Requirements for Packaged Meats

The preceding discussion has considered the mechanisms and factors affecting film permeation. Combining this information and understanding the micro-environment of the product, one should be able to select and design optimum

packaging materials in terms of barrier properties for packaged meat and meat products.

The science and technology of meat packaging have been reviewed by many authors (Mills and Urbin, 1960; Brody, 1970; Sacharow and Griffin, 1970; Daun and Gilbert, 1979; Rizvi, 1981). In the following, we shall examine how permeation relates to quality of packaged meats. Some unpublished data from our research will be presented.

## Fresh Meats

There are two conflicting conditions for packaging of fresh meats. Oxygen permeable film is required to maintain the desirable red oxymyoglobin pigment. On the other hand, a relatively gas impermeable film is needed to minimize microbial growth. The chemistry of meat pigments has been discussed by Fox (1966). Landrock and Wallace (1955) studied the role of film oxygen permeability to fresh red meat color. They found that the minimum oxygen permeability requirement is about 5,000 ml/m² · 24 hr · atm at 75°F. This requirement has been shown by Daun et al. (1971) to be fortuitous as it is determined largely by the oxygen demand of the indigenous microflora and not the meat pigment. A review of the relationships of microflora to packaged meats was given by Ingram (1962). The storage life of the vacuum packaged meat, as assessed by discoloration and development of putrefactive odors, was shown by Newton and Rigg (1979) to be inversely related to film oxygen permeability in keeping with the principle that microbial growth is the key relation to $O_2$.

In practice, a film highly permeable to oxygen is used for packaging fresh meats to be stored only 2 or 3 days. Rizvi (1981) listed the film oxygen permeability requirements for various meat packaging (Table 3) without consideration to the microbial factor. Other requirements are low water vapor permeation rate, impermeability to foreign odors and several physical properties including flexibility, clarity, high wet strength, nontoxic, grease proof and durability at low temperatures.

Fresh meats could have a much longer storage life if they were vacuum packaged in oxygen and water vapor impermeable film. However, the anaerobic condition causes the formation of purplish red color of reduced myoglobin. In one of our studies, we monitored the color changes of vacuum packaged meats with time (Gilbert et al., 1981). One group of beef chunk steaks was vacuum packed (Group-V) in PE and

### Table 3. Film O₂ Permeability Requirement for Meat Packaging

| Product | P | Comments |
|---|---|---|
| Fresh Retail Cuts | 5000 | Oxygenation of Myoglobin. Meat Blooms |
| Vacuum Packaged Fresh Meat | 40 | Retards Myoglobin Conversion to Metmyoglobin |
| Cured Meat | 100 | Retards Degradation of Nitric Oxide Myoglobin |
| Vacuum Packaged Processed Meat | 15 | Minimum Degradation of Nitric Oxide Myoglobin |

P = CC/m²/24hr/atm at 23°C                (Rizvi, 1981)

PP laminated pouches, while another group was packed with about 100 cc of air in the headspace of the pouches (Group-A). One half of each group was kept under fluorescent light and the other half was stored in darkness at 3°C environment. Changes in meat surface color were measured with a Hunter Color Meter (D25P-2).

Both oxygen and carbon dioxide permeabilities of the pouch material were determined, and their values were 1273 and 7036 cc/m²/hr/atm at 23°C, respectively. The oxygen permeation rate is higher than the recommended rate for vacuum packaged fresh meat as listed in Table 3. However, it is well below the value suggested for fresh retail cuts.

The color of meat for all packages turned brownish in two days. No color differences were observed between packages stored under fluorescent light and those kept in darkness. Changes in the loss of red color (Δa) and loss of brightness (ΔL) are shown in Figures 2 and 3, respectively. Gas composition within the package was determined using the gas



Figure 2. Changes in loss of redness (Δa) of packaged fresh beef samples.



Figure 3. Changes in loss of brightness (ΔL) of packaged fresh beef samples.

PPPI 013478

chromatographic technique. Gradual increase of $CO_2$ was found for both groups with substantial decrease in headspace oxygen of Group-A. It was suspected that the color changes were due to the oxidizing of myoglobin to metmyoglobin by microbial metabolites. Group-V showed relatively low microbial activities, due to lack of oxygen inside the packages. However, sufficient oxygen might be present in the meat surface fluid to allow microbial metabolites to form, which changed the meat to the undesirable brownish color.

Gilbert et al. (1981) further investigated the effect of initial bacterial load on the color stability of packaged meat. Two meat samples, Meat-Hi and Meat-Low, with initial bacterial load of $2.5 \times 10^4$ and $2 \times 10^2$ count/cm², respectively, were vacuum-packaged with the PE/PP laminated pouches. All samples were stored at 3°C in darkness.

Figure 4 shows the redness changes of both packaged meats. An arbitrary interpretation of visual color acceptability in terms of redness (a value) was used according to Rickert et al. (1957). Meat-Hi with higher initial bacterial load started to turn brown after 3 days of storage, whereas Meat-Low with low initial bacterial load maintained redness in the satisfactory region after 7 days of storage. The bacterial loads after 7 days were $3 \times 10^5$ and $7 \times 10^3$ counts/cm² for Meat-Hi and Meat-Low, respectively.

The results show that it is possible to maintain an acceptable red meat color up to a week with an intermediate oxygen permeability material under the condition which avoids an undue initial load of microorganisms and at low temperature restriction growth. It is concluded that much of the literature concerning permeability requirements of fresh meat is not valid for commercial meats when the relation to microbial competition for oxygen is not considered. Gilbert and Daun (1971) had previously demonstrated that true oxygen demand by sterile excised meat discs for maintaining redness color is quite low, whereas higher demands reflected the microbial status of the meat under specific test conditions.

## Frozen Meats

Frozen packaged meat has become more and more acceptable in the wholesale and institutional trade, but frozen retail cuts constitute only a small part of the market at present. The primary concern for the frozen storage of meat is the problem of freezer burn. This is caused by severe moisture loss from the surface layers. To prevent water vapor migration, void spaces in the frozen packages should be restricted and the temperature during the storage should be kept relatively constant. The meat should be in a skintight package as with a shrinkable film that has low permeation to oxygen, water vapor and volatile flavor components.

Another study was conducted with the same set-up as described in the experiment with fresh meat except the meats were frozen immediately after cutting, before packaging (Gilbert et al., 1981). The meats packaged with air were shown to have much brighter red color than in the vacuum packages. Vacuuming has significant (P<1% level) effect on the changes in loss of brightness ($\Delta L$ value) of frozen meat which indicated that the meat brightness is directly related to availability of oxygen to meat surface (Figures 5 and 6). On the other hand, there was evidence of light effects (P<5% level) on the color of the meat (Figure 7).

Figure 5.



Figure 5. Changes in mean $\Delta a$ values of packaged frozen beef.

Figure 4



Figure 4. Redness changes of packaged fresh beef samples with different initial bacterial loads.

Figure 6.



Figure 6. Changes in mean $\Delta L$ values of packaged frozen beef.

PPPI 013479

Figure 7



Figure 7. Effect of light on changes of redness (Δa) of packaged frozen beef.

The vacuum packaged meats were opened after seven days of storage and exposed to 100% $O_2$. The changes in both a and L values were shown by the dotted line in Figures 5 and 6. These results demonstrated the reversibility of purplish red color to bright red color. However, the reversible process was not complete, probably due to some of the meat pigments being already in the oxidized stage (metmyoglobin).

## Processed Meats

Processed meats, such as frankfurters and luncheon meats, should be protected from light and oxygen. A vacuum package with a film of relatively low oxygen and water vapor permeability can aid considerably in extending the product's shelf life.

Gilbert and Huang-Lai (1982) have studied the shelf life of ham packaged with cook-in films, a special packaging technique which combines shrink film, thermoforming and vacuum sealing. The product was filled in a pre-formed package before cooking, then sealed into a semi-rigid container. During the cooking cycle it shrinks around the product to assume the final taut configuration.

Fourteen lbs. size ham samples packaged in 9 different film materials supplied from Allied Fibers and Plastics (Morristown, NJ) were used to evaluate the product stability stored under 35°F in darkness. All of the films have good barrier properties (30 to 93cc/im²/24hr/atm for $O_2$ permeability). Sensory and microbiological qualities were determined after three months of storage, $CO_2$ concentration of fluid within packages was also measured. Good correlation was found between $CO_2$ concentration and aerobic bacteria count ($r = 0.8$). The bacterial load on packaged hams was within commercially acceptable levels. However, sensory qualities (surface color and aroma) were judged to be slightly less acceptable as compared with a reference sample of freshly packaged ham. It was found that the best product storage stability was related to the film that gave excellent shrinkage with tightly packed packages. Loose pockets of ham fluids within the packages are undesirable. These provided a media for the bacteria to grow and the liquid could also contribute to the pale faded surface appearance of the ham by washing off the color pigments.

## Conclusion

Film permeability properties are of major importance to the shelf life of packaged meats. Theory of permeation and various factors that affect permeability have been presented to show the parameters of this aspect. The practical relations of permeation to quality of packaged meats were also examined. It is concluded that much of the literature concerning barrier requirements for fresh meat is not valid since the relation to microbial competition for oxygen was not considered. The oxygen demand by sterile fresh meat is quite low. Thus, most of the permeated oxygen is used in bacterial growth. Controlled atmosphere (high $O_2$ and $CO_2$ or low $O_2$) in relatively impermeable films storage provides one route to regulate both meat pigment and bacterial growth but this system requires close control of initial microflora, particularly with high initial oxygen level.

*New Jersey Agricultural Experiment Station, Publication No. 10507-1-83, supported by State funds.*

## References

Barrer, R.M. 1951. "Diffusion in and Through Solids." Cambridge University Press, London.
Brody, A.L. 1970. Flexible packaging in foods. CRC Reviews in Food Tech. 1:71-155.
Carmen, P.C. 1956. "Flow of Gases Through Porous Media." Academic Press, London.
Crank, J. and Park, G.S. 1968. "Diffusion in Polymers." Academic Press, New York.
Daun, H. and Gilbert, S.G. 1974. Film permeation: The key to extending fresh produce shelf life. Packaging Engineering 19(8): 50-51, 53-54.
Daun, H. and Gilbert, S.G. 1979. How film choices affect shelf life of packaged meats. Packaging Engineering 24(4): 49-51.
Daun, H.; Solberg, M.; Franke, W. and Gilbert, S. 1971. Effect of oxygen-enriched atmospheres on storage quality of packaged fresh meat. J. Food Sci. 36:1011-1014.
Fox, J.B. 1966. The chemistry of meat pigments. J. Agric. Food Chem. 14:207.
Frisch, H.L. 1956. Gas permeation through membranes due to simultaneous diffusion and convection. J. Phys. Chem. 60:1177-1181.
Gilbert, S.G. 1981. Lecture notes on "Permeability measurement in relation to shelf stability of products."
Gilbert, S.G. and Daun, H. 1971. Unpublished data.
Gilbert, S.G.: Hatzidimitriu, E.; Lai, C.C. and Passy, N. 1983. Study of barrier properties of polymeric films to various organic aromatic vapors. Presented at the Third International Flavor Conference. Greece.
Gilbert, S.G. and Huang-Lai, G.R. 1982. Unpublished data.
Gilbert, S.G. and Hayakawa, K. 1975. Control of ripening and deterioration in packaged fresh produce. Singapore Polytechnical J. 7:33-36.
Gilbert, S.G. and Lai, C.C. 1982. Unpublished data.
Gilbert, S.G.; Tanaka, S. and Paik, S.W. 1981. Unpublished data.
Hall, C.W. 1973. Permeability of plastics. Modern Packaging. 46:53:57.
Henig, Y.S. and Gilbert, S.G. 1975. Computer analysis of variables affecting respiration and quality of produce packaged in polymeric films. J. Food Sci. 40:1033-1035.
Ingram, M. 1962. Microbiological principles in prepacking meats. J. Appl. Bact. 25:259-281.
Landrock, A.H. and Wallace, G.A. 1955. Discoloration of fresh red meat and its relationship to film oxygen permeability. Food Tech. 9:194-196.
Lebovits, A. 1966. Permeability of polymers to gases, vapors, and liquids. Modern Plastics 43:139-146, 150, 194-213.

**PPPI 013480**

54

Lieberman, E.R. and Gilbert, S.G. 1973. Gas permeation of collagen films as affected by cross-linkage, moisture and plasticizer content. J. Polymer Sci. Symposium Issue 41:33-43.

Long, F.A. and Thompson, L.J. 1954. Water induced acceleration of the diffusion of organic vapors in polymers. J. Polymer Sci. 14:321-327.

Meares, P. 1965. "Polymer Structure and Properties." Van Nostrand Reinhold Co., New York.

Mills, F. and Urbin, M.C. 1960. Packaging in "The Science of Meat and Meat Products" by American Meat Institute Foundation. W.H. Freeman and Company, San Francisco.

Newton, K.G. and Rigg, W.J. 1979. The effect of film permeability on the storage life and microbiology of vacuum packaged meat. J. Appl. Bact. 47:433-441.

Rikert, J.A.; Ball, C.O. and Stier, E.F. 1957. Factors affecting quality of prepackaged meat, II. Color studies. Food Tech. 11:520-525.

Rizvi, S.S.H. 1981. Requirements for foods packaged in polymeric films. CRC Reviews in Food Sci. and Nutr. 14:111-134.

Rogers, C.E. 1964. Permeability and chemical resistance in "Engineering Design for Plastics" edited by Baer, E. Van Nostrand Reinhold Co., New York.

Sacharow, S. and Griffin, R.C., Jr. 1970. Food Packaging. The Avi Publishing Co., Inc., Westport, Conn.

Talwar, R.; Gilbert, S.G. and Tibbetts, M.S. 1973. A technique to evaluate flavor retention by packaging materials for liquids. Presented at the 33rd annual IFT meeting. Miami.

Vieth, W.R. and Sladek, K.J. 1965. A model for diffusion in a glassy polymer. J. Colloid Sci. 20:1014-1033.

Yasuda, H. and Stannett, V. 1964. Barrier, Vapor in "Encyclopedia of Polymer Science and Technology." Vol. 2. Interscience Publishers, New York.

PPPI 013481

ALCAN PACKAGING

Pechiney Plastic Packaging, Inc., an Alcan company

8770 W. Bryn Mawr Avenue      Tel.: (773) 399-8000
Suite 600                     Fax  (773) 399-8648
Chicago, IL 60631             www.alcanpackaging.com
USA



## INDEMNIFICATION AND HOLD HARMLESS AGREEMENT

Pechiney Plastic Packaging, Inc., ("PPPI"), a Delaware corporation and an Alcan Company, hereby agrees to indemnify, defend, and hold harmless National Beef Packing Company, LLC, ("National Beef") from and against any suit, proceeding, or action (collectively, a "Claim") that may be brought against National Beef, its agents, employees, officers and directors, by any third party (the "Claimant") alleging that any products manufactured and sold by PPPI to National Beef infringes the intellectual property or proprietary rights of the Claimant ; provided, however, that the foregoing indemnity shall be effective only if National Beef (a) promptly furnishes written notice to PPPI of the Claim, (b) provides PPPI with adequate authority, information and prompt assistance and cooperation for the defense of the Claim, and (c) promptly delivers to PPPI copies of all documents relating to the Claim , and (d) makes available to PPPI all defenses against the Claim that may be known or available to National Beef, and (e) promptly makes available to PPPI all witnesses, pertinent records, materials and information in National Beef's possession or control as may be reasonably required by PPPI from time to time.

PPPI's assumption of the defense of any Claim shall not constitute a waiver by PPPI of any defenses it may assert against the National Beef's claim for indemnification under this Agreement.

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed and delivered on the date written below.

PECHINEY PLASTIC PACKAGING, INC.

Name: Robert G. Taylor
Title:    Vice President / General Manager
          Meat & Dairy

Dated:  As of June 30, 2005

Pechiney Plastic Packaging, Inc.An Alcan Company, 8770 West Bryn Mawr Avenue, Chicago, Illinois 60631

CONFIDENTIAL SUBJECT
TO PROTECTIVE ORDER

PPPI 013482

# EXHIBIT 10

# The Journal of Commerce
### AND COMMERCIAL

NEW YORK, FRIDAY, DECEMBER 14, 1984     ONE DOLLAR

Payment has been made to the PPPI 008457

## Inside Today

**TODAY'S SHIPPING:** Chapel Levs Cover details Federal Maritime Commission 1984 Final Rates — Loyalty Contracts — Docket. 26-23. Page 3A

**THE EXECUTIVE:** competitive capabilities of company keep bad and-propelled moonproofing steps are pulling it through moving by the economy backs the business in the Page 1 broad-Alaska stocks. Page 2A

**AN AIR OF optimism has settled about the European Bomb next community, in recent months, the Virgin Port Authority has expressed some last few new business, but pool official expects members they will be able to build on their success and facts European Bomb the premier mid-Atlantic Coast port. Page 1B

**AVIATION**
A COMPREHENSIVE description of the nation's air travel statistics and regulations, but the double index been corrected, the provisions detail. Page 1A

**SURFACE TRANSPORTATION**
A NEW STUDY of the effects of heavy truck actions had spent on highway visibility has found that manifestations of factors to restrain the amount of motor drivers call by a tractor-trailer in traction are alternative although an ongoing level of improvement emerged. Page 1A

**OIL AND GAS**
IN TWO YEARS Columbus gas producers will be scrambling to find and develop new reserves," in the estimation of Douglas G. Economist, Shell Canada Resources Ltd. sees that pending for business development. Page 1A

**PLASTICS/CHEMICALS**
IMPERIAL CHEMICAL Industries P.L.C. and Rhône-Poulenc Inc. announced Thursday that they have signed a definitive agreement by which ICI will purchase not Rhône-Poulenc Central operations from Rhône-Poulenc Inc. Page 2A

**WORLD TRADE**
THE VENEZUELAN government's Superintendency of Foreign Investment, a public embassy, has prepared a series of reforms in the country's foreign investment code aimed at simplifying procedures, eliminating overlapping requirements, clearing legal gaps and ultimately making Venezuela more attractive to investors. Page 1A

**LEADING MEMBERS** of the U.S. Cabinet will meet in Brussels today with the top officials of the European Community Commission as they have done for several years past to review and, if possible, pacify revised U.S.-EC relations. Page 1A

**INSURANCE**
INSURANCE COMPANIES have forced themselves into a precarious disadvantage with banks at a time when their own business loans are suddenly at renewal that investments and figures adjust placing held in the financial marketplace. Page 1A

**COMMODITIES**
THE FUTURES industry has recorded payments for growth in 1984 despite heavy volume in trade contract obligations that year, according to the Futures Industry Association said. Page 1A

**TECHNICAL NEWS**
DA RETAIL SALES jumped 1.8 percent in November to a revised $2.9.1 billion, the Commerce Department said, a bigger-than-expected increase than in figures of seasonal factors in the adjustment. Page 1A

**INDEX OR FEATURES**
[index listing]

## US Seeks Special Role In Japan

### Communications Gear Reagan Bids Assent For American Exports

By A.E. CULLISON

TOKYO — The Nakasone administration has remained a formal request from Washington asking special commissions in providing of trans-assets in Japan's multibillion-dollar market in telecommunications equipment, U.S. officials noted here. The Japanese demanded their domestic communications market has next April...

[article text continues]

## Bhopal Disaster Likely to Lead To Tighter Industrial Coverage

By EDWIN UNSWORTH

LONDON — The disaster resulting from the escape of gas from Union Carbide's chemical plant at Bhopal, India, earlier this month causes has been in influence the current insurance renewal season, but it is likely to harden insurers' attitudes in future...

Although it showed certainly will be a number of years before the trend of claims arising out of the Bhopal disaster becomes known, the giving of a $15 billion lawsuit against Union Carbide on behalf of the families of victims gives some indication of potentially huge losses involved...

It is clear, however, that although the recent claims have not a few years underwriters in several of these fields. It is not clear at these times however and reinsurers are endorsing from some of their largest underwriting losses ever and have been prompted the few the last few years that the...

Underwriters have been arguing for the last few years that the industry desperately needs a tightening of premiums and terms of cover.

[article continues]

## Indian Insurers Weigh Carbide Case

By JAMES SOLAR

NEW YORK — "India has the largest textile population in the world," and when the insurance industry faces discontinued, "the priority concern that it does face costs insurance policies... which remained today "is strong, present, jewelry, idea."

This text has insurers based in 1985, according by V.K.P. Pana, Manager of the General Insurance Corp. of India, a government-owned enterprise...

[article continues]

## Ship Groups Seek Review Of Contracts

By ROBERT F. MORRIS

WASHINGTON — Several owners group carrier formalizing commencers are asking the Federal Maritime Commission to take another look at the agency's level of largely contracts and the new service contracts.

[article continues]

## US Scheduled Airlines Forecast Banner Year

By JANE ROBBOTT

NEW YORK — U.S. scheduled airlines expect to set a record $3 billion operating profit and hit new highs in passenger and cargo traffic this year.

[article continues]

## BN Seeks Rate Ruling Review

### Railroad Says Shippers Can Attempt to Avoid Authorized Rate Hikes

By DAVID M. CAWTHORNE

WASHINGTON — The Burlington Northern Railroad has asked the Interstate Commerce Commission to review a lower-court ruling that railroad contract rates once covered for even two years specifically included by provisions of the Staggers Rail Act of 1980...

[article continues]

## The Lady Gets a Face-lift

[article text]

## Steam-Powered Train Makes Comeback

[article text]

PPPI 008457

CHEMICALS/PLASTICS    THE JOURNAL OF COMMERCE, Friday, December 14, 1984

## CHEMICAL MARKETS

### Occidental Confirms Shutdown

The Occidental Chemical Corp. has confirmed that it is placing its Columbus, Miss., phosphorus plant on inactive standby status...

**Benzoyl Peroxide.**

...

**Caustic Soda**

...

**Sulfur**

...

### SmithKline Pleads Guilty In Drug Disclosure Case

ALLENTOWN, Pa. — SmithKline Beckman Corp. pleaded guilty to charges of failure to disclose information about some of the blood pressure drug Selacryn, in the first case of its kind against a pharmaceutical firm...

## ICI Will Purchase Beatrice Chemical

CHICAGO — Imperial Chemical Industries P.L.C. and Beatrice Cos. Inc. announced Thursday that they have signed a definitive agreement by which ICI will purchase the Beatrice Chemical division from Beatrice Cos. Inc. for a price of $750 million...

### Carbide Accident Spurs Closer Look at OSHA

WASHINGTON — Lawmakers have questioned whether federal officials have been vigilant enough in protecting workers at Union Carbide's West Virginia chemical plant...

### Phillips Boosts N-Octane Capacity

BORGER, Texas — Production capacity for N-octane has been increased 35 percent at a plant here leased to Phillips Petroleum Co., a subsidiary of Phillips Petroleum Co.

### Swiss Chemical Sales Rise 8.2% for Quarter

ZURICH, Switzerland — Swiss chemical industry sales during the first quarter were up 8.2 percent from the last period...

## PLASTICS CORNER

### Nylon Film Effective Packaging

A study recently undertaken for Allied Corp.'s Engineered Plastics Group, Morristown, N.J., shows that nylon film sometimes provide cost-effective flavor and aroma protection for food packaging...

### New Workshops Explore Production Techniques

...

### PMA Offers '84 Edition Of Testing Handbook

The Polyurethane Manufacturers Association has published a revised "Joint Testing Methods for Polyurethane Products" handbook, now available...

## SPOT COMMODITIES

*as of December 13, 1984*

Payment has been made to the

MICAL PLASTICS

THE JOURNAL OF COMMERCE, FRIDAY, DECEMBER 19, 1980

## PLASTICS CORNER

# ll Purchase Chemical

l Chemical
trise Co.
that they
agreement
chase the
tions from
rice of $750

xpected to
of 1985.
s a major
erformance
aterials and
of specialty
In the year
nanical, re-
ion and pre-
l (net earn-
n). Present
and pre-tax
ear will be
$75 million
ga. $40 mil-
the assets
accounts of
units to ap-

rvey-Jones,
single move
l among the
growth ad-
rs and the
national spe-
s, and en-
ur existing
the United
ed to have
a Beatrice,
our interna-
rk will in-
potential of
quiring."

As well as bringing new businesses
to ICI which are profitable in their
own right, Beatrice Chemical's strong
market and distribution position in
specific fields will provide a powerful
vehicle for ICI's own new products
and technology. Beatrice Chemical
will also provide a valuable comple-
ment to ICI's interests in acrylic
polymer intermediates for paints and
coatings, while the overall acquisition
is a further major step in the growth
of ICI's business in the United States.

Beatrice Chemical, which employs
3,500 people and has operations in 18
countries, principally the United
States, Canada and Europe, is com-
posed of several businesses. Fiberite
Composite Materials is a market
leader in the supply of advanced
composites to the defense and aero-
space industries, while LNP is a
leading independent supplier of rein-
forced thermoplastics compounds in
the United States. The materials
businesses also include Fiberite
Molding Materials, which has a
strong position in reinforced engi-
neering plastics, and Dri-Print Foils,
which manufactures decorative and
functional hot-stamping transfer
foils.

Beatrice Chemical's other busi-
nesses are primarily in the supply of
specialty chemicals and associated
customer services. Stahl and Paulu
Chemicals are world leaders in the
supply of finishes for leather.

"This is our largest acquisition
since we bought Atlas Chemical
Industries Inc. in 1971," said Brian
Smith, ICI director for the Americas.

# Accident Spurs ook at OSHA

ed
awmakers
federal offi-
enough in
Union Car-
al-plant
g chemical

aring. Rep.
airman-of-a-
health and
ational Safe-
ration effi-
ciency about
nical plant
lack of sin-
rrkrr safely
been most
t."
on, R-Wis,
ty the Insti-
 one in the

isocyanate, had not been inspected
since 1982. A Dec. 3 leak of the
poisonous chemical in Bhopal, India,
killed more than 2,000 people.

In response, OSHA officials said
workers at the Institute plant ap-
peared "well-protected," and that top
inspectors were now inspecting eva-
cuation and safety procedures.

"The agency has conducted 12
inspections of that facility since 1973,
11 of these since 1980," said Robert
Rowland, assistant Labor secretary
for occupational health and safety.
He said the agency does not have the
resources to inspect every plant
every year.

"I think from what I have seen, it
appears to be a safe plant."

Dick James, a Machinists union
official at Institute, also testified that
workers at the West Virginia plant

# Nylon Film Effective Packaging

Journal of Commerce Staff

A study recently undertaken for
Allied Corp.'s Engineered Plastics
Group, Morristown, N.J., shows that
nylon film coextrusions provide cost-
effective flavor and aroma protection
for food packaging.

The research, conducted by Dr.
Seymour Gilbert, who heads Rutgers
University Food Science Department,
compared the flavor and aroma
barrier properties of commercially
available packaging materials with
common organic compounds asso-
ciated with food ingredients and
laminated materials used for food
packaging.

The film materials tested included
nylon, polyvinylidene chloride, ethyl
vinyl alcohol and glassine. The results
indicate that nylon provides good to
excellent protection against the per-
meation of flavors and aromas and
offers the most economic barrier per
mil thickness.

Also, the study noted that nylon
provides excellent grease and oil
resistance and high-temperature per-
formance as well as impact, puncture
and tear-resistant properties. Coex-
truded films with thin nylon cores
proved to have the broadest range of
performance properties of the films
tested with optimum flavor and
aroma barrier.

These findings are important to
packagers of shelf-stable foods in-
cluding baked goods, candies, confec-
tions, flavor-enhanced cereals, cake
mixes and snack foods that need to
keep in their flavors for long periods
and to keep out odors and flavors
during handling, shipping and stor-
age.

The Rutgers' study represents the
first time that data has been com-
piled for specific permeants that
affect flavor and aromas of packag-
ing foods. The testing procedure
involved the use of a special permea-
tion cell developed by Dr. Gilbert.
Test films were pre-conditioned and
aged for 10 days at 70 degrees
Fahrenheit at 100 percent relative
humidity and Gelbo flexed 20 times to
simulate shipping and handling condi-
tions.

Film samples were clamped in the
permeation cell and test compounds
in concentrations of 100 ppm were
introduced to chambers within the
cell. At intervals, the concentrations
of test compounds in the chamber
were measured by gas chromato-
graph to determine the permeation
rate of the compounds. The items
tested included allyl sulfide (oil of

sensitive EVOH from heat degrada-
tion and flek cracking and serves as a
moisture absorber. Both, nylon and
EVOH are said to have excellent
oxygen barrier properties.

Rutgers is currently conducting
additional testing for Allied. Differ-
ent permeants and packaging struc-
tures will be used to further evaluate
nylon's role as a flavor, aroma and
odor barrier.

Allied is a leading supplier of
nylon resins and films that are used
for packaging cake mixes, frozen
foods, candies, snack foods, processed
meats and cheeses, medical devices
and other demanding applications.
For additional information on the
Allied/Rutgers testing, contact Mr.
Len Edson, Food Industry Manager,
Allied Engineered Plastics, P.O. Box
2332R, Morristown, N.J. 07960.

## New Workshops Explore Production Techniques

As more products are made with
plastics, educators have found new
ways to train students in the tech-
niques of manufacturing with these
materials.

However in doing so, they have
been faced with some difficult prob-
lems. In order to set up effective
courses, schools have had to rely on
commercial equipment for heating,
forming, reinforcing, cementing,
welding and otherwise fashioning
these modern materials. Because the
machinery is priced for industry and
several must be bought to cover the
desired course material, capital costs
run high. In addition, the machines
are not designed or fixtured to
withstand educational objectives or to
withstand student wear and tear.

A new Plastics Workshop Bench,
Model 2001, produced by Technovate/
Yavin Plast now solves these prob-
lems.

The new Plastics Workshop Bench
packs into just four square feet all the
equipment and provides all the acces-
sories needed to instruct students in
twelve of the most used processes
employed today in the manufacture
of products made with plastics.

All the action is in plain sight at
table-top height. In addition, the
configuration of the table saves labo-
ratory space and allows for clear
aisles. The unit is fully self-contained
and requires only 100 volt ac current
to operate.

The Technovate/Yavin Plastics
Workshop is distributed by Techno-
vate Inc., Pompano Beach, Fla.

## PMA Offers '84 Edition Of Testing Handbook

The Polyurethane Manufacturers
Association has published a revised

PPPI 008459

composites to the defense and aerospace industries, while LNP is a leading independent supplier of reinforced thermoplastics compounds in the United States. The materials businesses also include Fiberite Molding Materials, which has a strong position in reinforced engineering plastics, and Dri-Print Foils, which manufactures decorative and functional hot-stamping transfer foils.

Beatrice Chemical's other businesses are primarily in the supply of specialty chemicals and associated customer services. Stahl and Paula Chemicals are world leaders in the supply of finishes for leather.

"This is our largest acquisition since we bought Atlas Chemical Industries Inc. in 1971," said Brian Smith, ICI director for the Americas.

## Accident Spurs ok at OSHA

isocyanate, had not been inspected since 1982. A Dec. 3 leak of the poisonous chemical in Bhopal, India, killed more than 2,000 people.

In response, OSHA officials said workers at the Institute plant appeared "well-protected," and that top inspectors were now inspecting evacuation and safety procedures.

"The agency has conducted 43 inspections of that facility since 1973, 11 of these since 1980," said Robert Rowland, assistant Labor secretary for occupational health and safety. He said the agency does not have the resources to inspect every plant every year.

"I think from what I have seen, it appears to be a safe plant."

Dick James, a Machinists union official at Institute, also testified that "workers at the West Virginia plant considered it a safe facility."

### Swiss Chemical Sales Rise 8.2% for Quarter

*Journal of Commerce Staff*

ZURICH, Switzerland — Swiss chemical industry sales during the third 1984 quarter were up 8.2 percent from the like 1983 period. During the first nine months of this year they registered a 10.1 percent increase.

This advance for the January through September span was accompanied by a 3.7 percent production rise. This, though, was not distributed evenly.

On the one hand, as reported by the Swiss chemical industry society, the output of dyes, lacquers, aromatic and organic chemicals, as well as synthetic products gained. While production of pharmaceutical products stagnated, that of pesticides was down sharply, and that of soap and detergents showed a lesser decrease.

laminated materials used for food packaging.

The film materials tested included nylon, polyvinylidene chloride, ethyl vinyl alcohol and glassine. The results indicate that nylon provides good to excellent protection against the permeation of flavors and aromas and offers the most economic barrier per mil thickness.

Also, the study noted that nylon provides excellent grease and oil resistance and high-temperature performance as well as impact, puncture and tear-resistant properties. Coextruded films with thin nylon cores proved to have the broadest range of performance properties of the films tested with optimum flavor and aroma barrier.

These findings are important to packagers of shelf-stable foods including baked goods, candies, confections, flavor-enhanced cereals, cake mixes and snack foods that need to keep in their flavors for long periods and to keep out odors and flavors during handling, shipping and storage.

The Rutgers' study represents the first time that data has been compiled for specific permeants that affect flavor and aromas of packaging foods. The testing procedure involved the use of a special permeation cell developed by Dr. Gilbert. Test films were pre-conditioned and aged for 10 days at 70 degrees Fahrenheit at 100 percent relative humidity and Gelbo flexed 20 times to simulate shipping and handling conditions.

Film samples were clamped in the permeation cell and test compounds in concentrations of 100 ppm were introduced to chambers within the cell. At intervals, the concentrations of test compounds in the chamber were measured by gas chromatograph to determine the permeation rate of the compounds. The items tested included allyl sulfide (oil of garlic and acetic acid (vinegar), methyl ethyl ketone and ethyl acetate (solvents used in food packaging), and toluene (aromatic chemical used to simulate automobile and truck exhaust).

The nylon film coextrusion outperformed the other film structures tested with the exception of those including EVOH, which proved to have better permeation resistance to acetic acid, ethyl acetate and toluene. In all instances, however, the performance of the nylon film proved acceptable compared with EVOH, which is much more costly than nylon.

Nylon and EVOH can be used together in film structures, sandwiched as a core between layers of high-density polyethylene or other polyolefins for moisture protection, to provide an extremely cost-effective barrier to aromas, flavors and odors. Nylon forms an inseparable bond with EVOH, protects the more

### New Workshops Explore Production Techniques

As more products are made with plastics, educators have found new ways to train students in the techniques of manufacturing with these materials.

However in doing so, they have been faced with some difficult problems. In order to set up effective courses, schools have had to rely on commercial equipment for heating, forming, reinforcing, cementing, welding and otherwise fashioning these modern materials. Because the machinery is priced for industry and several must be bought to cover the desired course material, capital costs run high. In addition, the machines are not designed or fixtured to further educational objectives or to withstand student wear and tear.

A new Plastics Workshop Bench, Model 2001, produced by Technovate/Yavin Plast now solves these problems.

The new Plastics Workshop Bench packs into just four square feet all the equipment and provides all the accessories needed to instruct students in twelve of the most used processes employed today in the manufacture of products made with plastics.

All the action is in plain sight at table-top height. In addition, the configuration of the table saves laboratory space and allows for clear aisles. The unit is fully self-contained and requires only 100 volt ac current to operate.

The Technovate/Yavin Plastics Workshop is distributed by Technovate Inc., Pompano Beach, Fla.

### PMA Offers '84 Edition Of Testing Handbook

The Polyurethane Manufacturers Association has published a revised "1984 Testing Methods for Polyurethane Products" handbook, comprised of more than 60 American Society for Testing Materials testing standards for urethanes. The new handbook includes 18 new standards for cast urethanes and also 25 testing standards for reaction injection molding in both cellular and solid elastomer categories.

"The revision of the handbook and the addition of the many standards is due to new technology in urethane applications and increasingly stringent testing requirements for them," said Ron Esraelzin, project manager for Mobay Chemical Corp. and chairman of the PMA ASTM handbook subcommittee.

Copies of PMA's "1984 Testing Methods for Polyurethane Products" are available for $40 to members and $50 to non-members from PMA, Building C, Suite 20, 800 Roosevelt Road, Glen Ellyn, Ill. 60137.

PPPI 008460

# EXHIBIT 11



 Engineered
Plastics

Allied Corporation
P.O. Box 2332R
Morristown, NJ 07960

For further information:

Contact Earl Hatley                                    For Immediate Release

(201)  455-5407

## RUTGERS STUDY CONFIRMS NYLON BARRIER PROPERTIES
## FOR FOOD AND OTHER SENSITIVE PACKAGING

Nylon film coextrusions offer the most cost-effective barrier
for flavors, aromas, and odors for food and other sensitive
packaging according to the results of a scientific study under-
taken by Rutgers University for Allied Engineered Plastics.

The research project, directed by Dr. Seymour Gilbert, head of
the Rutgers University Food Science Department, was the second
such investigation commissioned by Allied.

Results from the first study, completed three years ago, also
demonstrated nylon's cost-effective barrier properties. In
that initial research, film materials tested included poly-
vinylidene chloride (PVDC), ethyl vinyl alcohol (EVOH), and
glassine as well as nylon. Films with thin nylon cores proved
to have the broadest range of performance properties with
optimum flavor aroma barrier. Only EVOH offered better per-
meation resistance to acetic acid, ethyl acetate, and toluene,
although the nylon films provided acceptable permeation resis-
tance at a cost approximately half that of EVOH.

The second research project sought to determine whether nylon
and EVOH in a single specification have a synergistic effect
on flavor and aroma which would be cost-effective; and to test
other film structures with additional permeants which have a
broader range in simulating various flavors and aromas used in

PPPI 008492

-more-