The applicant also draws attention to the construction of the Sheptak film, which is not totally coextruded, but relies on extrusion lamination in order to adhere the oriented polypropylene outer layer to the coextruded substrate. The Hirt reference offers no description of the manner of construction, but it appears unlikely that a totally coextruded film is envisioned. The reference does teach that one of the two sheets 1 and 2 may also be an aluminum foil, suggesting a laminated, not coextruded structure.

The applicant has made a bona fide effort to respond to the grounds of rejection, and solicits speedy allowance of the claims as amended. The Examiner is also invited to communicate with the applicant's representative if it will expedite the prosecution of this case.

Respectfully submitted

*Mark B. Quatt*

Mark B. Quatt
Attorney for Applicant
Registration No. 30,484

W. R. Grace & Co.
P. O. Box 464
Duncan, S. C. 29334
(803) 433-2817

404/870211/5/4



I HEREBY CERTIFY THAT THIS CORRESPONDENCE
IS BEING DEPOSITED WITH THE UNIT . STATES
POSTAL SERVICE AS FIRST CLASS MAIL POSTAGE
PREPAID IN AN ENVELOPE ADDRESSED TO:
COMMISSIONER OF PATENTS AND TRADEMARKS,
WASHINGTON, D.C. 20231.
ON _Fenruary 13, 1987_

_Mark B. Quatt_
MARK B. QUATT
REGISTRATION NO. 30.484

_Fenruary 13, 1987_
DATE

RECEIVED
FEB 27 1987
GROUP 150

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant: Gautam P. Shah              Group Art Unit:  154

Serial No.: 842,600                    Examiner:  Thomas J. Herbert

Filed:        March 21, 1986           Docket No.: 41259

For:  Oxygen Barrier Oriented Shrink Film

TRANSMITTAL OF AMENDMENT

Honorable Commissioner of
Patents and Trademarks
Washington, D. C.  20231

Sir:

    Transmitted herewith for filing is an amendment with regard to the
above-identified application.

    The fee, after amendment, has been calculated as shown below:

|  | Claims Presented | Highest Prev. Paid for | Present Extra | Rate | Additional Fee |
|---|---|---|---|---|---|
| TOTAL | 23 | − (20) or | 28 = | x 12 | =000.00 |
| INDEPENDENT | 3 | − (03) or | 4 | x 34 | =000.00 |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIMS | | | | +110 = | 000.00 |
| | | | | TOTAL= | 000.00 |

    Please charge Grace deposit account no. 07-1765 in the total amount
indicated above.

    The Commissioner is authorized to charge payment or credit any
overpayment of (1) any filing fees under 37 C.F.R. 1.16 for the
presentation of extra claims and (2) any patent application processing fees
under 37 C.F.R. 1.17 to Grace deposit account no. 07-1765.

404/870112/6/1

Cryovac v. Pechiney    Confidential-Subject to Protective Order    CR056-000140

The Commissioner is authorized to charge any additional fees which may be required or credit any overpayment to Grace deposit account no. 07-1765.

This document is filed in duplicate.

The undersigned may be contacted at (803) 433-2817.

Respectfully submitted,

Mark B. Quatt
Registration No. 30,484
Attorney for Applicant

Enclosures
W. R. Grace & Co.
P. O. Box 464
Duncan, S. C. 29334

404/870112/6/2

Cryovac v. Pechiney    Confidential-Subject to Protective Order    CR056-000141



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 06/842,600 | 03/21/86 | SHAH     G | 41299 |

```
┌                                        ┐
  W. R. GRACE & CO.
  CRYOVAC DIVISION
  PATENT DEPT.
  P.O. BOX 464
  DUNCAN, SC 29334
└                                        ┘
```

| EXAMINER |
|---|
| HERBERT JR, T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 154 | 9 |

DATE MAILED: 05/08/87

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☐ This application has been examined  ☒ Responsive to communication filed on _____  ☒ This action is made final.

A shortened statutory period for response to this action is set to expire _3_ month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I** THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:

1. ☒ Notice of References Cited by Examiner, PTO-892.
2. ☐ Notice re Patent Drawing, PTO-948.
3. ☒ Notice of Art Cited by Applicant, PTO-1449
4. ☐ Notice of Informal Patent Application, Form PTO-152
5. ☒ Information on How to Effect Drawing Changes, PTO-1474
6. ☐ _____

**Part II** SUMMARY OF ACTION

1. ☒ Claims _1 - 28_ _____ are pending in the application.

   Of the above, claims _24-28_ _____ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☒ Claims _1 - 23_ _____ are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings which are acceptable for examination purposes until such time as allowable subject matter is indicated.

8. ☐ Allowable subject matter having been indicated, formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. These drawings are ☐ acceptable; ☐ not acceptable (see explanation).

10. ☐ The ☐ proposed drawing correction and/or the ☐ proposed additional or substitute sheet(s) of drawings, filed on _____ has (have) been ☐ approved by the examiner. ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____, has been ☐ approved. ☐ disapproved (see explanation). However, the Patent and Trademark Office no longer makes drawing changes. It is now applicant's responsibility to ensure that the drawings are corrected. Corrections MUST be effected in accordance with the instructions set forth on the attached letter "INFORMATION ON HOW TO EFFECT DRAWING CHANGES", PTO-1474.

12. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. _____; filed on _____

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

PTOL-326 (Rev. 7 - 82)                    EXAMINER'S ACTION

Serial No. 842,600                          -2-

Art Unit 154

15.

    The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness rejections set forth in this Office action:

> A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

> Subject matter developed by another person, which qualifies as prior art only under subsection (f) and (g) of section 102 of this title, shall not preclude patentability under this section where the subject matter and the claimed invention were, at the time the invention was made, owned by the same person or subject to an obligation of assignment to the same person.

16.

    Claims 1-23 are rejected under 35 U.S.C. 103 as being unpatentable over Sheptak in view of Mueller for reasons of record.

    Applicant's arguments filed on February 17, 1987 have been fully considered but they are not deemed to be persuasive.

    The rejection under Sec. 103 of claims 1-23 over Hirt is no longer adhered to in view of applicant's arguments and amendment. Contrary to arguments, Sheptak discloses a multi-layer coextruded film, which film is symetrical, comprising the same layer materials as claimed. This multi-layer film - identified as "14" in Sheptak - is a self supporting film. Also the instant

Cryovac v. Pechiney    Confidential-Subject to Protective Order    CR056-000143

Serial No. 842,600                          -3-

Art Unit 154


claims do not exclude the use of other layers.  Note

column 2, lines 59-64, column 3, lines 3-4 and column 4,

lines 15-26 of Sheptak.  AS to the argument of

orientation, Sheptak teaches the orientation of layers

as well as Mueller teaching coextruding  and biaxially

orientation of similar multi-layer films.

17.

     Ohya et al. and Dobbie et al - cited by applicant -

are made of record as of interest.  Ohya et al. further

show oriented coextruded multi-layer (gas barrier layer

containing) film of similar structure to be old with the use

of adhesive bonding (tie) layers.  Dobbie et al. also

shows an ethylene vinyl alcohol copolymer gas barrier

layer coextruded multi-layer film.

18.

     THIS ACTION IS MADE FINAL. Applicant is reminded of
the extension of time policy as set forth in 37 CFR
1.136(a). The practice of automatically extending the
shortened statutory period an additional month upon the
filing of a timely first response to a final rejection
has been discontinued by the Office. See 1021 TMOG 35.

     A SHORTENED STATUTORY PERIOD FOR RESPONSE TO THIS
FINAL ACTION IS SET TO EXPIRE THREE MONTHS FROM THE DATE
OF THIS ACTION.  IN THE EVENT A FIRST RESPONSE IS FILED
WITHIN TWO MONTHS OF THE MAILING DATE OF THIS FINAL
ACTION AND THE ADVISORY ACTION IS NOT MAILED UNTIL AFTER
THE END OF THE THREE-MONTH SHORTENED STATUTORY PERIOD,
THEN THE SHORTENED STATUTORY PERIOD WILL EXPIRE ON THE
DATE THE ADVISORY ACTION IS MAILED, AND ANY EXTENSION
FEE PURSUANT TO 37 CFR 1.136(a) WILL BE CALCULATED FROM
THE MAILING DATE OF THE ADVISORY ACTION.  IN NO EVENT
WILL THE STATUTORY PERIOD FOR RESPONSE EXPIRE LATER THAN
SIX MONTHS FROM THE DATE OF THIS FINAL ACTION.

TJHerbert,Jr:bh

(703) 557-6525

5/4/87

THOMAS J. HERBERT
PRIMARY EXAMINER
ART UNIT 154

Cryovac v. Pechiney    Confidential-Subject to Protective Order    CR056-000144

Sheet 1 of 1

| FORM PTO-1449 (REV. 7-40) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO. 41259 | SERIAL NO. 842,600 |
|---|---|---|---|
| LIST OF PRIOR ART CITED BY APPLICANT (Use several sheets if necessary). | | APPLICANT Gautam P. Shah | |
| | | FILING DATE March 21, 1986 | GROUP 154 |

# 8

## U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | AA | | | | | | |
| | AB | | | | | | |
| | AC | | | | | | |
| | AD | | | | | | |
| | AE | | | | | | |
| | AF | | | | | | |
| | AG | | | | | | |
| | AH | | | | | | |
| | AI | | | | | | |
| | AJ | | | | | | |
| | AK | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| | AL | 0143321 | 7/19/80 | | 428 | 515 | | |
| | AM | 2,139,948 | 11/19/84 | UK | 428 | 515 | | |
| | AN | | | | | | | |
| | AO | | | | | | | |
| | AP | | | | | | | |

## OTHER PRIOR ART (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | | |
|---|---|---|---|
| | AR | | |
| | AS | | |
| | AT | | |

| EXAMINER  T. J. Herbert Jr | DATE CONSIDERED  May 1 1987 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

US COMM-DC 60-3865

Cryovac v. Pechiney    Confidential-Subject to Protective Order    CR056-000145





PATENT $GP$ 154



I HEREBY CERTIFY THAT THIS CORRESPONDENCE
IS BEING DEPOSITED WITH THE UNITED STATES
POSTAL SERVICE AS FIRST CLASS MAIL POSTAGE
PREPAID IN AN ENVELOPE ADDRESSED TO:
COMMISSIONER OF PATENTS AND TRADEMARKS,
WASHINGTON, D.C. 20231,
ON _MAY 8, 1987_

_Mark R. Quatt_
MARK B. QUATT
REGISTRATION NO. 30,484

_May 8, 1987_
DATE

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant: Gautam P. Shah        Group Art Unit: 154
Serial No.: 842,600             Examiner: Thomas J. Herbert
Filed:     March 21, 1986       Docket:   41259
For: Oxygen Barrier Oriented Shrink Film

INFORMATION DISCLOSURE STATEMENT

RECEIVED

Honorable Commissioner of
Patents and Trademarks
Washington, D. C.  20231

MAY 14 1987

GROUP 150

Sir:

Pursuant to 37 CFR 1.56 and in accordance with 37 CFR section 1.97
et. seq. Applicant, through and by his attorneys, hereby wishes to direct
the Examiner's attention to the hereinafter discussed document.

A filled in PTO-1449 form listing the document listed below is pre-
sented herewith for the Examiner's review and convenience. A copy of the
listed document is enclosed. This reference appears to be relevant and/or
material to the present application for the reasons given below.

U. S. Patent No. 4,561,920 issued to Foster appears to disclose a
biaxially oriented barrier film of five-layer construction, with an
interior layer of EVOH, tie layers, and outer layers of polyolefin such as
polypropylene homopolymer or copolymer, or linear low density polyethylene.

404/870506/5/1

Cryovac v. Pechiney    Confidential-Subject to Protective Order    CR056-000147

By inclusion of this document in this Information Disclosure Statement Applicant in no way admits that such document is effective as prior art against the above-identified application under either 35 USC section 102 or 35 USC section 103.

The Examiner is requested to review independently the cited reference for its relevance to the present case.

Please charge any additional prosecutional fees which may be due to Grace deposit account no. 07-1765.

Respectfully submitted,

Mark B. Quatt
Attorney for Applicants
Registration No. 30,484

W. R. Grace & Co.
Cryovac Division
P. O. Box 464
Duncan, S. C. 29334
(803) 433-2817

404/870506/5/2

Sheet 1 of 2

| FORM PTO-1449 (REV. 7-80) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO. 41259 | SERIAL NO. 842,600 |
|---|---|---|---|
| **LIST OF PRIOR ART CITED BY APPLICANT** *(Use several sheets if necessary)* | | APPLICANT Gautam P. Shah | |
| | | FILING DATE March 21, 1986 | GROUP 154 |

### U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| TH | AA | 4,182,457 | 1-1980 | Yamada et al | 428 | 35.7 | |
| | AB | 4,405,667 | 4-1983 | Christensen et al | 428 | 85 | |
| TH | AC | 4,588,648 | 5-1986 | Krueger et al | 428 | 435.8 | |
| | AD | | | | | | |
| | AE | | | | | | |
| | AF | | | | | | |
| | AG | | | | | | |
| | AH | | | | | | |
| | AI | | | | | | |
| | AJ | | | | | | |
| | AK | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| | AL | | | | | | | |
| | AM | | | | | | | |
| | AN | | | | | | | |
| | AO | | | | | | | |
| | AP | | | | | | | |

### OTHER PRIOR ART (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | AR | |
| | AS | |
| | AT | |

| EXAMINER T. Herbert | DATE CONSIDERED 6/8/87 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

references Cited on 892 attach. to #19

US COMM-DC 80-396L

Cryovac v. Pechiney    Confidential-Subject to Protective Order    CR056-000149



Sheet 2 of 2

| | | | | |
|---|---|---|---|---|
| **U.S. DEPARTMENT OF COMMERCE**<br>**PATENT AND TRADEMARK OFFICE** | **ATTY. DOCKET NO.**<br>41259 | **SERIAL NO.**<br>842,600 | | |
| **LIST OF PRIOR ART CITED BY APPLICANT**<br>*(Use several sheets if necessary)* | **APPLICANT**<br>Gautam P. Shah | | | |
| | **FILING DATE**<br>March 21, 1986 | **GROUP**<br>154 | | |

### U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| TH | AA | 4,561,920 | 12-1985 | Foster | 156 | 244.11 | |
| | AB | | | | | | |
| | AC | | | | | | |
| | AD | | | | | | |
| | AE | | | | | | |
| | AF | | | | | | |
| | AG | | | | | | |
| | AH | | | | | | |
| | AI | | | | | | |
| | AJ | | | | | | |
| | AK | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| | AL | | | | | | | |
| | AM | | | | | | | |
| | AN | | | | | | | |
| | AO | | | | | | | |
| | AP | | | | | | | |

### OTHER PRIOR ART (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| AR | |
| AS | |
| AT | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| T. Herbert | 6/8/87 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

U.S.COMM.DC 81-2961

MAIL ROOM
MAY 11 1987
PAT & TRADEMARK OFC.

MAIL ROOM
OCT 14 1986
PAT & TRADE MARK OFC.

15c  PATENT

EXPRESS MAIL CERTIFICATE

I HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING DEPOSITED WITH THE UNITED STATES POSTAL SERVICE AS EXPRESS MAIL, POSTAGE PREPAID, IN AN ENVELOPE ADDRESSED TO: COMMISSIONER OF PATENTS AND TRADEMARKS, WASHINGTON, D.C. 20231, ON *May 22, 1987*, SAID ENVELOPE HAVING AN EXPRESS MAIL MAILING LABEL NUMBER OF: *B23298919* .

*Vivian P. West*

Response under
37 CFR 1.116
Expedited Procedure
Examining Group 241

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant: Gautam P. Shah          Group Art Unit:  154
Serial No.: 842,600                Examiner:  Thomas J. Herbert
Filed: March 21, 1986              Docket:    41259
For:  Oxygen Barrier Oriented Shrink Film

RECEIVED
JUN 0 2 1987
GROUP 150

AMENDMENT AFTER FINAL REJECTION

Honorable Commissioner of
Patents and Trademarks
Washington, D. C.  20231

Sir:

In response to the Office Action dated May 8, 1987 and pursuant to 37 CFR 1.116 the applicant, through and by his attorneys, hereby respectfully submits the following amendment and accompanying remarks for your review and consideration.  This amendment and remarks are offered to clarify the issues and present the finally rejected claims in better form for consideration upon appeal, if such action is necessary.

IN THE CLAIMS

Kindly amend the claims as follows:

Claim 1. (amended)  An oriented coextruded [multilayer] film <u>having at least seven layers arranged symmetrically</u> comprising:

   a)  a core layer comprising an ethylene vinyl alcohol copolymer;

   b)  two intermediate layers each comprising a polyamide;

404/870518/2/1

Cryovac v. Pechiney    Confidential-Subject to Protective Order    CR056-000152

c) two outer layers each comprising a polymeric material or blend of polymeric materials; and

d) [each of said intermediate layers adhered to a respective outer layer by a layer of adhesive polymeric material; said layers of the multilayer film forming a symmetrical heat-shrinkable structure] <u>two layers, each comprising an adhesive polymeric material, which adhere each of said intermediate layers to a respective outer layer</u>.



Claim 8. (Amended) An oriented <u>coextruded</u> [multilayer] film <u>having at least seven layers arranged symmetrically</u> comprising:



a) a core layer comprising an ethylene vinyl alcohol copolymer;

b) two intermediate layers each comprising a polyamide;

c) two outer layers each comprising a blend of polymeric material taken from the group consisting of (i) a blend of a linear low density polyethylene, a linear medium density polyethylene, and an ethylene vinyl acetate copolymer, and (ii) a blend of an ethylene propylene copolymer and a polypropylene; and

d) [each of said intermediate layers adhered to a respective outer layer by a layer of adhesive polymeric material] <u>two layers, each comprising an adhesive polymeric material, which adhere each of said intermediate layers to a respective outer layer</u>.

Claim 14. (Amended) A biaxially oriented <u>coextruded</u> [multilayer] film <u>having at least seven layers arranged symmetrically</u> comprising:

a) a core layer comprising an ethylene vinyl alcohol copolymer;

b) two intermediate layers each comprising a polyamide;

404/870518/2/2

Cryovac v. Pechiney    Confidential-Subject to Protective Order    CR056-000153

c)  two outer layers each comprising a blend of polymeric material taken from the group consisting of (i) a blend of a linear low density polyethylene, a linear medium density polyethylene, and an ethylene vinyl acetate copolymer, and (ii) a blend of an ethylene propylene copolymer and a polypropylene;



d)  [each of said intermediate layers adhered to a respective outer layer by a layer of adhesive polymeric material] two layers, each comprising an adhesive polymeric material, which adhere each of said intermediate layers to a respective outer layer ; and

e)  said film having a total thickness of from about 0.5 mils to about 2 mils.

404/870518/2/3

Cryovac v. Pechiney    Confidential-Subject to Protective Order    CR056-000154

<u>REMARKS</u>

The Examiner is respectfully requested to reconsider the grounds on which the Final Rejection is based.

Claims 1, 6, and 14 have been amended to clarify that:

(1)  at least seven layers are claimed, and that

(2)  these layers are symmetrically arranged.

Sheptak only teaches five layers, symmetrically arranged (14) and the overall eight layer structure (S) of the reference is <u>assymetric</u>.

If, as the Examiner has argued, it would be obvious to employ the outer layers of Mueller at the outer layers in Sheptak, one of two structures would result. In the first, the outer layers 15 of five-layer film 14 of Sheptak would have the blends disclosed in Mueller. The second possibility would be that one of layers 15 (adjacent the porous mass of glass fibers comprising batt 13) and layer 20 would be the "outer" layers of Mueller.

In either hypothetical, an oriented coextruded film having at least seven layers arranged symmetrically is not achieved.

The applicant solicits reconsideration of the Final Rejection in light of these remarks, and the claims as amended. The Examiner is invited to communicate with the undersigned representative if it will expedite the prosecution of this case.

Respectfully submitted,

Mark B. Quatt
Attorney for Applicant
Registration No. 30,484

W. R. Grace & Co.
P. O. Box 464
Duncan, S. C. 29334
(803) 433-2817
404/870518/2/4

Cryovac v. Pechiney    Confidential-Subject to Protective Order    CR056-000155



PATENT

EXPRESS MAIL CERTIFICATE

I HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING DEPOSITED WITH THE
UNITED STATES POSTAL SERVICE AS EXPRESS MAIL, POSTAGE PREPAID, IN AN
ENVELOPE ADDRESSED TO: COMMISSIONER OF PATENTS AND TRADEMARKS,
WASHINGTON, D.C. 20231, ON May 22, 1987, SAID ENVELOPE HAVING AN EXPRESS MAIL
MAILING LABEL NUMBER OF: B23298919.



*Vivian P. West*

Vivian P. West

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Applicants: Gautam P. Shah | Group Art Unit: 154 |
| Serial No.: 842,600 | Examiner: Thomas J. Herbert |
| Filed: March 21, 1986 | Docket No.: 41259 |
| For: Oxygen Barrier Oriented Shrink Film | |

TRANSMITTAL OF AMENDMENT

Honorable Commissioner of
Patents and Trademarks
Washington, D. C. 20231

Sir:

    Transmitted herewith for filing is an amendment with regard to the
above-identified application.

    The fee, after amendment, has been calculated as shown below:

| | Claims Presented | Highest Prev. Paid for | Present Extra | Rate | Additional Fee |
|---|---|---|---|---|---|
| TOTAL | 23 | - (20) or | 28 | 0= | x 12 =000.00 |
| INDEPENDENT | 3 | - (03) or | 4 | 0= | x 34 =000.00 |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIMS | | | | +110 = 000.00 | |
| | | | | TOTAL= 000.00 | |

    Please charge Grace deposit account no. 07-1765 in the total amount
indicated above.

404/870520/2/1

Cryovac v. Pechiney    Confidential-Subject to Protective Order    CR056-000157

The Commissioner is authorized to charge payment or credit any overpayment of (1) any filing fees under 37 C.F.R. 1.16 for the presentation of extra claims and (2) any patent application processing fees under 37 C.F.R. 1.17 to Grace deposit account no. 07-1765.

The Commissioner is authorized to charge any additional fees which may be required or credit any overpayment to Grace deposit account no. 07-1765.

This document is filed in duplicate.

The undersigned may be contacted at (803) 433-2817.

Respectfully submitted,

Mark B. Quatt
Registration No. 30,484
Attorney for Applicant

W. R. Grace & Co.
P. O. Box 464
Duncan, S. C. 29334

May 22, 1987
DATE

404/870520/2/2

Cryovac v. Pechiney    Confidential-Subject to Protective Order    CR056-000158



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 06/842,600 | 03/21/86 | SHAH | G | 41259 |

┌
   W. R. GRACE & CO.
   CRYOVAC DIVISION
   PATENT DEPT.
   P.O. BOX 464
   DUNCAN, SC 29334

| EXAMINER | |
|---|---|
| HERBERT JR,T | |
| ART UNIT | PAPER NUMBER |
| 154 | 11 |

DATE MAILED: 07/24/87

## EXAMINER INTERVIEW SUMMARY RECORD

All participants (applicant, applicant's representative, PTO personnel):

(1)_____ (3)_____

(2)_____June 8, 1987_____ (4)_____

Date of interview _____

Type: ☑ Telephonic   ☐ Personal (copy is given to   ☐ applicant   ☐ applicant's representative).

Exhibit shown or demonstration conducted:   ☐ Yes   ☐ No.   If yes, brief description: _____

Agreement ☑ was reached with respect to some or all of the claims in question.   ☐ was not reached.

Claims discussed: ____1, 5, 24-28_____

Identification of prior art discussed: _____

Description of the general nature of what was agreed to if an agreement was reached, or any other comments:   Agreed to cancel
non-electd claims 24-28 and to change dependency of claim 5 from "1" to 4.

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

Unless the paragraphs below have been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (e.g., items 1—7 on the reverse side of this form). If a response to the last Office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview.

☑ It is not necessary for applicant to provide a separate record of the substance of the interview.

☐ Since the examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action.

PTOL-413 (REV. 1-84)

*Thomas J Herbert*
Examiner's Signature

ORIGINAL FOR INSERTION IN RIGHT HAND FLAP OF FILE WRAPPER

Cryovac v. Pechiney     Confidential-Subject to Protective Order     CR056-000159

PATENT

089 Herbert

RECEIVED
JUN 12 1987
GROUP 150

PATENT
TB
6/15/87
#11½

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant: Gautam P. Shah

Serial No.: 842,600

Filed:   March 21, 1986

For: Oxygen Barrier Oriented Shrink Film

Group Art Unit:  154

Examiner:  Thomas J. Herbert

Docket:    41259

SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

Honorable Commissioner of
Patents and Trademarks
Washington, D. C.  20231

Sir:

Further to the Information Disclosure Statement of May 8, 1987 and pursuant to 37 CFR 1.56 and in accordance with 37 CFR section 1.97 et. seq. Applicant, through and by his attorneys, hereby wishes to advise that on or about the first week in June, 1985, unoriented film samples having the construction:

90% LLDPE     /LLDPE-based/Nylon 6/EVOH/Nylon 6/LLDPE-based/90% LLDPE
10% Antiblock/Tie Layer /        /        /       / Tie Layer / 10% Antiblock

were tested at Richardson Foods (New York) and So-Pak-Co (South Carolina) for use in vertical form/fill/seal machinery as pouch material.

The film was unoriented, and is the subject matter of USSN 834,694 filed February 28, 1986.  The applicant is Ennis Fant.

404/870611/3/1

The applicant did not earlier submit this information through the inadvertent oversight of applicant's representative.

The Examiner is requested to review independently the cited material for its relevance to the present case.

Please charge any additional prosecutional fees which may be due to Grace deposit account no. 07-1765.

Respectfully submitted,

Mark B. Quatt
Attorney for Applicants
Registration No. 30,484

W. R. Grace & Co.
Cryovac Division
P. O. Box 464
Duncan, S. C. 29334
(803) 433-2817

404/870611/3/2



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 06/842,600 | 03/21/86 | SHAH | G | 41259 |

| EXAMINER |
|---|
| HERBERT JR, T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 154 | 12/C |

W. R. GRACE & CO.
CRYOVAC DIVISION
PATENT DEPT.
P.O. BOX 464
DUNCAN, SC 29334

DATE MAILED: 37/24/07

## NOTICE OF ALLOWABILITY

PART I.
1. ☑ This communication is responsive to _May 22, 1987; June 12, 1987_
2. ☑ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.
3. ☑ The allowed claims are _1-23_.
4. ☐ The drawings filed on _____ are acceptable.
5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [ ] been received. [ ] not been received. [ ] been filed in parent application Serial No. _____ filed on _____
6. ☑ Note the attached Examiner's Amendment.
7. ☑ Note the attached Examiner Interview Summary Record, PTOL-413.
8. ☐ Note the attached Examiner's Statement of Reasons for Allowance.
9. ☑ Note the attached NOTICE OF REFERENCES CITED, PTO-892.
10. ☑ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

PART II.
A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.
2. ☑ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.
   a. ☑ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. ___5___. CORRECTION IS REQUIRED.
   b. ☐ The proposed drawing correction filed on _____ has been approved by the examiner. CORRECTION IS REQUIRED.
   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.
   d. ☐ Formal drawings are now REQUIRED.

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

Attachments:
— Examiner's Amendment
— Examiner Interview Summary Record, PTOL-413
— Reasons for Allowance
— Notice of References Cited, PTO-892
— Information Disclosure Citation, PTO-1449
— Notice of Informal Application PTO-152
— Notice re Patent Drawings, PTO-948
— Listing of Bonded Draftsmen
— Other

PTOL-37 (REV. 2-85)

USCOMM-DC 85-3744

Serial No. 842,600                    -2-

Art Unit 154


    An Examiner's Amendment to the record appears below.
Should the changes and/or additions be unacceptable to
applicant, an amendment may be filed as provided by 37
CFR 1.312.  To ensure consideration of such an amend-
ment, it MUST be submitted no later than the payment of
the Issue Fee.

    In accordance with the telephone interview held

with Mr. Mark B. Quatt on June 8, 1987, amend the claims

as follows.

    Claim 5, line 1, cancel "claim 1" and insert

therefor --claim 4--.

    Cancel non-elected claims 24-28.


T.J.HERBERT:ag

(703) 557-6525

6/10/87

                             THOMAS J. HERBERT
                             PRIMARY EXAMINER
                             ART UNIT 154

Cryovac v. Pechiney    Confidential-Subject to Protective Order    CR056-000163

PTOL-85 (REV 4-86)





**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

## NOTICE OF ALLOWANCE
## AND ISSUE FEE DUE

┌
W. R. GRACE & CO.
CRYOVAC DIVISION
PATENT DEPT.
P.O. BOX 464
DUNCAN, SC 29334
                                                                    ┐

All communications regarding this
application should give the serial
number, date of filing, name of
applicant, and batch number.

Please direct all communications
to the Attention of "OFFICE OF
PUBLICATIONS" unless advised
to the contrary.

The application identified below has been examined and found allowable
for issuance of Letters Patent. PROSECUTION ON THE MERITS IS CLOSED.

| SC/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 06/842,600 | 03/21/86 | 023 | HERBERT JR, T | 154 | 07/24/87 |

| First Named Applicant | SHAH, | GAUTAM P. |
|---|---|---|

| TITLE OF INVENTION | OXYGEN BARRIER ORIENTED SHRINK FILM |
|---|---|

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 41259 | 428--220.000 | C26 | UTILITY | NO | $560.00 | 10/26/87 |

The amount of the issue fee is specified in 37 C.F.R. 1.18. If the applicant qualified for and has filed a verified statement of small entity status in
accordance with 37 C.F.R. 1.27, the issue fee is one-half the amount for non-small entities. The issue fee due printed above reflects applicant's
status as of the time of mailing this notice. A verified statement of small entity status may be filed prior to or with payment of the issue fee.
However, in accordance with 37 C.F.R. 1.28, failure to establish status as a small entity prior to or with payment of the issue fee precludes
payment of the issue fee in the amount so established for small entities and precludes a refund of any portion thereof paid prior to establishing
status as a small entity.

THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE as indicated above. The application shall
otherwise be regarded as ABANDONED. The issue fee will not be accepted from anyone other than the applicant; a registered attorney or agent;
or the assignee or other party in interest as shown by the records of the Patent and Trademark Office. Where an authorization to charge the issue
fee to a deposit account has been filed before the mailing of the notice of allowance, the issue fee is charged to the deposit account at the time of
mailing of this notice in accordance with 37 C.F.R. 1.311. If the issue fee has been so charged, it is indicated above.

In order to minimize delays in the issuance of a patent based on this application, **this Notice may have been mailed prior to completion of
final processing.** The nature and/or extent of the remaining revision or processing requirements may cause slight delays of the patent. In
addition, **if prosecution is to be reopened, this Notice of Allowance will be vacated and the appropriate Office action will follow
in due course.** If the issue fee has already been paid and prosecution is reopened, the applicant may request a refund or request that the fee be
credited to a deposit account. However, applicant may request that the previously submitted issue fee be applied. If abandoned, applicant may
request refund or credit to a deposit account.

In the case of each patent issuing without an assignment, the complete post office address of the inventor(s) will be printed in the patent heading
and in the Official Gazette. If the inventor's address is now different from the address which appears in the application, please fill in the
information in the spaces provided on PTOL-85b enclosed. If there are address changes for more than two inventors, enter the additional
addresses on the reverse side of the PTOL-85b.

The appropriate spaces in the ASSIGNMENT DATA section of PTOL-85b must be completed in all cases. If it is desired to have the patent issue to
an assignee, an assignment must have been previously submitted to the Patent and Trademark Office or must be submitted not later than the date
of payment of the issue fee as required by 37 C.F.R. 1.334. Where there is an assignment, the assignee's name and address must be provided on
the PTOL-85b to ensure its inclusion in the printed patent.

Advance orders for 10 or more printed copies of the prospective patent can be made by completing the information in Section 4 of PTOL-85b and
submitting payment therewith. If use of a deposit account is being authorized for payment, PTOL-85c should also be forwarded. The order must
be for at least 10 copies and must accompany the issue fee. The copies ordered will be sent only to the address specified in section 1 or 1A of
PTOL-85b.

☐ Note attached communication from the Examiner

☐ This notice is issued in view of
   applicant's communication filed _____

**IMPORTANT REMINDER**

Patents issuing on applications filed on or after Dec. 12,
1980 may require payment of maintenance fees. See 37 CFR
1.20 (e)—(j).

**PATENT AND TRADEMARK OFFICE COPY**



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address : COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 06/842,600 | 03/21/86 | SHAH | G | 41259 |

W. R. GRACE & CO.
CRYOVAC DIVISION
PATENT DEPT.
P.O. BOX 464
DUNCAN, SC 29334

| EXAMINER | |
|---|---|
| HERBERT JR, T | |
| ART UNIT | PAPER NUMBER |
| 154 | 13 |

DATE MAILED:    12/18/87

## NOTICE OF ABANDONMENT

This application is abandoned in view of:

1. ☐ Applicant's failure to respond to the Office letter, mailed _____

2. ☐ Applicant's letter of express abandonment which is in compliance with 37 C.F.R. 1.138.

3. ☐ Applicant's failure to timely file the response received _____ within the period set in the Office letter.

4. ☑ Applicant's failure to pay the required issue fee within the statutory period of 3 months from the mailing date of __7-24-87__ of the Notice of Allowance.

    ☐ The issue fee was received on _____

    ☐ The issue fee has not been received in Allowed Files Branch as of _____

    In accordance with 35 U.S.C. 151, and under the provisions of 37 C.F.R. 1.316(b), applicant(s) may petition the Commissioner to accept the delayed payment of the issue fee if the delay in payment was unavoidable. The petition must be accompanied by the issue fee, unless it has been previously submitted, in the amount specified by 37 C.F.R. 1.17 (l), and a verified showing as to the causes of the delay.

    If applicant(s) never received the Notice of Allowance, a petition for a new Notice of Allowance and withdrawal of the holding of abandonment may be appropriate in view of Delgar Inc. v. Schuyler, 172 U.S.P.Q. 513.

5. ☐ Applicant's failure to timely correct the drawings and/or submit new or substitute formal drawings by _____ as required in the last Office action.
    ☐ The corrected and/or substitute drawings were received on _____

6. ☐ The reason(s) below.

DIRECT ANY INQUIRIES TO :
NAOMI SORRELL

    OR
MARCIA CAMPBELL
PUBLISHING DIVISION
(703) 557-6403

PTO-1432 (REV. 5-83)

Cryovac v. Pechiney    Confidential-Subject to Protective Order    CR056-000165

*deputy ASST Comm*

FORM 11-5                                    11-17

#14
Petition
RSE

$O^{2}D$                              **PATENT**

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re application of:  Gautam P. Shah

Serial No.:       842,600          Group No.:        154

Filed:    March 21, 1986    Examiner: Thomas J. Herbert    **RECEIVED**

For:   Oxygen Barrier Oriented Shrink Film   Batch No:  41259

Commissioner of Patents and Trademarks                     JAN 13 1988 -32

Washington, D.C. 20231

ATTENTION: Deputy Assistant Commissioner of Patents (MPEP, 1002.02(b)) **DEPUTY ASST. COMM.**

316C

**PETITION TO ACCEPT DELAYED PAYMENT OF ISSUE FEE—FAILURE TO PAY UNINTENTIONAL (37 CFR 1.155(c) and 1.316(c))**

NOTE:  A terminal disclaimer should not accompany a petition to accept late payment of the issue fee under 37 CFR
1.155 or 1.316. Notice of July 9, 1985 (1056 O.G. 61).

1. Applicant petitions for acceptance of the issue fee for which payment was due on
   October 26, 1987

2. This petition is filed:

   *(check and complete (a) or (b))*

   (a) ☒   within one year of the issue fee due date.

   NOTE:  Under very limited conditions a petition to revive for unintentional failure to pay the issue fee may exceed the
   one year limit when abandonment is due to action or inaction by the applicant and the PTO performs a posi-
   tive documented official act which could lead a reasonable individual to conclude that the action or inaction
   was appropriate. Notice of August 26, 1985 (1059 O.G. 4).

   (b) ☐   within three months of the date of the first decision in a petition to accept late
           payment of the issue fee because of unavoidable delay under 37 CFR 1.316(b).

   *(complete appropriate item below, if applicable)*

           ☐   the three month period has been extended to _____

           ☐   enclosed is a petition and fee for extension of the three month period to _____

   NOTE:  The non-statutory three month period may be extended up to four months if a petition for an extension of
   time and the fee set in 37 CFR 1.17(a) to (d) are filed with or prior to this petition.

3. The delay in payment of the issue fee was unintentional.

---

**CERTIFICATE OF MAILING (37 CFR 1.8a)**

I hereby certify that this paper (along with any referred to as being attached or enclosed) is being deposited with
the United States Postal Service on the date shown below with sufficient postage as first class mail in an envelope
addressed to the: Commissioner of Patents and Trademarks, Washington, D.C. 20231.

                        MARK B. QUATT
                        (Type or print name of person mailing paper)

Date: DECEMBER 24, 1987     MARK B. Quatt
                        (Signature of person mailing paper)

(Petition to Accept Delayed Payment of Issue Fee—Failure to Pay Unintentional (37 CFR
                                    1.316(c)) [11-5]—page 1 of 2)

Cryovac v. Pechiney    Confidential-Subject to Protective Order    CR056-000166



4. Payment of the issue fee:
☐ has been filed.
☒ is enclosed.

5. Petition fee (37 CFR 1.17(m))
Application status is:
☐ small business entity—fee $280.00
    ☐ verified statement enclosed
    ☐ verified statement filed
☒ other than small entity—fee $560.00

6. Payment of fee:
☐ Enclosed please find check for $_____
    ☐ Charge Account _____ for any additional fee required.
☒ Charge Account 07-1765 the sum of $560.00 and for any additional fee required. A duplicate of this petition is attached.

7. Verification:
*NOTE: The statement that the delayed payment was unintentional must be a verified statement if made by a person not registered to practice before the PTO. 37 CFR 1.137. Check the next box if this is the case.*

☐ I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

Date: DECEMBER 23, 1987       _Mark B. Quatt_
                                 (Signature of person making statement that abandonment was unintentional)
                                 Mark B. Quatt
                                 (Type or print name of person making statement)
                                 P. O. Box 464
                                 (Residence of person making statement)
                                 Duncan, S. C. 29334

Reg. No.: 30,484          _Mark B. Quatt_
                                 SIGNATURE OF ATTORNEY

Tel. No.: (803) 433-2817          Mark B. Quatt
                                 Type or print name of attorney
                                 P. O. Box 464
                                 P.O. Address
                                 Duncan, S. C. 29334

(Petition to Accept Delayed Payment of Issue Fee—Failure to Pay Unintentional (37 CFR 1.316(c)) [11-5]—page 2 of 2)

| (Rd.22-2/86  Pub.625) | FORM 11-5 | 11-18 |

Cryovac v. Pechiney     Confidential-Subject to Protective Order     CR056-000167

7/5/88

4755 419

PATENT

I HEREBY CERTIFY THAT THIS CORRESPONDENCE
IS BEING DEPOSITED WITH THE UNITED STATES
POSTAL SERVICE AS FIRST CLASS MAIL POSTAGE
PREPAID IN AN ENVELOPE ADDRESSED TO:
COMMISSIONER OF PATENTS AND TRADEMARKS.
ON _DECEMBER 24, 1987_

Mark B. Quatt
MARK B. QUATT
REGISTRATION NO. 30,484

_December 24, 1987_
DATE

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

RECEIVED
MAR 17 1988
GROUP 150

Applicant:  Gautam P. Shah       Group Art Unit:  154
Serial No.:  842,600            Examiner:  Thomas J. Herbert
Filing Date:  March 21, 1986   Docket:   41259
Title:  Oxygen Barrier Oriented Shrink Film

Letter

Honorable Commissioner of
Patents and Trademarks
Washington, D. C.  20231

Sir:

       Enclosed is a sheet of formal drawings for the above-referenced case.

       Respectfully submitted,

Mark B. Quatt

Mark B. Quatt
Attorney for Applicant
Registration No. 30,484

W. R. Grace & Co.
P. O. Box 464
Duncan, S. C. 29334
(803) 433-2817

404/871223/5/1

Cryovac v. Pechiney    Confidential-Subject to Protective Order    CR056-000168

*892,600*

**U.S. Patent**          Jul. 5, 1988          **4,755,419**



FIG. 1

Cryovac v. Pechiney    Confidential-Subject to Protective Order    CR056-000169



*FIG. 1*

Cryovac v. Pechiney    Confidential-Subject to Protective Order    CR056-000170



RECEIVED

MAY 13  10 29 AM '88

PCO

Cryovac v. Pechiney     Confidential-Subject to Protective Order     CR056-000171