Mount, III, E. M., "Development and Utilization of High Barrier Packaging Films" TAPPI Place, Technical proceedings, (2003)

Kong; Dan-Cheng, Larter; John A., Mount, III; Eldridge Milford, US Patent 6,528,155, Issued March 4, 2003, "Opaque polymeric films cavitated with syndiotactic polystyrene"

Mount III, E. M., "Representation Of Polymer Melt Rheology Data", *ANTEC 2004- Proceedings of the 62nd Annual Technical Conference & Exposition,* Vol. L., Chicago Illinois, May 16 --- 20. Society of Plastics Engineers, pp 317-323

Mount, III, E.M., "The Basics of Metallizing Thin Films for High Barrier Packaging", TAPPI Place Division Conference, Technical proceedings, (2004)

Mount III, E. M., "Review of Metallized Film Adhesion Testing:  Test Methods and Interpretation of Results", Proceedings of AIMCAL Fall Technical Conference, Charleston, SC., October 24-27, 2004

Giles, Jr., H. F., Wagner, Jr., J. R., Mount III, E. M., Extrusion: The Definitive Processing Guide and Handbook, PDL HANDBOOK SERIES, Williams Andrew, Inc., Norwich, New York, (2005)

Several Patent Applications Pending.

**EXHIBIT 2**

## DOCUMENTS REVIEWED

I have reviewed all of the documents disclosed in this report. Set forth below is a list intended to capture those materials in list form.

1. Us Patent 4,755,419, "Oxygen Barrier Oriented Shrink Film", Gautam P. Shah; Assignee W. R. Grace & Co., Cryovac Div, July 5, 1988

2. European Patent Application 0 063 006 A1, "EVOH copolymer blend, a process for producing a composite film therfrom and the composite film per se.", Oderzynski, T. W., Knott, J. E., Applicant American Can Company, 20/10/1982

3. US Patent 4,746,562, "Packaging Film", Ennis M. Fant, Assignee W. R. Grace & Co., Cryovac Div, May 24, 1988

4. US Patent 4,361,628, "Coextruded Film of Polypropylene Blend And Nylon", Duane A. Krueger, Thomas W. Odorzynski, Assignee American Can Company, Nov 30, 1982

5. US Patent 4,608,286, "Gas Barrier Multilayer packaging Maretial Having Excellent Flexing Endurance", Yasuo Motoishi, Kenji Satoh, Kyoichiro Ikari, Assignee Kuraray Co. Ltd., Aug 26, 1986

6. US Patent 5,055,355, "Oriented Film Laminates Of Polyamides and Ethylene Vinyl Alcohol Copolymers", Ferdinand A. DeAntonis, William H. Murrel, Alfieri Degrassi, Assignee Allied-Signal Inc., Oct 8 1991

7. US Patent 4,511,610, "Multi-Layer Drawn plastic Vessel", Jinichi yazaki, Kozaburo Sakano, assignee Toyo Seikan Kaisha Ltd., Apr 16, 1985

8. US Patent 4,284,674, "Thermal Insulation", Nicholas Sheptek, Assignee American Can Company, Aug 18, 1981

9. A. L. Blackwell, "Ethylene Vinyl Alcohol Resins As A Barrier Material In Multi-Layer Packages", J. Plastic Film & Sheeting, Vol. 1, (1985), pp 205-214

10. Rolf Hessenbruch, "recent Development In Blown Film Coextrusion", Tappi Proceedings, Book I, 1984 Polymers, Laminations and Coatings Conference, Sept 24-26 (1984), pp 85-94

11. US Patent 4,532,189, "Linear Polyethylene Shrink Film", Walter B. Mueller, Assignee W. R. Grace, Jul 30, 1985

12. US Patent 4,398,635, "Child-Proof Medication Package", Edmund Hirt, assignee American Can Company, Aug 16, 1983

13. File Wrapper for US patent 4,755,419

14. US Patent 4,572,854, "Multilayer Film With A Gas and Aroma Barrier Layer and A Process For The Preparation and Application Thereof", H. Dallmann, H. J. Palmer, assigneeH Hoechst Aktiengesellschaft, Feb 25, 1986

15. Translation of: Utillity Model Application Publication Number: 60-27000, application number 54-84842, Mamoru Yoshimoto, Kyutaro Taleuchi, applicant Sumitomo Bakelite Co., Ltd., publication data August 14, 1985

16. **IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE, CRYOVAC, INC., Plaintiff/Counter-Defendant. vs. PECHINEY PLASTICC PACKAGING, INC., Defendant/Counter-Plaintiff., Civil Action No. 04-1278, Hon. Kent A. Jordan, "PECHINEY PALSTIC PACKAGING INC.'S RESPONSE TO CRYOVAC'S FIRST SET OF INTERROGATORIES (NOS. 1-8) TO PECHINEY**

17. US Patent 4,436,778, "Multilayer Tubular Body With Uncentered Barrier Layer", J. N. Dugal, assignee Ball Corporation, Mar 13, 1984

18. US Patent 4,501,798, "unbalanced Oriented Multiply Layer Film", M. Koschak, S. S. Super, J. F. Jesse, assignee American can Company, Feb 26, 1985

19. US Patent 4,355,721, "Package For Food Products", J. E. Knott, M. S. Koschak, J. P. Adams, assignee American Can Company, Oct 26, 1982

20. US Patent 4,532,189, "Linear Polyethylene Shrink Films", W. B. Mueller, Assignee W. R. Grace & Company., Cryovac Div., Jul 30, 1985

21. J. A. Sneller, "New Prospects in Packaging Markets" Modern Plastics, August 1984, pp 39-41

22. anon, "Nylon Film Effective Packaging", Plastics Corner, The Journal of Commerce, Dec 14, 1984

23. Development Specifications from American National Can; DB-3200-1, DB-3200-2, DB-3200-3, DB-3201-1, DB-3201-2, DB-3201-3, DB-3201-4, DB-3300-1, DB-3300-2, DB-3300-3, DB-3300-4, DB-3301-1, DB-3301-2, DB-3350-1, DB-3350-2, DB-3350-3, DB-3350-4, DB-3351-1, DB-3351-2, DZ-9000-1, DZ-9001-1, DZ-9001-2, DZ-9002-1, DZ-9002-2, DZ-9500-1, DZ-9500-2, DZ-9501-1, DZ-9501-2, DZ-9502-1, DZ-9502-2, DM-0200-1, DM-0201-1, DM-0250-1, DM-0251-1, B-3201-A, B-3300-A

24. US Patent 4,640,852, "Multiple Layer Films Containing Oriented layers Of Nylon And Ethylene Vinyl Alcohol Copolymer", W. F. Ossian, assignee American Can Company, Feb 3, 1987

25. Earl Hatley, "Performance of Nylon, Technical Papers Society of Plastics Engineers Regional Technical Conference "Optimize Barrier Coextrusion", Sept 5-6, 1985

26. W.R.R. Park, Plastics Film Technology, Plastics Applications Series, W.R.R. Park Editor, Van Nostrand Reinhold Company, New York (1969)

27. The Science and Ttechnology of Polymer Films, Vol. I, O. J. Sweeting, ed, Interscience Publishers, New York, (1968)

28. C. J. Benning, Plastic Films For Packaging: Technology, Applications and Process Economics, Technomic Publishing Co., Inc, Lancaster, PA., (1983)

29. Cryovac's Response to Pechiney's First Set of Interrogatories

30. Pechiney's Second Supplemental Response to Cryovac's First Set of Interrogatories

31. U.S. Patent No. 4,058,647

# EXHIBIT 23

# EXHIBIT 23

# REDACTED IN ITS ENTIRETY

# EXHIBIT 24

# WEBSTER'S NEW TWENTIETH CENTURY DICTIONARY

## Second Edition

Copyright © 1983 and 1955, 1956, 1957, 1958, 1959, 1960, 1962, 1964,
1968, 1970, 1975, 1977, 1979 by Simon & Schuster, a Division of Gulf & Western Corporation
Full-Color Plates Copyright © 1972 by Simon & Schuster , a Division of Gulf & Western Corporation
All rights reserved
including the right of reproduction
in whole or in part in any form
Published by New World Dictionaries/Simon and Schuster
A Simon & Schuster Division of Gulf & Western Corporation
Simon & Schuster Building
Rockefeller Center
1230 Avenue of the Americas
New York, New York 10020
SIMON AND SCHUSTER, TREE OF KNOWLEDGE and colophon are trademarks
of Simon & Schuster.

*Dictionary Editorial Offices*
*New World Dictionaries*
*850 Euclid Avenue*
*Cleveland, Ohio 44114*

Manufactured in the United States of America

DW  20  19  18  17  16  15

Library of Congress Catalog Card Number: 83-42537

ISBN 0-671-41819-X

Previous editions of this book were pub-
lished by The World Publishing Company,
William Collins +World Publishing Co., Inc.
and William Collins Publishers, Inc.

PRINTED IN THE UNITED STATES OF AMERICA

**är'mŏr plate**

är'mŏr plate, plates of iron or steel for covering the sides of a ship, tank, etc.
är'mŏr-plāt'ed, a. covered with armor plate.
är'mŏr-y, n. [Fr. armoire; OFr. armaire, armaris, from L. armarium, a place for keeping arms.]
  1. a place where arms and instruments of war are kept; arsenal.
  2. armor. [Archaic.]
  3. armorial bearings. Archaic.]
  4. the art of heraldry.
  5. a place where firearms are manufactured.
  6. a building containing the drill hall and offices of a unit of the National Guard.
är'mŏur, n. and v.t. armor: the British spelling.
är'mŏur-er, n. armorer: the British spelling.
är'mŏur-y, n. armoury: the British spelling.
är-mō-zēne', är-mō-zine', n. [Fr. armoisin; OFr. armezin; L. ermesinus, taffeta.] a heavy silk, generally black, formerly used in making robes for the clergy.
ärm'pit, n. the hollow place or cavity under the arm at the shoulder; the axilla.
ärms, n.pl. [ME. armes; Fr. arme, pl. armes, from L. arma, arms, equipment.]
  1. weapons.
  2. military science; warfare; fighting; as, a comrade in arms; an assault at arms.
  3. in heraldry, armorial bearings of a family, consisting of figures and colors borne in shields, banners, etc., as marks of dignity and distinction, and descending from father to son.
  4. insignia of countries, corporations, etc.
  small arms; firearms of small caliber that can be carried, as rifles, carbines, pistols, etc.
  to arms; get ready to fight! a summoning to war or battle.
  to take up arms; to arm for attack or defense; to enter a dispute.
  under arms; having arms ready for use; ready for war.
  up in arms; prepared to fight; hence, indignant.
är'mure, n. 1. armor.
  2. a kind of ribbed woolen cloth woven so that it looks like chain mail.
är'my, n. [ME. armye, armeye; OFr. armee; It. armata; L. armata, f. of armatus, pp. of armare, to arm; arma, arms.]
  1. a large organized body of men armed for war, especially on land: often it includes an air force.
  2. a military unit, usually two or more army corps, together with auxiliary troops; field army.
  3. the military forces of a nation as distinguished from its navy; the land forces.
  4. a great number; a vast multitude.
  5. a body of persons organized for some particular cause; as, the Salvation Army.
  army of occupation; an army sent into a defeated country to ensure compliance with the terms of the peace treaty: the army of occupation exercises military rule of the territory.
  standing army; an army maintained in peacetime, as well as in time of war, on a permanent organizational basis.
Xr'my Air For'ces, formerly, the aviation branch of the United States Army.
är'my ant, a foraging ant that travels in large groups, as the driver ant.
är'my corps (kōr), a tactical military unit of two or more divisions with auxiliary services, usually commanded by a lieutenant general.
är'my list, an official register of the commissioned officers of an army.
Xr'my of the Ū-nīt'ed Stātes, the United States Army, the Organized Reserves, the National Guard, and Selective Service personnel, collectively: organized temporarily during time of war or other national emergency.
är'my wŏrm, the larva of a moth, Leucania unipuncta: so called because vast numbers move like an army, destroying all vegetation in their path; also, any related species with similar habits.
är'nä, n. [Hind. arnā.] one of the numerous varieties of wild buffalo, Bos bubulus, of India.
är'na, n. same as arna.
är'ni-cä, n. [prob. from Ptarmica; Gr. ptarmikos, causing to sneeze.]
  1. a genus of plants of the order Composiæ.
  2. [a-] any plant of this genus, especially the perennial Arnica montana, or mountain arnica, bearing bright yellow flowers on long stalks with clusters of leaves at the base.
  3. [a-] tincture of arnica, applied externally as a treatment for sprains, bruises, and ailments of a similar kind.

är'ni-cin, n. in chemistry, a bitter resin that contains the active principle of arnica.
Är'nŏld-ist, n. a disciple of Arnold of Brescia, who, in the twelfth century, waged agitation for insurrection against Roman Catholic corruption.
är'ŏt'tŏ, n. same as annatto.
är'nut, n. same as earthnut.
är-ō-gī'rä (-ā'rä), n. [native Braz. name.] any one of several South American trees from which a medicinal resin is extracted.
är'old, a. resembling or belonging to the Arum family.
är'old, n. [L. arum; Gr. aron, wake robin, and eidos, shape, form.] any plant of the Arum family.
A-rol'de-ae, n.pl. [L., from Gr. aron, the wake robin, and eidos, form.] same as Araceæ.
a-rold'e-ous, a. araceous.
ā-roint', ā-roynt', v.i. [prob. coined by Shakespeare (Macbeth I, iii, 6).] begone; avaunt (usually with thee): used in the imperative. [Obs.]
ā-rol'lä, n. [Fr. arolle.] a tree of the pine family, Pinus Cembra, found in Switzerland.
ā-rō'mä, n. [ME. aromat; OFr. aromat; L. aroma; Gr. aroma, a sweet spice, a sweet smell.]
  1. the fragrance of plants, or other substances; a pleasant, often spicy odor.
  2. a characteristic quality or atmosphere; as, the aroma of culture.
  Syn.—fragrance, perfume, savor.
ā-rō-mat'ic, ā-rō-mat'ic-ăl, a. 1. fragrant; spicy; strong-scented; odoriferous; having an agreeable odor.
  2. in chemistry, of or designating any of a series of benzene ring compounds, many of which have an odor or are derived from materials having an odor.
ā-rō-mat'ic, n. a plant or chemical characterized by a fragrant smell, and usually by a warm, pungent taste, as ginger.
ā-rō-mat-i-zā'tion, n. the act of making aromatic.
ā-rō'ma-tīze, v.t.; aromatized, pt., pp.; aromatizing, ppr. to make aromatic; to infuse with an aromatic odor; to give a spicy scent or taste; to perfume.
ā-rō'ma-ti-zer, n. that which, or one who, aromatizes.
ā-rōse', past tense of arise.
a-round', prep. 1. about; on all sides of; encircling; encompassing; in various places in or on; revolving about (a center or axis).
  2. somewhat close to; about; as, around five pounds. [Colloq.]
a-round', adv. 1. in a circle; on every side; in circumference; in or to the opposite direction; in various places.
  2. to a (specified or understood) place; as, come around to see us.
  3. in the vicinity; about; near by; as, he visited around. [Colloq.]
  to have been around; to have had wide experience; to be sophisticated. [Colloq.]
a-rous'äl, n. the act of arousing.
a-rouse', v.t.; aroused, pt., pp.; arousing, ppr. [a- and ME. rousen, rouzen.]
  1. to wake up; to awaken.
  2. to excite into action; to stir up or put in motion; as, to arouse the dormant faculties.
  Syn.—stimulate, provoke, animate, awaken, excite.
a-rouse', v.i. to become aroused.
a-rōw', adv. in a row; successively.
är-peg'gi-ō (-pej'ō), n.; pl. är-peg'gi-ōs, [It. arpeggiare, to play on a harp.]
  in music, the sounding of the notes of a chord in rapid succession, as in harp playing, instead of simultaneously.
  2. a chord so played.
är'pen, n. [Fr. arpent; LL. arpennes; L. arepennis; a word of Celtic origin.] an old measure of land in France, equal to about an acre: retained in Louisiana, and Quebec. [Rare.]
är-pen-ta'tŏr, n. a land surveyor. [Rare.]
är'pine, n. arpent. [Obs.]
är'quä-ted, a. [L. arcuate, to bend like a bow, from arcus, bow.] arcuate; curved. [Rare.]
är'que-bus, n. same as harquebus.
är'que-bus-āde', n. same as harquebusade.
är'que-bus-ier', n. same as harquebusier.
är'qui-fōux (är'ki-foo), n. same as alquifou.
är-rä-çä'chä, n. [Sp.] a Mexican plant, belonging to the genus Arracacia.
är-rä-çä'ci-ä (-shi-ä), n. [Sp., from a native name.] a genus of umbelliferous plants of the carrot family, growing in Mexico and South America.
är'räch, n. same as orach.

är'räck, n. [Fr. arac; Ar. araq, sweat, spirit, juice.] in the Orient, a strong alcoholic drink, especially that distilled from rice, molasses, or the sap of the cocoa palm.
är-rāign' (-rān'), v.t.; arraigned (-rānd), pt., pp.; arraigning, ppr. [ME. arraynen, arenen; OFr. aranier; L. ad, to, and ratio, reason.]
  1. in law, to call (a prisoner) before a court to stand trial.
  2. to accuse; to charge with faults; to call to account for in question.
  They will not arraign you for want of knowledge.
  —Dryden.
  Syn.—accuse, attack, censure, impeach, inculpate.
är-rāign', v.i. in English law, to appeal to; to demand. [Obs.]
är-rāign'er, n. one who arraigns.
är-rāign'ment, n. [Norm. arresnement, arraynement.]
  1. the act of arraigning; the act of calling a person before a court to answer to a complaint or indictment and to plead guilty or not guilty.
  2. a calling in question for faults; accusation.
är-rāi'ment, n. raiment. [Obs.]
är-rānge', v.t.; arranged (-rānjd), pt., pp.; arranging, ppr. [OFr. arayngen, arengen; OFr. arangier; Fr. arranger, from ad and ranger, to set in order.]
  1. to put in proper order; to sort systematically; to classify.
  2. to adjust; to settle; to put in order; to prepare; as, to arrange details.
  3. to adapt (a musical composition) to other instruments or voices than those for which it was written, or to a certain band or orchestra.
  4. to class, dispose, place, range, group, adjust.
är-rānge', v.i. 1. to come to an agreement (with a person, about a thing).
  2. to make plans; provide or prepare (with for or an infinitive).
  3. in music, to write adaptations, especially as a profession.
är-rānge'ment, n. 1. the act of putting in proper order; also, the state of being put in order.
  2. that which is arranged or the result of arranging.
  3. [usually pl.] a preparatory measure or plan; as, we have made arrangements for receiving company.
  4. a settlement or adjustment by agreement; as, the parties have made an arrangement between themselves concerning their disputes.
  5. a combination of parts; hence, loosely, a contrivance or apparatus.
  6. the adaptation of a musical composition to other instruments or voices than those for which it was originally written, or to the style of a certain band or orchestra; also, a composition so adapted.
  Syn.—classification, adjustment, agreement, disposition, grouping, disposal, order.
är-rän'ger, n. one who or that which arranges.
är'rant, a. [a variant of errant.]
  1. notorious; infamous; vile; as, an arrant rogue or coward.
  2. wandering. [Obs.]
  Syn.—consummate, notorious, flagrant, vile, utter.
är'rant-ly, adv. notoriously; infamously; shamefully.
är'ras, n. [so called from Arras, from L. Atrebates, a people of Belgic Gaul.] a tapestry; a wall hanging of tapestry.
är'räs, n. [Sp.] in Spanish law, a marriage settlement.
är-räs, v.t. to hang or furnish with an arras.
är-räs-ēne', n. a silk or woolen material used for embroidery.
är-räs'trä, n. same as arrastre.
är-räs'tre, n. [Sp. arrastrar, to drag along the ground; L. ad, to, and radere, to scrape.] in gold mining; a crude machine formerly used for crushing.
är-räs-wise, adv. same as arriswise.
är-rāy', n. [ME. arayen; OFr. areyer, arraier; L. ad, to, and res, thing.]
  1. regular order or arrangement; specifically, disposition of troops; as, in battle array.
  2. an impressive collection or assemblage, especially, a body of men in order; hence, military force; troops in order.
  A gallant array of nobles and cavaliers.
  —Prescott.

ūse, bull, brūte, tūrn, up; crȳ, myth; çat, machine, ace, church, chord; gem, anger, (Fr.) bon, as; this, thin; azure

103

**dynatron**                                                                **eager**

dy″nā·tron, *n.* 1. a four-electrode vacuum tube in which the plate and grid potentials are such that the secondary discharge of electrons from the plate causes a decrease in the plate current simultaneously with an increase in the plate potential: it is often used as an oscillator.
  2. a mesotron.

dyne, *n.* [abbrev. of *dynam*, from Gr. *dynamis*, power.] the unit of force which in one second can alter the velocity by one centimeter per second of a mass of one gram: the unit of force in the C.G.S. (metric) system.

dy″ō·cae″trī·â·con″ta·hē′dron, *n.* [Gr. *dyo kai triakonta*, thirty-two, and *hedron*, a seat, base.] in geometry, a solid with thirty-two faces.

dy·oth′el·ism, *n.* [Gr. *dyo*, two, and *thelein*, to will.] the doctrine that the will of Christ was twofold, human and divine.

dy·oth′e·lite, *n.* an advocate of dyothelism.

dys-, [from Gr. *dys-*, hard, ill, bad.] a prefix meaning *hard, ill, bad, difficult*, as in dysgenesis, dysnomy.

dys·aes·thē′sĭ·ä, *n.* same as dysesthesia.

dys·ăr′thrĭ·ä, *n.* [*dys-*, and Gr. *arthron*, a joint.] defective articulation in speaking, resulting from a disease of the central nervous system.

dys·ăr·thro′sĭs, *n.* [*dys-*, and Gr. *arthron*, a joint.] disability or disease of a joint.

dys″chrō·mà·top′sĭ·ä, *n.* color blindness; difficulty in distinguishing colors.

dys·crā′sĭ·ä (-zhĭ-ä), *n.* [Gr. *dyskrasia*, bad temperament; *dys-*, bad, and *krasis*, a mixture, from *kerannynai*, to mix.] a diseased condition of the body, marked by general ill health and debility: also written *dyscrasy*.

dys·crā′sĭç, *a.* characterized by dyscrasia.

dys′crā·sīte, *n.* [*dys-*, and Gr. *krasis*, a mixture.] a lustrous, grayish mineral made up of antimony and silver.

dys·crā′sy, *n.* dyscrasia.

dys·en·ter′ĭç, dys·en·ter′ĭç·ăl, *a.* 1. pertaining to dysentery.
  2. afflicted with dysentery.

dys′en·ter″y, *n.* [L. *dysenteria*; Gr. *dysenteria*, dysentery; *dys-*, bad, and *enteron*, pl. *entera*, the bowels.] any of various intestinal diseases characterized by inflammation, abdominal pain, toxemia, and diarrhea with bloody, mucous feces.

dys·es·thē′sĭ·ä, *n.* impairment of any of the senses.

dys·func′tion, *n.* [from *dys-*, and *function*.] in medicine, abnormal, impaired, or incomplete functioning of an organ or part.

dys·gē·nes′ĭç, *a.* affected by dysgenesis; relating or pertaining to dysgenesis.

dys·gen′e·sis, *n.* [*dys-*, and Gr. *genesis*, birth.] lack of fertility; especially, a condition of only partial fertility, as in hybrids which do not breed among themselves, but may with the parent stock. The mule is an example.

dys·gen′ĭç, *a.* [*dys-*, and Gr. *genos*, race, family.] in biology, causing deterioration of hereditary qualities: opposed to *eugenic*.

dys·ḡen′ĭçs, *n.pl.* [construed as sing.] 1. the study of dysgenic trends in a population: opposed to *eugenics*.
  2. intermarriage of hereditarily defective individuals.

dys·ĭ·drō′sĭs, *n.* state of abnormal secretion of sweat; also, a condition in which vesicles form on the palms of the hands and soles of the feet.

dys·lā″lĭ·à, *n.* difficulty in articulation of speech sounds.

dys·lex′ĭ·à, *n.* [*dys-*, and Gr. *lexis*, speech.] loss of power to grasp the meaning of that which is read.

dys·lō′ḡĭ·ä, *n.* difficulty in speech caused by impairment in the faculty of reasoning.

dys·lō·ḡis′tĭç, *a.* [*dys-*, and Gr. *logos*, discourse.] not flattering; disparaging: opposed to *eulogistic*.

dys″lū·īte, *n.* [*dys-*, and Gr. *lyein*, to loose, dissolve.] a variety of gahnite, or zinc spinel, containing iron and manganese.

dys″men·ōr·rhē′ä (-rē′ä), *n.* [*dys-*, and Gr. *mēn*, a month, and *rhoia*, a flowing.] difficult menstruation, often accompanied by pain.

dys″me·rō·ḡen′e·sis, *n.* [*dys-*, and Gr. *meros*, part, and *genesis*, birth.] in biology, generation marked by irregularity of constituent parts, differing in function, time of budding, etc.: opposed to *eumerogenesis*.

dys″mēr·ō·morph, *n.* [*dys-*, and Gr. *meros*, part, and *morphē*, shape.] in biology, a form resulting from dysmerogenesis.

dys′nō·my, *n.* [Gr. *dysnomia*, lawlessness, a bad constitution; *dys-*, bad, and *nomos*, law.] bad legislation; the enactment of bad laws. [Rare.]

dys′ō·dīle, *n.* [Gr. *dysōdēs*, ill-smelling; *dys-*, bad, and *ozein*, to smell.] a hydrocarbon of a greenish or yellowish-gray color, in masses composed of thin layers.

dys′ō·dont, *n.* [*dys-*, and Gr. *odous, odontos*, a tooth.] in conchology, monomyarian.

dys·ō′pĭ·ä, dys·op′sy, *n.* [*dys-*, and Gr. *opsis*, view, sight.] dimness of sight.

dys·ō·rex′ĭ·ä, *n.* [Gr. *dysorexia*, feebleness of appetite; *dys-*, bad, and *orexis*, appetite.] a lack of appetite.

dys′pa·thy, *n.* [Gr. *dyspatheia*, from *dyspathēs*, impatient of suffering, impassive; *dys-*, ill, and *pathos*, feeling.] lack of sympathy or passion.

dys·pep′sĭ·ä, *n.* [L. *dyspepsia*; Gr. *dyspepsia*, indigestion, from *dyspeptos*; *dys-*, bad, and *peptos*, from *peptein*, to soften, cook, digest.] indigestion; impaired digestion.

dys·pep′sy, *n.* dyspepsia. [Now Dial. or Colloq.]

dys·pep′tĭç, *n.* a person afflicted with dyspepsia.

dys·pep′tĭç, *a.* 1. afflicted with indigestion; as, a *dyspeptic* person.
  2. pertaining to or having the characteristics of dyspepsia; as, a *dyspeptic* complaint.
  3. taking a morbid view of things; gloomy; grouchy; as, a *dyspeptic* writer.

dys·pep′tĭç·ăl, *a.* same as dyspeptic.

dys·pep′tĭ·căl·ly, *adv.* 1. in the manner of a dyspeptic.
  2. with dyspepsia.

dys·phā′ḡĭ·ä, dys·phā′ḡy, *n.* [*dys-*, and Gr. *phagein*, to eat.] in medicine, difficulty in swallowing.

dys·phā′sĭ·ä, *n.* [*dys-*, and Gr. *phasis*, speech.] impairment of the ability to speak or, sometimes, to understand language, as the result of brain injury.

dys·phō′nĭ·ä, *n.* [Gr. *dysphonia*; *dys-*, bad, and *phōnē*, voice.] difficulty in speaking as a result of a malformation or disease of the organs of speech.

dys·phō′rĭ·ä, *n.* [Gr. *dysphoria*; *dys-*, hard, and *pherein*, to bear.] in psychology, a generalized feeling of ill-being; especially, an abnormal feeling of anxiety, discontent, physical discomfort, etc.

dysp·nē′ä, dysp·noe′ä, *n.* [L., from Gr. *dyspnoia*; *dys-*, hard, and *pnein*, to breathe.] difficult or painful breathing.

dysp·nē′ăl, dysp·noe′ăl, *a.* of dyspnea.

dysp·nē′ĭç, dysp·noe′ĭç, *a.* having or caused by dyspnea.

dysp·nō′ĭç, *a.* same as dyspneic.

dys·prō′sĭ·um, *n.* [Mod. L., from Gr. *dysprositos*, difficult of access; *dys-*, hard, and *prositos*, approachable.] a chemical element of the rare-earth group: symbol, Dy; atomic weight, 162.50; atomic number, 66: it is one of the most magnetic of all known substances.

dys″te·lē·ol′ō·ḡy, *n.* [coined by Haeckel, from *dys-*, and Gr. *telos*, end, purpose, and *-logia*, from *legein*, to speak.] that branch of physiology which treats of the apparent purposelessness observable in living organisms in connection with rudimentary organs.

dys·thym′ĭç, *a.* [Gr. *dysthymikos*, from *dysthymia*, despondency, despair; *dys-*, bad, and *thymos*, spirit, courage.] afflicted with chronic melancholy; depressed in spirits.

dys·tō′çĭ·ä (-shĭ-ä), *n.* [Gr. *dystokia*; *dys-*, hard, and *-tokia*, from *liktein*, to bear.] painful childbirth; difficult parturition.

dys·tō′pĭ·ä, *n.* [*dys-*, and *utopia*.] a hypothetical place, state, or situation in which conditions and the quality of life are dreadful.

dys′trō·phy, *n.* [*dys-*, and Gr. *trophē*, from *trephein*, to nourish.] abnormal or defective nourishment; unnatural nutrition.
  *muscular dystrophy*; a chronic, noncontagious disease characterized by a progressive wasting of the muscles.

dys·ū′rĭ·ä, dys′ū·ry, *n.* [*dys-*, and Gr. *ouron*, urine.] difficulty or pain in discharging the urine.

dys·ū′rĭç, *a.* relating to or suffering with dysuria.

dzē′ren, dze″rōn, *n.* [Mongolian name.] the Chinese antelope, a swift animal, *Procapra gutturosa*, inhabiting the dry, arid deserts of central Asia, Tibet, China, and southern Siberia.

# E

E, e (ē), *n.; pl.* E′s, e′s, Es, es (ēz), 1. the fifth letter of the English alphabet: from the Greek *epsilon*, a borrowing from the Phoenician.
  2. a sound of E or e.
  3. a type or impression for E or e.
  4. a symbol for the fifth in a sequence or group.

E, e (ē), *a.* 1. of E or e.
  2. fifth in a sequence or group.

E, *n.* 1. an object shaped like E.
  2. a Roman numeral for 250; with a superior bar (Ē), 250,000.
  3. in chemistry, the symbol for erbium.
  4. in education, (a) a grade fifth in quality, usually equivalent to *condition*; (b) sometimes, a grade first in quality, meaning excellent.

  5. in music, (a) the third tone or note in the scale of C major, or the fifth in the scale of A minor; (b) a key, string, etc. producing this tone; (c) the scale having E as the keynote.
  6. in physics, *the symbol for*, (a) the modulus of elasticity; (b) electromotive force.

E, *a.* shaped like E.

ē-, a prefix used instead of *ex-* before many consonants, meaning *out, out of, from, without*, as in *eject, emerge*.

ēach, *a.* [ME. *eche, ech, ælc, elc*; AS. *ælc; a,* always, and *gelic*, like; G. *jeglich*, each.] every one of two or more considered or treated distinctly from the rest; as, *each* person was called upon to speak.

ēach, *pron.* every one of two or more considered individually; each one; as, *each* did his share; *each* of them heard the remark.
  *each other*; each the other; as, they despise *each other*, that is, *each* despises the *other*.

ēach′where (-hwâr), *adv.* everywhere. [Obs.]

ēad′ish, *n.* eddish. [Obs.]

ēa′ḡēr, *a.* [ME. *eger, egre*; OFr. *egre, aigre*; L. *acer, acris*, sharp, keen.]
  1. keenly desiring; wanting very much; impatient or anxious; ardent; as, the soldiers were *eager* to engage the enemy.
  2. sharp; sour; acid. [Obs.]
  3. sharp; keen; biting; severe. [Archaic.]
  4. brittle; inflexible; not ductile. [Obs.]
  Syn.—earnest, fervent, zealous, enthusiastic, vehement, intense, fervid.

ēa′ḡēr, *n.* same as eagre.

568    fāte, fär, fäst, fâll, finăl, cāre, at; mēte, prȩy, hēr, met; pīne, marine, bīrd, pin; nōte, mōve, fŏr, atŏm, not; mȯȯn, book;

# EXHIBIT 25

# EXHIBIT 25
# REDACTED IN ITS ENTIRETY

# EXHIBIT 26

Analytical Services
Technical Service Request

C R Y O V A C

W. R. Grace & Co.
Cryovac Division

PERMANENT

No. 1 - 6777

Date   4-24-85

Proj. Controller Appr. _____ Dept. No. ___137___

Originator   GAUTAM P. SHAH      Dept. Mgr. Appr. _FDS/_____   Proj. No. __3743__

Subject   DETERMINE THE PROPERTIES OF SEVEN LAYER OXYGEN BARRIER SHRINK FILMS

Man Hours: 52

Justification For Request and Sample Background:

The properties of seven layer oxygen barrier shrink films with nylon
and EVOH will help determine the application for the film.

EXHIBIT 13
Shah
8/11/05

DISTRIBUTION

P. R. Boice
S. L. Fuller
V. W. Herran
T. S. Kay
M. B. Quatt
J. H. Schoenberg
G. P. Shah
F. D. Stringer
J. J. Walters
N. D. Bornstein
K. Cannon
B. C. Childress
Research File
Technical File  (2)
Ann Wood

R E S T R I C T E D

Originator ___GAUTAM P. SHAH_____     No. **1-6777**

Subject ___DETERMINE THE PROPERTIES OF SEVEN LAYER OXYGEN BARRIER SHRINK FILMS.___

Sample Identification:

FDX 1570: LLDPE-EVA/ADHESIVE/NYLON CA6 /EVAL F /NYLON CA6 /ADHESIVE/LLDPE-EVA

FDX 1572: EPC/ADHESIVE/NYLON CA6 /EVAL K /NYLON CA6 /ADHESIVE/EPC

For A.S. Use Only:

Scheduled _4/20/55 10/5_

Route To ___R   t___

For Comments _F  30:55_

Approved _Lul  wis_

Sample Received with TSR
    Yes _____ No _____

Sample Disposition
_____ Destroy
_____ Return to Me

---

Services Requested:

_X_ Tensile & Elongation _____

_X_ Modulus at _____

_X_ Tear Propagation _____

_X_ Free Shrink at 200°,220°,240°,260°,280°,300° F

_X_ Shrink Tension at 200°,220°,240°,260°,280°,300° F

_X_ Ball Burst at _____

_X_ Haze

___ Total Transmission

_X_ Gloss

_X_ Density at 23°C

_X_ Moisture Vapor Transmission

_X_ Oxygen Transmission

---

Other Tests and/or Special Instructions:

Oxygen transmission at 0% to 100% RH @ room temperature
Clarity
COF IN/IN and OUT/OUT
Layer Gauge and layers
Interply bond strength (between all layers)



Cryovac v. Pechiney    Confidential-Subject to Protective Order    CR013-000087

COMMENTS:  TSR 1-6777
By:  G. P. Shah
5 February 1986


Both FDX-1570 and FDX-1572 have the nominal thickness of 1 mil but the
actual thickness of FDX-1570 is much higher at 1.29 mil.  The Nylon CA6
co-polymer layers of the films are significantly out of balance with
Nylon missing or very thin at the few places in the FDX-1572 film.

There is no significant difference in the tensile and elongation
properties of the film.  Both films have good impact resistance.  As
expected the FDX-1572 being based on polypropylene resin is stiffer
than FDX-1570 film.  The FDX-1570 has an excellent resistance to tear
propagation compared to the FDX-1572 film.  There is no significant
difference in the water vapor transmission rates for both the films and
the transmission rate for both the films is not much different than
other non-barrier shrink films.  FDX-1570 shows much higher shrinks at
all temperatures.  There is no difference in the shrink tensions of the
films.

As expected the FDX-1570 has higher density than FDX-1570.  For the
unexplained reasons FDX-1570 film has poor film to film slip.  Previ-
ously, the films made with similar skins and similar additive package
exhibited much better film to film slip.  Also FDX-1570 has much better
optical properties than FDX-1572 even though in past polypropylene
skins have provided better optics.

FDX-1570 shows very good interply bond strength compared to the
FDX-1572.  In case of FDX-1570, the bond between the layers is stronger
than the strength of the material.  The poor bond strength of FDX-1572
may have been due to the poor adhesive property of Modic P310H in
bonding polypropylene to Nylon.

-2-

TSR Comments: 1-6777

The oxygen transmission data show the difference in barrier properties
of EVAL-F and EVAL-K. The EVAL-F which gives superior barrier to
oxygen transmission when dry but poor barrier when wet is used in
FDX-1570. The EVAL-K which gives somewhat lower barrier to oxygen
transmission when dry but gives better barrier than EVAL-F when wet is
used in the FDX-1572 film.

In conclusion, the FDX-1570 appears to be a better seven layer oxygen
barrier film due to its superior film properties.

GPS/bg

Cryovac v. Pechiney    Confidential-Subject to Protective Order    CR013-000089

MICROSCOPY LABORATORY REPORT                              TSR 1-6777

Written by:   Kenneth Cannon

Approved by:  Blaine Childress

## SEVEN LAYER OXYGEN BARRIER

## SHRINK FILMS

Two samples of barrier shrink film was submitted to this laboratory
for optical thickness gauging.  The samples were first cross-sectioned, then
gauged using the Unitron Metallograph @ 400X.  The results are recorded on the
data sheet included with this report.

Research Notebook Page   535D

Man Hours:  6

KC/mlf      8/28/85

12782885/2/1

Cryovac v. Pechiney    Confidential-Subject to Protective Order    CR013-000090

PROBLEM NO. TSR 1·6777    DATE 8-19    19 85



SUBJECT: Optical Thickness Gauges (mils)

| MPLE | LAYER | SITE 1 | SITE 2 | SITE 3 | SITE 4 | SITE 5 | SITE 6 | SITE 7 | SITE 8 | SITE 9 | SITE 10 | Avg | STD. DEV. | 95% CNFL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1570 | LLDPE/EVA | .34 | .36 | .31 | .35 | .42 | .36 | .41 | .45 | .45 | .39 | 0.39 | .05 | .04 |
| | adhesive | .13 | .16 | .11 | .18 | .15 | .16 | .18 | .18 | .18 | .14 | 0.16 | .02 | .02 |
| | nylon | .09 | .09 | .10 | .08 | .11 | .09 | .10 | .12 | .09 | .11 | 0.10 | .01 | .01 |
| | EVAL | .14 | .13 | .13 | .15 | .13 | .13 | .18 | .17 | .12 | .12 | 0.14 | .02 | .01 |
| | nylon | .03 | .02 | .03 | .05 | .04 | .04 | .05 | .05 | .04 | .05 | 0.04 | .01 | .01 |
| | adhesive | .15 | .12 | .09 | .10 | .14 | .12 | .15 | .17 | .12 | .13 | 0.13 | .02 | .02 |
| | LLDPE/EVA | .18 | .22 | .24 | .35 | .43 | .39 | .56 | .45 | .34 | .29 | 0.35 | .12 | .08 |
| | Total | 1.06 | 1.10 | 0.99 | 1.26 | 1.42 | 1.29 | 1.63 | 1.61 | 1.34 | 1.23 | 1.29 | .22 | .15 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| 1572 | EPC | .35 | .36 | .42 | .37 | .34 | .30 | .35 | .32 | .31 | .39 | 0.35 | .04 | .03 |
| | adhesive | .10 | .06 | .09 | .09 | .07 | .10 | .10 | .10 | .09 | .11 | 0.09 | .02 | .01 |
| | nylon | .06 | .06 | .09 | .09 | .08 | .05 | .04 | .05 | .04 | .05 | 0.06 | .02 | .01 |
| | EVAL | .16 | .13 | .15 | .18 | .13 | .11 | .14 | .14 | .15 | .14 | 0.14 | .02 | .01 |
| | nylon | .01 | .02 | .01 | 0 | 0 | .02 | .02 | .02 | .02 | 0 | 0.01 | .01 | .01 |
| | adhesive | .10 | .06 | .10 | .10 | .06 | .08 | .08 | .08 | .10 | .12 | 0.09 | .02 | .01 |
| | EPC | .38 | .30 | .33 | .27 | .24 | .27 | .30 | .35 | .33 | .32 | 0.31 | .04 | .03 |
| | Total | 1.16 | 0.99 | 1.19 | 1.10 | 0.92 | 0.93 | 1.03 | 1.06 | 1.04 | 1.13 | 1.06 | .09 | .07 |

CONFIDENTIAL

SIGNED: _____    8-19-85

UNDERSTOOD AND WITNESSED: _____    8-19-85

№ 535

Cryovac v. Pechiney    Confidential-Subject to Protective Order    CR013-000091

- i -

TSR 1-6777

DETERMINE THE PROPERTIES OF SEVEN LAYER OXYGEN BARRIER SHRINK FILMS

TENSILE AND ELONGATION AT BREAK AND   73 DEG.F.

| SAMPLE | : | LONGITUDINAL TENSILE PSI | ELONG. % | GAUGE MILS | : | TRANSVERSE TENSILE PSI | ELONG. % | GAUGE MILS |
|---|---|---|---|---|---|---|---|---|
| FDX 1570 | : | | | | : | | | |
| AVERAGE | : | 106.3X100 | 72. | 1.19 | : | 115.5X100 | 77. | 0.99 |
| STD.DEV. | : | 4.1X100 | 5. | 0.08 | : | 4.5X100 | 8. | 0.03 |
| * 95% C.L. | : | 6.5X100 | 9. | 0.12 | : | 7.2X100 | 13. | 0.06 |
| FDX 1572 | : | | | | : | | | |
| AVERAGE | : | 124.0X100 | 66. | 1.11 | : | 116.0X100 | 64. | 1.11 |
| STD.DEV. | : | 9.1X100 | 7. | 0.03 | : | 4.3X100 | 3. | 0.01 |
| * 95% C.L. | : | 14.5X100 | 11. | 0.05 | : | 6.8X100 | 5. | 0.02 |

==========
MODULUS AT   73 DEG.F.

| SAMPLE | : | LONGITUDINAL PSI | GAUGE, MILS | : | TRANSVERSE PSI | GAUGE, MILS |
|---|---|---|---|---|---|---|
| FDX 1570 | : | | | : | | |
| AVERAGE | : | 100.7X1000 | 1.38 | : | 107.1X1000 | 1.06 |
| STD.DEV. | : | 7.3X1000 | 0.07 | : | 2.5X1000 | 0.03 |
| * 95% C.L. | : | 11.6X1000 | 0.11 | : | 4.0X1000 | 0.05 |
| FDX 1572 | : | | | : | | |
| AVERAGE | : | 146.1X1000 | 1.27 | : | 140.2X1000 | 1.16 |
| STD.DEV. | : | 6.9X1000 | 0.03 | : | 3.3X1000 | 0.03 |
| * 95% C.L. | : | 10.9X1000 | 0.06 | : | 5.3X1000 | 0.05 |

==========
TEAR PROPAGATION AT   73 DEG.F.

| SAMPLE | : | LONGITUDINAL GRAMS | GAUGE, MILS | : | TRANSVERSE GRAMS | GAUGE, MILS |
|---|---|---|---|---|---|---|
| FDX 1570 | : | | | : | | |
| AVERAGE | : | 21.55 | 1.37 | : | 117.94 | 1.42 |
| STD.DEV. | : | 2.93 | 0.06 | : | 79.17 | 0.05 |
| * 95% C.L. | : | 4.66 | 0.09 | : | 125.97 | 0.08 |

* 95% CONFIDENCE LIMITS
   FOR THE AVERAGE, N=4

Cryovac v. Pechiney    Confidential-Subject to Protective Order    CR013-000092

- 2-

TSR  1-6777

DETERMINE THE PROPERTIES OF SEVEN LAYER OXYGEN BARRIER SHRINK FILMS

TEAR PROPAGATION AT   73 DEG.F.

| SAMPLE | : | LONGITUDINAL GRAMS | GAUGE, MILS | : | TRANSVERSE GRAMS | GAUGE, MILS |
|--------|---|------|-------------|---|-------|-------------|
| FDX 1572 | : | | | : | | |
| AVERAGE | : | 5.78 | 1.14 | : | 6.60 | 1.18 |
| STD.DEV. | : | 0.32 | 0.04 | : | 0.61 | 0.06 |
| * 95% C.L. | : | 0.51 | 0.06 | : | 0.96 | 0.10 |

==========
BALL BURST IMPACT AT   73 DEG.F.
 1.00 IN. DIAM. SPHERE HD.

| SAMPLE | CM-KG | GAUGE, MILS |
|--------|-------|-------------|
| FDX 1570 | | |
| AVERAGE | 25.0 | 1.38 |
| STD.DEV. | 2.2 | 0.06 |
| * 95% C.L. | 3.4 | 0.10 |
| FDX 1572 | | |
| AVERAGE | 14.0 | 1.13 |
| STD.DEV. | 0.8 | 0.03 |
| * 95% C.L. | 1.3 | 0.04 |

==========
WATER VAPOR TRANSMISSION AT  100 DEG.F.

| SAMPLE | GRAMS/(24HRS,100SQ.IN.) AT 100%RH | GAUGE, MILS |
|--------|-----------------------------------|-------------|
| FDX 1570 | | |
| | 0.61 | 1.40 |
| | 0.94 | 1.04 |
| | 0.78 | 1.19 |
| FDX 1572 | | |
| | 0.75 | 1.24 |
| | 0.83 | 1.04 |
| | 0.75 | 1.12 |

* 95% CONFIDENCE LIMITS
  FOR THE AVERAGE, N=4

Cryovac v. Pechiney   Confidential-Subject to Protective Order   CR013-000093

- 3-

TSR  i-6777
DETERMINE THE PROPERTIES OF SEVEN LAYER OXYGEN BARRIER SHRINK FILMS


FREE SHRINK AT 200 DEG.F.

| SAMPLE | | LONGITUDINAL PERCENT | | TRANSVERSE PERCENT |
|---|---|---|---|---|
| FDX 1570 | : | | : | |
| AVERAGE | : | 20. | : | 25. |
| STD.DEV. | : | 2. | : | 1. |
| * 95% C.I. | : | 3. | : | 2. |
| FDX 1572 | : | | : | |
| AVERAGE | : | 20. | : | 24. |
| STD.DEV. | : | 1. | : | 2. |
| * 95% C.I. | : | 2. | : | 3. |

==========
FREE SHRINK AT 220 DEG.F.

| SAMPLE | | LONGITUDINAL PERCENT | | TRANSVERSE PERCENT |
|---|---|---|---|---|
| FDX 1570 | : | | : | |
| AVERAGE | : | 34. | : | 39. |
| STD.DEV. | : | 2. | : | 1. |
| * 95% C.L. | : | 3. | : | 1. |
| FDX 1572 | : | | : | |
| AVERAGE | : | 29. | : | 34. |
| STD.DEV. | : | 3. | : | 3. |
| * 95% C.L. | : | 4. | : | 4. |

==========
FREE SHRINK AT 240 DEG.F.

| SAMPLE | | LONGITUDINAL PERCENT | | TRANSVERSE PERCENT |
|---|---|---|---|---|
| FDX 1570 | : | | : | |
| AVERAGE | : | 67. | : | 60. |
| STD.DEV. | : | 2. | : | 2. |
| * 95% C.L. | : | 3. | : | 4. |


* 95% CONFIDENCE LIMITS
  FOR THE AVERAGE. N=4

Cryovac v. Pechiney   Confidential-Subject to Protective Order   CR013-000094

– 4–

TSR 1-6777
DETERMINE THE PROPERTIES OF SEVEN LAYER OXYGEN BARRIER SHRINK FILMS


FREE SHRINK AT 240 DEG.F.

| SAMPLE | LONGITUDINAL PERCENT | | TRANSVERSE PERCENT | |
|---|---|---|---|---|
| FDX 1572 | : | | : | |
| AVERAGE | : | 46. | : | 46. |
| STD.DEV. | : | 1. | : | 1. |
| * 95% C.L. | : | 2. | : | 2. |

==========
FREE SHRINK AT 260 DEG.F.

| SAMPLE | LONGITUDINAL PERCENT | | TRANSVERSE PERCENT | |
|---|---|---|---|---|
| FDX 1570 | : | | : | |
| AVERAGE | : | 72. | : | 67. |
| STD.DEV. | : | 1. | : | 3. |
| * 95% C.L. | : | 2. | : | 5. |
| FDX 1572 | : | | : | |
| AVERAGE | : | 57. | : | 58. |
| STD.DEV. | : | 1. | : | 1. |
| * 95% C.L. | : | 2. | : | 2. |

==========
FREE SHRINK AT 280 DEG.F.

| SAMPLE | LONGITUDINAL PERCENT | | TRANSVERSE PERCENT | |
|---|---|---|---|---|
| FDX 1570 | : | | : | |
| AVERAGE | : | 73. | : | 68. |
| STD.DEV. | : | 1. | : | 1. |
| * 95% C.L. | : | 2. | : | 1. |
| FDX 1572 | : | | : | |
| AVERAGE | : | 60. | : | 59. |
| STD.DEV. | : | 1. | : | 1. |
| * 95% C.L. | : | 2. | : | 2. |


* 95% CONFIDENCE LIMITS
  FOR THE AVERAGE, N=4

Cryovac v. Pechiney    Confidential-Subject to Protective Order    CR013-000095

- 5-

TSR 1-6777

DETERMINE THE PROPERTIES OF SEVEN LAYER OXYGEN BARRIER SHRINK FILMS

FREE SHRINK AT 300 DEG.F.

| SAMPLE | | LONGITUDINAL PERCENT | | | TRANSVERSE PERCENT | |
|---|---|---|---|---|---|---|
| FDX 1570 | : | | | : | | |
| AVERAGE | : | 72. | | : | 68. | |
| STD.DEV. | : | 1. | | : | 1. | |
| * 95% C.L. | : | 1. | | : | 2. | |
| FDX 1572 | : | | | : | | |
| AVERAGE | : | 60. | | : | 58. | |
| STD.DEV. | : | 2. | | : | 4. | |
| * 95% C.L. | : | 4. | | : | 6. | |

==========
SHRINK PROPERTIES AT 200 DEG.F.

| SAMPLE | : | LONGITUDINAL FORCE LBS | TENSION PSI | GAUGE MILS | : | TRANSVERSE FORCE LBS | TENSION PSI | GAUGE MILS |
|---|---|---|---|---|---|---|---|---|
| FDX 1570 | : | | | | : | | | |
| AVERAGE | : | 0.343 | 338. | 1.01 | : | 0.603 | 446. | 1.35 |
| STD.DEV. | : | 0.026 | 18. | 0.03 | : | 0.009 | 13. | 0.03 |
| * 95% C.L. | : | 0.042 | 28. | 0.04 | : | 0.014 | 21. | 0.04 |
| FDX 1572 | : | | | | : | | | |
| AVERAGE | : | 0.359 | 325. | 1.10 | : | 0.525 | 457. | 1.15 |
| STD.DEV. | : | 0.063 | 58. | 0.01 | : | 0.014 | 22. | 0.03 |
| * 95% C.L. | : | 0.101 | 92. | 0.02 | : | 0.023 | 34. | 0.05 |

==========
SHRINK PROPERTIES AT 220 DEG.F.

| SAMPLE | : | LONGITUDINAL FORCE LBS | TENSION PSI | GAUGE MILS | : | TRANSVERSE FORCE LBS | TENSION PSI | GAUGE MILS |
|---|---|---|---|---|---|---|---|---|
| FDX 1570 | : | | | | : | | | |
| AVERAGE | : | 0.375 | 332. | 1.13 | : | 0.650 | 440. | 1.48 |
| STD.DEV. | : | 0.034 | 36. | 0.05 | : | 0.035 | 5. | 0.08 |
| * 95% C.L. | : | 0.054 | 57. | 0.08 | : | 0.055 | 9. | 0.12 |

* 95% CONFIDENCE LIMITS
  FOR THE AVERAGE, N=4

Cryovac v. Pechiney    Confidential-Subject to Protective Order    CR013-000096

- 6-

TSR  1-6777

DETERMINE THE PROPERTIES OF SEVEN LAYER OXYGEN BARRIER SHRINK FILMS

## SHRINK PROPERTIES AT  220 DEG.F.

| SAMPLE | : | LONGITUDINAL FORCE LBS | TENSION PSI | GAUGE MILS | : | TRANSVERSE FORCE LBS | TENSION PSI | GAUGE MILS |
|---|---|---|---|---|---|---|---|---|
| FDX 1572 | : | | | | : | | | |
| AVERAGE | : | 0.379 | 339. | 1.13 | : | 0.504 | 464. | 1.09 |
| STD.DEV. | : | 0.031 | 59. | 0.11 | : | 0.009 | 12. | 0.02 |
| * 95% C.L. | : | 0.049 | 94. | 0.18 | : | 0.014 | 19. | 0.03 |

=========
## SHRINK PROPERTIES AT  240 DEG.F.

| SAMPLE | : | LONGITUDINAL FORCE LBS | TENSION PSI | GAUGE MILS | : | TRANSVERSE FORCE LBS | TENSION PSI | GAUGE MILS |
|---|---|---|---|---|---|---|---|---|
| FDX 1570 | : | | | | : | | | |
| AVERAGE | : | 0.590 | 425. | 1.39 | : | 0.674 | 453. | 1.49 |
| STD.DEV. | : | 0.026 | 24. | 0.03 | : | 0.021 | 14. | 0.03 |
| * 95% C.L. | : | 0.042 | 39. | 0.04 | : | 0.033 | 22. | 0.05 |
| FDX 1572 | : | | | | : | | | |
| AVERAGE | : | 0.453 | 472. | 0.96 | : | 0.530 | 490. | 1.08 |
| STD.DEV. | : | 0.013 | 14. | 0.02 | : | 0.018 | 16. | 0.03 |
| * 95% C.L. | : | 0.021 | 22. | 0.03 | : | 0.028 | 25. | 0.05 |

=========
## SHRINK PROPERTIES AT  260 DEG.F.

| SAMPLE | : | LONGITUDINAL FORCE LBS | TENSION PSI | GAUGE MILS | : | TRANSVERSE FORCE LBS | TENSION PSI | GAUGE MILS |
|---|---|---|---|---|---|---|---|---|
| FDX 1570 | : | | | | : | | | |
| AVERAGE | : | 0.605 | 424. | 1.43 | : | 0.490 | 451. | 1.09 |
| STD.DEV. | : | 0.033 | 10. | 0.05 | : | 0.012 | 20. | 0.06 |
| * 95% C.L. | : | 0.053 | 16. | 0.08 | : | 0.019 | 31. | 0.10 |
| FDX 1572 | : | | | | : | | | |
| AVERAGE | : | 0.439 | 434. | 1.01 | : | 0.514 | 479. | 1.07 |
| STD.DEV. | : | 0.015 | 22. | 0.03 | : | 0.032 | 26. | 0.02 |
| * 95% C.L. | : | 0.024 | 35. | 0.05 | : | 0.051 | 42. | 0.03 |

* 95% CONFIDENCE LIMITS
  FOR THE AVERAGE, N=4

Cryovac v. Pechiney    Confidential-Subject to Protective Order    CR013-000097

- 7 -

TSR 1-6777

# DETERMINE THE PROPERTIES OF SEVEN LAYER OXYGEN BARRIER SHRINK FILMS

## SHRINK PROPERTIES AT 280 DEG.F.

| SAMPLE | : | LONGITUDINAL FORCE LBS | TENSION PSI | GAUGE MILS | : | TRANSVERSE FORCE LBS | TENSION PSI | GAUGE MILS |
|---|---|---|---|---|---|---|---|---|
| FDX 1570 | : | | | | : | | | |
| AVERAGE | : | 0.420 | 396. | 1.06 | : | 0.424 | 426. | 1.00 |
| STD.DEV. | : | 0.021 | 16. | 0.01 | : | 0.019 | 21. | 0.01 |
| * 95% C.L. | : | 0.034 | 25. | 0.02 | : | 0.030 | 34. | 0.02 |
| FDX 1572 | : | | | | : | | | |
| AVERAGE | : | 0.459 | 437. | 1.06 | : | 0.486 | 446. | 1.09 |
| STD.DEV. | : | 0.017 | 29. | 0.10 | : | 0.024 | 13. | 0.04 |
| * 95% C.L. | : | 0.027 | 46. | 0.16 | : | 0.038 | 21. | 0.06 |

==========
## SHRINK PROPERTIES AT 300 DEG.F.

| SAMPLE | : | LONGITUDINAL FORCE LBS | TENSION PSI | GAUGE MILS | : | TRANSVERSE FORCE LBS | TENSION PSI | GAUGE MILS |
|---|---|---|---|---|---|---|---|---|
| FDX 1570 | : | | | | : | | | |
| AVERAGE | : | 0.350 | 341. | 1.03 | : | 0.460 | 402. | 1.16 |
| STD.DEV. | : | 0.017 | 17. | 0.03 | : | 0.061 | 29. | 0.23 |
| * 95% C.L. | : | 0.027 | 28. | 0.04 | : | 0.097 | 46. | 0.37 |
| FDX 1572 | : | | | | : | | | |
| AVERAGE | : | 0.490 | 415. | 1.18 | : | 0.446 | 410. | 1.09 |
| STD.DEV. | : | 0.052 | 45. | 0.04 | : | 0.018 | 16. | 0.00 |
| * 95% C.L. | : | 0.082 | 71. | 0.07 | : | 0.029 | 26. | 0.00 |

==========
## DENSITY AT 23 DEG. C.

| SAMPLE | GRAMS/CC |
|---|---|
| FDX 1570 | |
| | 0.9649 |
| | 0.9654 |

------------------------------------------------------------

* 95% CONFIDENCE LIMITS
  FOR THE AVERAGE, N=4

Cryovac v. Pechiney    Confidential-Subject to Protective Order    CR013-000098

TSR  1-6777

DETERMINE THE PROPERTIES OF SEVEN LAYER OXYGEN BARRIER SHRINK FILMS

## DENSITY AT 23 DEG. C.

| SAMPLE | GRAMS/CC |
|--------|----------|
| FDX 1572 | |
| | 0.9431 |
| | 0.9434 |

==========
COEFFICIENT OF FRICTION (ASTM SLED) AT   73 DEG.F.

| SAMPLE | IN/IN STATIC | KINETIC | OUT/OUT STATIC | KINETIC |
|--------|--------------|---------|----------------|---------|
| FDX 1570 | | | | |
| AVERAGE | 3.338 | BLOCKED | 3.050 | BLOCKED |
| STD.DEV. | 0.283 | | 0.180 | |
| * 95% C.L. | 0.450 | | 0.286 | |
| FDX 1572 | | | | |
| AVERAGE | 0.879 | 0.313 | 0.460 | 0.269 |
| STD.DEV. | 0.212 | 0.053 | 0.058 | 0.013 |
| * 95% C.L. | 0.337 | 0.084 | 0.092 | 0.020 |

==========
OPTICAL PROPERTIES AT   73 DEG.F.

| SAMPLE | HAZE % | TOTAL TRANSMISSION % | CLARITY % | GLOSS 45 DEG. | GAUGE MILS |
|--------|--------|----------------------|-----------|---------------|------------|
| FDX 1570 | | | | | |
| AVERAGE | 2.4 | | 66.7 | 91. | 1.20 |
| STD.DEV. | 0.3 | | 10.6 | 2. | 0.02 |
| * 95% C.L. | 0.4 | | 16.8 | 4. | 0.03 |
| FDX 1572 | | | | | |
| AVERAGE | 2.6 | | 32.8 | 85. | 1.10 |
| STD.DEV. | 0.1 | | 11.2 | 3. | 0.05 |
| * 95% C.L. | 0.2 | | 17.8 | 4. | 0.08 |

* 95% CONFIDENCE LIMITS
  FOR THE AVERAGE, N=4

Cryovac v. Pechiney    Confidential-Subject to Protective Order    CR013-000099