IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC., ) | |
| ) | Civil Action No. 04-1278-KAJ |
| Plaintiff/Counter-Defendant. ) | |
| ) | Hon. Kent A. Jordan |
| vs. ) | |
| ) | |
| PECHINEY PLASTIC PACKAGING, INC., ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |
| ) | |

UNPUBLISHED CASES CITED IN
PECHINEY'S REPLY BRIEF IN SUPPORT OF ITS
MOTION FOR LEAVE TO AMEND

N. Richard Powers (#494)
CONNOLLY BOVE LODGE & HUTZ
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
Telephone: (302) 888-6266

Donald R. Cassling (Admitted *pro hac vice*)
Steven R. Trybus (Admitted *pro hac vice*)
Shelley Smith (Admitted *pro hac vice*)
Brian P. O'Donnell (Admitted *pro hac vice*)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Telephone: (312) 222-9350

Dated: October 26, 2005

# UNPUBLISHED DECISIONS CITED IN PECHINEY'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR LEAVE TO AMEND

| TAB | CASE |
|-----|------|
| A | Collegenet Inc. v. XAP Corp. |
| B | Gallup, Inc. v. Telentpoint, Inc. |
| C | Samick Music Corp. v. Delaware Music Industries, Inc. |
| D | Student Advantage, Inc. v. Collegeclub.com |
| E | Tommy Hilfiger Licensing, Inc. v. Supervalu, Inc. |
| F | Welton v. Consolidated Rail Corporation |