

**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

N. Richard Powers
TEL (302) 658 9141
FAX (302) 658 5614
EMAIL NRP@cblhlaw.com
REPLY TO Wilmington Office

October 27, 2005

The Clerk of the Court
UNITED STATES DISTRICT COURT
J. Caleb Boggs Federal Building
844 N. King Street, Room 6325
Lockbox 10
Wilmington, Delaware  19801

   Re:   Cryovac, Inc. v. Pechiney Plastic Packaging, Inc.
         Civil Action No. 04-1278-KAJ

Dear Sir/Madam:

   Please be advised that D.I. 208, 209, 210, 211 and 212 Sealed Appendices are considered confidential in their entirety. Accordingly Pechiney will not be filing public redacted versions of these Appendices.

                                          Respectfully submitted,

                                          N. Richard Powers

Cc:  John Shaw, Esq.
     Joann Neth, Esq.
     Steven Trybus, Esq.

CB:/392912v1