# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC., ) | |
| ) | Civil Action No. 04-1278-KAJ |
| Plaintiff/Counter-Defendant. ) | |
| ) | Hon. Kent A. Jordan |
| vs. ) | |
| ) | **REDACTED** |
| PECHINEY PLASTIC PACKAGING, INC., ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

## EXHIBITS TO PECHINEY'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR LEAVE TO AMEND

N. Richard Powers (#494)
CONNOLLY BOVE LODGE & HUTZ
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
Telephone: (302) 888-6266

Donald R. Cassling (Admitted *pro hac vice*)
Steven R. Trybus (Admitted *pro hac vice*)
Shelley Smith (Admitted *pro hac vice*)
Brian P. O'Donnell (Admitted *pro hac vice*)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Telephone: (312) 222-9350

REDACTED VERSION
FILED 11/3/05

Dated: October 26, 2005

# EXHIBITS TO
# PECHINEY'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR LEAVE TO AMEND

| TAB | CASE |
|-----|------|
| 001 | Letter from Cassling-to-Shaw re: Stuart Prosser (08/11/05) |
| 002 | Expert Report of Dr. Garth L. Wilkes |
| 003 | Cryovac's Rule 26(a)(2) Rebuttal Expert Report of Dr. Robert M. Kimmel |
| 004 | Cryovac's Rule 26(a)(2) Second Supplemental Expert Report of Dr. Robert M. Kimmel |