# Exhibit 2

# Redacted In Full