IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> PECHINEY PLASTIC PACKAGING INC., <br><br> Defendant/Counter-Plaintiff. | Civil Action No. 04-1278-KAJ |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 2, 2005, copies of Cryovac's Objections and Responses to Pechiney's Notice of Rule 30(b)(6) Deposition were served upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

N. Richard Powers, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Steven R. Trybus, Esquire
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611-7603

Additionally, the undersigned certifies that copies of this Notice of Service were served on November 3, 2005, upon the following counsel of record in the manner indicated:

**BY E-FILING & HAND DELIVERY**

N. Richard Powers Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Steven R. Trybus, Esquire
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611-7603

OF COUNSEL:

Ford F. Farabow, Jr.
Joann M. Neth
Michael J. Flibbert
Courtney B. Meeker
Mark J. Feldstein
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
1300 I Street, N.W.
Washington, D.C. 20005-3315
(202) 408-4000

Dated: November 3, 2005

/s/ Michele Sherretta
_____
John W. Shaw (No. 3362)
*jshaw@ycst.com*
Karen E. Keller (No. 4489)
*kkeller@ycst.com*
Michele Sherretta (No. 4651)
*msherretta@ycst.com*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6689

*Attorneys for Plaintiff Cryovac, Inc.*