# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PECHINEY PLASTIC PACKAGING INC., )<br>)<br>Defendant. )<br>) | C.A. No. 04-1278 (KAJ) |

## STIPULATION AND ORDER

Plaintiff/Counter-Defendant Cryovac, Inc. ("Cryovac") and Defendant/Counter-Plaintiff Pechiney Plastic Packaging, Inc. ("Pechiney"), by their respective undersigned counsel, and subject to the Court's approval, stipulate and agree to extend the time for both Cryovac and Pechiney to file and serve reply briefs in support of their respective motions for summary judgment from Friday, December 2, 2005 until Monday, December 5, 2005.

| YOUNG CONAWAY STARGATT & TAYLOR | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| /s/ Michele Sherretta | /s/ N. Richard Powers |
| John W. Shaw (ID #3362)<br>Karen E. Keller (ID #4489)<br>Michele Sherretta (ID #4651)<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19801<br>(302) 571-6600<br>*Attorney for Plaintiff/Counter-Defendant Cryovac, Inc.*<br>Dated: November 4, 2005 | N. Richard Powers (ID #494)<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899-2207<br>(302) 658-9141<br>*Attorney for Defendant/Counter-Plaintiff Pechiney Plastic Packaging, Inc.*<br>Dated: November 4, 2005 |

So Ordered this _____ day of November, 2005.

_____
United States District Court Judge

426244v1