IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRYOVAC INC., | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1278-KAJ |
| | ) | |
| PECHINEY PLASTIC PACKAGING, INC., | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

### FIRST AMENDED SCHEDULING ORDER

At Wilmington this 9th day of November, 2005,

IT IS HEREBY ORDERED that the court's December 14, 2004 Scheduling Order (D.I. 22) is amended as follows:

1. <u>Trial</u>. This matter is scheduled for a 10 day jury trial beginning at 9:30 a.m. on June 12, 2006. For the purpose of completing pretrial preparations, counsel should plan on each side being allocated a total of 22 hours to present their case.

All other deadlines as set forth in the Court's December 14, 2004 Scheduling Order (D.I. 22) shall remain in effect.

_____
UNITED STATES DISTRICT JUDGE