IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRYOVAC, INC., | ) | |
| | ) | |
| Plaintiff/Counter-Defendant. | ) | Civil Action No. 04-1278 |
| | ) | |
| vs. | ) | Hon. Kent A. Jordan |
| | ) | |
| PECHINEY PLASTIC PACKAGING, INC., | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |
| | ) | |

**PECHINEY PLASTIC PACKAGING, INC.'S**

**UNIFIED APPENDIX FOR ITS RESPONSES TO CRYOVAC'S**

**MOTION FOR SUMMARY JUDGMENT,**

**MOTION TO EXCLUDE EXPERT TESTIMONY, &**

**PROPOSED CLAIM CONSTRUCTION**

**(PUBLIC EXHIBITS)**

N. Richard Powers (#494)
CONNOLLY BOVE LODGE & HUTZ
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
Tel: 302.888.6266

Donald R. Cassling (Admitted *pro hac vice*)
Steven R. Trybus (Admitted *pro hac vice*)
Shelley Smith (Admitted *pro hac vice*)
Brian P. O'Donnell (Admitted *pro hac vice*)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Telephone: 312 222-9350

Dated: November 19, 2005

## PUBLIC EXHIBITS

| EX. # | DESCRIPTION |
|---|---|
| 031 | Pechiney Plastic Packaging, Inc.'s Second Amended Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) (07.29.05) |
| 032 | Article - Study of Barrier Properties of Polymeric Films to Various Organic Aromatic Vapors (07.30.83) |
| 033 | Report on Proceedings from 36th Annual Reciprocal Meat Conference [re: Environmental and Material Composition Effects on Film Permeability as Related to Meat Packaging] (06.12.83) |
| 034 | Cryovac's Fifth Set of Requests to Pechiney for Production of Documents and Things (08.16.05) |