IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC. ) | |
| ) | |
| Plaintiff-Counterdefendant, ) | Civil Action No. 04-1278 |
| ) | |
| v. ) | |
| ) | Hon. Kent A. Jordan |
| PECHINEY PLASTIC PACKAGING, INC. ) | |
| ) | |
| Defendant-Counterplaintiff. ) | |

**PECHINEY PLASTIC PACKAGING, INC.'S SECOND AMENDED INITIAL
DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**

Defendant-counterplaintiff Pechiney Plastic Packaging, Inc. ("Pechiney"), by its attorneys, provides the following second amended initial disclosures limited to the identification of individuals likely to have discoverable information pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure, paragraph 1 of the Scheduling Order dated December 14, 2004 and by agreement of the parties. Pechiney has not yet completed its discovery relating to this action, and its investigation of the facts is continuing and will continue to and throughout the trial of this action. Therefore, Pechiney's Rule 26(a)(1) disclosures are made without prejudice to Pechiney's right to supplement its disclosure pursuant to Rule 26(e) and to introduce any and all documents, witnesses and other evidence of any kind in the proceedings in this action.

By making these amended disclosures, Pechiney does not represent that it is identifying every witness that Pechiney may use to support its claims or defenses in this action. Rather, Pechiney's disclosure represents a good faith effort to identify information that Pechiney reasonably believes it may use to support its claims or defenses, as required by Federal Rule of Civil Procedure 26(a)(1).

1

**Disclosure Pursuant to Rule 26(a)(1)(A):** The name and, if known, the address and telephone number of each individual likely to have discoverable information that Pechiney may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of information.

**Response:** Based upon its investigation to date, Pechiney believes that the following individuals are likely to have discoverable information that Pechiney may use to supports its claims and defenses in this action:

| Name | Address/Phone | Subject(s) |
|---|---|---|
| Robert Armstrong | EVAL Company of America<br>2625 Bay Area Blvd., Ste. 300<br>Houston, TX 77058-1551<br>Tel: 281.204.4610 | ClearShield™ EVOH layer |
| Wes Baden | c/o Jenner & Block LLP<br>One IBM Plaza<br>Chicago, IL 60611<br>Tel: 312.222.9350 | ClearShield™ sales |
| Robert Blemberg | c/o Jenner & Block LLP | ClearShield™ process technology, research and development |
| Luis Bogran | c/o Jenner & Block LLP | ClearShield™ line start-up |
| Dennis Bonn | c/o Jenner & Block LLP | ClearShield™ marketing |
| Rusty Bright | c/o Jenner & Block LLP | ClearShield™ line start-up |
| Duane Buelow | c/o Jenner & Block LLP | ClearShield™ development |
| Roberto Castellani | c/o Jenner & Block LLP | ClearShield™ development |
| Matt Cox | c/o Jenner & Block LLP | ClearShield™ line start-up |
| Randy Davidson | c/o Jenner & Block LLP | ClearShield™ line start-up and plant optimization, die design, manufacturing trials |
| Stratos Dimas | Welch Foods, Inc.<br>Tel: 781.862.7093 | Prior art to patent-in-suit |
| Martin Dominique | c/o Jenner & Block LLP | ClearShield™ finance and accounting |
| Mike Douglas | c/o Jenner & Block LLP | ClearShield™ development |
| Anne Ehrenberger | c/o Jenner & Block LLP | ClearShield™ manufacturing trials, line start-up |
| Seymour Gilbert | Rutgers University (retired)<br>c/o Jenner & Block LLP | Prior art to patent-in-suit |
| Tom Grabowski | c/o Jenner & Block LLP | ClearShield™ sales |

2

| Earl Hatley | Honeywell International Inc. Tel: 973.455.5407 | Prior art to patent-in-suit |
|---|---|---|
| Terry Heavican | c/o Jenner & Block LLP | ClearShield™ field trials, customer acceptance |
| Jerry Jesse | c/o Jenner & Block LLP | ClearShield™ manufacturing trials, critical requirements |
| John Kavanaugh | c/o Jenner & Block LLP | ClearShield™ sales |
| Mike Kinjerski | c/o Jenner & Block LLP | ClearShield™ process analysis |
| Frank Kitchel | c/o Jenner & Block LLP | ClearShield™ marketing |
| Keith Lind | c/o Jenner & Block LLP | ClearShield™ manufacturing trials, critical requirements |
| Pete Manery | c/o Jenner & Block LLP | Purchasing |
| Frank McDavid | c/o Jenner & Block LLP | ClearShield™ sales |
| Chad Mueller | c/o Jenner & Block LLP | ClearShield™ materials research and characterization |
| Paul Pezzoli | c/o Jenner & Block LLP | ClearShield™ research and development |
| Josef Schief | Kuhne GmbH Einsteinstrasse 20 D-53757 Sankt Augustin, Germany Tel: 011.49.2241.902-0 | Manufacturing equipment selection and development |
| Jürgen Schiffmann | Kuhne GmbH | Manufacturing equipment selection and development |
| Gene Shudy | c/o Jenner & Block LLP | ClearShield™ manufacturing trials, equipment identification and selection |
| Bob Steen | c/o Jenner & Block LLP | ClearShield™ process analysis |
| Robert Taylor | c/o Jenner & Block LLP | ClearShield™ sales, product development, customer acceptance |
| Ron Taylor | c/o Jenner & Block LLP | ClearShield™ field trials, critical requirements, customer acceptance |
| Steve Tobias | c/o Jenner & Block LLP | ClearShield™ sales |
| Gene Welsh | c/o Jenner & Block LLP | ClearShield™ sales |

3

The foregoing list is not intended to limit the number of individuals who may have knowledge or information that supports Pechiney's claims or defenses, or to limit the subject matter that may be known to the individuals listed. Pechiney reserves the right to supplement the foregoing list after further discovery in conformity with the Federal and Local Rules.

                Respectfully submitted,

                PECHINEY PLASTIC PACKAGING, INC.

Date: July 29, 2005        By: _/s/ Brian O'Donnell_
                              One of Its Attorneys

N. Richard Powers (#494)
Rudolf E. Hutz (#484)
CONNOLLY BOVE LODGE & HUTZ
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
Tel: 302.888.6266

Donald R. Cassling (Admitted *pro hac vice*)
Steven R. Trybus (Admitted *pro hac vice*)
Shelley Malinowski (Admitted *pro hac vice*)
Brian P. O'Donnell (Admitted *pro hac vice*)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
Tel: 312.222.9350

*Attorneys for Defendant-Counterplaintiff Pechiney Plastic Packaging, Inc.*

1289371

## CERTIFICATE OF SERVICE

I, Brian P. O'Donnell, an attorney, certify that I caused a copy of the foregoing

PECHINEY PLASTIC PACKAGING, INC.'S SECOND AMENDED INITIAL DISCLOSURES

PURSUANT TO FED. R. CIV. P. 26(a)(1) to be served on the following via e-mail and facsimile

on July 29, 2005 upon:

JohnW. Shaw, Esq.
Karen E. Keller, Esq.
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Fax: (302) 576-3334

Ford F. Farabow, Esq.
Joann M. Neth, Esq.
Michael J. Flibbert, Esq.
Courtney B. Meeker, Esq.
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Fax: (202) 408.4400

_____
Brian P. O'Donnell

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1278 (KAJ) |
| | ) |
| PECHINEY PLASTIC PACKAGING INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Pechiney Plastic Packaging Inc. hereby certifies that copies of Pechiney Plastic Packaging, Inc.'s Second Amended Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) were caused to be served on July 29, 2005 upon the counsel of record in the matter indicated.

**By Electronic Mail and First Class Mail:**

John W. Shaw, Esquire
Karen E. Keller, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

Ford F. Farabow, Jr., Esquire
Joann M. Neth, Esquire
Michael J. Flibbert, Esquire
Courtney B. Meeker, Esquire
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Ave, N.W.
Washington, D.C. 20001

B 0374

CONNOLLY BOVE LODGE & HUTZ LLP

By: /s/ N. Richard Powers
    N. Richard Powers (#494)
    1220 Market Street
    P.O. Box 2207
    Wilmington, DE 19899-2207
    (302) 658-9141
    *Attorney for the Defendant*

DATED: August 2, 2005

374312v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August, 2005 I electronically filed a copy of the foregoing with the Clerk of the Court using CM/ECF and served the following individuals in the manner indicated:

**BY HAND DELIVERY**
John W. Shaw, Esquire
Karen E. Keller, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

**BY FIRST CLASS MAIL**

Ford F. Farabow, Jr., Esquire
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001

/s/ N. Richard Powers
N. Richard Powers