IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC INC., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Civil Action No. 04-1278-KAJ |
| ) | |
| PECHINEY PLASTIC PACKAGING, ) | |
| INC., ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

### ORDER

For the reasons set forth by the Court during the teleconference today,

IT IS HEREBY ORDERED that defendant's motion for leave to file an amended answer, affirmative defenses, and counterclaims (D.I. 172) is GRANTED as to the inequitable conduct defense and counterclaim, and DENIED as to the balance of the motion.

_____
UNITED STATES DISTRICT JUDGE

Dated: November 21, 2005
Wilmington, Delaware