IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC., | ) |
| Plaintiff/Counter-Defendant, | ) |
| v. | ) Civil Action No. 04-1278-KAJ |
| PECHINEY PLASTIC PACKAGING INC., | ) **REDACTED** |
| Defendant/Counter-Plaintiff. | ) |

**APPENDIX IN SUPPORT OF CRYOVAC, INC.'S
ANSWERING BRIEF IN OPPOSITION TO PECHINEY'S MOTION FOR
PARTIAL SUMMARY JUDGMENT ON TORTIOUS INTERFERENCE CLAIMS**

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Michele Sherretta (No. 4651)
YOUNG CONAWAY STARGATT &
 TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600

Of Counsel:

Ford F. Farabow, Jr.
Joann M. Neth
Mark J. Feldstein
Courtney B. Meeker
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, D.C. 20001-4413
(202) 408-4000

Attorneys for Cryovac, Inc.

Dated: November 18, 2005

# EXHIBITS A – DD
# AND ALL DEPOSITION EXCERPTS
# REDACTED IN FULL

Case 1:04-cv-01278-KAJ    Document 266    Filed 11/29/2005    Page 2 of 4

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on November 18, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such document is available for viewing and downloading to the following counsel of record:

>N. Richard Powers, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>P. O. Box 2207
>Wilmington, DE 19899

I further certify that I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

**BY FEDERAL EXPRESS**

>Steven R. Trybus, Esquire
>Jenner & Block LLP
>One IBM Plaza
>Chicago, IL 60611-7603

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ John W. Shaw
>John W. Shaw (No. 3362)
>Michele Sherretta (No. 4651)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>jshaw@ycst.com
>
>Attorneys for Plaintiff Cryovac, Inc.

## CERTIFICATE OF SERVICE

I, Michele Sherretta, hereby certify that on November 29, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such document is available for viewing and downloading to the following counsel of record:

> N. Richard Powers, Esquire
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> P. O. Box 2207
> Wilmington, DE  19899

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> */s/ Michele Sherretta*
>
> John W. Shaw (No. 3362)
> jshaw@ycst.com
> Michele Sherretta (No. 4651)
> msherretta@ycst.com
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware  19801
> (302) 571-6600
>
> Attorneys for Plaintiff Cryovac, Inc.