IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC., | ) |
| | ) |
| Plaintiff/Counter-Defendant, | ) C.A. No.: 04-1278 (KAJ) |
| | ) |
| vs. | ) Confidential and Subject |
| | ) to Protective Order |
| PECHINEY PLASTIC PACKAGING, INC., | ) |
| | ) |
| Defendant/Counter-Plaintiff. | ) |

AFFIDAVIT OF KARL DEILY IN SUPPORT OF
CRYOVAC'S MEMORANDUM IN OPPOSITION TO PECHINEY'S
MOTION FOR PARTIAL SUMMARY JUDGMENT OF LOST PROFITS

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Michele Sherretta (No. 4651)
YOUNG CONAWAY STARGATT &
  TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600

Of Counsel:
Ford F. Farabow
Joann M. Neth
Martin I. Fuchs
Mark J. Feldstein
Courtney B. Meeker
Rebecca D. Hess
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, D.C. 20001
(202) 408-4000

Attorneys for Plaintiff, CRYOVAC, INC.

Dated: November 18, 2005

Redacted Version Filed 11/29/05

REDACTED--Public Version

# THIS DOCUMENT HAS BEEN REDACTED IN ITS ENTIRETY

Redacted Version Filed 11/29/05

## CERTIFICATE OF SERVICE

I, Michele Sherretta, hereby certify that on November 18, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such document is available for viewing and downloading to the following counsel of record:

> N. Richard Powers, Esquire
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> P. O. Box 2207
> Wilmington, DE 19899

I further certify that I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

**BY FEDERAL EXPRESS**

> Steven R. Trybus, Esquire
> Jenner & Block LLP
> One IBM Plaza
> Chicago, IL 60611-7603

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Michele Sherretta*
John W. Shaw (No. 3362)
Michele Sherretta (No. 4651)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
msherretta@ycst.com

Attorneys for Plaintiff Cryovac, Inc.

## CERTIFICATE OF SERVICE

I, Michele Sherretta, hereby certify that on November 29, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such document is available for viewing and downloading to the following counsel of record:

>N. Richard Powers, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>P. O. Box 2207
>Wilmington, DE 19899

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>*/s/ Michele Sherretta*
>John W. Shaw (No. 3362)
>jshaw@ycst.com
>Michele Sherretta (No. 4651)
>msherretta@ycst.com
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600

>Attorneys for Plaintiff Cryovac, Inc.