REDACTED--Public Version

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC., ) | |
| ) | |
| ) | C.A. No.: 04-1278 (KAJ) |
| Plaintiff/Counter-Defendant, ) | |
| ) | Hon. Kent A. Jordan |
| vs. ) | |
| ) | **CONFIDENTIAL –** |
| PECHINEY PLASTIC PACKAGING, INC., ) | **FILED UNDER SEAL** |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

APPENDIX OF EXHIBITS TO
PLAINTIFF CRYOVAC'S BRIEF IN OPPOSITION TO PECHINEY'S MOTION FOR
PARTIAL SUMMARY JUDGMENT OF LOST PROFITS AND
AFFIDAVIT OF KARL DEILY IN SUPPORT OF CRYOVAC'S MOTION FOR
PARTIAL SUMMARY JUDGMENT OF LOST PROFITS

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Michele Sherretta (No. 4651)
YOUNG CONAWAY STARGATT &
   TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600

Of Counsel:

Ford F. Farabow, Jr.
Joann M. Neth
Martin I. Fuchs
Courtney B. Meeker
Mark J. Feldstein
Rebecca D. Hess
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, D.C. 20001-4413
(202) 408-4000

Attorneys for Plaintiff Cryovac, Inc.

Dated: November 18, 2005

Redacted Version Filed on 11/29/05

**EXHIBITS A-DD HAVE BEEN REDACTED IN THEIR ENTIRETY**

## CERTIFICATE OF SERVICE

I, Michele Sherretta, hereby certify that on November 18, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such document is available for viewing and downloading to the following counsel of record:

    N. Richard Powers, Esquire
    Connolly Bove Lodge & Hutz LLP
    The Nemours Building
    1007 North Orange Street
    P. O. Box 2207
    Wilmington, DE  19899

I further certify that I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

**BY FEDERAL EXPRESS**

    Steven R. Trybus, Esquire
    Jenner & Block LLP
    One IBM Plaza
    Chicago, IL  60611-7603

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    */s/ Michele Sherretta*
    John W. Shaw (No. 3362)
    Michele Sherretta (No. 4651)
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, Delaware  19801
    (302) 571-6600
    msherretta@ycst.com

    Attorneys for Plaintiff Cryovac, Inc.

## CERTIFICATE OF SERVICE

I, Michele Sherretta, hereby certify that on November 29, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such document is available for viewing and downloading to the following counsel of record:

        N. Richard Powers, Esquire
        Connolly Bove Lodge & Hutz LLP
        The Nemours Building
        1007 North Orange Street
        P. O. Box 2207
        Wilmington, DE 19899

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/ Michele Sherretta
                John W. Shaw (No. 3362)
                jshaw@ycst.com
                Michele Sherretta (No. 4651)
                msherretta@ycst.com
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19801
                (302) 571-6600

                Attorneys for Plaintiff Cryovac, Inc.