IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC., )<br>)<br>Plaintiff/Counter-Defendant, )<br>)<br>v. )<br>)<br>PECHINEY PLASTIC PACKAGING INC., )<br>)<br>Defendant/Counter-Plaintiff. )<br>) | Civil Action No. 04-1278-KAJ |

### NOTICE OF FILING

PLEASE TAKE NOTICE that the following document has been manually filed with the Court and is available on paper form only. The original document is maintained in the case file in the Clerk's office.

(Redacted Version) Appendix of Exhibits to Cryovac's Answering Brief in Opposition to Pechiney's Motion for Summary Judgment on Patent Issues and Affidavit of Garth Wilkes in Support of Cryovac's Answering Brief in Opposition to Pechiney's Motion for Summary Judgment on Patent Issues (Volume I).

OF COUNSEL:

Ford F. Farabow, Jr.
Joann M. Neth
Martin I. Fuchs
Courtney B. Meeker
Mark J. Feldstein
Rebecca D. Hess
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
1300 I Street, N.W.
Washington, D.C. 20005-3315
(202) 408-4000

Dated: November 29, 2005

/s/ Michelle Sherretta
John W. Shaw (No. 3362)
jshaw@ycst.com
Karen E. Keller (No. 4489)
kkeller@ycst.com
Michele Sherretta (No. 4651)
msherretta@ycst.com
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6689

*Attorneys for Plaintiff Cryovac, Inc.*

DB01:1923191.1                                                                                                          063527.1001

## CERTIFICATE OF SERVICE

I, Michele Sherretta, hereby certify that on November 29, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such document is available for viewing and downloading to the following counsel of record:

>N. Richard Powers, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>P. O. Box 2207
>Wilmington, DE 19899

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/ Michelle Sheretta
>John W. Shaw (No. 3362)
>jshaw@ycst.com
>Michele Sherretta (No. 4651)
>msherretta@ycst.com
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600

>Attorneys for Plaintiff Cryovac, Inc.