EXHIBIT C

Page 1

1     IN THE UNITED STATES DISTRICT COURT
2          FOR DISTRICT OF DELAWARE
3
4  CRYOVAC, INC.,              )
5       Plaintiff,             )
6       v.                     ) CASE NO.
7  PECHINEY PLASTIC            ) 04-1278-KAJ
8  PACKAGING, INC.,            )
9       Defendant.             )
10   - - - - - - - - - - -
11
12   VIDEOTAPED DEPOSITION OF MARK QUATT, ESQ.
13   CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
14            Friday, August 12, 2005
15
16
17
18
19
20
21  Reported by: Lori G. Mackenzie, RPR
22  Job No: 169073

**Remainder of Exhibit C Redacted In Full**