IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRYOVAC, INC., | ) | |
| | ) | |
| Plaintiff/Counter-Defendant. | ) | Civil Action No. 04-1278 |
| | ) | |
| vs. | ) | Hon. Kent A. Jordan |
| | ) | |
| PECHINEY PLASTIC PACKAGING, INC., | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |
| | ) | |

**PECHINEY'S MOTION TO STRIKE THE AFFIDAVIT OF KARL DEILY IN SUPPORT OF CRYOVAC'S MEMORANDUM IN OPPOSITION TO PECHINEY'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF LOST PROFITS**

1. Pursuant to Fed. R. Civ. P. 56(e), Defendant/Counter-Plaintiff Pechiney Plastic Packaging Inc. ("Pechiney") respectfully moves this Court to strike in its entirety the Affidavit of Karl Deily in Support of Cryovac's Memorandum in Opposition to Pechiney's Motion for Partial Summary Judgment of Lost Profits filed on November 18, 2005 ("Deily Affidavit"), or, in the alternative, that Paragraph 9 of the Deily Affidavit be stricken.

2. The Deily Affidavit is not made on personal knowledge, lacks foundation, is speculative and conclusory in violation of Federal Civil Rule of Procedure 56(e), and so should be stricken.

3. Pechiney submits contemporaneously herewith Pechiney's Memorandum in Support of its Motion to Strike the Affidavit of Karl Deily.

WHEREFORE, Pechiney respectfully requests that the Affidavit of Karl Deily in Support of Cryovac's Memorandum in Opposition to Pechiney's Motion for Partial Summary Judgment

of Lost Profits be stricken in its entirety, or in the alternative that paragraph 9 of the Deily Affidavit be stricken.

Respectfully submitted,

PECHINEY PLASTIC PACKAGING, INC.

Dated: December 5, 2005          By:   /s/ N. Richard Powers
                                        N. Richard Powers

N. Richard Powers (#494)
Rudolf E. Hutz (#484)
CONNOLLY BOVE LODGE & HUTZ
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
Tel: (302)888-6266

Donald R. Cassling (Admitted *pro hac vice*)
Steven R. Trybus (Admitted *pro hac vice*)
Shelley Smith (Admitted *pro hac vice*)
Brian P. O'Donnell (Admitted *pro hac vice*)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Telephone: (312)222-9350

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of December, 2005 I electronically filed a copy of the foregoing with the Clerk of the Court using CM/ECF and served the following individuals in the manner indicated:

**BY HAND DELIVERY**
John W. Shaw, Esquire
Karen E. Keller, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19801

**BY FEDERAL EXPRESS**
Ford F. Farabow, Jr., Esquire
Mark J. Feldstein, Esquire
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001

/s/ N. Richard Powers
N. Richard Powers