IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC., )<br>)<br>Plaintiff/Counter-Defendant. )<br>)<br>vs. )<br>)<br>PECHINEY PLASTIC PACKAGING, INC., )<br>)<br>Defendant/Counter-Plaintiff. )<br>) | Civil Action No. 04-1278-KAJ<br><br>Hon. Kent A. Jordan |

**NOTICE OF PAPERLESS FILING**

PLEASE TAKE NOTICE that PECHINEY PLASTIC PACKAGING, INC.'S UNPUBLISHED DECISIONS CITED WITHIN ITS REPLIES IN SUPPORT OF ITS MOTIONS FOR SUMMARY JUDGMENT is an oversized document and will be filed via Hand Delivery with the Clerk of Court for the District of Delaware and will be served in the manner so indicated upon the following attorneys of record on December 5, 2005:

**BY HAND DELIVERY**
John W. Shaw, Esquire
Karen E. Keller, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS**
Ford F. Farabow, Jr., Esquire
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001

Dated: December 5, 2005  **CONNOLLY BOVE LODGE & HUTZ LLP**

By: ___/S/ N. Richard Powers
**N. Richard Powers (#494)**
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorney for the Defendant*

## CERTIFICATE OF SERVICE

I, N. Richard Powers, an attorney, hereby certify that I caused true and correct copies of the foregoing to be served on:

>John W. Shaw, Esq.
>Karen E. Keller, Esq.
>YOUNG, CONAWAY, STARGATT,
> & TAYLOR, LLP
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, Delaware 19801
>Fax: (302) 576-3334
>
>Ford F. Farabow, Esq.
>Joann M. Neth, Esq.
>Michael J. Flibbert, Esq.
>Courtney B. Meeker, Esq.
>FINNEGAN, HENDERSON, FARABOW,
> & GARRETT & DUNNER, LLP
>1300 I Street, N.W.
>Washington, D.C. 20005-3315
>Fax: (202) 408-4400

This 5th day of December, 2005 via hand delivery and federal express.

>*/s/ N. Richard Powers*
>N. Richard Powers