# ALL EXHIBITS
# (18, 19, 20 & 21)
# REDACTED IN FULL