IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC., ) <br> ) <br> Plaintiff/Counter-Defendant. ) <br> ) <br> vs. ) <br> ) <br> PECHINEY PLASTIC PACKAGING, ) <br> INC., ) <br> ) <br> Defendant/Counter-Plaintiff. ) | Civil Action No. 04-1278-KAJ <br><br> Hon. Kent A. Jordan |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.6 and the attached certifications, counsel moves the admission *pro hac vice* of Li-Chung D. Ho and Patrick L. Patras to represent Defendant Pechiney Plastic Packaging, Inc. in this matter.

Dated: December 13, 2005

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ N. Richard Powers*
N. Richard Powers (#494)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

Attorney for Defendant Pechiney Plastic
Packaging, Inc.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____          _____
                                United States District Judge

433804

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to local Rule 83.6 submit to the disciplinary jurisdiction of this Court of any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: December 13, 2005

Li-Chung D. Ho
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611-7603
Tel: (312) 222-9350

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to local Rule 83.6 submit to the disciplinary jurisdiction of this Court of any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: December 13, 2005

_____
Patrick L. Patras
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611-7603
Tel: (312) 222-9350