## CERTIFICATE OF SERVICE

I, Michele Sherretta, hereby certify that on December 15, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such document is available for viewing and downloading to the following counsel of record:

>N. Richard Powers, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>P. O. Box 2207
>Wilmington, DE 19899

I further certify that I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

**BY FEDERAL EXPRESS**

>Steven R. Trybus, Esquire
>Jenner & Block LLP
>One IBM Plaza
>Chicago, IL 60611-7603

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Michele Sherretta*

John W. Shaw (No. 3362)
*jshaw@ycst.com*
Michele Sherretta (No. 4651)
*msherretta@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

Attorneys for Plaintiff Cryovac, Inc.