IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRYOVAC INC., | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1278-KAJ |
| | ) | |
| PECHINEY PLASTIC PACKAGING, INC., | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

ORDER

For the reasons set forth in the Opinion issued today, it is hereby ORDERED that the following disputed claim terms of U.S. Patent No. 4,755,419 (issued July 5, 1988) are construed as follows:

| **Claim Term** | **The Court's Construction** |
|---|---|
| "oriented" | The court construes "oriented" to mean, with reference to a polymeric material, "heated and stretched to realign the molecular configuration, this stretching accomplished by a racking or blown bubble process." |

| | |
|---|---|
| "arranged symmetrically" | The court construes "arranged symmetrically" to mean "putting the layers in a desired symmetrical order when the film is viewed in cross-section, so that the layers are in the same order on each side of the core of the film, for example c/d/b/a/b/d/c. This claim phrase limits only the arrangement of the layers, and does not require precise identity in the thickness of the layers or the amounts of recited components or additives that may be included in the layers." |

UNITED STATES DISTRICT JUDGE

April 13, 2006
Wilmington, Delaware