# EXHIBIT 11

**Exhibit 11: Cryovac's Trial Exhibit List**
**(Including Pechiney's Objections and Cryovac's Basis for Admissibility)***

| Ptx | Objection | Basis for Admissibility | Descript | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|------------------------|----------|---------|---------|---------|--------|
| 001 | | | U.S. Patent 4,755,419 to Shah | 07/05/1988 | | | Taylor009; York002 |
| 002 | | | Certified prosecution history for U.S. Patent 4,755,419 | 07/05/1988 | CR056-000001 | CR056-000167 | |
| 003 | | | Patent Application no. 842,600 filed by Shah | 03/21/1986 | CR009-000190 | CR009-000211 | Shah006 |
| 004 | | | Amendment After Final Rejection filed with the USPTO during prosecution of the '419 patent | 06/02/1987 | CR056-000152 | CR056-000155 | |
| 005 | | | Supplemental Information Disclosure Statement filed with the USPTO during prosecution of the '419 patent | 06/12/1987 | CR009-000109 | CR009-000110 | |
| 006 | | | Patent Assignment Information from the USPTO | 10/18/2005 | | | |
| 007 | FRE 802 | Non-hearsay purpose | Complaint for Patent Infringement filed by Cryovac | 09/20/2004 | | | |
| 016 | | | Dr. Robert Kimmel's Curriculum Vitae | 03/00/2006 | | | |

1

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

**Exhibit 11: Cryovac's Trial Exhibit List**
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript. | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|------------------------|-----------|---------|---------|---------|--------|
| 017 | FRE 402, 802, 901 | FRE 402: see PTO Ex. 5. 1. A.<br>FRE 703 (Kimmel)<br>IDed by Kimmel<br>(Kimmel Dep. Ex. 3) | Cryovac's Rule 26(a)(2) Expert Report of Dr. Robert M. Kimmel (with exhibits) | 05/19/2005 | | | Kimmel003 (without exhibits) |
| 018 | FRE 802, 901 | FRE 703 (Kimmel)<br>IDed by Kimmel<br>(Kimmel Dep. Ex. 13) | Cryovac's Rule 26(a)(2) Rebuttal Expert Report of Dr. Robert M. Kimmel (with exhibits) | 06/17/2005 | | | Kimmel013 (without exhibits) |
| 019 | FRE 802, 901 | FRE 703<br>IDed by Kimmel<br>(Kimmel Dep. Ex. 15) | Cryovac's Rule 26(a)(2) Supplemental Expert Report of Dr. Robert M. Kimmel (with exhibits) | 07/11/2005 | | | Kimmel015 |
| 020 | FRE 802 | FRE 703 (Kimmel) | Cryovac's Rule 26(a)(2) Second Supplemental Expert Report of Dr. Robert Kimmel | 08/17/2005 | | | |
| 021 | | | Dr. Garth Wilkes's Curriculum Vitae | 03/00/2006 | | | |
| 022 | FRE 802 | FRE 703 (Wilkes) | Expert Report of Dr. Garth L. Wilkes (with exhibit) | 06/17/2005 | | | Wilkes006 (without exhibits) |

2

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

**Exhibit 11: Cryovac's Trial Exhibit List**
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript | Docdate | Begdoc# | Enddoc# | Depid. |
|-----|-----------|------------------------|----------|---------|---------|---------|--------|
| 023 | FRE 802 | FRE 703 (Wilkes) | Volume I of the References to the "Expert Report of Garth Wilkes" (References A-F) | 06/17/2005 | | | Wilkes014.1 |
| 024 | FRE 802 | FRE 703 (Wilkes) | Volume II of the References to the "Expert Report of Garth Wilkes" (References G-FF) | 06/17/2005 | | | Wilkes014.2 |
| 025 | FRE 802, 901 | FRE 703 (Wilkes) iDed by Wilkes (Wilkes Dep. Ex. 7) | Rebuttal and Supplemental Report of Garth L. Wilkes (with exhibits) | 07/15/2005 | | | Wilkes007 |
| 026 | FRE 802 | FRE 703 (Wilkes) | Second Supplemental Report of Garth L. Wilkes (with exhibits) | 01/02/2006 | | | |
| 027 | FRE 802 | FRE 703 (Wilkes) | Affidavit of Garth Wilkes in Support of Cryovac's Opposition to Pechiney's Motion for Summary Judgment on Patent Issues | 11/17/2005 | | | |
| 028 | | | James Nawrocki's Curriculum Vitae | 04/00/2006 | | | |
| 029 | FRE 402, 802 | FRE 402: see PTO Ex. 5 I. C. FRE 703 (Nawrocki) | Expert Report of James J. Nawrocki (with exhibits) | 05/19/2005 | | | Nawrocki002 |

3

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript | Ddate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|------------------------|----------|-------|---------|---------|--------|
| 030 | FRE 402, 802, 901 | FRE 402: see PTO Ex. 5 I.C. FRE 703 (Nawrocki) IDed by Nawrocki (Nawrocki Dep. Ex. 16) | Rebuttal Expert Report of James J. Nawrocki (with exhibits) | 07/25/2005 | | | Nawrocki016 |
| 031 | FRE 802 | FRE 703 (Nawrocki) | Supplemental/Rebuttal Expert Report of James Nawrocki (with exhibits) | 08/30/2005 | | | Nawrocki017 |
| 032 | | | Pechiney's Third Amended Initial disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) | 10/06/2005 | | | |
| 033 | | | Pechiney's Supplemental Response to Cryovac's First Set of Requests For Admissions (Nos 1-17) to Pechiney | 09/23/2005 | | | |
| 034 | FRE 802 | FRE 703 (Wilkes) Declarant testifying at trial | Cryovac's Amended Response to Pechiney Interrogatory No. 19 | 07/12/2005 | | | Mount025 |
| 035 | | | Pechiney Plastic Packaging Inc.'s Response To Cryovac First Set of Interrogatories (Nos. 1-8) to Pechiney | 03/04/2005 | | | |

4

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

**Exhibit 11: Cryovac's Trial Exhibit List**
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Description | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|------------------------|-------------|---------|---------|---------|--------|
| 036 | | | Pechiney Plastic Packaging Inc.'s Supplemental Response To Cryovac's First Set of Interrogatories (Nos. 1-8) to Pechiney | 04/29/2005 | | | |
| 037 | | | Pechiney Plastic Packaging Inc.'s Second Supplemental Response To Cryovac's First set of Interrogatories (Nos. 1-8) to Pechiney | 05/16/2005 | | | |
| 038 | | | Pechiney Plastic Packaging Inc.'s Third Supplemental Response To Cryovac's First Set of Interrogatories (Nos. 1-8) to Pechiney | 05/27/2005 | | | |
| 039 | | | Pechiney Plastic Packaging Inc.'s Fourth Supplemental Response To Cryovac's First Set of Interrogatories (Nos. 1-8) to Pechiney | 06/28/2005 | | | |
| 040 | | | Pechiney Plastic Packaging Inc.'s Fifth Supplemental Response To Cryovac's First Set of Interrogatories (Nos. 1-8) to Pechiney | 07/28/2005 | | | |

5

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Description | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|------------------------|-------------|---------|---------|---------|--------|
| 041 | | | Pechiney Plastic Packaging Inc.'s Sixth Supplemental Response To Cryovac's First Set of Interrogatories (Nos. 1-8) to Pechiney | 09/26/2005 | | | |
| 042 | | | Pechiney Plastic Packaging Inc.'s Seventh Supplemental Response To Cryovac's First set of Interrogatories (Nos. 1-8) to Pechiney | 10/19/2005 | | | |
| 043 | | | Pechiney Plastic Packaging Inc.'s Response To Cryovac's Second Set of Interrogatories (Nos. 9-13) To Pechiney. | 04/25/2005 | | | |
| 045 | | | Pechiney Plastic Packaging Inc.'s Response to Cryovac's Third Set of Interrogatories (Nos. 14-17) to Pechiney | 06/07/2005 | | | |
| 048 | FRE 402, 603, 802 | FRE 402: see PTO Ex. 2. 1. <br> FRE 603- N/A <br> FRE 703 (Kimmel) <br> FRE 801(d)(2) | Hearing Transcript From Technical Tutorial Before Judge Jordan | 04/22/2005 | | | |

6

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

**Exhibit 11:  Cryovac's Trial Exhibit List**
**(Including Pechiney's Objections and Cryovac's Basis for Admissibility)\***

| Ptx | Objection | Basis for Admissibility | Descript | Docdate | Begdoc# | Enddoc# | Depoid |
|---|---|---|---|---|---|---|---|
| 049 | FRE 402, 603, 802 | FRE 402: see PTO Ex. 2. 1. FRE 603- N/A FRE 703 (Kimmel) FRE 801(d)(2) | Pechiney's Handouts From the Technical Tutorial Before Judge Jordan | 04/22/2005 | | | Mount020 |
| 050 | FRE 402, 603, 802 | FRE 402: see PTO Ex. 2. 1. FRE 603- N/A FRE 703 (Kimmel) FRE 801(d)(2) | Cryovac's Handouts and Slides from the Technical Tutorial before Judge Jordan | 04/22/2005 | | | |
| 052 | | | U.S. Patent 4,058,647 to Inoue | 02/25/1976 | | | |
| 053 | | | U.S. Patent 4,254,169 to Schroeder | 12/28/1978 | | | |
| 054 | | | Certified English translation of Japanese patent application no. 54-84842; pub. no. 60-27000 to Yoshimoto | 08/14/1985 | PPPI001100 | PPPI001105 | Mount013 |
| 055 | | | U.S. Patent 4,284,674 to Sheptak | 11/08/1979 | | | |
| 056 | | | U.S. Patent 4,361,628 to Krueger | 02/20/1981 | | | Mount016 |

7

\*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11:  Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript | Docdate | Begdoc# | Enddoc# | Depoid |
|---|---|---|---|---|---|---|---|
| 057 | | | U.S. Patent 4,610,914 to Newsome | 08/05/1981 | | | |
| 058 | | | U.S. Patent 4,532,189 to Mueller | 02/19/1982 | CR008-00986 | CR008-00994 | |
| 059 | | | European Patent Application No. 82301721.5; pub. no. 0063006 A1 to American Can Company (inventor Odorzynski) | 10/20/1982 | | | Mount014 |
| 060 | | | U.S. Patent 4,511,610 to Yazaki | 09/29/1983 | PPPI000597 | PPPI000605 | Mount006 |
| 061 | | | U.S. Patent 4,501,797 to Super | 12/01/1982 | PPPI000908 | PPPI000914 | |
| 062 | | | U.S. Patent 4,572,854 to Dallmann | 02/25/1986 | | | Mount007 |
| 063 | | | U.S. Patent 4,501,798 to Koschak | 05/05/1983 | | | Mount018 |
| 064 | | | U.S. Patent 5,055,355 to DeAntonis | 08/01/1983 | | | Mount005 |
| 065 | | | European Patent Application 0149321 A1 to inventor Ohya | 07/24/1985 | | | |

8

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Description | Docdate | Begdoc# | Enddoc# | Depoid |
|---|---|---|---|---|---|---|---|
| 066 | | | U.S. Patent 4,640,852 to Ossian | 11/28/1984 | PPPI000748 | PPPI000757 | Mount012 |
| 067 | | | U.S. Patent 4,608,286 to Motoishi | 01/22/1985 | | | Mount015 |
| 068 | | | U.S. Patent 4,514,465 to Schoenberg | 05/30/1984 | PPPI000924 | PPPI000940 | |
| 069 | | | U.S. Patent 4,746,562 to Fant | 02/28/1986 | PPPI000800 | PPPI000805 | Mount003 |
| 070 | | | File History for U.S. Patent 4,746,562 | 05/24/1988 | PPPI010348 | PPPI010405 | |
| 071 | | | File History for U.S. Patent 4,753,700 | 06/28/1988 | PPPI010278 | PPPI010347 | |
| 072 | | | U.S. Patent 4,888,237 to Balloni | 02/16/1988 | | | Mount017 |
| 073 | FRE 402 | FRE 402: see PTO Ex. 5. I. B. and Wilkes 6/17/2005 Report Ex. G | U.S. Patent 5,194,318 to Migliorini | 10/25/1991 | | | |
| 074 | FRE 402 | FRE 402: see PTO Ex. 5. I. B. and Wilkes 6/17/2005 Report Ex. L | U.S. Patent 6,248,442 B1 to Kong | 12/31/1988 | | | |

9

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|------------------------|----------|---------|---------|---------|--------|
| 075 | FRE 402 | FRE 402: see PTO Ex. 5. I. B. and Wilkes 6/17/2005 Report Ex. H | U.S. Patent 6,893,672 B2 to Ingraham | 09/07/2001 | | | |
| 076 | FRE 402, 403, 802 Rule 26, Fed. R. Civ. P. | FRE 402: see PTO Ex. 5 I.B. FRE 703 (Wilkes) Ex. D to Wilkes 6/17/05 report | "Properties of Polymers: Their Correlation with Chemical Structure; Their Numerical Estimation and Prediction from Additive Group Contribution," Van Krevelen D.W., 3rd ed., pp. 49 - 52 | 00/00/0000 | | | |
| 077 | FRE 802 | FRE 703 (Refence GG to Wilkes 6/17/2005 report) | "Plastics Film Technology" by W.R.R. Park, Van Nostrand Reinhold Co., Chapter 1, pp. 1-9 (1969) | 00/00/1969 | PPPI008830 | PPPI008839 | |
| 078 | FRE 802 | FRE 703 (Reference K to Wilkes 6/17/2005 report) | "Plastic Films for Packaging: Technology Applications and Process Economics," Benning, C., 1983, pp.15 - 153 | 00/00/1983 | PPPI008766 | PPPI008828 | |

10

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

**Exhibit 11: Cryovac's Trial Exhibit List**
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript | Docdate | Begdoc# | Enddoc# | Depid |
|-----|-----------|------------------------|----------|---------|---------|---------|-------|
| 080 | FRE 802 | FRE 703 (Reference U to Wilkes 6/17/2005 report) | Hessenbruch, R., "Recent Development in Blown Film Coextrusion," A Presentation at the 1984 Polymers, Laminaitons and Coatings Conference, Boston, MA, Sep 24-26, 1984 (pp. 85-94). Technical Association of the Pulp and Paper Industry | 09/00/1984 | PPPI001189 | PPPI001200 | Mount009 |
| 081 | | | "Nylon Film Effective Packaging" Journal Staff, The Journal of Commerce, Newspaper Article. | 12/14/1984 | PPPI008457 | PPPI008460 | Mount011 |
| 082 | FRE 802 | FRE 703 (Reference T to Wilkes 6/17/2005 report) | "Ethylene Vinyl Alcohol Resins As A Barrier Material in Multi-Layer Packages," Blackwell, A., Journal of Plastic Film and Sheeting, Vol I, 1985, pp 205-214. | 07/00/1985 | | | Mount008 |
| 083 | | | Undated News Release entitled "Performance of Nylon" by Earl Hatley of Allied Chemicals | 00/00/0000 | PPPI008678 | PPPI008685 | |

11

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Description | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|------------------------|-------------|---------|---------|---------|--------|
| 084 | | | University of Wisconsin Library's copy of "CoExtrusion Barrier Coextrusion," A Presentation at the CoExtrusion III Regional Technical Conference, St. Charles, Illinois, Society of Plastic Engineers Inc. Chicago Section | 04/02/1986 | PPPI008461 | PPPI008675 | Mount024 |
| 085 | FRE 402 | Refutes Pechiney assertion that Allied film C was oriented | Correspondence from Pechiney's counsel with attached confidential Allied Chemical document describing films studied by Dr. Gilbert with documents attached | 11/28/2005 | PPPI014276 | PPPI014295 | |
| 086 | | | "Odor Barrier Properties of Multilayer Packaging Films at Different Relative Humidities", Hatzidimitriu, E., Gilbert, G., Loukakis, G., Journal of Food Science, Vol. 52, 1987, pp 472 -474 | 03/00/1987 | PPPI008452 | PPPI008456 | |
| 087 | FRE 402, 403, 802 Rule 26, Fed. R. Civ. P. | FRE 402: see PTO Ex. 2 VI. & VII. and Ex. 5 I. A. & B. FRE 703 (Ref. D to Wilkes 6/17/05 report) | "Film Processing," T. Kanai, G. Campbell, Progress of Polymer Processing, 1999, pp 114-138, 225-243. | 00/00/1999 | | | |

12

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Description | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|------------------------|-------------|---------|---------|---------|--------|
| 088 | FRE 402, 403, 802 Rule 26, Fed. R. Civ. P. | FRE 402: see PTO Ex. 2 VI. and VII. and Ex. 5 I. A. FRE 703 (Reference HH to Wilkes 6/17/2005 report) | "Degradation to Magnetic Polymers" Encyclopedia of Polymer Science and Technology, Vol. 6, 3rd ed. 2003, pp 283-303 | 00/00/2003 | | | |
| 089 | FRE 402, 603, 802, 901 | FRE 402: see PTO Ex. 5 I. A. Not testimony FRE 1006 FRE 703 (Ex. E to Kimmel Initial 5/19/05 Report) IDed by Kimmel | Figures attached as Exhibit E to Dr. Kimmel's 5/19/2005 expert report showing typical manufacture of multilayer coextruded films oriented by double bubble process. | 00/00/0000 | | | |
| 090 | FRE 802 | FRE 803 FRE 807 | Notes by York titled "Feedback from Wilkerson" sent to management group in South Carolina | 00/00/0000 | C100-000016 | C100-000016 | York025 |
| 091 | FRE 802, 901 | FRE 703 (Reference EE from Wilkes 6/17/2005 report) FRE 1006 (summary prepared from FRE 803(6) records) | Sales data for Cryovac's LID 1050 | 00/00/0000 | C100-000002 | C100-000002 | |
| 092 | FRE 802 | FRE 803(18) | The Law and Business of Patent and Know-How Licensing | 00/00/0000 | | | Evans004 |

-13-

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript | Docdate | Begdoc# | Enddoc# | Depbid |
|-----|-----------|------------------------|----------|---------|---------|---------|--------|
| 093 | | | Tommy Kay's Research Lab Notebook | 02/01/1985 | CR013-000112 | CR013-000165 | Kay002 |
| 094 | FRE 802, 901, 1002 | FRE 803(6) Pages from exhibit individually identified by Kay at 19:14-20:5, 42:10-19, 55:6-56:7 and collectively identified by Shah as Shah 30(b)(6) ex. 2 FRE 1003 FRE 902 | Cryovac research notebook pages recording the preparation of film sample FDX 1570 ('419 patent Ex. 1) on April 2, 1985 | 04/02/1985 | CR009-000063 | CR009-000065 | Shah 30(b)(6) 002 |
| 095 | FRE 802, 901, 1002 | FRE 803(6) Pages from exhibit individually identified by Kay at 12:20-13:5, 112:15-113:8, 121:15-122:14, 172:11-173:3 and collectively identified by Shah as Shah 30(b)(6) ex. 4 FRE 1003 FRE 902 | Cryovac research notebook pages recording the preparation of film sample FDX 1572 ('419 patent Ex. 2) on April 3, 1985 | 04/03/1985 | CR009-000061 | CR009-000062 | Shah30(b)(6)004 |

14

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descrip. | Docdate | Begdoc# | Enddoc# | Depoid. |
|-----|-----------|------------------------|----------|---------|---------|---------|---------|
| 096 | FRE 402, 403, 901 | FRE 402: see PTO Ex. 2, VI and VII (corroborates date of invention) IDed by Fuller (Fuller Ex. 18) FRE 902 | Letter from Steve Fuller to Jack Giacin | 05/14/1985 | CR003-000115 | CR003-000115 | Fuller018 |
| 097 | | | Cryovac Technical Service Report to G. Shah reporting results from testing film samples FDX 1570 and FDX 1572 | 08/30/1985 | CR009-000047 | CR009-000060 | Shah30(b)(6)003 |
| 098 | | | Specification Sheets For Chemicals Used in ClearShield Films | 01/25/1996 | PPPI006479 | PPPI006487 | |
| 099 | FRE 402, 403 | FRE 402: see PTO Ex. 5 I.C., Nawrocki 7/25/2005 report, and PTO Ex. 2 IV. | License Agreements | 03/27/1996 | CR061-000012 | CR061-000026 | |
| 100 | FRE 402, 802 | FRE 402: see PTO Ex. 2, VII.F FRE 803(17) and (18) FRE 703 Wilkes | "Packaging with lots of flex appeal," Packaging Digest, March 1997, Vol. 34, No. 3, pp. 48-64. | 03/00/1997 | C100-000127 | C100-000138 | |
| 101 | FRE 802 | FRE 803(6) | National Beef Agreement | 01/21/1998 | CR010-001950 | CR010-001952 | Mize 09 |

-15-

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx: | Objection | Basis for Admissibility | Description | Docdate | Begdoc# | Enddoc# | Depoid |
|------|-----------|------------------------|-------------|---------|---------|---------|--------|
| 102 | | | Executed Letter from Mize to Packard | 01/21/1998 | CR047-003516 | CR047-003517 | Wilkerson 030 |
| 103 | | | Letter fr. Grabowski to Farmland Nat'l Beef re: price quotes | 07/20/1998 | PPPI012853 | PPPI012853 | Grabowski01 |
| 104 | FRE 402, 403 | FRE 402: see PTO Ex. 2 III. A. 2. ii., IV., and V | 1/20/00 National Beef/Cryovac Meeting Agenda | 01/20/1999 | CR006-001571 | CR006-001574 | Deily024; Wilkerson028 |
| 105 | | | Letter fr. Grabowski to Wilkerson re: post-trial Chub film pricing | 09/13/1999 | PPPI012513 | PPPI012513A | Grabowski04 |
| 106 | | | PPPI Business Proposal for Nat'l Beef | 10/20/1999 | PPPI012832 | PPPI012845 | Grabowski02 |
| 107 | | May be withdrawn if MIL 4 granted | Executed Supply Agmt. btw. Pechiney and Great Lakes | 11/01/1999 | PPPI014079 | PPPI014088 | Taylor04 (30.b.6) |
| 108 | | | E-mail from T. Wilkerson to G. Devall at Sealed Air | 11/10/1999 | NBW00273 | NBW00273 | Wilkerson029 |
| 109 | | | Executed letter from Mize to Wilkerson re: revised purchasing agmt. combining purchasing power | 01/24/2000 | CR004-000439 | CR004-000440 | Deily 047 Wilkerson 03 |

-16-

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objections | Basis for Admissibility | Description | Docdate | Begdoc# | Enddoc# | Depoid |
|---|---|---|---|---|---|---|---|
| 110 | FRE 802, 901 | FRE 803(6) FRE 902 Stockley | Summary of NBP Partnership Meeting | 01/27/2000 | CR006-002284 | CR006-002286 | Deily 026 |
| 111 | FRE 402, 403, 901 | FRE 402: see PTO Ex. 2 III. A. 2. ii. FRE 902 Stockley | Email fr. Terry Wilkerson to Gary Devall re: packaging increase discussion and questions | 05/16/2000 | CR006-001584 | CR006-001589 | |
| 112 | | | Liberal Bag Usage rpt., 12 month period ending August 00 | 08/00/2000 | PPPI012573 | PPPI012575 | Kitchel013 |
| 113 | | | Liberal Bag Usage, 12 month period ending August 00; Nat'l Beef price quote | 08/00/2000 | PPPI012576 | PPPI012583 | Kitchel014 |
| 114 | | | PPPI Business Proposal for Nat'l Beef | 02/20/2001 | PPPI012531 | PPPI012549 | Grabowski003; Kitchel001; Taylor021 |
| 116 | | | Report titled "PPPI Boneguard Development" | 04/18/2001 | PPPI007273 | PPPI007276 | Douglas001 |
| 117 | | | R&D Project Business Evaluation from Pechiney | 04/25/2001 | PPPI007481 | PPPI007482 | Taylor001 |
| 119 | | | Experiment and Development Order | 05/16/2001 | PPPI003672 | PPPI003681 | Douglas003 |

17

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descrip. | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|------------------------|----------|---------|---------|---------|--------|
| 120 | | | Meat & Dairy Product Development - Key Project Update | 05/30/2001 | PPPI003667 | PPPI003668 | |
| 121 | FRE 802, 901 | FRE 803(6) FRE 902 | Notes from National Beef's files regarding Curwood. | 06/26/2001 | NBJ00647 | NBJ00647 | |
| 122 | | | E-mail from M. Douglas to D. Buelow and R. Taylor regarding Excel Boneguard Trial Results | 06/28/2001 | PPPI002570 | PPPI002571 | |
| 123 | | | Memo from T. Grabowski to B. Taylor re: Boneguard Bags | 07/06/2001 | PPPI-E045594 | PPPI-E045595 | Buelow015 |
| 124 | | | Signed Agmt. for Nat'l Beef | 07/16/2001 | CR004-000424 | CR004-000425 | Deily 048 Gardner 023 |
| 125 | | | E-mail from Mike Douglas to Duane Buelow and Kennis Bonn re: New Boneguard Concept | 07/31/2001 | PPPI002572 | PPPI002573 | Douglas004 |
| 126 | FRE 802, 901 | FRE 803(6) ID by Deily (Deily Affidavit Ex. B) FRE 902 | Internal Cryovac document by W. Stockley | 08/20/2001 | CR006-002853 | CR006-002859 | |

18

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

**Exhibit 11: Cryovac's Trial Exhibit List**
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript | Date | Begdoc# | Enddoc# | Depoid |
|-----|-----------|------------------------|----------|------|---------|---------|--------|
| 127 | | | E-mail from Kitchel to Buelow re: Boneguard Meeting at NTC & Kitchel orientation to NTC | 08/21/2001 | PPPI002559 | PPPI002559 | Douglas006 |
| 128 | | | E-mails from M. Douglas regarding Boneguard Trials | 08/28/2001 | PPPI007908 | PPPI007911 | |
| 129 | | | Boneguard Meeting Notes from Pechiney | 09/17/2001 | PPPI007880 | PPPI007888 | Taylor002 Douglas007 Buelow016 Mount022 |
| 131 | | | Agmt. letter btw. Cryovac and Nat'l Beef | 01/17/2002 | CR004-000411 | CR004-000412 | Gardner 024 |
| 132 | | | Fax from H. Schlosser to R. Castellani | 01/18/2002 | PPPI007261 | PPPI007266 | |
| 133 | | | Email from H. Schlosser to M. Douglas | 01/23/2002 | PPPI002237 | PPPI002237 | |
| 134 | | | "Trip Report - Boneguard" for trial 12/10/01 to 12/12/01 | 01/24/2002 | PPPI007684 | PPPI007685 | Douglas008 Taylor003 |

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|-------------------------|----------|---------|---------|---------|--------|
| 135 | FRE 402, 403, 701, 802, 901 | FRE 402: see PTO Ex. 2 (IV.) FRE 701 N/A FRE 803(6) FRE 902 | Internal Cryovac document from J. Mize's files | 02/00/2002 | CR004-002442 | CR004-002447 | |
| 136 | FRE 402, 403, 701, 802, 901 | FRE 402: see PTO Ex. 2 (IV.) FRE 701 N/A FRE 803(6) FRE 902 | Internal Cryovac report from J. Mize's files | 02/05/2002 | CR004-002467 | CR004-002474 | |
| 138 | | | D. Buelow handwritten notes regarding Boneguard Review Meeting. | 03/13/2002 | PPPI002526 | PPPI002527 | |
| 139 | FRE 901 | Pechiney document FRE 703 (Reference F to Wilkes 6/17/2005 report) FRE 902 | Letter from Kuhne to M. Douglas | 03/27/2002 | PPPI003877 | PPPI003886 | |
| 140 | | | Pechiney Laboratory Request for competitive analysis of Kuhne samples requested by M. Douglas. | 03/29/2002 | PPPI003644 | PPPI003645 | |
| 141 | | | E-mail from Mike Douglas to Jennifer Ghate with attachment | 04/11/2002 | PPPI013922 | PPPI013923 | |

-20-

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript | Docdate | Begdoc# | Enddoc# | Depoid |
|---|---|---|---|---|---|---|---|
| 143 | FRE 901 | Pechiney document FRE 703 (Reference F to Wilkes 6/17/2005 report) FRE 902 | Pechiney internal notes re: "Kuhne Shrink Trials" | 06/05/2002 | PPPI005794 | PPPI005797 | |
| 144 | | | Pechiney Laboratory Request for competitive analysis of Cryovac Shirred Cook-In Casing material requested by M. Douglas. | 06/07/2002 | PPPI003628 | PPPI003629 | |
| 145 | FRE 402, 403 | FRE 402: see PTO Ex. 2 III. A. 2. ii. | Email fr. Anthony York re: 3-year Packaging Project Kick-Off Meeting w/ attachments | 06/14/2002 | NBW00234 | NBW00236 | |
| 147 | | | Memo from Anthony York re: June 19, 2002 Meeting Summary re: Nat'l Beef | 06/26/2002 | NBJ00621 | NBJ00622 | Wilkerson 05 |
| 148 | | | E-mail from Mike Douglas (7/17/02) and attached trip report regarding June 2002 trials | 07/17/2002 | PPPI005775 | PPPI005783 | Douglas013 |
| 149 | | | E-mail from Robert Taylor re: Kuhne Final Report from M. Douglas | 07/18/2002 | PPPI-E049505 | PPPI-E049505 | Taylor005; Kitchel03 |

21

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

**Exhibit 11: Cryovac's Trial Exhibit List**
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript | Doedate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|------------------------|----------|---------|---------|---------|--------|
| 150 | | | Nat'l Beef bag usage summary | 08/00/2003 | PPPI-E056533 | PPPI-E056539 | Kitchel015 |
| 151 | | | Shrink Bag Usage, Liberal Facility 8/1/02 thru 7/31/03 | 08/01/2003 | PPPI-E115453 | PPPI-E115456 | |
| 152 | | | Pechiney Interoffice Corresp./Memo from R. Davidson regarding Pilot Shrink Line & Commercial Bone-In Line Meeting Minutes – 7/31–8/1/02 | 08/02/2002 | PPPI002462 | PPPI002464 | Taylor04 |
| 153 | | | Email from M. Douglas attaching summary of "Boneguard test." | 08/05/2002 | PPPI005773 | PPPI005774 | |
| 154 | | | Fax from H. Schlosser to M. Douglas | 09/05/2002 | PPPI003887 | PPPI003889 | |
| 155 | | | Memo from G. Shudy regarding Kuhne line configuration. | 09/09/2002 | PPPI003831 | PPPI003831 | |
| 156 | | | Fax from H. Schlosser to B. Taylor forwaded from B. Taylor to D. Buelow | 09/13/2002 | PPPI002447 | PPPI002456 | |

22

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11:  Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Description | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|------------------------|-------------|---------|---------|---------|--------|
| 157 | | | E-mail from F. Kitchel to Project Lari team | 09/18/2002 | PPPI002431 | PPPI002432 | Buelow009 |
| 158 | FRE 901 | Pechiney document Mueller (07/07/05) depo Ex. 2 FRE 703 (Reference F to Wilkes 6/17/2005 report) FRE 902 | E-mail from F. Kitchel to Project Lari team and handwritten notes from meeting | 09/18/2002 | PPPI004111 | PPPI004115 | Mueller002 Taylor007 |
| 159 | | | E-mail from M. Duncan to various Pechiney employees regarding Boneguard patent search | 09/20/2002 | PPPI013932 | PPPI013934 | |
| 160 | | | Project LARI specification and material sheet | 09/20/2002 | PPPI002437 | PPPI002438 | |
| 161 | FRE 901 | Pechiney document FRE 703 (Reference F to Wilkes 6/17/2005 report) | Pechiney Internal Timeline for LARI R&D | 09/24/2002 | PPPI005756 | PPPI005757 | |
| 162 | | | Project Lari kick off meeting | 09/24/2002 | PPPI008124 | PPPI008126 | |
| 163 | FRE 901 | Pechiney document | Agenda and handwritten notes re: Project Lari meeting in Chicago | 10/07/2002 | PPPI004092 | PPPI004093 | Douglas015 |

-23-

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

**Exhibit 11:  Cryovac's Trial Exhibit List**
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Description | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|------------------------|-------------|---------|---------|---------|--------|
| 164 | | | Project Lari Team Meeting minutes | 10/07/2002 | PPPI002644 | PPPI002648 | Mount021 |
| 165 | FRE 901 | Pechiney document | Notes from Project Lari meeting in Chicago | 10/07/2002 | PPPI002418 | PPPI002421 | |
| 166 | | | Portions of Table Regarding "Meeting with Attorneys Duncan and Scherrer" | 10/10/2002 | PPPI013266 | PPPI013268 | Company006 |
| 167 | | | Pechiney internal notes from Team Lari meeting with outside counsel attorneys Scherrer and Duncan | 10/10/2002 | PPPI013877 | PPPI013880 | |
| 168 | FRE 402, 403 | FRE 402: see PTO Ex. 2 III.A.1.; III.A. 2. i - ii. | Email fr. Anthony York to Terry Wilkerson re: request concerning packaging profiles sent to Mize | 10/11/2002 | NBW00206 | NBW00206 | |
| 169 | | | Project Lari Team Meeting minutes | 10/22/2002 | PPPI-E045716 | PPPI-E045717 | Mueller004 |
| 171 | | | Email from Terry Wilkerson to Jeff Gardner re: follow-up to conversation on the agreement | 11/04/2002 | NBW00201 | NBW00201 | Wilkerson06 |

24

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

**Exhibit 11: Cryovac's Trial Exhibit List**
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript | Docdate | Begdoc# | Enddoc# | Depoid |
|---|---|---|---|---|---|---|---|
| 172 | | | Email fr. Jeffrey Gardner fwd'g Wilkerson email re: expressing desire to extend deal | 11/04/2002 | CR004-005211 | CR004-005212 | |
| 174 | | | Project Lari Team Meeting minutes | 11/12/2002 | PPPI002702 | PPPI002704 | Taylor010 |
| 175 | | | E-mail from Jennifer Ghate to Steve Scherrer at McDermott Will and Emery | 11/13/2002 | PPPI013884 | PPPI013885 | |
| 176 | FRE 802, 901 | FRE 703 (Refence F to Wilkes 6/17/2005 report) Pechiney document | Slides regarding Orientable Developmental Soarnol Grades | 11/14/2002 | PPPI002700 | PPPI002701 | |
| 177 | FRE 901 | IDed Mueller (7/8/2005) Transcript 280:3 to 284:18 (Mueller Ex. 11) | Project Lari Cause & Effect Diagram and Matrix; Project Design Failure Modes and Effects Analysis (FEMA) | 11/26/2002 | PPPI001996 | PPPI001998 | Mueller011 |
| 178 | | | Project Design Failure Modes and Effects Analysis | 11/26/2002 | PPPI003296 | PPPI003296 | |
| 179 | | | Pechiney Request for Appropriation Project Lari | 12/01/2002 | PPPI008154 | PPPI-008165 | Taylor013 |

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|------------------------|----------|---------|---------|---------|--------|
| 180 | | | E-mail from M. Douglas to F. Kitchel | 12/04/2002 | PPPI008164 | PPPI008165 | Douglas016 |
| 181 | | | Draft 2003 Shrink Bags Business Plan, prepared by Frank Kitchel | 12/04/2002 | PPPI-E057073 | PPPI-E057093 | Kitchel02 |
| 182 | | | E-mail from F. Kitchel attaching draft RFA for Project Lari | 12/06/2002 | PPPI005689 | PPPI005712 | Taylor012 |
| 183 | | | Agmt. letter btw. Cryovac and Nat'l Beef | 12/06/2002 | CR004-002967 | CR004-002968 | Wilkerson 032 |
| 184 | FRE 402, 403, 802, 901 | FRE 402: see PTO Ex. 2 III. A. 1, III. A. 2. i - ii FRE 803(6) FRE 902 York | Email from Wilkerson to York re: follow-up to meeting (w/ hand-written notes) | 12/23/2002 | C100-000075 | C100-000076 | Deily 025 |
| 185 | | | Email from Terry Wilkerson to Anthony York re: meeting/agreement issues | 12/23/2002 | NBW00193 | NBW00193 | Wilkerson07 |
| 186 | | | Clearshield Product Development Timeline - 2003/early 2004 | 00/00/2003 | PPPI006135 | PPPI006136 | |

26

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility*)

| Ptx# | Objection | Basis for Admissibility | Descrip | Docdate | Begdoc# | Enddoc# | Depoid |
|---|---|---|---|---|---|---|---|
| 187 | | | 2003 Price Increase on NBP | 00/00/2003 | C100-000058 | C100-000059 | Deily 031 |
| 188 | | | Email from York re: Cryovac/Nat'l Beef meeting/agreement issues | 01/03/2003 | CR014-000663 | CR014-000664 | Mize 011 York 010 |
| 189 | | | Pechiney Problem Solving Presentation by Chad Mueller | 01/15/2003 | PPPI002968 | PPPI002977 | Taylor015 Mueller012 |
| 190 | FRE 901 | FRE 803(6) FRE 902 James | Memo fr. Steve James to Terry Wilkerson re: Packaging Negotiations; 12/6/02 agreement mark-up attached | 01/15/2003 | NBJ00613 | NBJ00616 | |
| 191 | | | Email from Terry Wilkerson to Anthony York re: follow-up to meeting on agreement points | 01/20/2003 | NBW00253 | NBW00253 | Wilkerson08 |
| 192 | | | Email fr. Anthony York fworwarding questions from Terry Wilkerson, re: Agreement | 01/21/2003 | CR004-005477 | CR004-005478 | |
| 193 | | | Available Lari Trial Rolls from Germany trip | 02/00/2003 | PPPI007652 | PPPI007652 | |

27

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

**Exhibit 11: Cryovac's Trial Exhibit List**
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|------------------------|----------|---------|---------|---------|--------|
| 194 | | | E-mail fr. Anthony York to Tom Wilkerson re: equipment visit for NBP | 02/01/2003 | CR064-000028 | CR064-000028 | |
| 195 | | | Project LARI Trial Plan | 02/02/2003 | PPPI002145 | PPPI002147 | |
| 196 | | | Pechiney Laboratory Request from M. Douglas. | 02/10/2003 | PPPI007716 | PPPI007718 | |
| 197 | | | Report by C. Mueller, M. Douglas, and D. Buelow to Project Lari Team re: Kuhne trials week of 02/03/2003 | 02/10/2003 | PPPI002092 | PPPI002109 | Mueller008 |
| 198 | | | Memo from Buelow, Douglas, and Mueller to Project Team Lari | 02/10/2003 | PPPI002266 | PPPI002283 | Buelow019 |
| 199 | | | E-mail from R. Armstrong (EVALCA) to C. Mueller and M. Douglas regarding extrusion data from PPP trials at Kuhne | 02/10/2003 | PPPI-E049224 | PPPI-E049224 | |
| 200 | FRE 802, 901 | FRE 402: see PTO Ex. 2 III. A. 1; III. A. 2. i - ii FRE 803(6) FRE 902 James | Nat'l Beef Packaging Analysis | 02/13/2003 | NBW00290 | NBW00337 | |

-28-

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11:  Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript | Docdate | Begdoc# | Enddoc# | Depoid |
|---|---|---|---|---|---|---|---|
| 201 | | | Email fr. Anthony York to Terry Wilkerson responding to questions re: agreement details | 02/17/2003 | CR004-004911 | CR004-004911 | |
| 202 | FRE 901 | FRE 703 (Reference F to Wilkes 6/17/2005 report) Pechiney document FRE 902 | Fax from H. Schlosser to D. Buelow | 02/19/2003 | PPPI002758 | PPPI002761 | |
| 203 | | | Email fr. Anthony York to Bill Gandy and Terry Wilkerson re: Cryovac pricing for plastic tray to Nat'l Beef, w/ attachment | 02/20/2003 | NBW00166 | NBW00167 | Wilkerson033 |
| 204 | | | Breakdown of New Agreement Proposal for NBP | 02/22/2003 | NBW00164 | NBW00165 | Wilkerson036 |
| 205 | | | Email from York to Nat'l Beef re: Breakdown of New Agmt Proposal for NBP | 02/22/2003 | C100-000072 C100-000063 | C100-000072 C100-000064 | |
| 206 | | | E-mail from Kuhne to Pechiney | 02/24/2003 | PPPI003832 | PPPI003832 | Douglas017 |
| 207 | | | Letter of agreement to Wilkerson signed by Deily and Wilkerson | 03/03/2003 | NBW00257 | NBW00258 | Wilkerson010 |

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11:  Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript | Docdate | Begdoct | Enddoct | Depoid |
|---|---|---|---|---|---|---|---|
| 208 | | | Signed agmt. letter btw. Cryovac and Nat'l Beef | 03/03/2003 | CR061-000680 | CR061-000681 | Deily 021 |
| 209 | | | Letter agmt btw. Cryovac and Nat'l Beef | 03/03/2003 | CR035-002631 | CR035-002632.0 | James 8; Wilkerson 34 |
| 210 | | | Signed Agreement letter between Cryovac and National Beef | 03/03/2003 | CR0061-00068 0 | CR0061-000681 | Deily 021 |
| 211 | FRE 901 | FRE 703 (Reference F in Wilkes 6/17/2005 report) Pechiney document | Handwritten notes titled "Kuhne/Lari Trials #4" | 03/10/2003 | PPPI005942 | PPPI005947 | |
| 212 | FRE 901 | FRE 703 (Reference F to Wilkes 6/17/2005 report) Pechiney document | Summary Chart from March 2003 CleanShield trials at Kuhne | 03/10/2003 | PPPI003250 | PPPI003255 | |
| 213 | | | Report from Buelow, Douglas, and Mueller to Project Lari Team | 03/20/2003 | PPPI007821 | PPPI007823 | Douglas019 Buelow020 |
| 214 | | | Wilkerson E-mail to York attaching 3/3/03 letter to Wilkerson | 03/20/2003 | NBW00267 | NBW00269 | Wilkerson009 |

30

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

**Exhibit 11: Cryovac's Trial Exhibit List**
**(Including Pechiney's Objections and Cryovac's Basis for Admissibility)\***

| Ptx | Objection | Basis for Admissibility | Descript | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|-------------------------|----------|---------|---------|---------|--------|
| 215 | FRE 402, 802, 901, 1002 | | Email from Terry Wilkerson to Anthony York | 03/20/2003 | NBW00154 | NBW00154 | Wilkerson035 |
| 216 | | FRE 402: see PTO Ex. 2 IV. FRE 803(6) FRE 902 FRE 1003 | Letter to J. Simons with attachment from files of J. Browder | 03/24/2003 | CR014-000578 | CR014-000589 | |
| 217 | | | Memo from Richard Company to Ilene Gordon and Robert Mosesian | 03/26/2003 | PPPI-E040492 | PPPI-E040493 | Company002 |
| 218 | | | Test data and structures of trial film(s) | 04/07/2003 | PPPI002110 | PPPI002111 | Mueller006 |
| 219 | | May be withdrawn if MIL 4 granted | Executed Supply Agmt btw. Pechiney and Associated Milk Producers | 04/07/2003 | PPPI014117 | PPPI014121 | Taylor 30(b)(6) 02 |
| 220 | | | Cryovac Memo from Mize | 04/10/2003 | CR035-002630 | CR035-002632 | York004 |
| 221 | | | E-mail from M. Douglas to L. Bogran regarding PPDI Lari bag trials | 04/11/2003 | PPPI007650 | PPPI007651 | |

31

\*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11:  Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript. | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|-------------------------|-----------|---------|---------|---------|--------|
| 222 | | | Email fr. Anthony York to Barry Graham | 04/15/2003 | NBW00142 | NBW00142 | |
| 224 | | | Email from Frank Kitchel | 04/17/2003 | PPPI-E049189 | PPPI-E049189 | |
| 226 | FRE 901 | FRE 803(6) | Lari Meeting/Call, hand written notes | 04/22/2003 | PPPI005900 | PPPI005900 | Kitchel08 |
| 227 | | | "Ilene Gordon notes for Project Lari"; Memo from Richard Company dated 03/26/2003 re: Project Lari RFA - Approval; Executive Summary; attachments | 04/23/2003 | PPPI008230 | PPPI008295 | Taylor016 |
| 228 | | | Ilene Gordon notes for Project Lari | 04/23/2003 | PPPI-E040910 | PPPI-E040910 | |
| 229 | | | Memo from M. Hoover to C. Bories regarding "Project Lari Legal Update" | 04/24/2003 | PPPI013229 | PPPI013230 | Company004 |
| 230 | | | 2003 Price Increase Impact on NBP | 04/27/2003 | C100-000058.0 | C100-000064.0 | York 011 |

32

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|------------------------|----------|---------|---------|---------|--------|
| 231 | | | "Non-Infringement Opinion re: Bone-In-Meat Packaging" from McDermott, Will & Emery (with attached exhibits) | 04/28/2003 | PPPI012723 | PPPI012796 | Company003 |
| 232 | | | Memo from M. Hoover to C. Bories regarding "Project Lari Legal Update" | 04/29/2003 | PPPI013231 | PPPI013232 | Company005 |
| 233 | | | Memo from A. Bolton to C. Bories re: Project Lari RFA | 04/29/2003 | PPPI-E045130 | PPPI-E045134 | Taylor017 |
| 234 | | | Email from M. Cox re: Lari Risk Mitigation Presentation to C. Bories | 05/06/2003 | PPPI-E049280 | PPPI-E049280 | |
| 236 | FRE 901 | Pechiney document | Handwritten notes from "Project Lari Meeting" | 05/08/2003 | PPPI003318 | PPPI003319 | Douglas022 |
| 237 | | | E-mail from M. Douglas to R. Armstrong (EVALCA) regarding meetings in Japan | 05/14/2003 | PPPI-E049205 | PPPI-E049207 | |
| 238 | | | Minutes of Dodge City Meeting on May 23, 2003 | 05/26/2003 | CR063-000005 | CR063-000006 | |

33

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11:  Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|------------------------|----------|---------|---------|---------|--------|
| 239 | | | Revised Breakdown of New Agreement Proposal for NBP | 05/29/2003 | NBW00126 | NBW00128 | Wilkerson037 |
| 240 | | | Revised breakdown of New Agmt. Proposal for NBP | 05/29/2003 | C100-000060 | C100-000062 | Deily 030 |
| 241 | | May be withdrawn if MIL 4 granted | Executed Pricing Agmt btw. Pechiney and Hormel | 06/01/2003 | PPPI014132 | PPPI014142 | Taylor30(b)(6) 07 |
| 242 | | | Experiment and Development Order | 06/03/2003 | PPPI007749 | PPPI007758 | |
| 243 | | | Letter agmt. btw. Cryovac and Nat'l Beef confirming amendment | 06/11/2003 | CR004-000392 | CR004-000392 | York008 |
| 244 | | | Letter agmt. btw. Cryovac and Nat'l Beef confirming amendment | 06/11/2003 | CR047-003510 | CR047-003510 | |
| 245 | | | E-mail from Douglas to Buelow and Mueller | 06/13/2003 | PPPI002163 | PPPI002163 | Douglas024 |
| 246 | | | Internal Cryovac memo from J. Browder's files | 06/17/2003 | CR014-000859 | CR014-000860 | |

34

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

**Exhibit 11: Cryovac's Trial Exhibit List**
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|------------------------|----------|---------|---------|---------|--------|
| 247 | | | E-mail from Frank Kitchel to Lari Team with attachment | 07/17/2003 | PPPI005634 | PPPI005638 | |
| 249 | | | Email from Robert Taylor | 08/11/2003 | PPPI005628 | PPPI005628 | Kitchel09 Taylor018 |
| 250 | | | Email from Grabowski to Kitchel | 08/15/2003 | PPPI012689 | PPPI012690 | Grabowski08 |
| 251 | FRE 901 | Pechiney Document (Grabowski) | Hand-written notes re: Nat'l Beef Pricing and Nat'l Beef Supply Proposal | 08/18/2003 | PPPI013031 | PPPI013035 | Grabowski011 |
| 252 | | | Nat'l Beef Fresh Meat Packaging Solutions | 08/19/2003 | PPPI-E041550 | PPPI-E041579 | Grabowski07; Kitchel012; Taylor020 |
| 254 | | | Internal Pechiney outline re: National Beef Purchase | 08/29/2003 | PPPI-E041548 | PPPI-E041549 | |
| 255 | | | Pechiney Fresh Meat Packaging Proposal Presentation | 09/00/2003 | PPPI013036 | PPPI013040 | Grabowski09 |
| 256 | | | "Commercial Lari Team Update" presentation slides | 09/03/2003 | PPPI-E002125 | PPPI-E002130 | Buelow022 |

35

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|-------------------------|----------|---------|---------|---------|--------|
| 257 | | | Email from Anthony York to Carey Hoskinson attaching DC meeting minutes | 09/21/2003 | NBW00095 | NBW00097 | Wilkerson051 |
| 258 | | | PPPI/Nat'l Beef Supply Proposal | 09/24/2003 | PPPI012586 | PPPI012586 | Kitchel017 |
| 259 | | | PPPI/Nat'l Beef Supply Proposal | 09/24/2003 | PPPI012971 | PPPI012971 | Grabowski010 |
| 260 | | | Hand-written notes re: pricing | 09/24/2003 | NBJ00510 | NBJ00511 | James 010; Wilkerson 011 |
| 261 | | | Kuhne trial notes | 09/25/2003 | PPPI002993 | PPPI003003 | |
| 262 | | | Email from Richard Gregory | 09/29/2003 | PPPI012671 | PPPI012677 | |
| 263 | | | Email from Richard Gregory | 09/29/2003 | PPPI012678 | PPPI012679 | Grabowski012; Kitchel018 |
| 264 | | | Meat & Diary Clearshield Launch slides by Bob Taylor | 10/06/2003 | PPPI008177 | PPPI008184 | |
| 265 | | | Pechiney Plastic Packaging/National Beef Supply Proposal | 10/09/2003 | PPPI-E057870 | PPPI-E057871 | |

36

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.