Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript. | Date/use | Begdoc# | Enddoc# | Depoid# |
|-----|-----------|------------------------|-----------|----------|---------|---------|---------|
| 266 | FRE 901 | FRE 803(6)<br>FRE 902<br>Gardner | Minutes of Dodge City Meeting on October 7, 2003 | 10/1/2003 | CR014-000671 | CR014-000673 | |
| 267 | | | Minutes of Liberal Meeting on October 8, 2003 | 10/11/2003 | CR006-009603 | CR006-009603 | |
| 268 | | | Email fr. Steve James to Terry Wilkerson | 10/13/2003 | NBW00013 | NBW00014 | Wilkerson039 |
| 269 | FRE 402, 403 | FRE 402: see PTO Ex. 2 II., III. B and C, IV. | Shrink Bag Business Recovery Status & Plan | 10/15/2003 | PPPI-E045975 | PPPI-E045980 | Kitchel020 |
| 270 | | | "Pitch the Patch" advertisement/promotional material | 10/20/2003 | PPPI003158 | PPPI003164 | Company008 |
| 271 | | | E-mail from Duane Buelow to Mike Douglas | 10/20/2003 | PPPI-E048874 | PPPI-E048874 | Buelow023 |
| 272 | | | Email fr. Terry Wilkerson to Anthony York | 10/22/2003 | CR064-000015 | CR064-000016 | |
| 275 | | | LID 1050 data | 10/24/2003 | C100-000080 | C100-000123 | Nawrocki020 |

37

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Describe | Diodate | Begdoc# | Enddoc# | Depoid |
|---|---|---|---|---|---|---|---|
| 276 | | | ClearShield Product Launch Meeting | 11/06/2003 | PPPI-E045545 | PPPI-E045568 | |
| 277 | | | Email fr. S. Tobias re: ClearShield test date w/ Nat'l Beef | 11/11/2003 | PPPI-E047758 | PPPI-E047759 | |
| 278 | | | E-mail from Simmons to James and Wilkerson | 11/17/2003 | NBW00056 | NBW00057 | |
| 279 | | | E-mail from G. Shudy regarding E-14109-03 Clearshield bags for National Beef | 11/17/2003 | PPPI006078 | PPPI006080 | |
| 280 | | | E-mail form Anthony York with attachment | 11/30/2003 | CR004-004914 | CR004-004915 | Deily 032 |
| 281 | | | 2004 Shrink Bags Business Plan for Pechiney (by F. Kitchel) | 12/01/2003 | PPPI-E057054 | PPPI-E057072 | Taylor028 |
| 282 | | | Mize letter to Wilkerson | 12/11/2003 | CR061-000686 | CR061-000688 | |
| 283 | | | Draft letter agmt. btw. Cryovac and National Beef | 12/11/2003 | C100-000040 | C100-000042 | York016 |

38

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|------------------------|----------|---------|---------|---------|--------|
| 284 | | | Email fr. Anthony York to Jim Mize | 12/12/2003 | CR004-004872 | CR004-004875 | |
| 285 | | | Email from York | 12/12/2003 | C100-000017 | C100-000017 | York 017 |
| 286 | | | Email fr. Jeff Gardner w/ changed agmt. attached | 12/14/2003 | CR004-005309 | CR004-005312 | |
| 287 | | | National Beef Clearshield Packing/Shipping Test Final Report | 12/18/2003 | PPPI003312 | PPPI003313 | |
| 288 | | | Email transmitting copy of agreement FedExed to Terry Wilkerson | 12/31/2003 | CR004-005424 | CR004-005428 | |
| 289 | | | "Research and Development Differentiating Technology" | 00/00/2004 | PPPI-E001494 | PPPI-E001500 | Buelow05 |
| 290 | | | Pechiney Nat'l Beef Year 2004 Review Presentation | 00/00/2004 | PPPI012497 | PPPI012512 | Grabowski023; Kitchel024 |
| 292 | | | ClearShield project updates and summaries | 00/00/2004 | PPPI-E041377 | PPPI-E041389 | Grabowski022 |

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

**Exhibit 11: Cryovac's Trial Exhibit List**
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Description | Docdate: | Begdoc# | Enddoc# | Depoid: |
|---|---|---|---|---|---|---|---|
| 293 | FRE 802, 901 | FRE 703 (Kimmel, Exh O to Kimmel Initial Report) FRE 803(6) FRE 902 | TSR 29918 Comments - Chemical Composition and Construction of Pechiney Clearshield Bone-In Shrink Bag Report and Data | 01/09/2004 | | | Exhibit O to Kimmel 5/19/2005 report |
| 294 | FRE 802, 901 | FRE 803(6) FRE 902 Wilkerson | 2004 Estimated Sales Revised for 5 Day Weeks | 01/09/2004 | C100-000037 | C100-000038 | |
| 295 | | | Letter of agreement to Wilkerson, signed by Deily for Mize | 01/13/2004 | NBW00426 | NBW00428 | Wilkerson016 |
| 296 | | | Unsigned letter of agreement to Wilkerson (clean copy) | 01/13/2004 | C100-000031.0 | C100-000033.0 | York006 |
| 297 | | | Unsigned letter of agreement to Wilkerson w/ York handwriting from deposition | 01/13/2004 | C100-000031 | C100-000033 | York006 |
| 298 | | | Unsigned letter of agreement to Wilkerson | 01/13/2004 | CR004-002950 | CR004-002953 | Deily 022; Gardner 05; Mize 07; York 05 |
| 299 | | | E-mail chain between York and Wilkerson | 01/14/2004 | C100-000004 | C100-000006 | York007 |

-40-

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx. | Objection | Basis for Admissibility | Descript. | Date/ie | Begdoc# | Enddoc# | Depoid |
|------|-----------|------------------------|-----------|---------|---------|---------|--------|
| 300 | | | Wilkerson E-mail to York | 01/14/2004 | NBW00083 | NBW00083 | Wilkerson014 |
| 301 | | | Hand-written notes and Cryovac proposals | 01/14/2004 | NBJ00475 | NBJ00480 | James 011 |
| 302 | | | E-mail from F. Kitchel | 01/14/2004 | PPPI001950 | PPPI001950 | |
| 303 | | | Email from Wilkerson to York stating intent to enter into 4 yr bag purchase agmnt w/ Cryovac | 01/14/2004 | C100-000001 | C100-000001 | |
| 305 | | | Tom Grabowski's notes re: "National Beef Supply Agreement discussion points" | 01/15/2004 | PPPI-E115449 | PPPI-E115449 | |
| 306 | | | Tom Grabowski's notes re: Nat'l Beef Supply Agreement discussion points | 01/15/2004 | PPPI012474 | PPPI012474 | Grabowski013 |
| 307 | FRE 901 | Pechiney Document (Grabowski) | Email from Grabowski to Pechiney | 01/15/2004 | PPPI012600 | PPPI012604 | Grabowski014 |
| 308 | | | Letter from R. Taylor to S. James | 01/16/2004 | PPPI012475 | PPPI012476 | Taylor022 |
| 309 | | | R. Taylor letter to S. James | 01/16/2004 | PPPI-E111035 | PPPI-E111036 | |

41

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx# | Objection | Basis for Admissibility | Description | Docdate | Begdoc# | Enddoc# | Depnb# |
|------|-----------|------------------------|-------------|---------|---------|---------|--------|
| 310 | | | Email from Tom Grabowski to Steve James attaching Nat'l Beef letter | 01/16/2004 | NBJ00467 | NBJ00469 | Wilkerson 023 |
| 311 | FRE 802, 901 | FRE 803(6) Wilkerson | Letter from Robert Taylor to Steve James | 01/16/2004 | NBW00377 | NBW00378 | Wilkerson042 |
| 313 | | | Email from Grabowski to Steven James | 01/19/2004 | PPPI012607 | PPPI012607 | Grabowski016 |
| 314 | | | Cryovac's estimated NB sales for 2004 | 01/21/2004 | C100-000034 | C100-000039 | York026 |
| 316 | | | "Pitch the Patch" promotional materials | 01/26/2004 | PPPI006054 | PPPI006055 | Taylor025 |
| 317 | | | Clearshield article | 01/26/2004 | CR006-007466 | CR006-007467 | |
| 318 | | | Bag Comparison Cost – New Vendor Proposals | 01/26/2004 | NBW00392 | NBW00392 | |
| 320 | | | E-mail from M. Douglas to D. Buelow and K. Lind | 01/30/2004 | PPPI-E048522 | PPPI-E048523 | |
| 321 | | | Chart entitled "ClearShield Trial Plan" | 02/03/2004 | PPPI-E048598 | PPPI-E048599 | |

42

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx.: | Objection | Basis for Admissibility | Descript | Discdate | BegdocI | EndocI# | Depoid |
|-------|-----------|------------------------|----------|----------|---------|---------|--------|
| 322 | | | Email from Luis Brogan | 02/04/2004 | PPPI-E052772 | PPPI-E052772 | |
| 323 | | | Email chain btw. Nat'l Beef and Pechiney | 02/04/2004 | NBJ00412 | NBJ00413 | Wilkerson 024 |
| 324 | | | Notes from Duane Buelow regarding National Beef meeting and e-mail from Chad Mueller to Duane Buelow dated 02/02/2004 | 02/05/2004 | PPPI003127 | PPPI003129 | |
| 326 | | | Email from Luis Brogan | 02/08/2004 | PPPI-E052782 | PPPI-E052784 | |
| 327 | | | Email from Luis Brogan | 02/08/2004 | PPPI-E052823 | PPPI-E052824 | |
| 328 | | | Email from Luis Brogan to support team leaders | 02/08/2004 | PPPI-E052791 | PPPI-E052792 | |
| 329 | | | DZ-9000 Manufacturing Specification from Pechiney | 02/09/2004 | PPPI006470 | PPPI006487.00 | |
| 330 | | | Email from Steven James to Grabowski & Kitchel re: Letter of Understanding | 02/09/2004 | PPPI012660 | PPPI012663 | Grabowski017 |
| 331 | | | Email from Philip Leggett | 02/10/2004 | PPPI-E052816 | PPPI-E052820 | |

43

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript | Doctdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|------------------------|----------|----------|---------|---------|--------|
| 332 | FRE 802, 901 | FRE 703 (Nawrocki) FRE 803(6) FRE 902 | FRM Strategic Plans Feb 17-18, 2004; Cryovac Monthly Model Update | 02/17/2004 | CR006-004137 | CR006-004185 | |
| 333 | FRE 901 | Pechiney Document | Notes re: ClearShield meeting | 02/19/2004 | PPPI003099 | PPPI003099 | |
| 334 | | | Executed Letter of Understanding btw. Nat'l Beef and Pechiney | 02/23/2004 | PPPI012490 | PPPI012490 | Taylor09 (30.b.6) |
| 335 | | | Email fr. Grabowski to James att. Draft letter of Understanding | 02/24/2004 | PPPI012918 | PPPI012919 | Grabowski020 |
| 336 | | | Memo from Ed Mumpower to Phil Ryan re: Comparison of LID 2050 (Europe), LID 1050, and LID 1050 S | 02/25/2004 | CR035-005096 | CR035-005100 | |
| 337 | | | Email fr. Tom Grabowski to Steve James attaching Letter of Understanding | 02/26/2004 | NBJ00393 | NBJ00394 | |
| 338 | | | Letter of Understanding between National Beef and Pechiney | 02/27/2004 | PPPI012597 | PPPI012597 | Taylor024 |

44

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx# | Objection | Basis for Admissibility | Description | Docdate | Begdoc# | Enddoc# | Depoid# |
|---|---|---|---|---|---|---|---|
| 339 | | | Flexible Packaging Rebate Program Request: Nat'l Beef | 03/01/2004 | PPPI-E111122 | PPPI-E111124 | Grabowski025 |
| 340 | | | Flexible Packaging Rebate Program Request: Nat'l Beef | 03/01/2004 | PPPI-E111125 | PPPI-E111127 | Grabowski026 |
| 341 | | | Flexible Packaging Rebate Program Request: Nat'l Beef | 03/01/2004 | PPPI-E111131 | PPPI-E111132 | Grabowski027 |
| 342 | FRE 403 | FRE 402: see PTO Ex. 2 III.A. 2. i - iii | Nat'l Beef - Cryovac Case Ready Rebates | 03/03/2004 | CR035-002636 | CR035-002636 | |
| 343 | | | Memorandum from M. Douglas to CS Steering Committing | 03/04/2004 | PPPI006261 | PPPI006264 | |
| 344 | | | E-mail from M. Douglas to F. Kitchel | 03/10/2004 | PPPI003192 | PPPI003194 | |
| 345 | | | Email fr. Anthony York | 03/10/2004 | NBW00073 | NBW00074 | |
| 346 | | | "Materials Key" for chemical components used to make films at Pechiney | 03/15/2004 | PPPI004888 | PPPI004893 | |
| 349 | | | Internal email from Frank Kitchel | 03/23/2004 | PPPI-E054203 | PPPI-E054203 | Kitchel021 |

-45-

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Description | Disodate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|------------------------|-------------|----------|---------|---------|--------|
| 350 | | | Internal emails to/ from Robert Taylor and Frank Kitchel et al. | 03/23/2004 | PPPI-E054239 | PPPI-E054240 | |
| 351 | | | Alcan Meat and Dairy Operating Results April 2004 | 04/00/2004 | PPPI011364 | PPPI011427 | |
| 354 | | | Pechiney Internal email chain | 04/09/2004 | PPPI-E050054 | PPPI-E050057 | Kitchel010; Taylor019 |
| 355 | | | Mocon thickness measurement results from Pechiney | 04/14/2004 | PPPI006867 | PPPI006880 | |
| 356 | | | E-mail from M. Douglas to Anne Ehrenberger and Chad Mueller | 04/20/2004 | PPPI004571 | PPPI004573 | |
| 357 | FRE 802, 901 | FRE 803(6) FRE 902 | Internal Cryovac memo from J. Mize's files | 04/27/2004 | CR004-000760 | CR004-000763 | |
| 358 | | | DZ-9500 Manufacturing Specification From Pechiney | 04/29/2004 | PPPI006475 | PPPI006487.0 | |
| 359 | FRE 402-1, 403-1 | FRE 402: see PTO Ex. 5 I.A., Ex. 2 I., and Ex. P to Kimmel 05/19/05 report | TSR 30063 Comments - Pechiney Clearshield Analysis Report and Data | 05/17/2004 | | | Exhibit P to Kimmel 5/19/2005 report |

46

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript | Docdate | Begdoc# | Enddoc# | Depoid |
|---|---|---|---|---|---|---|---|
| 360 | FRE 402-1, 403-1, 802, 901 | FRE 402: see PTO Ex. 5 I.A. and Ex. 2 I., FRE 803(6) FRE 703 (Kimmel, Ex. Q to Kimmel 05/19/05 report) FRE 902 | TSR 30179 - Physical Properties of Pechiney's ClearShield Bag 4.0 mils Report and Data | 05/18/2004 | | | Exhibit Q to Kimmel 5/19/2005 report |
| 362 | | | Internal Cryovac memo by J. Mize | 06/14/2004 | CR004-003001 | CR004-003002 | |
| 363 | | | Clearshield advertisement | 06/16/2004 | CR006-002812 | CR006-002812 | |
| 364 | | | Clearshield advertisements | 06/16/2004 | CR014-000449 | CR014-000452 | Gardner 011 |
| 366 | | | Experiment and Development Order re: DZ-9500 | 06/28/2004 | PPPI003408 | PPPI003410 | |

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List

(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descriptn | Docdate | Begdoc# | Enddoc# | Depoid: |
|-----|-----------|------------------------|-----------|---------|---------|---------|---------|
| 367 | FRE 402, 403 | FRE 402: see PTO Ex. 2 III.A. 2, IV., V. Evidences that Curwood was not an acceptable alternative–National Beef selected Cryovac's product and not Curwood's product as a replacement when National Beef encountered problems with Clearshield® | E-mail from Taylor to various Pechiney employees | 07/21/2004 | PPPI-E047316 | PPPI-E047317 | Wilkerson048 Taylor026 |
| 368 | | | Pechiney Boneguard Reimbursement report | 07/27/2004 | PPPI013082 | PPPI013085 | Grabowski024 |
| 369 | | | Report "ClearShield Hormel PD Update" | 07/28/2004 | PPPI003147 | PPPI003149 | |
| 370 | FRE 402, 403 | Competitive Privilege; MIL 5 if denied | E-mail from L. Borgan to M. Douglas | 07/29/2004 | PPPI003150 | PPPI003152 | |
| 371 | | | Meat & Dairy Business Operating Results | 08/00/2004 | PPPI011692 | PPPI011753 | Kitchel025 |
| 372 | | | Product Data and Process Conditions For ClearShield Film | 08/02/2004 | PPPI006881 | PPPI006886 | |

48

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx# | Objection | Basis for Admissibility | Descript | Docdate | Begdoc# | Enddoc# | Depoid |
|------|-----------|------------------------|----------|---------|---------|---------|--------|
| 374 | | | ClearShield Food and Specialty Product Development Meeting slides | 08/20/2004 | PPPI003139 | PPPI003146 | Taylor014 |
| 375 | | | Email from Corey Hoskinson to Brenden McCullough | 08/21/2004 | NBJ00262 | NBJ00262 | Wilkerson 047 |
| 377 | | | Report re: National Beef Ink Rub/Chemical Resistance | 08/31/2004 | PPPI006862 | PPPI006866 | |
| 380 | FRE 402, 403 | FRE 402: see PTO Ex. 5 I.A. and Ex. F to Wilkes 07/15/05 report | Project Progress Report re: Improved LID 1050 | 09/01/2004 | CR030-004712 | CR030-004712 | |
| 381 | | May be withdrawn if MIL 4 granted | Executed Supply Agmt btw. Pechiney and Land O' Lakes | 09/01/2004 | PPPI014104 | PPPI014116 | Taylor 30(b)(6) 08 |
| 382 | FRE 402-1, 403-1 | Competitive Privilege; MIL 5 if denied | Email from Stephen.Tobias to Steve James re: Monthly meeting attachment | 09/02/2004 | NBJ00253 | NBJ00254 | Wilkerson 049 |
| 383 | | | Email from Terry Wilkerson to Carey Hoskinson | 09/08/2004 | NBJ00249 | NBJ00250 | Wilkerson 050 |
| 384 | | | Clearshield Project Status - Review Meeting Slides | 09/13/2004 | PPPI006306 | PPPI006321 | |

49

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility*

| Ptx | Objection | Basis for Admissibility | Description | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|------------------------|-------------|---------|---------|---------|--------|
| 385 | | | Alcan (Pechiney) Analytical Lab Test Request and Results | 09/17/2004 | PPPI003411 | PPPI003416 | |
| 386 | | May be withdrawn if MIL 4 granted | Executed Supply Agmt. btw. Pechiney and Schreiber | 10/01/2004 | PPPI014122 | PPPI014131 | Taylor 30(b)(6) 05 |
| 387 | | | Project Closing Report re: Improved LID 550/1050 | 10/12/2004 | CR049-000003 | CR049-000007 | |
| 388 | | | Pechiney Z-9001-F Manufacturing Specification | 10/22/2004 | PPPI010925 | PPPI010928 | Douglas 30(b)(6) 009 |
| 389 | | | Pechiney Z-9002-F Manufacturing Specification | 10/22/2004 | PPPI010619 | PPPI010622 | |
| 390 | FRE 402-1, 403-1 | Competitive Privilege; MIL 5 if denied | Email fr. C. Hoskinson to T. Wilkerson & S. James | 11/10/2004 | NBJ00202 | NBJ00204 | |
| 391 | FRE 402-1, 403-1 | Competitive Privilege; MIL 5 if denied | Email from Nichole Fegley | 11/15/2004 | NBJ00199 | NBJ00201 | James 01 |
| 393 | | | Notes re: National Beef 21x33 B1 Chuck Bag | 12/20/2004 | PPPI006739 | PPPI006740 | |
| 394 | | | 2005 Consolidated Business Goals | 00/00/2005 | CR006-007300 | CR006-007301 | Gardner 08 Mize 014 |

-50-

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|------------------------|----------|---------|---------|---------|--------|
| 395 | | | Meat & Dairy Business Operating Results, January 2005 [w/ JSHAW notes] | 01/00/2005 | PPPI012047 | PPPI012092 | |
| 396 | | May be withdrawn if MIL 4 granted | Executed Purchase Agreement btw. Pechiney and Bar-S | 01/01/2005 | PPPI014089 | PPPI014103 | Taylor 30(b)(6) 03 |
| 397 | | | "2005 Fresh Meat Business Plan" by Frank Kitchel | 01/16/2005 | PPPI-E054564 | PPPI-E054590 | Taylor029 |
| 398 | FRE 402-1, 403-1 | Competitive Privilege; MIL 5 if denied | Email from Nichole Fegley re: Back Rib Leaker % Rp | 01/31/2005 | NBJ00154 | NBJ00156 | Jannes 02 |
| 399 | | | Cryovac and sales volume for TBG bags at National Beef for 2003 | 02/15/2005 | CR010-007816 | CR010-007816 | Deily041 |
| 400 | | May be withdrawn if MIL 4 granted | Executed Letter btw. Pechiney and Intercames re: volume incentive purchasing program | 02/15/2005 | PPPI014143 | PPPI014143 | Taylor 30(b)(6) 06 |
| 401 | | | Meat & Dairy Business Operating Results, March 2005 | 03/00/2005 | PPPI012206 | PPPI012243 | |
| 402 | | | Cryovac Pricing for White Case Ready Trays | 04/00/2005 | PPPI-E115334 | PPPI-E115334 | |

-51-

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & LR. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Description | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|------------------------|-------------|---------|---------|---------|--------|
| 403 | | | Food Americas - N.A. Meat & Dairy, updated 4/22/05 | 04/22/2005 | PPPI-E057932 | PPPI-E057969 | Kitchel027 |
| 404 | FRE 402, 802, 901 | FRE 402: see PTO Ex. 5 I.C. and PTO Ex. 2 IV. FRE 703 (Nawrocki) FRE 803(17) IDed by Nawrocki | License information from Royalty Source IP database | 05/16/2005 | CR061-000890 | CR061-000936 | |
| 405 | | | Email fr. F. Kitchel fwd'g email to J. Hoeper | 05/18/2005 | PPPI-E115333 | PPPI-E115333 | |
| 406 | | | Team Smithfield's Weekly Report | 05/30/2005 | PPPI-E111393 | PPPI-E111400 | |
| 407 | | | Email fr. R. Gregory to F. Kitchel w/ attachment | 05/31/2005 | PPPI012664 | PPPI012670 | |
| 408 | | | Email from R. Gregory | 05/31/2005 | PPPI012691 | PPPI012692 | |
| 409 | | | Email from Grabowski to Kitchel | 05/31/2005 | PPPI012693 | PPPI012696 | Kitchel019 |
| 410 | | | Indemnification and hold-harmless agreement between Pechiney and National Beef | 06/30/2005 | PPPI013482 | PPPI013482 | Company010 |

52

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descrip | Docdate | Begdoc# | Entdoc# | Depid |
|---|---|---|---|---|---|---|---|
| 411 | | | Indemnification and hold-harmless agreement between Pechiney and National Beef | 06/30/2005 | PPPI013493 | PPPI013493 | Wilkerson052 |
| 412 | | | Meat & Dairy N. America Major Accounts – Net Sales | 07/00/2005 | PPPI-E092366 | PPPI-E092414 | Nawrocki019 |
| 413 | | | Alcan Packaging Food Packaging Americas, Fresh Meat Fact Base | 07/00/2005 | PPPI-E115981 | PPPI-E115991 | |
| 414 | | | Email fr. F. Kitchel w/ attachment | 07/14/2005 | PPPI-E116169 | PPPI-E116170 | |
| 415 | FRE 402 | Gilbert's bias (Pechiney's consultant) | E-mail from B. O'Donnell to M. Feldstein regarding Feldstein's 8/1/05 letter. | 08/02/2005 | | | |
| 416 | | | E-mail from T. Grabowski to F. Kitchel | 08/12/2005 | PPPI-E112624 | PPPI-E112625 | |
| 417 | | | E-mail from M. Douglas to S. Meyer (with attachment) | 09/15/2005 | PPPI-E113385 | PPPI-E113393 | |
| 418 | | | E-mail from F. Kitchel to L. Bogran | 09/16/2005 | PPPI-E113995 | PPPI-E113996 | |

-53-

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|------------------------|----------|---------|---------|---------|--------|
| 419 | | | E-mail from M. Douglas to L. Bogran | 09/20/2005 | PPPI-EI13608 | PPPI-EI13609 | |
| 420 | | | E-mail from B. Bache to T. Grabowski | 09/21/2005 | PPPI-EI14020 | PPPI-EI14020 | |
| 421 | | | E-mail from M. Douglas | 09/28/2005 | PPPI-EI13719 | PPPI-EI13720 | |
| 422 | | | E-mail from M. Douglas to T. Lee | 09/28/2005 | PPPI-EI13722 | PPPI-EI13723 | |
| 423 | | | E-mail from M. Douglas | 09/29/2005 | PPPI-EI13773 | PPPI-EI13773 | |
| 424 | | | Email fr. F. Kitchel to R. Nangia | 10/02/2005 | PPPI-EI17499 | PPPI-EI17499 | |
| 425 | | | Email fr. F. Kitchel to R. Nangia | 10/05/2005 | PPPI-EI17525 | PPPI-EI17525 | |
| 426 | | | E-mail from L. Bogran to C. Clifton and A. Aberle | 10/11/2005 | PPPI-EI17763 | PPPI-EI17764 | |
| 427 | | | Shrink Bag Cost Reduction | 10/13/2005 | PPPI-EI17878 | PPPI-EI17895 | |
| 428 | | | Email fr. R. Nangia | 10/13/2005 | PPPI-EI17873 | PPPI-EI17874 | |

54

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript | Dtdate | Bigdoc# | Enddoc# | Depold |
|-----|-----------|-------------------------|----------|--------|---------|---------|--------|
| 429 | | | Email fr. T. Grabowski | 10/20/2005 | PPPI-E117970 | PPPI-E117971 | |
| 430 | FRE 402, 403, 701, 802 | FRE 402: See PTO Ex. 2 IV. (Cryovac's lost profits) FRE 701 Declarant testifying at trial | Affidavit of Karl Deily in Support of Cryovac's Memorandum in Opposition to Pechiney's Motion for Partial Summary Judgement of Lost Profits | 11/18/2005 | | | |
| 432 | FRE 802 | FRE 703 (Nawrocki) FRE 1006 (Summary of information from FRE 803(6) records) | Cryovac v. Pechiney - Summary of Lost Profits on TBG Bags to Nat'l Beef | 00/00/0000 | | | Nawrocki Expert Report Ex. 3 - 3b |
| 433 | FRE 802 | FRE 703 (Nawrocki) FRE 1006 (Summary of information from FRE 803(6) records) | Cryovac v. Pechiney - Summary of Lost Profits on TBG Bags to Packerland | 00/00/0000 | | | Nawrocki Expert Report Ex. 4 - 4a |
| 434 | FRE 802 | FRE 703 (Nawrocki) FRE 1006 (Summary of information from FRE 803(6) records) | Cryovac v. Pechiney - Summary of Lost Profits on National Beef Contract | 00/00/0000 | | | Nawrocki Expert Report Ex. 5 - 5c |
| 435 | FRE 802 | FRE 703 (Nawrocki) FRE 1006 (Summary of information from FRE 803(6) records) | Cryovac v. Pechiney - Financial Summary of Cryovac Sales to Nat'l Beef | 00/00/0000 | | | Nawrocki Expert Report Ex. 6 |

55

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11:  Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript | Docdate | Begdoc# | Enddoc# | Depid |
|---|---|---|---|---|---|---|---|
| 436 | FRE 802 | FRE 703 (Nawrocki) FRE 1006 (Summary of information from FRE 803(6) records) | Cryovac v. Pechiney - Cryovac Lost Sales of TBG Bags to Nat'l Beef | 00/00/0000 | | | Nawrocki Expert Report Ex. 7 |
| 437 | FRE 802 | FRE 703 (Nawrocki) FRE 1006 (Summary of information from FRE 803(6) records) | Cryovac v. Pechiney - Cryovac Total Lost Sales to Nat'l Beef | 00/00/0000 | | | Nawrocki Expert Report Ex. 8 - 8a |
| 438 | | | Maraflex bags / CleanShield bags comparison/specs | 00/00/0000 | PPPI-E115035 | PPPI-E115038 | |
| 439 | | | Dodge City Bag Usage | 00/00/0000 | PPPI-E115450 | PPPI-E115452 | |
| 440 | | | Hand-written note re: discussion | 00/00/0000 | NBW00003 | NBW00003 | Wilkerson 012 |
| 441 | FRE 802, 901 | FRE 703 (Nawrocki) FRE 1006 (Summary of information from FRE 803(6) records) | Cryovac/Nat'l Beef Sales Projections | 00/00/0000 | C100-000125 | C100-000126 | |
| 442 | | | Advertisement for New Curwood ArmorX Technology | 00/00/0000 | PPPI002285 | PPPI002286 | |
| 443 | | | Project LARI: Cause and Effect Matrix | 00/00/0000 | PPPI003297 | PPPI003297 | |

-56-

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

**Exhibit 11: Cryovac's Trial Exhibit List**
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript | Docdate | Begdoc# | Enddoc# | Depoid |
|---|---|---|---|---|---|---|---|
| 444 | | | Document outlining structure contents | 00/00/0000 | PPPI002491 | PPPI002496 | |
| 445 | | | Chart regarding Boneguard Development | 00/00/0000 | PPPI003341 | PPPI003341 | |
| 446 | FRE 402, 403, 802, 901 | FRE 402: see PTO Ex. 5 I.C. and PTO Ex. 2 IV. FRE 703 (Nawrocki) FRE 803(6) Pechiney Document | "Strategic Market Overview - Shrink Bags" | 00/00/0000 | PPPI-E057028 | PPPI-E057028 | Company009 |
| 447 | FRE 701, 802 | FRE 703 (Nawrocki) FRE 803(6) | Copy of Fresh Red Meat Marketing Meeting Agenda of Feb. 5 - 6, 2002, and attachment from Stockley's files | 00/00/0000 | CR006-004559 | CR006-004561 | |
| 448 | FRE 802, 901 | FRE 703 (Nawrocki) IDed by Nawrocki (Nawrocki 7/12/05 depo. Ex. 6 | Nawrocki deposition binder | 00/00/0000 | | | Nawrocki006 |
| 451 | | | Pechiney Repeatability and Reproducibility Study | 00/00/0000 | PPPI005104 | PPPI005104 | |

57

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|------------------------|----------|---------|---------|---------|--------|
| 452 | FRE 402 | FRE 402: see PTO Ex. 5 I.C and PTO Ex. 2 IV. (evidences customers to whom Clearshield® sold, Clearshield® sold, product specifications used to make Clearshield® sold and amount of sales of Clearshield® sold) | Pechiney's Supplemental Sales Information for 2005 and 1-2/2006 produced on 3/13/2006 | 00/00/2005 | | | |
| 453 | FRE 402 | FRE 402: see PTO Ex. 5 I.C and PTO Ex. 2 IV. (evidences customers to whom Clearshield® sold, Clearshield® sold, product specifications used to make Clearshield® sold and amount of sales of Clearshield® sold) | Pechiney's Supplemental Sales Information for 2004 produced on 3/15/2006 | 00/00/2004 | | | |
| 454 | FRE 402 | FRE 402: see PTO Ex. 5 I.C and PTO Ex. 2 IV. (evidences customers to whom Clearshield® sold, Clearshield® sold, product specifications used to make Clearshield® sold and amount of sales of Clearshield® sold) | Pechiney's Supplemental Sales Information for 3/2006 produced on 3/22/2006 | 00/00/2006 | | | |

-58-

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11:  Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility*)

| Ptx | Objection | Basis for Admissibility | Descript | Docdate | Begdoc# | Enddoc# | Depoid |
|---|---|---|---|---|---|---|---|
| 455 | FRE 802, 1002 | FRE 703 (Nawrocki) FRE 1006 FRE 803(6) | Cryovac's Supplemental financial statements for 2005 produced in response to Pechiney's 3/13/06 request | 00/00/2005 | C300-000001 | C300-000004 | |
| 456 | FRE 802, 1002 | Declarant testifying at trial FRE 703 (Nawrocki) FRE 803(6) FRE 1006 (Summary of information from FRE 803(6) records) | F.R.E. 1006 Summary - Schedule 1 to Cryovac's Itemized Statement of Damages | 00/00/0000 | | | |
| 457 | FRE 802, 1002 | Declarant testifying at trial FRE 703 (Nawrocki) FRE 803(6) FRE 1006 (Summary of information from FRE 803(6) records) | F.R.E. 1006 Summary - Schedule 2 to Cryovac's Itemized Statement of Damages | 00/00/0000 | | | |
| 458 | FRE 802, 1002 | Declarant testifying at trial FRE 703 (Nawrocki) FRE 803(6) FRE 1006 (Summary of information from FRE 803(6) records) | F.R.E. 1006 Summary - Schedule 2A to Cryovac's Itemized Statement of Damages | 00/00/0000 | | | |

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|-------------------------|----------|---------|---------|---------|--------|
| 459 | FRE 802, 1002 | Declarant testifying at trial<br>FRE 703 (Nawrocki)<br>FRE 803(6)<br>FRE 1006 (Summary of information from FRE 803(6) records) | F.R.E. 1006 Summary - Schedule 2B to Cryovac's Itemized Statement of Damages | 00/00/0000 | | | |
| 460 | FRE 802, 1002 | Declarant testifying at trial<br>FRE 703 (Nawrocki)<br>FRE 803(6)<br>FRE 1006 (Summary of information from FRE 803(6) records) | F.R.E. 1006 Summary - Schedule 3 to Cryovac's Itemized Statement of Damages | 00/00/0000 | | | |
| 461 | FRE 802, 1002 | Declarant testifying at trial<br>FRE 703 (Nawrocki)<br>FRE 803(6)<br>FRE 1006 (Summary of information from FRE 803(6) records) | F.R.E. 1006 Summary - Schedule 3A to Cryovac's Itemized Statement of Damages | 00/00/0000 | | | |
| 462 | FRE 802, 1002 | Declarant testifying at trial<br>FRE 703 (Nawrocki)<br>FRE 803(6)<br>FRE 1006 (Summary of information from FRE 803(6) records) | F.R.E. 1006 Summary - Schedule 3B to Cryovac's Itemized Statement of Damages | 00/00/0000 | | | |

-60-

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Description | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|------------------------|-------------|---------|---------|---------|--------|
| 463 | FRE 802, 1002 | Declarant testifying at trial<br>FRE 703 (Nawrocki)<br>FRE 803(6)<br>FRE 1006 (Summary of information from FRE 803(6) records) | F.R.E. 1006 Summary - Schedule 4 to Cryovac's Itemized Statement of Damages | 00/00/0000 | | | |
| 464 | FRE 802, 1002 | Declarant testifying at trial<br>FRE 703 (Nawrocki)<br>FRE 803(6)<br>FRE 1006 (Summary of information from FRE 803(6) records) | F.R.E. 1006 Summary - Schedule 4A to Cryovac's Itemized Statement of Damages | 00/00/0000 | | | |
| 465 | FRE 802, 1002 | Declarant testifying at trial<br>FRE 703 (Nawrocki)<br>FRE 803(6)<br>FRE 1006 (Summary of information from FRE 803(6) records) | F.R.E. 1006 Summary - Schedule 5 to Cryovac's Itemized Statement of Damages | 00/00/0000 | | | |
| 466 | FRE 802, 1002 | Declarant testifying at trial<br>FRE 703 (Nawrocki)<br>FRE 803(6)<br>FRE 1006 (Summary of information from FRE 803(6) records) | F.R.E. 1006 Summary - Schedule 5A to Cryovac's Itemized Statement of Damages | 00/00/0000 | | | |

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descrip | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|------------------------|---------|---------|---------|---------|--------|
| 467 | FRE 802, 1002 | Declarant testifying at trial<br>FRE 703 (Nawrocki)<br>FRE 803(6)<br>FRE 1006 (Summary of information from FRE 803(6) records) | F.R.E. 1006 Summary - Schedule 5B to Cryovac's Itemized Statement of Damages | 00/00/0000 | | | |
| 468 | FRE 802, 1002 | Declarant testifying at trial<br>FRE 703 (Nawrocki)<br>FRE 803(6)<br>FRE 1006 (Summary of information from FRE 803(6) records) | F.R.E. 1006 Summary - Schedule 5C to Cryovac's Itemized Statement of Damages | 00/00/0000 | | | |
| 469 | FRE 802, 1002 | Declarant testifying at trial<br>FRE 703 (Nawrocki)<br>FRE 803(6)<br>FRE 1006 (Summary of information from FRE 803(6) records) | F.R.E. 1006 Summary - Schedule 5D to Cryovac's Itemized Statement of Damages | 00/00/0000 | | | |
| 470 | FRE 802, 1002 | Declarant testifying at trial<br>FRE 703 (Nawrocki)<br>FRE 803(6)<br>FRE 1006 (Summary of information from FRE 803(6) records) | F.R.E. 1006 Summary - Schedule 6 to Cryovac's Itemized Statement of Damages | 00/00/0000 | | | |

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descrip. | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|------------------------|----------|---------|---------|---------|--------|
| 471 | FRE 802, 1002 | Declarant testifying at trial FRE 703 (Nawrocki) FRE 803(6) FRE 1006 (Summary of information from FRE 803(6) records) | F.R.E. 1006 Summary - Schedule 6A to Cryovac's Itemized Statement of Damages | 00/00/0000 | | | |
| 472 | FRE 802, 1002 | Declarant testifying at trial FRE 703 (Nawrocki) FRE 803(6) FRE 1006 (Summary of information from FRE 803(6) records) | F.R.E. 1006 Summary - Schedule 6B to Cryovac's Itemized Statement of Damages | 00/00/0000 | | | |
| 473 | FRE 802, 1002 | Declarant testifying at trial FRE 703 (Nawrocki) FRE 803(6) FRE 1006 (Summary of information from FRE 803(6) records) | F.R.E. 1006 Summary - Schedule 6C to Cryovac's Itemized Statement of Damages | 00/00/0000 | | | |
| 474 | FRE 802, 1002 | Declarant testifying at trial FRE 703 (Nawrocki) FRE 803(6) FRE 1006 (Summary of information from FRE 803(6) records) | F.R.E. 1006 Summary - Schedule 6D to Cryovac's Itemized Statement of Damages | 00/00/0000 | | | |

63

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Description | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|------------------------|-------------|---------|---------|---------|--------|
| 475 | FRE 802, 1002 | Declarant testifying at trial FRE 703 (Nawrocki) FRE 803(6) FRE 1006 (Summary of information from FRE 803(6) records) | F.R.E. 1006 Summary - Schedule 6E to Cryovac's Itemized Statement of Damages | 00/00/0000 | | | |
| 476 | FRE 802, 1002 | Declarant testifying at trial FRE 703 (Nawrocki) FRE 803(6) FRE 1006 (Summary of information from FRE 803(6) records) | F.R.E. 1006 Summary - Schedule 7 to Cryovac's Itemized Statement of Damages | 00/00/0000 | | | |
| 477 | FRE 402 | FRE 402: see PTO Ex. 5 I.C. and PTO Ex. 2 IV. (damages-evidence Clearshield® unsold inventory made by Pechiney during term of '419 patent) | E-mail providing Pechiney's inventory of ClearShield manufactured but not sold as of 3/21/06, produced 3/29/2006 | 03/29/2006 | | | |

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descrip | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|------------------------|---------|---------|---------|---------|--------|
| 478 | FRE 802, 901, 1002 | FRE 803(6) ID at trial FRE 1006 (Summary of information from FRE 803(6) records) | F.R.E. 1006 Summary - All Film Manufacturing Specifications Pechiney Used to Make ClearShield Products Sold or in Inventory from 2004 through March 21, 2006 Infringe Claim 11 of the '419 Patent | 00/00/0000 | | | |
| 479 | FRE 802, 901, 1002 | FRE 803(6) ID at trial FRE 1006 (Summary of information from FRE 803(6) records) | F.R.E. 1006 Summary - All Bagging Specifications and Their Corresponding Film Manufacturing Specifications Used to Make ClearShield Products Sold or in Inventory from 2004 through March 21, 2006 | 00/00/0000 | | | |
| 480 | | | DM-0200 ClearShield printing specification | 04/29/2004 | PPPI010703 | PPPI010707 | |
| 481 | | | DB-3200 ClearShield bagging specifications (v. 1-3) | 09/14/2004 | PPPI010739 | PPPI010756 | |
| 482 | | | DB-3201 ClearShield bagging specifications (v. 1-4) | 09/16/2004 | PPPI010769 | PPPI010792 | |
| 483 | | | DB-3300 ClearShield bagging specifications (v. 1-4) | 09/14/2004 | PPPI010825 | PPPI010850 | |

65

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descrip | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|-------------------------|---------|---------|---------|---------|--------|
| 484 | | | DB-3350 ClearShield bagging specifications (v. 1-4) | 09/16/2004 | PPPI010881 | PPPI010905 | |
| 485 | | | DB-3352 ClearShield bagging specification | 12/23/2004 | PPPI010916 | PPPI010920 | |
| 486 | | | B-3200 ClearShield bagging specifications (v. A-C) | 04/04/2005 | PPPI010727 | PPPI010738 | |
| 487 | | | B-3201 ClearShield bagging specifications (v. A-C) | 04/04/2005 | PPPI010757 | PPPI010768 | |
| 488 | | | B-3300 ClearShield bagging specifications (v. A-D) | 04/08/2005 | PPPI010809 | PPPI010824 | |
| 489 | | | B-3301 ClearShield bagging specifications (v. A-D) | 04/08/2005 | PPPI010851 | PPPI010866 | |
| 490 | | | B-3302 ClearShield Bagging Specification | 04/08/2005 | PPPI010877 | PPPI010880 | |
| 491 | | | DZ-9000 ClearShield manufacturing specification | 02/09/2004 | PPPI003536 | PPPI003539 | Douglas 30(b)(6) 005 |

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|-------------------------|----------|---------|---------|---------|--------|
| 492 | | | DZ-9001 ClearShield manufacturing specifications (v. 1-2) | 09/14/2004 | PPPI010949 | PPPI010956 | |
| 493 | | | DZ-9500 ClearShield manufacturing specifications (v. 1-2) | 09/02/2004 | PPPI010659 | PPPI010667 | |
| 494 | | | DZ-9501 ClearShield manufacturing specifications (v. 1-2) | 09/16/2004 | PPPI010668 | PPPI010676 | |
| 495 | | | DZ-9502 ClearShield manufacturing specifications (v. 1-3) | 12/23/2004 | PPPI010677 | PPPI010690 | |
| 496 | | | Z-9001 ClearShield manufacturing specifications (v. A-F) | 04/08/2005 | PPPI 010925 | PPPI 010948 | |
| 497 | | | Z-9003 ClearShield manufacturing specification | 04/08/2005 | PPPI010651 | PPPI010653 | |
| 498 | | | Z-9010 ClearShield manufacturing specifications (v. A-B) | 12/12/2005 | PPPI014327 | PPPI014338 | |

67

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|------------------------|----------|---------|---------|---------|--------|
| 499 | FRE 402 | FRE 402: see PTO Ex. 5 I.A. and PTO Ex. 2 I. (Damages-product specification used to make Clearshield® inventory made during '419 patent term) | E-mail from Pechiney providing ClearShield specification information regarding specifications used to make ClearShield products held in Pechiney's inventory as of 3/21/06, produced 4/4/2006 | 04/04/2006 | | | |
| 500 | FRE 402 | FRE 402: see PTO Ex. 5 I.A. and PTO Ex. 2 I. (Damages-product specifications used to make Clearshield® sold in Jan. and Feb. of 2006) | Pechiney Supplemental Information regarding ClearShield sold between 1/1/2006 and 2/28/2006, produced 4/7/2006 | 04/07/2006 | PPPI014339 | PPPI014340 | |
| 501 | FRE 403 | FRE 402 - DX 549 | Notice of Abandonment and related U.S.P.T.O. information regarding abandonment of Pechiney's U.S. patent application 10/734,401 (publication no. 2004-0173491 A1) | 02/10/2005 | | | |
| 502 | FRE 403 | FRE 402 - DX 550 | Notice of Abandonment and related U.S.P.T.O. information regarding abandonment of Pechiney's U.S. patent application 10/735,491 (publication no. 2004-0173932 A1) | 02/23/2005 | | | |

68

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List

(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript. | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|-------------------------|-----------|---------|---------|---------|--------|
| 503 | FRE 403 | FRE 402 - DX 551 | Notice of Abandonment and related U.S.P.T.O. information regarding abandonment of Pechiney's U.S. patent application 10/735,567 (publication no. 2004-0173944 A1) | 02/10/2005 | | | |
| 504 | FRE 403 | FRE 402 - DX 552 | Notice of Abandonment and related U.S.P.T.O. information regarding abandonment of Pechiney's U.S. patent application 10/735,134 (publication no. 2004-0175464 A1) | 05/19/2005 | | | |
| 505 | FRE 403 | FRE 402 - DX 553 | Notice of Abandonment and related U.S.P.T.O. information regarding abandonment of Pechiney's U.S. patent application 10/735,137 (publication no. 2004-0175465 A1) | 04/13/2005 | | | |
| 506 | FRE 403 | FRE 402 - DX 554 | Notice of Abandonment and related U.S.P.T.O. information regarding abandonment of Pechiney's U.S. patent application 10/735,366 (publication no. 2004-0175466 A1) | 05/20/2005 | | | |

69

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|-------------------------|----------|---------|---------|---------|--------|
| 507 | FRE 403 | FRE 402 - DX 555 | Notice of Abandonment and related U.S.P.T.O. information regarding abandonment of Pechiney's U.S. patent application 10/735,485 (publication no. 2004-0175467 A1) | 04/11/2005 | | | |
| 508 | FRE 403 | FRE 402 - DX 556 | Notice of Abandonment and related U.S.P.T.O. information regarding abandonment of Pechiney's U.S. patent application 10/734,528 (publication no. 2004-0175592 A1) | 04/13/2005 | | | |
| 509 | | | Pechiney advertisement/promotional material for ClearShield: "pitch the patch." | 00/00/2004 | PPPI014298 | PPPI014298 | |
| 510 | | | ClearShield advertisement/promotional materials | 00/00/2005 | PPPI014296 | PPPI014297 | |
| 511 | | | Pechiney's Second Supplemental Response to Cryovac's Interrogatory No. 3, verified by F. Kitchel 4/7/2006 | 04/07/2006 | | | |

70

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript | Docdate | Begdoc# | Enddoc# | Depoid |
|---|---|---|---|---|---|---|---|
| 512 | | | Pechiney report regarding "ClearShield Oriented Film Development" | 00/00/0000 | PPPI006287 | PPPI006289 | |
| 513 | | | Pechiney report regarding Pechiney Meat & Dairy Business Request for Change in Appropriation; Project Lari - Bone-in Shrink Bags" | 00/00/0000 | PPPI008185 | PPPI008186 | |
| 514 | | | Pechiney spreadsheet regarding "Flexible Packaging North America Economic Evaluation & Financial Data" | 03/27/2003 | PPPI008187 | PPPI008188 | |
| 515 | | | E-mail from F. Kitchel to Pechiney employees regarding "RFA update" and forwarding Powerpoint presentation titled "Project Lari Bone-in Shrink Bag Business Expansion Capital Request" | 04/17/2003 | PPPI005884 | PPPI005899 | |
| 516 | | | Powerpoint presentation slides regarding "Project Lari Bone-in Shrink Bag Business Expansion Capital Request" and signed capital approval request | 04/16/2003 | PPPI008189 | PPPI008204 | |

71

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11: Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript | Docdate | Begdoc# | Enddoc# | Depoid |
|-----|-----------|-------------------------|----------|---------|---------|---------|--------|
| 517 | | | Pechiney Meat & Dairy Business Operating Results, March 2004 | 03/00/2004 | PPPI011302 | PPPI011363 | |
| 518 | | | Pechiney Meat & Dairy Business Operating Results, May 2004 | 05/00/2004 | PPPI011428 | PPPI011499 | |
| 519 | | | Pechiney Meat & Dairy Business Operating Results, June 2004 | 06/00/2004 | PPPI011500 | PPPI011560 | |
| 520 | | | Pechiney July 2004 year-to-date Division Financials | 08/17/2004 | PPPI011625 | PPPI011691 | |
| 521 | | | Pechiney Meat & Dairy Business Operating Results, September 2004 | 09/00/2004 | PPPI011754 | PPPI011817 | |
| 522 | | | Pechiney Meat & Dairy Business Operating Results, October 2004 | 10/00/2004 | PPPI011818 | PPPI011881 | |
| 523 | | | Pechiney Meat & Dairy Business Operating Results, November 2004 | 11/00/2004 | PPPI011882 | PPPI011954 | |

72

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.

Exhibit 11:  Cryovac's Trial Exhibit List
(Including Pechiney's Objections and Cryovac's Basis for Admissibility)*

| Ptx | Objection | Basis for Admissibility | Descript | Docdate | Begdoc# | Enddoc# | Depdoc |
|-----|-----------|------------------------|----------|---------|---------|---------|--------|
| 524 | | | Pechiney Meat & Dairy Business Operating Results, December 2004 | 12/00/2004 | PPPI011955 | PPPI012046 | |
| 525 | | | Pechiney Meat & Dairy Business Operating Results, February 2005 | 02/00/2005 | PPPI012128 | PPPI012205 | |
| 526 | | | Pechiney Meat & Dairy Business Operating Results, April 2005 | 04/00/2005 | PPPI012297 | PPPI012387 | |
| 527 | | | Pechiney Meat & Dairy Business Operating Results, May 2005 | 05/00/2005 | PPPI012388 | PPPI012473 | |

73

*Cryovac objects to Pechiney reserving any objection not expressly identified herein because it violates F.R.C.P. 26(a)(3) & L.R. 16.4(d)(6) because it does not give Cryovac adequate notice and opportunity to respond.