# TAB N

## TO EXHIBIT 14

# REDACTED IN FULL

# TAB O
# TO EXHIBIT 14

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CRYOVAC, INC.,
　　　　Plaintiff and Counter-Defendant,

v.

PECHINEY PLASTIC PACKAGING, INC,
　　　　Defendant and Counter-Plaintiff.

Civil Action No. 04-1278

Hon. Kent A. Jordan

### Declaration of Seymour G. Gilbert

I, Seymour G. Gilbert, declare as follows:

1.　　I received my B.S. degree in 1935, M.S. degree in 1938, and Ph.D. in 1941 from Rutgers University.

2.　　I worked at Pabst Company as a Research Chemist from 1951-1958.

3.　　I began as a principal scientist at Milprint, Inc. in 1958 and left in 1965 as the Corporate Technical Director.

4.　　I served as Professor of the Food Science Department at Rutgers University from 1965-1988.

5.　　I served as Deputy Director of the Packaging Science and Engineering Program in the Engineering School at Rutgers University from 1988-1998.

6.　　I have patents on packaging films, as well as, other areas. My 200 publications include work on polymers and their uses, including multilayer films. I consulted, designed and produced the food packaging multilayer films used on the Apollo project.

7.　　I have conducted several studies for Allied Chemicals since coming to Rutgers in 1965. I developed special tests for evaluating packaging materials, starting at Milprint, and made such studies and major research studies after coming to Rutgers with regular publication of research findings. By agreement with Allied, the results of the studies which began in 1981 were to be published. The film samples and financial aid were provided by Allied. There were two studies for Allied.

Defendant's Trial
Exhibit
690

CONFIDENTIAL SUBJEC
TO PROTECTIVE ORDE
PPPI 013828

8.    The first study for Allied was completed by 1982 and its results were described in at least: 1) the article "Study of Barrier Properties of Polymeric Films to Various Organic Aromatic Vapors" by S.G. Gilbert, E. Hatzidimitriu, C. Lai and N. Passy in the 1983 Edition of Instrumental Analysis of Foods Recent Progress Volume 1; and 2) the article "Environmental and Material Composition Effects on Film Permeability as Related to Meat Packaging" by Seymour G. Gilbert, Grace R. Huang-Lai and Christopher C. Lai presented at the 36th Annual Reciprocal Meat Conference held on June 12-15, 1983.

9.    The second study for Allied commenced around 1983 and included a film having the structure HDPE/TIE/NYLON/EVOH/NYLON/TIE/HDPE. I received all the films of the second study for Allied at the same time. The second study for Allied was described in at least: 1) the article "Nylon Film Effective Packaging" in the December 14, 1984 Journal of Commerce ("Journal of Commerce Article"); 2) the Allied Engineered Plastics News Release "Rutgers Study Confirms Nylon Barrier Properties for Food and Other Sensitive Packaging" ("Allied News Release"); and 3) the article "Odor Barrier Properties of Multi-Layer Packaging Films at Different Relative Humidities" by E. Hatzidimitriu, S.G. Gilbert and G. Loukakis in the March-April 1997 issue of Journal of Food Science ("Journal of Food Science Article").

10.    I agree with the Allied News Release that the films of the second study for Allied were coextruded.

11.    The Journal of Commerce Article disclosed nylon and EVOH used together in film structures. The first study did not include a film with nylon and EVOH used together in film structures. Only the second study included a film with nylon and EVOH used together in film structures. Therefore, the study described in the Journal of Commerce Article as "Rutgers is currently conducting additional testing for Allied" is the second study for Allied.

12.    The objectives of these two studies for Allied were to determine the physical and chemical properties of film for food packaging, principally, water, gas and odor contaminant permeabilities, and physical endurance during fabrication and its long use.

13.    Two main protocols were used for these two studies for Allied. The first

CONFIDENTIAL SUBJE
TO PROTECTIVE ORDE

PPPI 013829

was for physical properties which uses a preliminary conditioning under various environmental stress conditions of temperature and humidity followed by a severe physical stressing. We used an apparatus developed by Gelbo which used the cylindrical test films suspended between two mandrels and a motor which applied both rotation and twisting to severely stress both machine and transverse directions as related to the manufacturing process. The test is particularly useful in multilayer films held together by tie layers as it applies stress to the structure as might be applied during package formation and shipping.

14.    One of the factors for such properties is crystallinity and the degree of orientation of the various polymers used. All of the films supplied were tested independently prior to use at Rutgers for identifying physical and chemical properties prior to experimental use. This is done to ensure identity and to help interpret the results of sample films.

15.    The methods include physical tests such as: 1) Instron Tester, which provides stress data relating to orientation; 2) Cross Polarization to visualize orientation; 3) infrared tests to identify the various components of multilayer film including its chemical composition and thickness; and 4) special gas and organic vapor permeability for barrier properties by test methods developed at my laboratory known as the Gilbert-Pegaz tester.

16.    It is my recollection that results of the Instron Tester and the Cross Polarization tester showed that the 1.4 mil HDPE/TIE/NYLON/EVOH/NYLON/TIE/HDPE film, identified as Film C in the Journal of Food Science Article, was oriented.

17.    It is my recollection that the infrared spectra obtained from the individual layers of the 1.4 mil HDPE/TIE/NYLON/EVOH/NYLON/TIE/HDPE film, identified as Film C in the Journal of Food Science Article, did not show any obvious differences in either composition or thickness of the corresponding layers around the center. Such differences would have been noted in our publications.

18.    The permeation rates for Film C, as disclosed in Tables 2 and 3 of the Journal of Food Science Article, are consistent with the permeation rates of an oriented multilayer film exhibiting high barrier properties.

CONFIDENTIAL SUBJE
TO PROTECTIVE ORDI

PPPI 013830

3

19.    I was retained by Pechiney Plastic Packaging, Inc. as a consulting expert. I have consulted on matters other than the studies for Allied Chemicals.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  August ____, 2005

_____
Seymour G. Gilbert

CONFIDENTIAL SUBJ
TO PROTECTIVE ORI

4

PPPI 013831

was the physical properties which were a preliminary conditioning under various environmental stress conditions of temperature and humidity followed by a severe physical stressing. We used an apparatus developed by Gelbar which used the cylindrical test films suspended between two mandrels and a motor which applied both stretch and twisting to severely stress both machine and transverse directions as related to the manufacturing process. This test is particularly useful in multilayer films held together by the layers as it applies stress to the structures as might be applied during package formation and shipping.

14.    One of the factors for such properties is crystallinity and the degree of orientation of the various polymers used. All of the films supplied were tested independently prior to use at Rutgers for identifying physical and chemical properties prior to experimental use. This is done to ensure identity and to help interpret the results of sample films.

15.    The methods besides physical tests used are: 1) Instron Tester, which provides stress data relating to orientation; 2) Cross Polarization to visualize orientation; 3) infrared tests to identify the various components of multilayer film including its chemical composition and thickness; and 4) special gas and organic vapor permeability the barrier properties by test methods developed at my laboratory known as the Gilbert-Fraser tester.

16.    It is my recollection that results of the Instron Tester and the Cross Polarization tester showed that the 1.4 mil HDPE/TIE/NYLON/EVOH/NYLON/TIE/HDPE film, identified as Film C in the Journal of Food Science Article, was oriented.

17.    It is my recollection that the infrared spectra obtained from the individual layers of the 1.4 mil HDPE/TIE/NYLON/EVOH/NYLON/TIE/HDPE film, identified as Film C in the Journal of Food Science Article, did not show any obvious differences in either composition or thickness of the corresponding layers around the center. Such difference would have been noted in our publications.

18.    The permeation rates for Film C, as disclosed in Tables 2 and 3 of the Journal of Food Science Article, are consistent with the permeation rates of an oriented multilayer film exhibiting high barrier properties.

3

19.    I was retained by Archway Plastic Packaging, Inc. as a consulting expert. I have consulted on matters other than the studies for Allied Chemicals.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 16, 2005                    Seymour G. Gilbert
                                         Seymour G. Gilbert

4

CONFIDENTIAL SUBJE
TO PROTECTIVE ORDE

PPPI 013832

# TAB P

# TO EXHIBIT 14

## L MARKETS

will remain unchanged and range from $215 per ton on standard grade from St. Louis to $335 per ton from Cody, Wyo. Schedule prices for rayon grade caustic soda will stay $20 per ton higher than standard grade.

The latest price change is the eighth announced by domestic caustic producers. The industry-wide caustic increase began when Occidental raised prices on Oct. 29. Within days, PPG, Dow, Diamond Shamrock and LCP followed. Last week, Olin and FMC announced their own price advances.

### Benzoyl Peroxide

The U.S. Peroxygen Division of Witco Chemical Corp. has announced price increases for five benzoyl, peroxyketal and peroxyester organic peroxides effective Jan. 1, 1985.

The 8 percent price increase for the materials, range from 18 cents to 31 cents per pound in truck load quantities. New price increases for the peroxides, which are used as initiators in reinforced plastics manufacture and resin polymerization are as follows:

- BGW-70 benzoyl peroxide — 18 cents.
- BZW-75 benzoyl peroxide — 18 cents.
- BZW-80 benzoyl peroxide — 18 cents.
- USP-400P peroxyketal peroxide — 31 cents.
- Esperox 10 peroxyester peroxide — 22 cents.

The company increases have been necessitated by rising costs of raw materials.

Witco Chemical is the second producer of benzoyl peroxide to raise prices.

### Sulfur

Freeport Minerals Company, a subsidiary of Freeport-McMoRan Inc. has announced that it is rescinding part of a $15 per long ton increase in the price of domestic sulfur announced by the company Nov. 30.

To remain competitive with prices established by other major sulfur producers, Freeport is reducing the $15 per long ton increase to $10 per long ton. The change will take place immediately for all spot customers and as contracts permit.

### Pleads Guilty losure Case

As part of a plea bargain agreement, misleading charges against the three and a fourth executive will be dismissed, Smith said. The executives all are doctors.

"This is not a renegade company," Selby's lawyer, Donald Goldberg, said at the hearing. "It's a company that tries to do right."


EXHIBIT
Mount 11
2-4-05

### W-L Promotes Fino

MORRIS PLAINS, N.J. — Warner-Lambert Co. has announced the promotion of Raymond M. Fino to vice president-human resources. Mr. Fino

Defendant's Trial
Exhibit
123

## ICI Will Purchase Beatrice Chemical

CHICAGO — Imperial Chemical Industries P.L.C. and Beatrice Cos. Inc. announced Thursday that they have signed a definitive agreement by which ICI will purchase the Beatrice Chemical operations from Beatrice Cos. Inc. for a price of $750 million, payable in cash.

The transaction is expected to close in the first quarter of 1985.

Beatrice Chemical is a major producer of formulated performance plastics and composite materials and markets a wide range of specialty chemicals internationally. In the year to Feb. 28, Beatrice Chemical recorded sales of $440 million and pretax profits of $63 million (net earnings after-tax $35 million). Present indications are that sales and pre-tax profits for the current year will be about $480 million and $75 million respectively (net earnings $40 million). The book value of the assets (less liabilities) to the accounts of Beatrice Cos., Inc. amounts to approximately $155 million.

Commented John Harvey-Jones, chairman of ICI, "In a single move this immediately puts ICI among the world leaders in high growth advanced materials, furthers and the development of our international specialty chemicals business, and enhances the spread of our existing successful operations in the United States. We are delighted to have negotiated the deal with Beatrice, and we are confident that our international marketing network will increase further the growth potential of the businesses we are acquiring."

As well as bringing new businesses to ICI which are profitable in their own right, Beatrice Chemical's strong market and distribution position in specific fields will provide a powerful vehicle for ICI's own new products and technology. Beatrice Chemical will also provide a valuable complement to ICI's interests in acrylic polymer intermediates for paints and coatings, while the overall acquisition is a further major step in the growth of ICI's business in the United States.

Beatrice Chemical, which employs 3,500 people and has operations in 18 countries, principally the United States, Canada and Europe, is composed of several businesses. Fiberlite Composite Materials is a market leader in the supply of advanced composites to the defense and aerospace industries, while LNP is a leading independent supplier of reinforced thermoplastics components in the United States. The materials businesses also include Fiberlite Molding Materials, which has a strong position in reinforced engineering plastics, and Dri-Print Foils, which manufactures decorative and functional hot-stamping transfer foils.

Beatrice Chemical's other businesses are primarily in the supply of specialty chemicals and associated customer services. Stahl and Paule Chemicals are world leaders in the supply of finishes for leather.

"This is our largest acquisition since we bought Atlas Chemical Industries Inc. in 1971," said Brian Smith, ICI director for the Americas.

## Carbide Accident Spurs Closer Look at OSHA

WASHINGTON — Lawmakers here questioned whether federal officials have been vigilant enough in protecting workers at Union Carbide's West Virginia chemical plant in light of the devastating chemical accident in India.

At a congressional hearing, Rep. Joseph Gaydos, D-Pa., chairman of a House subcommittee on health and safety, challenged Occupational Safety and Health Administration officials on possible complacency about the Institute, W.Va., chemical plant.

"I have sensed . . . a lack of sincerity in enforcing" worker safety laws, he said. "It has been most unsatisfactory in the past."

Rep. Steve Gunderson, R-Wis., asked OSHA officials why the Institute facility, the only one in the United States that produces methyl isocyanate, had not been inspected since 1983. A Dec. 3 leak of the poisonous chemical in Bhopal, India, killed more than 2,000 people.

In response, OSHA officials said workers at the Institute plant appeared "well-protected," and that top inspectors were now inspecting examination and safety procedures.

"The agency has conducted 32 inspections of that facility since 1973, 11 of these since 1980," said Robert Rowland, assistant labor secretary for occupational health and safety. He said the agency does not have the resources to inspect every plant every year.

"I think from what I have seen, it appears to be a safe plant."

Dick James, a Machinists union official at Institute, also testified that workers at the West Virginia plant considered it a safe facility.

### Phillips Boosts N-Octane Capacity

BORGER, Texas — Production capacity for 85 percent n-octane has been increased and 95 percent n-keptane has been added to the hydrocarbon product line at Phillips Chemical Co., a subsidiary of Phillips Petroleum Co.

Both high-purity liquids are low in aromatics, available in drum or bulk quantities, and are recommended for use in intermediates and for most laboratory work. Phillips also offers 99 percent n-heptane, 85 percent and 95 percent n-hexane, as well as a wide variety of other packaged hydrocarbons.

For additional information, reference number 800-858-4327 or, in Texas, 800-692-1045.

### Swiss Chemical Sales Rise 8.2% for Quarter

ZURICH, Switzerland — Swiss chemical industry sales during the third 1984 quarter were up 8.2 percent from the like 1983 period. During the first nine months of this year they registered a 10.1 percent increase.

This advance for the January through September span was accompanied by a 5.7 percent production rise. This, though, was not distributed evenly.

On the one hand, as reported by the Swiss chemical industry society, the output of dyes, lacquers, aromatic and organic chemicals, as well as synthetic products gained. While production of pharmaceutical products stagnated, that of pesticides was down sharply, and that of soap and detergents showed a lesser decrease.

## PLASTICS CORNER

## Nylon Film Effective Packaging

A study recently undertaken for Allied Corp.'s Engineered Plastics Group, Morristown, N.J., shows that nylon film spectrumions provide cost-effective flavor and aroma protection for food packaging.

The research, conducted by Dr. Seymour Gilbert, who heads Rutgers University Food Science Department, compared the flavor and aroma barrier properties of commercially available packaging materials with common organic compounds associated with food ingredients and laminated materials used for food packaging.

The film materials tested included nylon, polyvinylidene chloride, ethyl vinyl alcohol and glassine. The results indicate that nylon provides good to excellent protection against the permeation of flavors and aromas and offers the most economic barrier permit thickness.

Also, the study noted that nylon provides excellent grease and oil resistance and high-temperature performance as well as impact, puncture and tear-resistant properties. Cockturied films with thin nylon cores proved to have the broadest range of performance properties of the films tested with optimum flavor and aroma barrier.

These findings are important to packagers of shelf-stable foods including baked goods, candies, confections, flavor-enhanced cereals, cake mixes and snack foods that need to keep in their flavors for long periods and to keep out odors and flavors during handling, shipping and storage.

The Rutgers' study represents the first time that data has been compiled for specific permeants that affect flavor and aroma of packaging foods. The testing procedure involved the use of a special permeation cell developed by Dr. Gilbert. Test films were pre-conditioned and aged for 14 days at 90 degrees Fahrenheit at 100 percent relative humidity and Gelbo flexed 20 times to simulate shipping and handling conditions.

Film samples were clamped in the permeation cell and test compounds in concentrations of 100 ppm were introduced to chambers within the cell. At intervals, the concentrations of test compounds in the chamber were measured by gas chromatograph to determine the permeation rate of the compounds. The items tested included ethyl sulfide (oil of garlic) and acetic acid (vinegar), methyl ethyl ketone and ethyl acetate (solvents used in food packaging), and toluene (aromatic chemical used to simulate automobile and truck exhaust).

The nylon film construction outperformed the other film structures tested with the exception of those including EVOH, which proved to have better permeation resistance to acetic acid, ethyl acetate and toluene. In all instances, however, the performance of the nylon film proved acceptable compared with EVOH, which is much more costly than nylon.

Nylon and EVOH can be used together in film structures, sandwiched as a core between layers of high-density polyethylene or other polyolefins for moisture protection, to provide an extremely cost-effective barrier to aromas, flavors and odors. Nylon forms an inseparable bond with EVOH, protects the more

sensitive EVOH from heat-degradation and flex cracking and serves as a moisture absorber. Both nylon and EVOH are said to have excellent oxygen-barrier properties.

Rutgers is currently conducting additional testing for Allied. Different permeants and packaging structures will be used to further evaluate nylon's role as a flavor, aroma and odor barrier.

Allied is a leading supplier of nylon resins and films that are used for packaging cake mixes, frozen foods, candies, snack foods, processed meats and cheeses, medical devices and other demanding applications. For additional information on the Allied/Rutgers testing, contact Mr. Len Edson, Food Industry Manager, Allied Engineered Plastics, P.O. Box 2332R, Morristown, N.J. 07960.

### New Workshops Explore Production Techniques

As more products are made with plastics, educators have found new ways to train students in the techniques of manufacturing with these materials.

However, in doing so, they have been faced with some difficult problems. In order to set up effective courses, schools have had to rely on commercial equipment for heating, forming, reinforcing, cementing, welding and otherwise fashioning these modern materials. Because the machinery is priced for industry and several must be bought to cover the desired course material, capital costs run high. In addition, the machines are not designed or fixtured to further educational objectives or to withstand student wear and tear.

A new Plastics Workshop Bench, Model 2001, produced by Technovate/Yavlo Plast now solves these problems.

The new Plastics Workshop Bench packs into just four square feet all the equipment and provides all the accessories needed to instruct students in twelve of the most used processes employed today in the manufacture of products made with plastics.

All the action is in plain sight at table-top height. In addition, the configuration of the table allows five or six students to work around the four aisles. The unit is fully self-contained and requires only 100 volt ac current to operate.

The Technovate/Yavlo Plastics Workshop is distributed by Technovate Inc., Pompano Beach, Fla.

### PMA Offers '84 Edition Of Testing Handbook

The Polyurethane Manufacturers Association has published a revised "1984 Testing Methods for Polyurethane Products" handbook, comprised of more than 60 American Society for Testing Materials testing standards for urethanes. The new handbook includes 18 new standards for cast urethanes and also 25 testing standards for reaction injection molding in both cellular and solid elastomer categories.

"The revision of the handbook and the additions of the many standards is due to new technology in urethane applications and increasingly stringent testing requirements for them," said Ken Harshlein, project manager for McbCay Chemical Corp. and chairman of the PMA/ASTM handbook subcommittee.

Copies of PMA's "1984 Testing Methods for Polyurethane Products" are available for $40 to members and $50 to non-members from PMA, Building C, Suite 20, 800 Roosevelt Road, Glen Ellyn, Ill. 60137.

CHEMICALS/PLASTICS

THE JOURNAL OF COMMERCE, Friday, December 14, 1984

# CI Will Purchase Beatrice Chemical

Journal of Commerce Special

CHICAGO — Imperial Chemical Istries P.L.C. and Beatrice Cos. announced Thursday that they signed a definitive agreement which ICI will purchase the brice Chemical operations from trice Cos. Inc. for a price of $750 ion, payable in cash.

The transaction is expected to e in the first quarter of 1985. Beatrice Chemical is a major lucer of formulated performance tics and composite materials and kets a wide range of specialty nicals internationally. In the year Feb. 29, Beatrice Chemical reied sales of $440 million and pre-profits of $63 million (net earn-after-tax $33 million). Present cations are that sales and pre-tax its for the current year will be at $480 million and $75 million ectively (net earnings $40 mil-). The book value of the assets ; liabilities) in the accounts of trice Cos., Inc. amounts to ap-imately $155 million.

commented John Harvey-Jones, rman of ICI, "In a single move immediately puts ICI among the ld leaders in high growth ad-ced materials, furthers and the lopment of our international spe-ty chemicals business, and ex-es the spread of our existing essful operations in the United es. We are delighted to have iliated the deal with Beatrice, we are confident that our interna-al marketing network will in-se further the growth potential of businesses we are acquiring."

As well as bringing new businesses to ICI which are profitable in their own right, Beatrice Chemical's strong market and distribution position in specific fields will provide a powerful vehicle for ICI's own new products and technology. Beatrice Chemical will also provide a valuable complement to ICI's interests in acrylic polymer intermediates for paints and coatings, while the overall acquisition is a further major step in the growth of ICI's business in the United States.

Beatrice Chemical, which employs 3,500 people and has operations in 18 countries, principally the United States, Canada and Europe, is composed of several businesses. Fiberite Composite Materials is a market leader in the supply of advanced composites to the defense and aerospace industries, while LNP is a leading independent supplier of reinforced thermoplastics compounds in the United States. The materials businesses also include Fiberite Molding Materials, which has a strong position in reinforced engineering plastics, and Dri-Print Foils, which manufactures decorative and functional hot-stamping transfer foils.

Beatrice Chemical's other businesses are primarily in the supply of specialty chemicals and associated customer services. Stahl and Paule Chemicals are world leaders in the supply of finishes for leather.

"This is our largest acquisition since we bought Atlas Chemical Industries Inc. in 1971," said Brian Smith, ICI director for the Americas.

# arbide Accident Spurs loser Look at OSHA

United Press International

ASHINGTON — Lawmakers questioned whether federal offi-have been vigilant enough in ecting workers at Union Car-s West Virginia chemical plant ght of the devastating chemical leak in India.

a congressional hearing, Rep. ph Gaydos, D-Pa., chairman of a e subcommittee on health and y, challenged Occupational Safe-nd Health Administration offi-on possible complacency about institute, W.Va., chemical plant. have sensed . . . a lack of sin-y in enforcing" worker safety , he said. "It has been most tisfactory in the past."

ep. Steve Gunderson, R-Wis., d OSHA officials why the Insti-facility, the only one in the ed States that produces methyl

isocyanate, had not been inspected since 1982. A Dec. 3 leak of the poisonous chemical in Bhopal, India, killed more than 2,000 people.

In response, OSHA officials said workers at the Institute plant appeared "well-protected," and that top inspectors were now inspecting evacuation and safety procedures.

"The agency has conducted 32 inspections of that facility since 1973, 11 of these since 1980," said Robert Rowland, assistant Labor secretary for occupational health and safety. He said the agency does not have the resources to inspect every plant every year.

"I think from what I have seen, it appears to be a safe plant."

Dick James, a Machinists union official at Institute, also testified that workers at the West Virginia plant considered it a safe facility.

Swiss Chemical Sales

illing Boosts

# PLASTICS CORNER

## Nylon Film Effective Packaging

Journal of Commerce Staff

A study recently undertaken for Allied Corp.'s Engineered Plastics Group, Morristown, N.J., shows that nylon film coextrusions provide cost-effective flavor and aroma protection for food packaging.

The research, conducted by Dr. Seymour Gilbert, who heads Rutgers University Food Science Department, compared the flavor and aroma barrier properties of commercially available packaging materials with common organic compounds associated with food ingredients and laminated materials used for food packaging.

The film materials tested included nylon, polyvinylidene chloride, ethyl vinyl alcohol and glassine. The results indicate that nylon provides good to excellent protection against the permeation of flavors and aromas and offers the most economic barrier permit thickness.

Also, the study noted that nylon provides excellent grease and oil resistance and high-temperature performance as well as impact, puncture and tear-resistant properties. Coextruded films with thin nylon cores proved to have the broadest range of performance properties of the films tested with optimum flavor and aroma barrier.

These findings are important to packagers of shelf-stable foods including baked goods, candies, confections, flavor-enhanced cereals, cake mixes and snack foods that need to keep in their flavors for long periods and to keep out odors and flavors during handling, shipping and storage.

The Rutgers' study represents the first time that data has been compiled for specific permeants that affect flavor and aromas of packaging foods. The testing procedure involved the use of a special permeation cell developed by Dr. Gilbert. Test films were pre-conditioned and aged for 30 days at 70 degrees Fahrenheit at 100 percent relative humidity and Gelbo flexed 20 times to simulate shipping and handling conditions.

Film samples were clamped in the permeation cell and test compounds in concentrations of 100 ppm were introduced to chambers within the cell. At intervals, the concentrations of test compounds in the chamber were measured by gas chromatograph to determine the permeation rate of the compounds. The items tested included allyl sulfide (oil of garlic) and acetic acid (vinegar), methyl ethyl ketone and ethyl acetate (solvents used in food packaging) and

sensitive EVOH from heat degradation and flex cracking and serves as a moisture absorber. Both nylon and EVOH are said to have excellent oxygen barrier properties.

Rutgers is currently conducting additional testing for Allied. Different permeants and packaging structures will be used to further evaluate nylon's role as a flavor, aroma and odor barrier.

Allied is a leading supplier of nylon resins and films that are used for packaging cake mixes, frozen foods, candies, snack foods, processed meats and cheeses, medical devices and other demanding applications. For additional information on the Allied/Rutgers testing, contact Mr. Len Edson, Food Industry Manager, Allied Engineered Plastics, P.O. Box 2332R, Morristown, N.J. 07960.

## New Workshops Explore Production Techniques

As more products are made with plastics, educators have found new ways to train students in the techniques of manufacturing with these materials.

However in doing so, they have been faced with some difficult problems. In order to set up effective courses, schools have had to rely on commercial equipment for heating, forming, reinforcing, cementing, welding and otherwise fashioning these modern materials. Because the machinery is priced for industry and several must be bought to cover the desired course material, capital costs run high. In addition, the machines are not designed or fixtured to further educational objectives or to withstand student wear and tear.

A new Plastics Workshop Bench, Model 2001, produced by Technovate/ Yavin Plast now solves these problems.

The new Plastics Workshop Bench packs into just four square feet all the equipment and provides all the accessories needed to instruct students in twelve of the most used processes employed today in the manufacture of products made with plastics.

All the action is in plain sight at table-top height. In addition, the configuration of the table saves laboratory space and allows for clear aisles. The unit is fully self-contained and requires only 100 volt ac current to operate.

The Technovate/Yavin Plastics Workshop is distributed by Technovate Inc., Pompano Beach, Fla.

## PMA Offers '84 Edition Of Testing Handbook

The Polyurethane Manufacturers Association has published a revised "1984 Testing Methods for Polyurethane Products" handbook, com-

iding independent supplier of rein-
ced thermoplastics compounds in
e United States. The materials
sinesses also include Fiberite
slding Materials, which has a
ong position in reinforced engi-
ering plastics, and Dri-Print Foils,
ich manufactures decorative and
actional hot-stamping transfer
ls.

Beatrice Chemical's other busi-
sses are primarily in the supply of
eciality chemicals and associated
stomer services. Stahl and Paule
smicals are world leaders in the
ply of finishes for leather.

"This is our largest acquisition
ce we bought Atlas Chemical
ustries Inc. in 1971," said Brian
ith, ICI director for the Americas.

## ent Spurs
## t OSHA

yanate, had not been inspected
ce 1982. A Dec. 3 leak of the
onous chemical in Bhopal, India,
ed more than 2,000 people.
n response, OSHA officials said
kers at the Institute plant ap-
red "well-protected," and that top
ectors were now inspecting eva-
tion and safety procedures.

'The agency has conducted 32
ections of that facility since 1973,
of these since 1980," said Robert
vland, assistant Labor secretary
occupational health and safety.
said the agency does not have the
ources to inspect every plant
ry year.

'I think from what I have seen, it
ears to be a safe plant."

Dick James, a Machinists union
cial at Institute, also testified that
kers at the West Virginia plant
sidered it a safe facility.

## iss Chemical Sales
## se 8.2% for Quarter

### Journal of Commerce Staff

URICH, Switzerland — Swiss
smical industry sales during the
d 1984 quarter were up 8.2 percent
n the like 1983 period. During the
n nine months of this year they
istered a 10.1 percent increase.
This advance for the January
ough September span was accom-
ied by a 5.7 percent production
. This, though, was not distributed
nly.

On the one hand, as reported by the
ss chemical industry society, the
put of dyes, lacquers, aromanic
organic chemicals, as well as
thetic products gained. While pro-
tion of pharmaceutical products
gnated, that of pesticides was
n sharply, and that of soap and
ergents showed a lesser decrease.

The film materials tested included
nylon, polyvinylidene chloride, ethyl
vinyl alcohol and glassine. The results
indicate that nylon provides good to
excellent protection against the per-
meation of flavors and aromas and
offers the most economic barrier per-
mil thickness.

Also, the study noted that nylon
provides excellent grease and oil
resistance and high-temperature per-
fomance as well as impact, puncture
and tear-resistant properties. Coex-
truded films with thin nylon cores
proved to have the broadest range of
performance properties of the films
tested with optimum flavor and
aroma barrier.

These findings are important to
packagers of shelf-stable foods in-
cluding baked goods, candies, confec-
tions, flavor-enhanced cereals, cake
mixes and snack foods that need to
keep in their flavors for long periods
and to keep out odors and flavors
during handling, shipping and stor-
age.

The Rutgers' study represents the
first time that data has been com-
piled for specific permeants that
affect flavor and aromas of packag-
ing foods. The testing procedure
involved the use of a special permea-
tion cell developed by Dr. Gilbert.
Test films were pre-conditioned and
aged for 10 days at 70 degrees
Fahrenheit at 100 percent relative
humidity and Gelbo flexed 20 times to
simulate shipping and handling condi-
tions.

Film samples were clamped in the
permeation cell and test compounds
in concentrations of 100 ppm were
introduced to chambers within the
cell. At intervals, the concentrations
of test compounds in the chamber
were measured by gas chromato-
graph to determine the permeation
rate of the compounds. The items
tested included allyl sulfide (oil of
garlic) and acetic acid (vinegar),
methyl ethyl ketone and ethyl acetate
(solvents used in food packaging), and
toluene (aramtic chemical used to
simulate automobile and truck ex-
haust).

The nylon film coextrusion outper-
formed the other film structures
tested with the exception of those
including EVOH, which proved to
have better permeation resistance to
acetic acid, ethyl acetate and toluene.
In all instances, however, the per-
formance of the nylon film proved
acceptable compared with EVOH,
which is much more costly than
nylon.

Nylon and EVOH can be used
together in film structures, sand-
wiched as a core between layers of
high-density polyethylene or other
polyolefins for moisture protection,
to provide an extremely cost-effec-
tive barrier to aromas, flavors and
odors. Nylon forms an inseparable
bond with EVOH, protects the more

As more products are made with
plastics, educators have found new
ways to train students in the tech-
niques of manufacturing with these
materials.

However in doing so, they have
been faced with some difficult prob-
lems. In order to set up effective
courses, schools have had to rely on
commercial equipment for heating,
forming, reinforcing, cementing,
welding and otherwise fashioning
these modern materials. Because the
machinery is priced for industry and
several must be bought to cover the
desired course material, capital costs
run high. In addition, the machines
are not designed or fixtured to
further educational objectives or to
withstand student wear and tear.

A new Plastics Workshop Bench,
Model 2001, produced by Technovate/
Yavin Plast now solves these prob-
lems.

The new Plastics Workshop Bench
packs into just four square feet all the
equipment and provides all the acces-
sories needed to instruct students in
twelve of the most used processes
employed today in the manufacture
of products made with plastics.

All the action is in plain sight at
table-top height. In addition, the
configuration of the table saves labo-
ratory space and allows for clear
aisles. The unit is fully self-contained
and requires only 100 volt ac current
to operate.

The Technovate/Yavin Plastics
Workshop is distributed by Techno-
vate Inc., Pompano Beach, Fla.

## PMA Offers '84 Edition
## Of Testing Handbook

The Polyurethane Manufacturers
Association has published a revised
"1984 Testing Methods for Polyure-
thane Products" handbook, com-
prised of more than 60 American
Society for Testing Materials testing
standards for urethanes. The new
handbook includes 18 new standards
for cast urethanes and also 25 testing
standards for reaction injection
molding in both cellular and solid
elastomer categories.

"The revision of the handbook and
the addition of the many standards is
due to new technology in urethane
applications and increasingly strin-
gent testing requirements for them,"
said Ron Haradzin, project manager
for Mobay Chemical Corp. and chair-
man of the PMA ASTM handbook
subcommittee.

Copies of PMA's "1984 Testing
Methods for Polyurethane Products"
are available for $40 to members and
$50 to non-members from PMA,
Building C, Suite 20, 800 Roosevelt
Road, Glen Ellyn, Ill. 60137.

speaking
Austrian r
The reside
the tunnel
Two stu
Adige regi
West Gern
differ shar
tunnel.
The Alt
the year
through th

## Gre
## Feu

ST. GE(
has erupte
island and
national
ance to th
Andrev
Grenada
cused the
against th
The c
backgrou
the island
governme
potential
A new
expansion
garded as
The H
last year
$53,000 t
financial
The re
associati
USAID h
Associati
"In lig
States g
Grenada,
a bit sur
given the
required
Mr. Cl
this lack
would not
Associati
the sects
The U
island of
last year
which M.
prime m
In an
pro-busin
Herbert
Reply
charges,
Informat
the GHA
does not
ects.
"AID
operatin
wages,
tions . . .
said.
"AID

| | | | Lard 032 | | | Size, fl con. | | | Rubber | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Granular | 1 50 – 1 68 | Soft white zinc – 15¢ | Sperm body – .34 – | Crude Scrie— | 39 .41 | (Dollars, and Cents per. lb.) | | | | |
| 1 12 | Ferric. Tech — .42 – | | Sodium 7.50 – 8.48 | Fatty Acids— | 123-127° | | Grade | Per. Lb. | | | |
| | Phenolated | | Thymol, 106 lb. Lots— | HF – | ASTM .28 – | | No 1 RSS .42½– | | | | |
| 717 | Powder 2.20 – | | HF 4.75 – | Oleic – .43 .49 | | | No 2 RSS .41⅝– | | | | |
| – | Paraformaldehyde | | Tartar Emetic— | | | | No 3 RSS .40¼– | | | | |
| | 91% Flake — .395 – | | Drums Work .2.35 – 3.40 | White (Oleic) | | | No 1 Thin Pale | | | | |
| 350 | Penicillin, bulk— | | dry—in—Technovat acetate | Carbolic— .46 .53 | | | Crepe | | | | |
| 300 | Potassium, tab- | | (vitamin E) | Electric Acid cru. bulk | | | (Netural) | NO – | | | |
| – | lets cryst. .25.00 – | | Lits —26.50 – | Single press — .22 .32 | Potatoes | | | | | | |
| | Powder, but | | Terpen-hydroxc | Double press — .26 .32 | Wholesale N.Y. Prices | | | | | | |

Auto

# The Journal of Commerce

### AND COMMERCIAL

Second Class Postage Paid at New York, N.Y. Publication 1044

NEW YORK, FRIDAY, DECEMBER 14, 1984    158TH YEAR

NO. 25,871

## le Today

**SHIPPING**

PPERS' Clip and Save
5 Federal Maritime
984 Final Rules —
acts — Docket
Page 5A

ITIVE competitive
i deep-sea barges and
oceangoing ships are
sogh testing in the
tle for business in the
Alaska trade. Page 12A

ntinism has settled
ntion Roads port
i recent months, the
Authority has captured
ew business, and port
officials say that will be
a their success and
ea Roads the premier
Coast port. Page 1B

**AVIATION**

ENSIVE inspection of
rlines found 16 of 227
violated federal safety
i the faults have
i, the government
Page 3A

**TRANSPORTATION**

Y of the effects of
plash and spray on
lity has found that
of devices to reduce the
tar thrown off by a
r is motion are effective
slform level of
emerged.    Page 2A

**LAND GAS**

RS Canadian gas
ill be scrambling to find
ew reserves," in the
Douglas G. Stoneman,
Resources Ltd. senior
i for business
Page 11A

**CS/CHEMICALS**

HEMICAL Industries
atrice Cos. has
nunday that they have
itive agreement by
i purchase the Beatrice
rations from Beatrice
Page 22B

**WORLD TRADE**

UELAN government's
roey of Foreign
ailed SELA, has
ties of reforms in the
ign investment code
plifying procedures,
verlapping regulations,
gage and relatedly
mela more attractive to
Page 3A

**EMBERS of the U.S.**
most in Brussels today
officials of the European
Commission as they have
oral years past to review
le, soothe strained U.S.-
Page 23B

**INSURANCE**

COMPANIES have
lves into a competitive
e with banks at a time
wn business faces an
federal tax
Page 22B

## US Seeks Special Role In Japan

### Communications Gear: Reagan Bids Access For American Exports

By A.E. CULLISON
Journal of Commerce Staff

TOKYO — The Nakasone administration has received a formal request from Washington seeking special consideration in providing greater access to Japan's multibillion-dollar market for highly competitive U.S. equipment when the Japanese decontrol their domestic communications services next April.

Japanese government officials, who disclosed Thursday that the six-point U.S. request was received earlier this week through diplomatic channels, pointed out that the Reagan administration specifically asked for participation of representatives of American firms in an organization to be set up in Japan for approval and inspection of communications apparatus.

The organization is scheduled to begin work following the transfer of the Nippon Telegraph and Telephone Public Corp. to private enterprise status.

A package of bills designed to turn the corporation into a private company cleared Japan's House of Councilors Communications Committee Thursday and is expected to be passed by the upper house today. A similar vote of approval by the lower house probably will take place next Thursday.

The new telephone and telegraph firm is expected to begin operating as of April 1, 1985. Its annual revenues already have been estimated at $18.57 billion.

According to the Japanese government authorities, the U.S. request also sought clarification and maximum possible expansion of the scope of terminal apparatus that is to be

SEE US SEEKS, PAGE 5A

## Bhopal Disaster Likely to Lead To Tighter Industrial Coverage

By EDWIN UNSWORTH
Journal of Commerce Staff

LONDON — The disaster resulting from the escape of gas from Union Carbide's chemical plant at Bhopal, India, earlier this month came too late to influence the current insurance renewal season, but it is likely to harden insurers' attitudes in future.

Although it almost certainly will be a number of years before the full dimensions arising out of the Bhopal disaster become known, the filing of a $15 billion lawsuit against Union Carbide on behalf of the relatives of victims gives some indication of the potentially huge sums involved.

If, as Union Carbide has claimed, its comprehensive insurance cover is sufficient to meet all claims, then it is clear the insurance industry will bear the entire burden.

In itself, the Bhopal catastrophe might not have been sufficient to cause insurers to adjust liability rates upwards, but it comes at a time when insurers and reinsurers are suffering from some of their largest underwriting losses ever and have been arguing for the last few years that the

*Underwriters have been arguing for the last few years that the industry desperately needs a tightening of premiums and terms of cover.*

industry desperately needs a tightening of premiums and terms of cover.

A disaster on the scale of Bhopal therefore will fuel these arguments.

Most of the insurance cover in the Indian disaster seems to have been placed in the United States, restricting London's involvement mainly to an undisclosed amount of reinsurance cover.

However, underwriters nevertheless expect that given the drive already under way to tighten rates and terms on some classes of business, the Bhopal incident will influence the move in this direction.

The Indian tragedy raises two basic questions for insurers: The problem of how such incidents can be prevented or handled in developing

countries — and how to cover the liabilities of multinational groups.

Richard Lake, general manager of British and European Reinsurance, said that after a string of major incidents, such as the nuclear power leak at Three Mile Island and the gas explosion in Mexico City, reinsurers already had been taking a hard look at their liability exposures.

He said that incidents involving multinational groups highlight the realization "that no area can be thought of in isolation."

One of the concerns among reinsurers is the high level of U.S. court awards in industrial liability cases.

Because of this insurers have long since charged premiums to companies operating in the United States that reflect this greater exposure. But now with so many more non-American claimants taking their cases to the U.S. courts — as is happening in the Bhopal case — insurers think it is more necessary than ever to look at a company's whole geographic com-

SEE DISASTER, PAGE 7A

## Indian Insurers Weigh Carbide Case

By JAMES NOLAN
Journal of Commerce Staff

NEW YORK — "India has the largest cattle population in the world," and when the insurance industry there was nationalized, "the priority concern was to introduce cattle insurance policies . . ." which extended also "to sheep, camels, poultry, etc."

This was how matters stood in 1982, according to V.H.P. Pinto, manager of the General Insurance Corp. of India, a government-owned enterprise.

And this is how matters still stand.

A poignantly pathetic infant of an industry — concerned mainly with supporting and nurturing the rural population and their cattle, sheep poultry and farm irrigation pumps — suddenly has been asked to confront the worst industrial accident in history.

In the pre-dawn hours of Dec. 3, a gas tank valve at a Union Carbide pesticide plant in Bhopal in central India ruptured, loosing several tons of poison gas which killed 2,500 and maimed and blinded uncounted thousands more.

By law, the liability insurance on the plant, co-owned by Union Carbide of Danbury, Conn., and the government of India, was underwritten first by the nationalized

insurance industry. The guess in the U.S. insurance community is that the policy had a $1 million limit, because that is about the "capacity" of the Indian insurance market.

Capacity in insurance means what it says: If a claim were higher than that, there would be no reserves to cover the claim and the insurer would be forced to dip into assets to pay off.

Coverage beyond the Indian market capacity — perhaps up to $200 million — was "laid off" or reinsured by U.S. companies.

But even this capacity will be sorely tried.

Already, a $15 billion lawsuit has been filed in the United States on behalf of two Indian families whose members were among those killed in Bhopal, a heavily populated city in the central agricultural region.

Mr. Pinto's description of the Indian insurance industry came in an essay he wrote for "Insurance in the World's Economies," a publication of the proceedings of an international insurance congress in Philadelphia in 1982. Understandably proud, Mr. Pinto declared that "the

SEE INDIA'S, PAGE 7A

## The Lady Gets a Face-lift

One of the best shows in town is also one of the least expensive.

For $2, the price of the roundtrip boat ride between Battery Park and Liberty Island, you can watch workmen rebuild the Statue of Liberty.

The work is taking place inside a prefabricated metal building at the foot of the statue. There, separated from the public by a glass wall, French artisans are fashioning a new torch to replace the one removed from Liberty's hand last July 4.

Other workers, Americans, are shaping the new armature — or ribbing — that supports the 300 sheets of copper that form the statue's outer skin.

The torch is a special problem. The original drawings were filed years ago in a fire. So using old photographs, the French artisans are sculpting progressively larger plaster models of the flame.

This is necessary to permit

was no way it could be made so. The pounding of the elements caused heavy corrosion.

In 1975, in a nine-week project, National Park Service specialists undertook emergency repairs. When the statue was installed, it almost went unlit. Congress, in its infinite wisdom, failed to appropriate funds for illumination. However, the American Electric Manufacturing Co. donated an electric power plant.

Ever since, except for the blackout years of World War II, the torch has shone out, "Liberty Enlightening the World." The lighting has been upgraded and improved four times during those years. In the current overhaul, it will be improved once again.

Apart from the work on the torch, the most visible work now under way involves the shaping of flat, stainless steel bands of the armature to replace badly eroded iron bands. At the time the statue was erected, iron was the only

## Ship Groups Seek Review Of Contracts

By ROBERT F. MORISON
Journal of Commerce Staff

WASHINGTON — Seven ocean carrier rate-making conferences are asking the Federal Maritime Commission to take another look at the agency's view of loyalty contracts and its new service contracts.

The conferences say the way the agency's opinion is now phrased, it "serves no purpose other than to deter the use of service contracts."

The new Shipping Act of 1984 permits service contracts between carriers and shippers whereby the ocean carrier or conference agrees to provide a certain level of service over a given period of time. But the commission is drafting the specific rules for implementation of the act.

The petition for reconsideration focused on the commission's opinion that service contracts that require shippers to guarantee a fixed portion

## US Scheduled Air Forecast Banner

By ANITA SCHRODT
Journal of Commerce Staff

NEW YORK — U.S. scheduled airlines expect to set a record $2 billion operating profit and hit new highs in passenger and cargo traffic this year.

However, the airlines will not be hitting their 1978 high of $1.3 billion in net profit this year, because of high interest costs, according to George James, senior vice president-economist and finance for the Air Transport Association, the Washington-based airline trade organization.

Mr. James pegged his $2 billion operating profit forecast for 1984 in optimistic comparison to the $1.8 billion from the $1.8 billion to $1.8 billion he was projecting earlier this year.

For 1985, he is projecting the scheduled airlines again will see a $2 billion operating profit, with his forecast coming is slightly under the $2.6 billion to $2.8 billion some Wall

of the year, forming a net a ins loe, and airline indus and forecasti decision to k research and

While call clal perform larly occurs recent years cial results," with the high year's indust is a profit m percent, well average perf personal

Last year, had an operi million and a Interest ex line last year level this yes Passenger

2  March-April 1987
Volume 52, No. 2

Coden: JFDAZ 52(2):245-516 (1987)
ISSN: 0022-1947

# JOURNAL OF FOOD SCIENCE

STEENBOCK LIBRARY

### Basic Research, Applied Science and Engineering

245 Flavor constituents of beef as influenced by forage- and grain-feeding—D.K. Larick, H.B. Hedrick, M.E. Bailey, J.E. Williams, D.L. Hancock, G.B. Garner & R.E. Morrow

252 Binding, sensory and storage properties of algin/calcium structured beef steaks—W.J. Means, A.D. Clarke, J.N. Sofos & G.R. Schmidt

257 Potassium sorbate inhibition of microorganisms growing on refrigerated packaged beef—M.C. Zamora & N.E. Zaritzky

263 Effects of boning time, mechanical tenderization and partial replacement of sodium chloride on the quality and microflora of boneless dry-cured ham—F.W. Leak, J.D. Kemp, J.D. Fox & B.E. Langlois

267 Microstructural comparisons of meat emulsions prepared with com protein emulsified and unemulsified fat—C.S. Lin & J.F. Zayas

271 Functionality of six nonmeat proteins in meat emulsion systems—L.L. Parks & J.A. Carpenter

275 Influence of polyphosphate on storage stability of restructured beef and pork nuggets—D.L. Huffman, C.F. Ande, J.C. Cordray, M.H. Stanley & W.R. Egbert

279 Palatability and storage characteristics of precooked pork roasts—S.L. Jones, T.R. Carr & F.K. McKeith

282 Restructured mutton roast quality—V.S.S. Prasad, R.A. Field, G.J. Miller, J.C. Williams & M.L. Riley

286 Influence of marinating on weight gain and coating characteristics of broiler drumsticks—V.A. Proctor & F.E. Cunningham

290 Effect of fragmentation method and formulation on the quality of patties made from restructured spent layer meat—P. Hollender, J.H. MacNeil & M.G. Mast

294 Lipid peroxidation and phospholipid hydrolysis in fish muscle microsomes and frozen fish—T.J. Han & J. Liston

297 Influence of frozen storage and phosphate predips on coating adhesion in breaded fish portions—M.L. Corey, D.L. Gerdes & R.M. Grodner

300 Prediction of shelf-life of frozen minced fish in terms of oxidative rancidity as measured by TBARS number—S.A. Kurade & J.D. Baranowski

303 Assessment of cheddar cheese quality by chromatographic analysis of free amino acids and biogenic amines—L.C. Laleye, R.E. Simard, C. Gosselin, B.H. Lee & R.N. Giroux

308 Mass transfer during ripening of cuartirolo Argentino cheese—J.A. Luna & J.A. Bressan

312 Effect of HTST pasteurization of milk, cheese whey and cheese whey UF retentate upon the composition, physicochemical and functional properties of whey protein concentrates—C.V. Morr

318 Flow properties of tomato concentrates: Effect of serum viscosity and pulp content—T. Sornsrivichai & M.A. Rao

322 Effect of com varieties on ogi quality—I.A. Adeyemi, A.T. Osunsami & M.A.B. Fakorede

325 In vitro digestibility of phytate-reduced and phenolics-reduced soy protein isolates—M.A. Ritter, C.V. Morr & R.L. Thomas

328 c4-Heptenal: An influential volatile compound in boiled potato flavor—D.B. Josephson & R.C. Lindsay

332 Determination of phenolic compounds of dry beans using vanillin, redox and precipitation assays—S.S. Deshpande & M. Cheryan

335 Emulsifying properties of pea globulins as related to their adsorption behaviors—C. Dagorn-Scaviner, J. Gueguen & J. Lefebvre

342 Air drying characteristics of apricots—E.H. Abdelhaq & T.P. Labuza

346 Effect of pH, certain chemicals and holding time-temperature on the color of lowbush blueberry puree—C.S.T. Yang & P.P.A. Yang

348 Sensory techniques for measuring differences in California navel oranges treated with doses of gamma-radiation below 0.6 Kgray—M. O'Mahony & L. Goldstein

353 Volatile flavor components in the headspace of the Australian or "Bowen" mango—J.P. Bartley & A. Schwede

356 Measurement of papaya maturity by delayed light emission—W.R. Forbus Jr., S.D. Senter & H.T. Chan Jr.

361 Quality of fresh-market peaches within the postharvest handling system—R.L. Shewfelt, S.C. Meyers, S.E. Prussia & J.L. Jordan

365 A shelflife evaluation of an oriented polyethylene terephthalate package for use with hot filled apple juice—M.R. McLellan, L.R. Lind & R.W. Kime

369 Fouling and flux restoration of ultrafiltration of passion fruit juice—B.H. Chiang & Z.R. Yu

372 The contributing effect of apple pectin on the freezing point depression of apple juice concentrates—A.F. Hoo & M.R. McLellan

375 Clarification of apple juice by hollow fiber ultrafiltration: Fluxes and retention of odor-active volatiles—M.A. Rao, T.E. Acree, H.J. Cooley & R.W. Ennis

376 Effect of assay temperature on activity of citrus pectinesterase in fresh orange juice—L. Wicker, R.J. Braddock & M. Vassallo

381 Preparation and storage of 72°Brix orange juice concentrate—P.G. Crandall, C.S. Chen & K.C. Davis

386 Use of sulfur dioxide in winemaking—C.S. Ough & E.A. Crowell

389 Ethanol stability of casein solutions as related to storage stability of dairy-based alcoholic beverages—W.J. Donnelly

A PUBLICATION OF
THE INSTITUTE OF FOOD TECHNOLOGISTS

PPPI 008452

Defendant's Trial Exhibit 217

# TAB Q
# TO EXHIBIT 14

March-April 1987
Volume 52, No. 2

# JOURNAL OF FOOD SCIENCE

ISSN:0022-1147

**Scientific Editor**
Aaron E. Wasserman
USDA–Philadelphia

**Associate Scientific Editors**
Stanley J. Kazeniac
Anna May Schenck

**Director of Publications**
John B. Klis

**Publisher**
Calvert L. Willey

**Managing Editor**
Barney Schukraft

**Board of Editors**
R. Berry (87)
G. Carman (87)
P. Carroad (87)
M. Glicksman (87)
D. Knorr (87)
G. Ranhotra (87)
J. Sink (87)

J.B. Fox (88)
D.Y.C. Fung (88)
M. Peleg (88)
K.S. Rhee (88)
L. Rockland (88)
L.U. Thompson (88)
J.A. Troller (88)

P. Crandall (89)
B. D'Appolonia (89)
H. Hultin (89)
I. Katz (89)
W. Shipe (89)
R. Singh (89)
F. Wolfe (89)

- **MANUSCRIPTS (3 copies)** should be submitted to:

  Dr. Aaron E. Wasserman
  IFT Scientific Editor
  P.O. Box 6197
  Philadelphia, PA 19115

NO RESPONSIBILITY is assumed by the Institute of Food Technologists for statements and opinions expressed by the contributors to its publications.

MANUSCRIPTS should conform to the style used in *Journal of Food Science* and authors are urged to consult the "IFT Style Guide for Research Papers" (see next paragraph for availability). *Journal of Food Science* reserves the privilege of editing manuscripts to make them conform with the adopted style of the journal or returning them to authors for revision. Editing changes may be reviewed by authors before publication.

- **STYLE GUIDE:** The "IFT Style Guide for Research Papers" is published annually in *Journal of Food Science* (last date of publication: September-October, 1986, Vol. 51, No. 5, pp. 1389-1392). Copies are also available from IFT's Director of Publications.

- **PAGE CHARGES for Publications.** The IFT Executive Committee has established a page charge of $50 per printed page for all papers published in *Journal of Food Science*. The page charge shall not constitute a bar to acceptance of research manuscripts because the author is unable to pay the charge.

- **SUBSCRIPTIONS:** All communications related to handling of subscriptions, including loss, claims, change of address, and orders for back issues should be sent to:

  Subscription Department
  Institute of Food Technologists
  221 N. LaSalle Street, Suite 300
  Chicago, IL 60601 USA

*Member Subscriptions*—$15 per year.

*Non-Member Subscriptions*—Accepted only on a calendar year basis–no refunds. Rates include postage. Payment must accompany order. Domestic, Canada, and Mexico–$60, all other destinations–$70. Reduced rates for 2- and 3-year subscriptions.

*Change of address notice,* with old address label, is required 8 weeks before issue date.

*Claims for lost copies* are allowed only if received within one month after publication (3 months for foreign subscribers).

*Single copies and available back issues,* $10 each postpaid; remittance to accompany order.

- **REPRINTS:** Single reprints are not available from *Journal of Food Science*. Address requests for single reprints to authors, whose addresses are found with each article. Original size and/or microform copies of individual articles, or issues, or entire volumes may be purchased from University Microfilms International, 300 N. Zeeb Road, Ann Arbor, MI 48106, U.S.A., or Dept. F.A., 30-32 Mortimer St., Dept. F.R., London W1N 7RA. England.

  Quantity reprints can be ordered from IFT Publications Department–minimum of 100 copies. Price schedule available upon request.

©Copyright 1987 by Institute of Food Technologists. All rights reserved. *JOURNAL OF FOOD SCIENCE* (formerly *Food Research*) is published six times a year (bimonthly) by Institute of Food Technologists, 221 N. LaSalle Street, Chicago, IL 60601 USA. Printed in USA. Second class postage paid at Chicago, Illinois and at additional mailing offices. POSTMASTER: Send address changes to *Journal of Food Science*, 221 N. LaSalle St., Suite 300, Chicago, IL 60601.

iii

PPPI 008453

NOTICE: This material may be protected
by copyright law (Title 17 U.S. Code)

# Odor Barrier Properties of Multi-Layer Packaging Films at Different Relative Humidities

E. HATZIDIMITRIU, S. G. GILBERT, and G. LOUKAKIS

## ABSTRACT

A permeation cell method was developed for the determination of transmission rates of organic vapors through flexible packaging materials. The permeation rates at 23°C of some compounds for several composite films at 0% and 75% relative humidity (RH) indicated that the polyethylene vinyl alcohol and nylon combinations exhibited superior barrier properties even at elevated RH, provided that moisture barrier films were present in the laminate construction.

## INTRODUCTION

THE EXPANDING USE of plastics in packaging applications competing with glass and metal puts great emphasis on the high barrier properties of the involved materials against moisture and glass (Allison, 1985) to assure an acceptable shelf life of a packaged product.

The permeation of packaging materials to odorous vapors is of significant importance, either to protect the contents against contamination from foreign odors or to retain favorable volatile flavors. Although the permeation rates of permanent gases and water vapor through many plastics have been obtained, there is a deficiency of data for permeation of organic vapors (Zobel, 1985).

The object of this study was to develop a method for quantitative evaluation of the aroma barrier of packaging materials. A series of flexible plastic films of various compositions were then tested for their permeability to some flavoring and malodorous compounds.

## MATERIALS & METHODS

THE METHOD is based on the Gilbert-Pegaz permeation cell (Gilbert and Pegaz, 1969). As Fig. 1 indicates, the cell can accommodate simultaneously two films by clamping each between aluminum devices to form a pair of outer chambers and a single inner one (Gilbert et al., 1983). The devices are equipped with Viton O-rings to assure good seal between the films and the surroundings. Chambers on either side of the film have valves for inlet and outlet of permeant supply and septa for sampling.

Nitrogen is bubbled through the liquid permeant and then passed with the permeant vapors through either the middle chamber or the lower and upper compartments. Thus either one cell can be used for duplicates or in the case of very good barriers, the exposed area can be doubled. The nitrogen stream carrying the permeant vapors can be mixed before the cell with either dry or wet nitrogen to adjust the permeant final concentration or the relative humidity of the high concentration chamber. In the case of permeants with very low vapor pressure at ambient temperature, a small amount can be placed in an aluminum dish on the bottom of the cell. If adjustment of the humidity is desired, another dish with an aqueous saturated salt solution can also be placed on the bottom (Fig. 2).

The tested films appear in Table 1 with their respective compositions and thicknesses. Each film was Gelbo flexed (ASTM, 1982) for 20 cycles prior to testing to simulate severe abuse which may be encountered in packaging and distribution. All films to be exposed to a 75% RH environment at 23°C were kept for a period of 2 wk in a desiccator over saturated sodium chloride solution. Then they were tested with the permeant vapor stream combined with controlled humidity nitrogen to provide the elevated humidity level during testing. The permeants used for the tests are also given in Table 1.

The concentrations of the permeating vapors and related humidity were monitored by gas chromatography with removal of small aliquots

Table 1—Films used for the permeation studies

A. 1.25 Mil HDPE/TIE/NYLON/EVA
B. 1.25 Mil HDPE/TIE/EVOH/EVA
C. 1.40 MIL HDPE/TIE/NYLON/EVOH/NYLON/TIE/HDPE
D. 2.20 Mil HDPE/TIE/MODIFIEDNYLON/TIE/HDPE
E. 1.0 Mil (oriented) PP/TIE/EVOH/TIE/PP
F. 1.0 MIL PP/TIE/PET-G/TIE/PP
G. 1.8 Mil PVDC coated co-ex OPP

| Where: | | |
|---|---|---|
| HDPE | = | High density polyethylene |
| TIE | = | Adhesive layer |
| NYLON | = | Nylon 6 |
| EVA | = | Polyethylene vinyl acetate |
| EVOH | = | Polyethylene vinyl alcohol |
| Modified NYLON | = | Mineral filled nylon-6 |
| PP | = | Polypropylene |
| PET-G | = | Polyethylene terephthalate-glycol |
| PVDC | = | Polyvinyledene chloride |
| OPP | = | Oriented polypropylene |

Permeants used for the test

| | |
|---|---|
| 1. Ethyl acetate | 4. Limonene |
| 2. Toluene | 5. beta-Pinene |
| 3. Styrene | 6. Ethyl phenyl acetate |



Fig. 1—Permeation cell arrangement for high vapor pressure permeants: (N) Nitrogen inlet; (V) Glass vial containing liquid permeant; (F) Film samples; (S) Septa for sampling.



Fig. 2—Permeation cell arrangement for low vapor permeants: (A) Dish with aqueous saturated salt solution; (B) Dish with permeant; (F) Film sample; (S) Septa for sampling.

The authors are with the Dept. of Food Science, Cook College, New Jersey Agricultural Experiment Station, Rutgers Univ., New Brunswick, NJ 08903.

PPPI 008454

| Table 2—Permeation Rates, 0% RH, 23°C (g/m²·day·100 ppm) | | | | | |
| Film | Ethyl acetate | Toluene | Styrene | Limonene | B-Pinene | Ethyl phenyl acetate |
|---|---|---|---|---|---|---|
| A | <0.003 | 0.001 | <0.0003 | 0.0409 | 0.0120 | 0.0085 |
| B | 0.36 | 0.027 | 0.0610 | 0.0012 | 0.0013 | <0.0050 |
| C | <0.0004 | 0.002 | 0.0054 | 0.0014 | <0.0004 | <0.0050 |
| D | <0.0004 | 0.001 | <0.0003 | 0.0018 | <0.0011 | <0.0050 |
| E | <0.0004 | 0.0003 | 0.0002 | 0.0400 | <0.0036 | 0.0070 |
| F | 6.86 | 1.310 | 0.0018 | 0.0315 | 0.0088 | 0.234 |
| G | 0.52 | 0.470 | 0.0046 | 0.0400 | 0.0320 | 0.016 |

| Table 3—Permeation Rates, 75% RH, 23°C (g/m²·day·100 ppm) | | | | | |
| Film | Ethyl acetate | Toluene | Styrene | Limonene | B-Pinene | Ethyl phenyl acetate |
|---|---|---|---|---|---|---|
| A | 0.0632 | 0.0199 | 0.0120 | -0.0009 | 0.0013 | 0.0053 |
| B | 0.0034 | 0.0059 | 0.0037 | 0.0037 | 0.0001 | <0.002 |
| C | 0.0041 | 0.0088 | 0.0050 | <0.0003 | 0.0049 | <0.002 |
| D | 0.0062 | 0.0008 | 0.0046 | 0.0076 | 0.0020 | 0.0076 |
| E | 0.0032 | 0.0034 | 0.0098 | 0.0061 | 0.0031 | 0.0081 |
| F | 0.0040 | 0.0020 | 0.0096 | 0.0071 | too fast | 0.0071 |
| G | 0.0095 | 0.0007 | 0.0051 | 0.0050 | 0.1419 | 0.0060 |

using a gas tight syringe (Gilbert and Pegaz, 1969). The plot of the monitored concentration versus sampling time gives the permeation curve. The slope of the steady state portion was determined and used in combination with the chamber volume, exposed film surface and permeant concentration difference across the film for the calculation of permeation rate in appropriate units.

However, for anomalous diffusion, often found with glassy and semicrystalline polymers (Crank and Park, 1968), when the obtained permeation curves did not show a constant or steady state rate following a lag phase, the linear portion of the permeation curve was used after a testing period of two weeks. With very good barriers no significant permeating amount could be detected for certain permeants. In this case the rate was expressed at a value below the detection limit of the gas chromatograph for the permeant driving force across the film.

While a normalized driving force was used in the calculation of the permeation coefficient, the actual driving force depended on the vapor pressure of the permeant at the test temperature. For a specific permeant all films were tested at the same vapor driving force concentration for both relative humidities. Linear concentration dependence of permeation rate was assumed, although this might not be the case, especially with organic vapors (Zobel, 1985).

## RESULTS & DISCUSSION

THE CALCULATED PERMEATION rates for each film and permeant are given in Table 2 for 0% RH, and Table 3 for 75% RH, respectively. The indicated values were normalized to 100 ppm (g permeant/cc of air) permeant concentration difference across the film. For comparison purposes the values from Tables 2 and 3 are presented in Fig. 3 and 4, respectively. It should be emphasized that normalizing the permeation rate to a unit driving force concentration, allows for a comparison of relative barrier properties of the tested films at only one vapor concentration. However this relationship may change as the vapor concentration is changed.

At 0% RH the nylon-EVOH and modified nylon 6 structures exhibited the best barrier properties for all the permeants (Fig. 3). The nylon-6 and both EVOH films followed next although the HDPE/EVOH/EVA combination was significantly more permeable to ethyl acetate. The PET and PVDC structures had the least barrier performance at 0% RH, especially for ethyl acetate and toluene, with PET much more inferior than PVDC.

For the 75% RH environment all the tested films exhibited almost equivalent barrier properties, with some exceptions for certain permeants. PET and PVDC were very permeable to beta-pinene. Also, the PP/EVOH/PP film appeared sensitive to styrene, and the HDPE/nylon 6/EVA structure had a lower barrier to ethyl acetate and toluene compared to EVOH and modified nylon. Overall at 75% RH the best barrier performance can be attributed to nylon 6/EVOH, modified nylon-6



Fig. 3—Permeation rates at 0% RH, 23°C. EA:ethyl acetate, T:toluene, S:styrene, L:limonene, b-B:beta pinene, EPA:ethyl phenyl acetate.



Fig. 4—Permeation rates at 75% RH, 23°C EA:ethyl acetate, T:toluene, S:styrene, L:limonene, b-B:beta pinene, EPA:ethyl phenyl acetate.

| Table 4—Ethyl Acetate Permeation Tests, 23°C, 85% RH | | |
| Film | Lag time (hr) | Permeation rate (g/m²·day·100 ppm) |
|---|---|---|
| A | 5.6 | 0.247 |
| B | 24.2 | 0.021 |



permeants: sh with per-

ODOR BARRIER PROPS OF PACKAGING MATERIALS...

and both EVOH combinations. The HDPE/nylon 6 EVA films lost its excellent barrier properties at this RH level probably due to moisture sorption from the polyamide.

Although polyethylene vinyl alcohol (EVOH) also sorbed water, the resulting structure change at the 75% RH did not affect the permeation as much as in nylon-6. A similar difference was observed with polyvinyl alcohol and nylon-6 films for carbon dioxide and oxygen permeation (Ito, 1961; Meyer et al., 1957; Toyoshima, 1973). At 75% RH, polyvinyl alcohol was a better barrier than nylon-6 for the above gases. However, the opposite was true at 93% RH. This could be attributed to higher water sorption by polyvinyl alcohol at 93%, possibly because of a more disrupted structure for the polymer compared to nylon 6.

To determine whether EVOH, despite its ethylene content, would exhibit a similar barrier change at 93% RH as polyvinyl alcohol, when compared to nylon-6, the films HDPE/nylon 6/ EVA and HDPE/EVOH/EVA were tested at 93% RH for ethyl acetate permeation. The test results are given in Table 4. The permeation rate at the steady state for nylon-6 was about twelve times faster than for EVOH. This did not agree with what was observed for permanent gases and can be attributed to the ethylene content (about 35% w/w) of EVOH. The ethylene modified the polymer structure so it was not disrupted by water sorption as much as in polyvinyl alcohol.

The lag-time, which is related to the diffusivity through the film (Crank and Park, 1968), was about four times slower for nylon-6 versus EVOH (Table 4). This indicated that ethyl acetate could diffuse four times faster in nylon 6 than in EVOH at 90% RH.

## CONCLUSIONS

The nylon and polyethylene vinyl alcohol (EVOH) laminations at 0% RH appeared to have the best barrier performance which was superior to the polyethylene terephthalate-glycol (PET-G) and polyvinylidene chloride (PVDC) laminations.

A similar trend was observed even at the 75% RH level, where the water sensitive nylon and EVOH seemed to be generally well protected by the outer hydrophobic laminates. Thus the nylon and EVOH combinations maintained a superior barrier performance compared to PET-G and PVDC.

The determined barrier properties of the tested films could help in designing packaging materials which could offer better aroma protection and consequently contribute to qualitative and quantitative shelf life improvement.

## REFERENCES

Allison, H.L. 1985. High-barrier packaging materials: What are the options? Packaging March 30.

ASTM. 1982. Flex durability of flexible barrier materials. In "Annual Book of ASTM Standards," Vol. 21, p. 414. American Society for Testing and Materials, Philadelphia, PA.

Crank, J. and Park, G.S. 1968. Methods of measurement. Ch. 1. In "Diffusion in Polymers," J. Crank and G.S. Park (Ed.); p. 1. Academic Press, New York.

Gilbert, S.G., Hatzidimitriu, E., Lai, C., and Passy, N. 1983. Study of barrier properties of polymeric films to various organic aromatic vapors. In "Instrumental Analysis of Foods," G. Charalambous and G. Inglett (Ed.), Vol. 1, p. 405. Academic Press, New York.

Gilbert, S.G. and Pegaz D. 1969. Find new way to measure gas permeability. Packaging Jan. 66.

Ito, Y. 1961. Permeability of measuring high-polymer films, Kobunshi Kagaku 18: 158.

Meyer, J.A., Rogers, C.E., Stannett, V., and Szwarc, M. 1957. Studies in the gas and vapor permeability of plastic films and coated papers. Tappi 40: 142.

Toyoshima, K. 1973. Properties of polyvinyl alcohol films. Ch. 14 in "Polyvinyl Alcohol," C.A. Finch (Ed.), p. 339. John Wiley & Sons, New York.

Zobel, M.G.R. 1985. The odor permeability of polypropylene packaging film. Polymer Testing 5: 153.

Ms received 6/11/86; revised 10/30/86; accepted 11/12/86.

This work was performed as a part of NJAES Project No. D-10523-1-86 supported by the N.J. Agricultural Experimental Station.

A paper of this Journal Series, N.J. Agricultural Experimental Station, Cook College, The State University, Department of Food Science, New Brunswick, NJ 08903. This work was performed as a part of NJAES Project No. D-10523-1-86, supported by the N.J. Agricultural Experimental Station.

---

MODIFICATION OF GELATIN BY IMMOBILIZED PROTEASE...From page 466

proteases of different specificities is now being tested to further improve the present data.

## REFERENCES

Fields, R. 1972. The rapid determination of amino groups with TNBS. In "Methods in Enzymology," Vol. 25, p. 464. Academic Press, New York.

Finch, C.A. and Jobling, A. 1977. Physical properties of gelatin. In "The Science and Technology of Gelatin", p. 250. Academic Press, New York.

Hinterwaldner, R. 1977. Technology of gelatin manufacture. In "The Science and Technology of Gelatin", p. 315. Academic Press, New York.

Johns, N.R. 1977. Uses of gelatin in edible products. In "The Science and Technology of Gelatin", p. 365. Academic Press, New York.

Johns, P. and Courts, A. 1977. Relationship between collagen and gelatin. In "The Science and Technology of Gelatin", p. 138. Academic Press, New York.

Kunitz, M. 1947. Crystalline soybean trypsin inhibitor. II. General properties. J. Gen. Physiol. 30: 291.

Moore, S. and Stein, W.H. 1954. A modified ninhydrin reagent for the photometric determination of amino acid and related compounds. J. Biol. Chem. 211: 907.

Morihara, K., Oka, T., and Tsuzuki, H. 1970. Subtilisin BPN': Kinetic study with oligopeptides. Arch. Biochem. Biophys. 138: 515.

Nichts, T. and Hayashi, R. 1984. Digestion of protein substrates by subtilisin: immobilization changes the pattern of products. Arch. Biochem. Biophys. 229: 304.

Nichts, T. and Hayashi, R. 1985. Regeneration of a collagen-like circular dichroism spectrum from industrial gelatin. Agric. Biol. Chem. 49: 1675.

Nozaki, Y., Scherter, N.M., Reynolds, J.A., and Tanford, C. 1976. Use of gel chromatography for the determination of the Stokes radii of proteins in the presence and absence of detergents. A reexamination. Biochemistry 15: 3884.

Westfall, H.N. 1976. Covalent coupling methods for inorganic support materials. In "Methods in Enzymology", Vol. 44, p. 134. Academic Press, New York.

Ms received 5/19/86; revised 9/15/86; accepted 10/9/86.

We are grateful to Mr. N. Ito of the Technical Section of the Gelatin Division of Nitta Gelatine Co. Ltd. for measurement of the molecular weights of gelatins and to Mr. S. Yasui and Mr. K. Sumiki of the Research Laboratory of Nitta Gelatine Co. Ltd. for encouragement and discussion throughout this study.

PPPI 008456

# TAB R

# TO EXHIBIT 14

News Release

**ALLIED** Engineered
Plastics

Allied Corporation
P.O. Box 2332R
Morristown, NJ 07960

For further information:

Contact Earl Hatley
(201) 455-5407

For Immediate Release

## RUTGERS STUDY CONFIRMS NYLON BARRIER PROPERTIES
## FOR FOOD AND OTHER SENSITIVE PACKAGING

Nylon film coextrusions offer the most cost-effective barrier
for flavors, aromas, and odors for food and other sensitive
packaging according to the results of a scientific study under-
taken by Rutgers University for Allied Engineered Plastics.

The research project, directed by Dr. Seymour Gilbert, head of
the Rutgers University Food Science Department, was the second
such investigation commissioned by Allied.

Results from the first study, completed three years ago, also
demonstrated nylon's cost-effective barrier properties. In
that initial research, film materials tested included poly-
vinylidene chloride (PVDC), ethyl vinyl alcohol (EVOH), and
glassine as well as nylon. Films with thin nylon cores proved
to have the broadest range of performance properties with
optimum flavor aroma barrier. Only EVOH offered better per-
meation resistance to acetic acid, ethyl acetate, and toluene,
although the nylon films provided acceptable permeation resis-
tance at a cost approximately half that of EVOH.

The second research project sought to determine whether nylon
and EVOH in a single specification have a synergistic effect
on flavor and aroma which would be cost-effective; and to test
other film structures with additional permeants which have a
broader range in simulating various flavors and aromas used in

Defendant's Trial
Exhibit
127

*PPPI 008492*

-more-

-2-

food, medical, and industrial packaging. Where the first
study tested film only at zero percent relative humidity,
the present investigation would be conducted under conditions
of zero and 80 percent humidity; to date, the only results
available from the second study are of film structures tested
at zero percent humidity.

Dr. Gilbert, who designed the test cell in which the permeation
rates were measured, subjected eight different coextruded film
structures to nine different permeants. Film samples were
clamped in the permeation cell and test compounds in concen-
tration of 100 ppm were introduced to chambers within the cell.
Concentration of test compounds in the chambers were measured
by gas chromatograph to determine permeation rate of the
compounds.

Permeants selected for the tests were methyl ethyl ketone, ethyl
acetate, toluene, (all solvents), methyl solicylote, ethyl phenol
acetate, limolene, beta-pinine, styrene, and menthol. These
include compounds found in breath freshners, soaps, and other
products, flavorants, and permeants used to simulate hydrocarbons,
undesireable packaging compounds, and organic compounds used in
medicinal packaging.

The findings are particularly important to packagers of shelf
stable foods such as packaged baked goods, candles, confections,
flavor enhanced cereals, cakes, and snack foods.

Combinations of nylon and EVOH do not, Dr. Gilbert's tests
showed, produce a significant synergistic effect in terms of
barrier properties compared to a nylon-only coextrusion or an
EVOH-only coextrusion.

-more-

PPPI 008493

-3-

In addition, according to test results, the nylon-only coextrusion, or the modified-nylon coextrusion, showed excellent barrier properties for all permeants compared to a PETG coextrusion and a PVDC-coated oriented poly-propylene film.

Nylon also offers excellent resistance to grease and oil, and high-temperature performance as well as impact-, puncture-, and tear-resistant properties.

For detailed findings of the second Rutgers study, see the attached tables for measured permeation for all film structures with all tested permeants, and permability ratings (Poor, Fair, Good, Excellent) based on actual laboratory measurements.

For more information, contact Earl Hatley, Product Manager, Allied Engineered Plastics, PO Box 2332R, Morristown, NJ 07960, (201) 455-5407.

PPPI 008494

Table 1

Permeability in gr/m²xdayx100 ppm at 73°F and 0%RH

| Film | Methyl Ethyl Ketone | Ethyl Acetate | Methyl Salicylate | Ethyl Phenyl Acetate | Limonene | B-Pinene | Toluene | Styrene | Menthol |
|------|---------------------|---------------|-------------------|----------------------|----------|----------|---------|---------|---------|
| A | .0.43 | <0.0003 | 0.0046 | 0.0005 | 0.0409 | 0.0120 | 0.001 | <0.0003 | <0.0002 |
| B | 0.65 | <0.30 | 0.0011 | <0.0060 | 0.0012 | 0.0013 | 0.027 | 0.0610 | <0.0001 |
| C | 0.90 | <0.0004 | <0.0003 | <0.0080 | 0.0014 | <0.0004 | 0.002 | 0.0054 | <0.0001 |
| D | 0.65 | <0.0004 | <0.0002 | <0.0080 | 0.0018 | <0.0011 | 0.001 | <0.0003 | <0.0001 |
| E | 0.77 | <0.0004 | <0.0002 | <0.0080 | <0.0003 | <0.0009 | 0.0004 | 0.0005 | <0.0001 |
| F | <0.01 | <0.0004 | 0.009 | <0.0070 | 0.0400 | 0.0036 | 0.0003 | <0.0002 | <0.0002 |
| G | 2.40 | 6.06 | 2.160 | 0.234 | 0.0315 | 0.0080 | 1.310 | 0.0018 | 0.0020 |
| H | 0.44 | 0.52 | 0.071 | 0.016 | 0.0400 | 0.0320 | 0.470 | 0.0046 | <0.0002 |
| I | 0.02 | 0.04 | 0.024 | <0.0080 | 0.0106 | <0.0012 | 0.005 | 0.0059 | 0.0011 |

FILM KEY:

A. HDPE/TIE/NYLON/EVA
B. HDPE/TIE/EVOH/EVA
C. HDPE/TIE/NYLON/TIE/
D. EVOH/TIE/NYLON/TIE/HDPE
   HDPE/TIE/MODIFIED NYLON/
   TIE/HDPE

E. NYLON/EVOH/NYLON/NYLON/TIE/LLDPE/
   TIE/LLDPE
F. (ORIENTED)PP/TIE/EVOH/TIE/PP
G. PP/TIE/PET/TIE/PP
H. PVDC COATED CO-EX OPP
I. WAX PAPER/GLASSINE

PPPI 008495

## Table 2

### Rating Based on Permeability Values at 73°F and %RH

| Film | Methyl Ethyl Ketone | Ethyl Acetate | Methyl Salicylate | Ethyl Phenyl Acetate | Limonene | B-Pinene | Toluene | Styrene | Menthol |
|------|---------------------|---------------|-------------------|----------------------|----------|----------|---------|---------|---------|
| A | G | E | G | F | G | F | E | E | E |
| B | F | F | G | E | E | G | G | F | E |
| C | F | E | E | E | E | E | E | G | E |
| D | G | E | E | E | E | E | E | E | E |
| E | F | E | E | E | E | E | E | E | E |
| F | E | E | G | E | E | G | E | E | E |
| G | P | P | P | P | G | G | P | G | G |
| H | G | F | F | G | G | F | F | G | E |
| I | E | G | G | E | G | E | E | G | G |

FILM KEY:

A. HDPE/TIE/NYLON/EVA
B. HDPE/TIE/EVOH/EVA
C. HDPE/TIE/NYLON/TIE/HDPE
D. EVOH/TIE/NYLON/TIE/HDPE
   HDPE/TIE/MODIFIED NYLON/TIE/HDPE
E. NYLON/EVOH/NYLON/NYLON/TIE/LLDPE/
   TIE/LLDPE
F. HDPE/OPP/TIE/EVOH/TIE/PP
   (ORIENTED)
G. PP/TIE/PET/TIE/PP
H. PVDC COATED CO-EX OPP
I. WAX PAPER/GLASSINE

E : Excellent

G : Good

F : Fair

P : Poor

PPPI 008496

Table 3

| Rating | Number |
|--------|--------|
| E (Excellent) | 4 |
| G (Good) | 3 |
| F (Fair) | 2 |
| P (Poor) | 1 |

PPPI 008497

Table 4

| Film | Sum for Ratings for Barrier Properties of Flexed Films | Rating Sum |
|---|---|---|
| A. HDPE/TIE/NYLON/EVA | 1.25 mil | 29 |
| B. HDPE/TIE/EVOH/EVA | 1.25 mil | 27 |
| C. HDPE/TIE/NYLON/TIE/EVOH/TIE/NYLON/TIE/HDPE | 1.40 mil | 33 |
| D. HDPE/TIE/MODIFIED NYLON/TIE/HDPE | 2.20 mil | 35 |
| E. NYLON/EVOH/NYLON/TIE/LLDPE/TIE/LLDPE | 3.50 mil | 34 |
| F. (ORIENTED) PP/TIE/EVOH/TIE/PP | 1.00 mil | 33 |
| G. PP/TIE/PET/TIE/PP | 1.00 mil | 22 |
| H. PVDC COATED CO-EX OPP | 1.80 mil | 24 |
| I. Wax Paper/Glassine | | 31 (unflexed) |

PPPI 008498

# TAB S

# TO EXHIBIT 14

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CRYOVAC, INC.,                                          )
                                                        )
      Plaintiff/Counter-Defendant.                    )    Civil Action No. 04-1278
                                                        )
               vs.                         )    Hon. Kent A. Jordan
                                                        )
PECHINEY PLASTIC PACKAGING, INC.,                       )
                                                        )
      Defendant/Counter-Plaintiff.  .                 )
                                                        )

### DECLARATION OF ELDRIDGE M. MOUNT III IN SUPPORT OF
### PECHINEY'S BRIEF ON CLAIM CONSTRUCTION AND
### PECHINEY'S MOTION FOR SUMMARY JUDGMENT ON PATENT ISSUES

I, Eldridge M. Mount, declare as follows:

1.     I am currently the President of EMMOUNT Technologies.

2.     I have been retained by Pechiney as an expert in this case.

3.     I received my B.A. degree in Chemistry from West Chester State College, West

Chester, Pennsylvania in 1972. I received my M.E. degree in Chemical Engineering from

Rensselaer Polytechnic Institute, Troy, New York, in 1976 and my Ph.D. degree in Chemical

Engineering from Rensselaer Polytechnic Institute in 1979.

4.     I worked at Mobil Chemical Films Division as a Research Associate from 1981-

1997 and as the Manger of Exploratory R&D from 1997-2000.

5.     I made this declaration in support of Pechiney's Brief on Claim Construction and

Pechiney's Motion for Summary Judgment on Patent Issues.

6.     I have prepared the Expert Report of Eldridge M. Mount III, dated May 19, 2005,

attached as Tab A. The opinions expressed in the Expert Report of Eldridge M. Mount III are

my own and I have personal knowledge of the facts recited. I am adopting all my opinions

Defendant's Trial
Exhibit
714

expressed in the Expert Report of Eldridge M. Mount III for the purpose of providing support for Pechiney's Brief on Claim Construction and Pechiney's Motion for Summary Judgment on Patent Issues.

7.    I have prepared the Rebuttal Expert Report Prepared by Dr. Eldridge M. Mount III, dated June 17, 2005, attached as Tab B. The opinions expressed in the Rebuttal Expert Report Prepared by Dr. Eldridge M. Mount III are my own and I have personal knowledge of the facts recited. I am adopting all my opinions expressed in the Rebuttal Expert Report Prepared by Dr. Eldridge M. Mount III for the purpose of providing support for Pechiney's Brief on Claim Construction and Pechiney's Motion for Summary Judgment on Patent Issues.

8.    I have prepared the Responsive and Supplement Expert Report of Dr. Eldridge M. Mount III, dated July 1, 2005, attached as Tab C. The opinions expressed in the Responsive and Supplemental Expert Report of Dr. Eldridge M. Mount III are my own and I have personal knowledge of the facts recited. I am adopting all my opinions expressed in the Responsive and Supplemental Expert Report of Dr. Eldridge M. Mount III for the purpose of providing support for Pechiney's Brief on Claim Construction and Pechiney's Motion for Summary Judgment on Patent Issues.

9.    I have prepared the Second Supplemental Expert Report of Eldridge M. Mount III, dated September 13, 2005, attached as Tab D. The opinions expressed in the Second Supplemental Expert Report of Eldridge M. Mount III are my own and I have personal knowledge of the facts recited. I am adopting all my opinions expressed in the Second Supplemental Expert Report of Eldridge M. Mount III for the purpose of providing support for Pechiney's Brief on Claim Construction and Pechiney's Motion for Summary Judgment on Patent Issues.

-2-

10.    Multilayer films are often used because the combination of materials in a multilayer film typically can provide more desirable features than any one material can do alone.

11.    The sealant layer and the surface layer in ClearShield™ bags have different functions that are best met by layers with different compositions and different thicknesses.

12.    Important considerations often taken into account when designing multilayer packaging films include oxygen, flavor and aroma barrier protection; puncture resistance; abuse resistance; optical properties; shrink properties, and sealability, among others.

13.    If the article being packaged in the packaging film is oxygen sensitive, the film must be relatively impermeable to oxygen.  Therefore, one of ordinary skill in the art would design the film so that one or more layers comprise a material with good oxygen barrier characteristics, such as ethylene vinyl alcohol (EVOH).

14.    If it was desirable that the film fit tightly around the article to be packaged, the person of ordinary skill in the art would have known that the film needed to shrink, and would have known to make the film using of the prior art processes that included an orientation step so that the resulting film was heat shrinkable.

15.    Subparagraph (d) of the claim 11 of the '419 patent requires that the structure contains two "adhesive" layers and further requires that each adhesive layer must bind an intermediate layer (b) to an outer layer (c). .

16.    The ordinary meaning of "film" is understood by a person of ordinary skill in the art as a web of material(s), often plastic.

17.    The ordinary meaning of "layer" is understood by a person of ordinary skill in the art as one thickness of material laid or lying over or under another.

-3-

18.    The Instron Tester and the Cross Polarization test are reliable methods of determining the existence of film orientation and are generally accepted by individuals in the film industry.

19.    The layers of the HDPE/TIE/NYLON/EVOH/NYLON/TIE/HDPE film tested by Dr. Gilbert and identified as film "C" in the Journal of Food Science Article are arranged symmetrically under Pechiney's proposed definition of arranged symmetrically.

20.    The HDPE/TIE/NYLON/EVOH/NYLON/TIE/HDPE film tested by Dr. Gilbert and identified as film "C" in the Journal of Food Science Article was a film of (a) core layer comprising an ethylene vinyl alcohol copolymer; (b) two intermediate layers of nylon, a polyamide; (c) two outer layers of HDPE, a polymeric material; and (d) two tie layers, i.e., adhesive polymeric material, which adhere each nylon layer to its respective outer HDPE layer.

21.    The thickness of the nine layer film identified as "C" in the Allied New Release would indicate to one of ordinary skill in the art that this film was oriented because it would be extremely difficult to make a nine layer film having a thickness of 1.4 mils without stretching the melt or reheated film to achieve the desired thickness. This stretching inherently orient the film.

22.    A skilled artisan, confronted with the problem of designing a film for packaging applications that has good oxygen barrier properties, good optical properties, heat shrinkability, and superior toughness would have been motivated to orient the HDPE/TIE/NYLON/EVOH/NYLON/TIE/HDPE film tested by Dr. Gilbert.

23.    A skilled artisan, confronted with the problem of designing a film for packaging applications that has good oxygen barrier properties, good optical properties, heat shrinkability, and superior toughness would have been motivated to orient the film identified as "C" in the Allied News Release.

24.    There would be have been a reasonable expectation of success by one of ordinary skill in the art to orient a multilayer, coextruded film containing nylon/EVOH/nylon layer combinations.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  October 18, 2005

_Eldridge M. Mount III_

# TABS T - X

## TO EXHIBIT 14

# REDACTED IN FULL