# TAB A
# TO EXHIBIT 15

Page 1

1           IN THE UNITED STATES DISTRICT COURT

2               FOR DISTRICT OF DELAWARE

3

4    CRYOVAC, INC.,                    )

5          Plaintiff,                  )

6          v.                          ) CASE NO.

7    PECHINEY PLASTIC                  ) 04-1278-KAJ

8    PACKAGING, INC.,                  )

9          Defendant.                  )

10              - - - - - - - - - -

11

12      VIDEOTAPED DEPOSITION OF ENNIS M. FANT

13    CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

14             Tuesday, July 19, 2005

15

16

17

18

19

20

21    Reported by:  Lori G. Mackenzie, RPR

22    Job No:  168430

MIL
A

ENNIS M. FANT - JULY 19, 2005
CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 82

1    Q.   So, Simpsonville is more of a
2  production plant?
3    A.   Correct.
4    Q.   When would you decide to run a film
5  at Simpsonville?
6    A.   When you think you've got one that
7  will work, that you've honed in at the pilot
8  plant in Duncan.
9        And, then you would go to
10  Simpsonville to see if you can mass produce it.
11    Q.   Do you know what kind of equipment
12  was at Simpsonville while you were there?
13        Were there more coextrusion
14  equipment, or making seven-layer films, or
15  generally what kind of films are made?
16    A.   Huge, huge.
17        MR. FUCHS: Form objection.
18        THE WITNESS: It's huge. I mean,
19  they had all kinds of stuff. More stuff than I
20  could ever remember the names or know how to even
21  find it. I just kind of went through my little
22  lines that I worked on and went home.

Page 83

1  BY MR. HO:
2    Q.   Referring back to, I guess, what
3  would be Fant Exhibit 2, which is the memorandum,
4  in the last paragraph, the first sentence, or
5  actually -- yes, the first sentence, states: "At
6  the same time, an ETRY film was produced on the
7  Duncan cast coex line."
8        Do you know what the Duncan cast
9  coex line was?
10    A.   I have no idea. I mean, the lines
11  typically had numbers.
12    Q.   Do you know what an ETRY film is?
13    A.   Never heard of it.
14    Q.   Actually, in the same paragraph, in
15  the third line, states: "Orientation ratio was
16  defined by comparing the circumference of the die
17  stem to the circumference of the die lip."
18        Do you know what a die stem is?
19    A.   No.
20    Q.   Have you ever heard the term die
21  stem?
22    A.   I don't recall that term.

Page 84

1    Q.   Do you know what the die lip is?
2    A.   The lip is just the opening where
3  the coextruded product comes out of the die.
4    Q.   For coextrusion die, would there be more
5  than one lips?
6    A.   No. There would be the lip that's
7  all of the way around where the product comes out
8  already coextruded together.
9    Q.   So, is it true that the die lip is
10  where the melt would first meet the ambient air?
11    A.   Right.
12    Q.   Now, earlier you mentioned about a
13  nine-plate seven-layer die.
14        Do you recall that?
15    A.   Right.
16    Q.   What is a nine-layer seven -- I'm
17  sorry, what is a nine-plate seven-layer die?
18    A.   That was the coextrusion die that
19  was used to manufacture the product in question.
20    Q.   What is the nine-plates?
21    A.   Two top plates, the linear low
22  density polyethylene, third plate adhesive,

Page 85

1  fourth plate nylon, fifth plate EVOH, sixth plate
2  nylon, seventh plate adhesive, eighth and ninth
3  plates linear low density polyethylene.
4    Q.   Why would there be two plates for --
5  I'm sorry, let me go back.
6        You said there were two top plates
7  with a linear low density polyethylene, why would
8  there be required two top plates?
9    A.   Because it made up 25 percent of the
10  structure, so you needed two plates to get that
11  thickness.
12        Each plate has spirals in it and it
13  would only carry so much melt. So if you're
14  trying to get a specific thickness, the more
15  plates, you would need more plates to get the
16  desired thickness.
17    Q.   Between the two top plates of linear
18  low density polyethylene, would there be actually
19  two layers of linear low density polyethylene?
20    A.   Two layers, but they all came
21  together to make one.
22    Q.   And, so they would come together to

22 (Pages 82 to 85)

ENNIS M. FANT - JULY 19, 2005
CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 86

1   make one before you reach the die lips?
2       A.   Oh, yes.  When you reach the die
3   lips, all seven layers are together.  The final
4   coextruded product, when it comes out of the die,
5   is already together.
6       Q.   Would the polymer composition
7   between the two top plates be the same?
8       A.   Yes.
9       Q.   Would it come from the same
10  extruder?
11      A.   Yes.
12      Q.   At what point does the polymer split
13  between the two plates, or -- when does the
14  polymer split?
15      A.   It doesn't.  The linear levels do
16  not split.  Two dies, two plates, linear load
17  comes in first, it starts going down, then the
18  next plate, the resin touches.
19          So, now you have linear low and
20  resin, then you go down again, the nylon hits it,
21  go a little further, the EVOH hits it, go a
22  little further, nylon hits it, a little further,

Page 87

1   adhesive hits.
2           At the very bottom, where Plates 8
3   and 9 are, is the outer layer of the linear load,
4   and bingo, it comes out of the die all together.
5       Q.   When we talk about a nine-plate
6   seven-layer film, is this -- and under Example 3
7   of your '562 patent at Column 5, starting at line
8   50 --
9       A.   Okay.
10      Q.   Would this product under Example 3
11  be formed using a nine-plate seven-layer
12  coextrusion process?
13      A.   Starting at line 50?
14      Q.   Yes.
15      A.   Column 3.
16      Q.   Column 5, I'm sorry, Column 5,
17  Example 3.
18      A.   All right.
19          MR. FUCHS:  Objection.  You're
20  asking an opinion question.  You haven't laid a
21  foundation.
22          THE WITNESS:  I don't recall.  I

Page 88

1   don't know.
2   BY MR. HO:
3       Q.   If you were to make this product in
4   Example 3, would you use a nine-plate seven-layer
5   coextrusion die, or is that the proper term for
6   it?
7           Let me go back.  What would be the
8   die that you described earlier, the nine plates?
9           MR. FUCHS:  Form objection.
10          THE WITNESS:  There's nothing
11  magical about the plates.  You can use as many
12  plates as you want.
13          You can use as many plates in any
14  configuration.  They lock, you can use any
15  configuration, you can use seven plates, you can
16  use nine, you can use 10, you can use however
17  many plates you want.
18          It varies depending upon what
19  structure you want to put together, and it's like
20  a puzzle, you piece it together based on the
21  outcome you're trying to accomplish.
22          You're not locked in, we used

Page 89

1   numerous different die combinations, different
2   extruder combinations, five, six, you can use
3   six, roll one back.
4           There are a lot of different
5   combinations you can use in a different numerous
6   configurations.  You're not locked into any one
7   particular die, you're not locked into one
8   particular extruder configuration.
9           It just so happens, with the patent
10  in question, it was a symmetrical product that
11  used a nine-plate seven-layer structure that used
12  five extruders.
13          But, we used different ones, I mean,
14  sometimes we use six, sometimes we used 10
15  plates.  It just varied depending on the test.
16          Just at the end of the day, the one
17  in the patent was the one that worked.  That
18  happened to have five extruders and seven layers
19  and nine plates.  But all of the plates
20  interlock, you can just move them around.
21  BY MR. HO:
22      Q.   Now, earlier you just made the

23 (Pages 86 to 89)

# TAB B
# TO EXHIBIT 15

THE APPLICATION



Europäisches Patentamt

**European Patent Office**

Office européen des brevets

⑪ Publication number: **0 236 099
A2**

⑫ **EUROPEAN PATENT APPLICATION**

㉑ Application number: 87301779.2

㉒ Date of filing: 27.02.87

㊿ Int. Cl.⁴: **B 32 B 27/08**

㉚ Priority: 28.02.86 US 834594
21.03.86 US 842600
21.03.86 US 842321

⑦ Applicant: W.R. GRACE & CO., Grace Plaza 1114 Avenue
of the Americas, New York New York 10036 (US)

㊽ Date of publication of application: 09.09.87
Bulletin 87/37

㉒ Inventor: Fant, Ennis M., 499 Glenn Road, Greenville
South Carolina 29607 (US)
Inventor: Shah, Gautam P., 603 Harness Trail,
Simpsonville South Carolina 29681 (US)

㊼ Designated Contracting States: AT CH DE FR GB IT LI NL
SE

⑭ Representative: Collier, Jeremy Austin Grey et al,
J.A.Kemp & Co. 14, South Square Gray's Inn, London
WC1R 5EU (GB)

㊻ Oxygen barrier packaging film.

⑦ A multilayer film useful in food packaging includes a core
layer of ethylene vinyl alcohol copolymer, two interior adhesive
layers, and two outer layers comprising polymeric materials or
blends thereof such as linear low density polyethylene, or
blends thereof with linear medium density polyethylene and
ethylene vinyl acetate copolymer, or very low density poly-
ethylene. Ethylene propylene copolymer, polypropylene, and
blends thereof may also be used in the outer layers. Optional
nylon layers may be included on each surface of the core layer.
Orientation of the multilayer coextrusion provides a heat-
shrinkable film.



EP 0 236 099 A2

ACTORUM AG

MIL
B

Cryovac v. Pechiney    Confidential–Subject to Protective Order    CR012-001555

# TAB C

# TO EXHIBIT 15

GAUTAM P. SHAH, AUGUST 11, 2005
CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2               FOR DISTRICT OF DELAWARE

3

4   CRYOVAC, INC.,                    )

5         Plaintiff,                  )

6         v.                          )  CASE NO.

7   PECHINEY PLASTIC                  )  04—1278—KAJ

8   PACKAGING, INC.,                  )

9         Defendant.                  )

10          - - - - - - - - - -

11

12    VIDEOTAPED 30(b)(6) DEPOSITION OF CRYOVAC, INC.

13  BY AND THROUGH GAUTAM P. SHAH, CORPORATE DESIGNEE

14      CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

15             Thursday, August 11, 2005

16

17

18

19

20

21  Reported by:  Lori G. Mackenzie, RPR

22  Job No:  169071B

MIL
C

GAUTAM P. SHAH, AUGUST 11, 2005
CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 6

1    MR. TRYBUS: Steven Trybus from
2  Jenner & Block on behalf of Pechiney Plastic
3  Packaging, Inc.
4        MR. FUCHS: Marty Fuchs and Carlos
5  Tellez from Finnegan, Henderson, Farabow, Garrett
6  & Dunner representing the Plaintiff, Cryovac.
7        THE VIDEOGRAPHER: Thank you. Will
8  the court reporter please swear in the witness.
9           GAUTAM P. SHAH,
10  was called as a 30(b)(6) Corporate Designee of
11  CRYOVAC, INC. witness for examination, having
12  been first duly sworn, was examined and testified
13  as follows:
14      EXAMINATION BY COUNSEL FOR DEFENDANT
15      BY MR. TRYBUS:
16    Q.   Good afternoon, Mr. Shah.
17    A.   Good afternoon.
18    Q.   You understand that we have
19  completed the personal part of your deposition a
20  few moments ago, and that now we are proceeding
21  into what we're calling a 30(b)(6) deposition?
22    A.   Yes.

Page 7

1        (Shah 30(b)(6) Exhibit Number 1
2          marked for identification.)
3  BY MR. TRYBUS:
4    Q.   Let me show you what we've marked as
5  Exhibit 1 for your 30(b)(6) deposition.
6        MR. FUCHS: How did you mark this,
7  Shah 30(b)(6) 1?
8        MR. TRYBUS:  Shah 30(b)(6)1.
9  BY MR. TRYBUS:
10    Q.   Mr. Shah, have you seen that
11  document before?
12        Have you seen this before?
13    A.   Yes. I was shown this by my
14  attorney in preparation for the deposition.
15    Q.   And, do you understand that you're
16  going to be giving testimony, not just from your
17  personal knowledge, but on behalf of Cryovac and
18  what was reasonably known to Cryovac on the
19  topics set forth in Schedule A of Exhibit 1?
20        THE WITNESS:  Can you repeat the
21  question? It was too long.
22        (Record read.)

Page 8

1        THE WITNESS: Yes.
2  BY MR. TRYBUS:
3    Q.   And, do you consent to testify on
4  behalf of Cryovac?
5    A.   Yes.
6    Q.   First topic in Schedule A begins
7  with talking about the conception, skipping over
8  some of the other parts, of the alleged
9  inventions in each claims of the '419 patent.
10        Are you prepared to talk about the
11  conception of the alleged inventions for each
12  claim of the '419 patent?
13    A.   Yes.
14    Q.   What did you do to prepare for your
15  testimony here?
16    A.   I read the patent, '419, to
17  understand what was involved in the patent, the
18  film of invention.
19        And, came here and worked with my
20  attorneys to understand what was involved with
21  the depositions.
22    Q.   And, just so it's on the record, you

Page 9

1  didn't have to talk to the inventor of the '419
2  patent about this, because you are the inventor
3  of the '419 patent, correct?
4    A.   Yes. I'm the inventor of patent
5  '419.
6    Q.   When was the subject matter of
7  Claim 11 of the '419 patent conceived?
8        And, Mr. Shah, just so you have it,
9  I will give you a copy of the '419 patent which
10  was marked as Exhibit 2 during your personal
11  deposition.
12        I'm not going to remark it here.
13        MR. FUCHS:  Good.
14        THE WITNESS:  Can you repeat the
15  question?
16  BY MR. TRYBUS:
17    Q.   When was the subject matter of
18  Claim 11 conceived?
19    A.   The subject matter of the Claim 11
20  was conceived on or before the manufacture of the
21  film of invention on April 2nd of 1985.
22    Q.   Okay. And, so that the record is

3 (Pages 6 to 9)

Page 18

1    practice?
2        A.    Both films, FDX-1570 and 1572 were
3    reduced to practice by August 30th, 1985.
4        Q.    What happened on August 30th, 1985?
5        A.    This is when all of the tests were
6    completed on these films, and these results were
7    communicated back to me.
8            And, by looking at the results, I
9    became aware that the films properties met the
10   objective of the project.
11       Q.    Is Cryovac aware of any documentary
12   evidence relating to FDX-1572, other than what's
13   set forth in Exhibit 3?
14           MR. FUCHS:  Form objection.
15           THE WITNESS:  Can you repeat the
16   question?
17           (Record read.)
18           THE WITNESS:  Can you repeat that
19   again?
20           (Record read.)
21           THE WITNESS:  Yes.  There is
22   Exhibit 5, which shows the production or

Page 19

1    manufacture of FDX-1572.
2            MR. TRYBUS:  And, just so we don't
3    get confused, is that Exhibit 4, or did I mark it
4    four?
5            THE WITNESS:  It's marked 5 here.
6            MR. TRYBUS:  What did I mark as
7    four?
8            MR. FUCHS:  Okay.  Can we just, one
9    is the notice, two is Page 64, 65 and 63, three
10   is --
11           MR. TRYBUS:  The TSR --
12           MR. FUCHS:  Is the August 30th
13   receipt thing.
14           MR. TRYBUS:  Right.
15           MR. FUCHS:  That's three, and, then
16   four is the 1572 one?
17           MR. TRYBUS:  Yes.
18           (Shah 30(b)(6) Exhibit Number 4
19           marked for identification.)
20   BY MR. TRYBUS:
21       Q.    So, the information on FDX-1572, of
22   which Cryovac is aware of the documentary

Page 20

1    evidence, has been marked as Shah 30(b)(6)
2    Exhibit 4, correct?
3        A.    Yes.
4        Q.    Okay.  Is there anything within the
5    four corners of Exhibit 4 that indicates that the
6    film described there was conceived by you,
7    Mr. Shah, as opposed to, for example, Mr. Kay?
8            MR. FUCHS:  Form objection.
9            THE WITNESS:  Yes, there is nothing
10   in this document that indicates that this
11   invention was conceived by me and not Tommy Kay
12   or somebody else.
13   BY MR. TRYBUS:
14       Q.    Does Cryovac have any evidence at
15   all, whether documentary or otherwise, that the
16   film 1572 was conceived by you, as opposed to by
17   Mr. Kay?
18           MR. FUCHS:  I'm going to go
19   objection, beyond the scope of the schedule.
20           MR. TRYBUS:  Your objection is
21   noted.
22           MR. FUCHS:  And objection to form.

Page 21

1            MR. TRYBUS:  Your objection is
2    noted.  I think it's well within the schedule.
3    It talks about who performed, or witnessed the
4    act or activities, including conception and I
5    think that's what I'm asking about.
6            But, let's read the question back
7    and see if Mr. Shah can answer it.
8            THE WITNESS:  Can you repeat the
9    question again?
10           (Record read.)
11           THE WITNESS:  I have not been --
12           MR. FUCHS:  Also form objection as
13   to by evidence are you including the deposition
14   testimony that just occurred earlier today.
15           MR. TRYBUS:  I'm including
16   everything.
17           THE WITNESS:  I wasn't provided any
18   documentation or evidence.  I don't know of any
19   evidence that shows that FDX-1572 was, invention
20   was conceived by me.
21   BY MR. TRYBUS:
22       Q.    Does Cryovac have any evidence at

6 (Pages 18 to 21)

Page 22

1  all, whether documentary or otherwise, that the
2  film 1570 was conceived by you, as opposed to by
3  Mr. Kay?
4      A.   We have the patent invention
5  disclosure, which if it could be considered as
6  the evidence of invention by me, I could present
7  that into evidence and there are two invention
8  disclosures that were sent out on May 2nd, 1985,
9  disclosing of my invention of FDX-1570 and 1572.
10         MR. TRYBUS: Let's mark as
11 Exhibit 5, the document to which you were just
12 referring, Mr. Shah.
13         (Shah 30(b)(6) Exhibit Number 5
14             marked for identification.)
15 BY MR. TRYBUS:
16     Q.   Is what I've marked as Exhibit 5 a
17 copy of what you were referring to?
18     A.   Yes. Exhibit 5 refers to the
19 invention disclosures that were sent to Mr. Mark
20 Quatt for his advisement to Mr. Engelmann,
21 regarding the inventions by me of FDX-1570 and
22 FDX-1572.

Page 23

1      Q.   Where, on Exhibit 5, is an invention
2  disclosure related to FDX-1570 set forth?
3      A.   This information, which is
4  confidential and I could not share with you, but,
5  that would be contained in the Item 20 and 21.
6          MR. FUCHS: Okay. There was a
7  highlighted document that the company gave him
8  and he was not looking at the highlighted
9  document.
10         Perhaps you can repeat the question
11 with the highlighted document in front of you.
12         THE WITNESS: Yes, okay.
13         (Record read.)
14         THE WITNESS: The invention
15 disclosures, the Items 20 and 21 on Exhibit 5,
16 are the invention disclosures for FDX-1570 and
17 1572 that I sent to Mark Quatt.
18 BY MR. TRYBUS:
19     Q.   Is there any document that is not
20 being withheld by Cryovac, based on a claim of
21 privilege, that shows any conception by you of
22 the Film 1570 or 1572?

Page 24

1          MR. FUCHS: Form objection.
2          THE WITNESS: Can you repeat the
3  question?
4          (Record read.)
5          THE WITNESS: Double negative. Is
6  there any question not withheld?
7  BY MR. TRYBUS:
8      Q.   Let me try it this way. What do you
9  understand 20 and 21, in this list marked as
10 Exhibit 5, to be?
11     A.   I believe these are the invention
12 disclosures that I had sent to my attorney to
13 determine if the patent applications could be
14 filed on my inventions.
15     Q.   Please tell me everything you
16 understand is in Document 20.
17         MR. FUCHS: Hold on. I have to
18 instruct you not to answer the question, because
19 as the withheld document log shows it was a
20 attorney/client communication to which you are
21 not entitled.
22         MR. TRYBUS: Marty, I will just say,

Page 25

1  for the record, you guys can assert privilege on
2  it. I have read and reread the Spalding Sports
3  Worldwide case that deals with this.
4          You're certainly entitled to assert
5  privilege on it. You're not entitled to assert
6  privilege on it, however, and then try to use it
7  as evidence to show a conception.
8          So, at this point, I would
9  officially state that if you are going to try to
10 rely on it, this is the time to disclose it
11 because we're here in the 30(b)(6) deposition for
12 which it would be used.
13         And, if it's not disclosed now,
14 we're going to move to strike it to the extent
15 you try to bring it in later, the document
16 itself, or any facts about it.
17         MR. FUCHS: Just to respond, at no
18 time prior to this moment, which is less than a
19 week away from the close of discovery, has your
20 client, Pechiney, in any interrogatory answer,
21 ever suggested that they were going to assert any
22 inventorship defense.

7 (Pages 22 to 25)

GAUTAM P. SHAH, AUGUST 11, 2005
CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 30

1       (Record read.)
2       THE WITNESS: I don't know of any
3  other documents that describe the manufacture of
4  this film.
5  BY MR. TRYBUS:
6       Q.   Aside from what's here, are there
7  any other documents that describe any analysis of
8  the FDX-1570 film?
9       A.   I don't know of any other documents
10  that would describe the analysis of the FDX-1572
11  or 1570 beyond whats in the document here.
12       Q.   And, just to complete the loop,
13  Mr. Shah, aside from what has been marked here
14  during this deposition, are there any other
15  documents that refer or describe the manufacture
16  of the FDX-1572 film?
17       THE WITNESS: Can you repeat the
18  question?
19       (Record read.)
20       THE WITNESS: No, there are no other
21  documents that I know of that would describe the
22  manufacture of FDX-1572 beyond what is shown

Page 31

1  here.
2  BY MR. TRYBUS:
3       Q.   When does Cryovac contend that the
4  subject matter of Claim 1 of the '419 patent was
5  conceived?
6       MR. FUCHS: Objection. Relevance.
7  Lack of relevance.
8       THE WITNESS: What is the question?
9       (Record read.)
10       MR. FUCHS: Also objection. Lack of
11  foundation. You haven't laid a foundation that
12  Cryovac does contend anything with respect to
13  Claim 1 of the '419 patent in this litigation.
14  BY MR. TRYBUS:
15       Q.   Can you answer the question,
16  Mr. Shah?
17       THE WITNESS: Again, if you would
18  repeat the question?
19       (Record read.)
20       THE WITNESS: Again, the subject
21  matter of Claim 1 were conceived on or before
22  April 2nd and April 3rd, when both of the films

Page 32

1  were made.
2       Can you read back the answer for me,
3  please?
4       (Record read.)
5       THE WITNESS: Okay.
6  BY MR. TRYBUS:
7       Q.   Mr. Shah, moving on to Category 2 in
8  Schedule A, can you tell me what activities led
9  up to the conception of the subject matter of
10  Claim 11 of the '419 patent?
11       THE WITNESS: Can you repeat that
12  question again, please?
13       (Record read.)
14       THE WITNESS: Again, the films of
15  Claim 11 were conceived on or before April 2nd
16  and April 3rd of 1985.
17  BY MR. TRYBUS:
18       Q.   What activities led up to that
19  alleged conception?
20       A.   The manufacturing of FDX-70 and
21  FDX-72 films.
22       Q.   Anything else?

Page 33

1       A.   There is nothing else that I can
2  recall.
3       MR. TRYBUS: Why don't we take a
4  short break.
5       MR. FUCHS: Okay.
6       THE VIDEOGRAPHER: The time is
7  17:11:35, off the record.
8       (Recess -- 5:11-5:16 p.m.)
9       THE VIDEOGRAPHER: On the record,
10  the time is 17:16:15.
11       MR. TRYBUS: Counsel, I will just
12  reiterate our belief that if Cryovac is intending
13  to rely on either of the invention disclosure
14  statements, they need to be produced and they
15  need to be produced now for the purposes of this
16  deposition.
17       I understand that that's not going
18  to happen right now. So, unless you're prepared
19  to do that, I don't have any further questions at
20  this time.
21       MR. FUCHS: Okay. And, I think I
22  satisfactorily explained why I disagreed. But,

9 (Pages 30 to 33)

# TAB D
# TO EXHIBIT 15

Cryovac's Withheld Document Log for Civil Action # 04-1278(KAJ)
Confidential – Subject to Protective Order

| PRIV # | DATE | AUTHOR(S) | RECIPIENT(S) | COPYEE(S) | DESCRIPTION | BASIS |
|---|---|---|---|---|---|---|
| 19 | 04/24/1985 | Shah, G.** | Quatt, M.* | None | Confidential communication between client and attorney providing information to attorney so that attorney could provide legal advice with respect to obtaining patent protection for client's invention. | AC |
| 20 | 05/02/1985 | Shah, G.** | Quatt, M.* | Engelmann, A.** | Confidential communication between client and attorney where client provided information to attorney so that attorney could provide legal advice and legal assistance in connection with evaluating patentability of and preparing a patent application for client's invention. | AC |
| 21 | 05/02/1985 | Shah, G.** | Quatt, M.* | Engelmann, A.** | Confidential communication between client and attorney where client provided information to attorney so that attorney could provide legal advice and legal assistance in connection with evaluating patentability of and preparing a patent application for client's invention. | AC |
| 22 | 05/08/1985 | Mixon, G.* | Shah, G.** | None | Confidential communication between attorney's subordinate (Mixon, G.*) and client wherein subordinate relayed legal advice from attorney (Quatt, M.*) with respect to disclosures of client's invention. | AC |
| 23 | 06/28/1985 | Shelton, T.* | Quatt, M.* | None | Confidential communication between attorney's assistant (Shelton, T.*) and attorney (Quatt, M.*) wherein assistant provided information, including information from co-counsel (Toney, J.*), so that attorney could provide legal assistance and legal assistance with respect to the preparation of client's patent application. | AC |
| 24 | 07/03/1985 | Quatt, M.* | Shah, G.** | None | Confidential communication between attorney and client wherein attorney requested information and provided legal advice with respect to client's patent application. | AC |
| 25 | 08/05/1985 | Fant, E.** | Quatt, M.* | None | Confidential communication between client and attorney providing information so that attorney could provide legal advice and evaluate patentability of client's invention. | AC |
| 26 | 08/08/1985 | Rogers, K.** | Quatt, M.*<br>Childress, B.**<br>Koteles, R.**<br>Esakov, M.**<br>Walters, J.**<br>Bornstein, N.**<br>Cannon, K.** | None | Confidential communication between client and attorney providing information to attorney so that attorney could provide legal advice and legal assistance in assessing patentability of client's invention. | AC |

* denotes outside or in-house counsel or agent or assistant thereof - see Identification of Individuals Listed on Cryovac's Withheld Document Log for more details about listed individuals.
** denotes employees and consultants (other than counsel or agents or assistants thereto) - see Identification of Individuals Listed on Cryovac's Withheld Document Log for more details about listed individuals.
*** Cryovac refers to Cryovac, Inc. and its predecessor and successor entities.
July 25, 2005

EXHIBIT 5

MIL
D

# TABS E - N
# TO EXHIBIT 15

# REDACTED IN FULL

# TAB O
# TO EXHIBIT 15

29

Fox 1570                    O² Barrier

Formulation:            7 Plate Die

Outside - Skin =    FOX1533      27.9%
         ℗      =    Plexar 2581   9.5%
                     Nylon CA6    12.4%
Core - EVAL          1158 Long     9.4%
                     Nylon CA6     9.5%
         ℗           Plexar 2581   5.0%
Inside - Skin        Fox 1533     26.5%

MPD Line - Duncan

29.8 FPM X 13½ and trim X 11.75" X
41" X 98 Splats

MD = 3.29
TD    3.49

J. S. Kay
NBPN 135208B        4-2-85

Plaintiff's Trial
Exhibit
94

Cryovac v. Pechiney    Confidential-Subject to Protective Order    CR009-000064

Fox 1533

Tumble Blend.

100 LBS — 1182 RIDL
50 LBS — 1283 LAND
34 LBS — 1069 BECH.
16 LBS — F380 MA
200

Skin Layer for $O_2$ Barrier.

J. J. Kay
1-30-85

CONFIDENTIAL

PROBLEM NO. 13725 43    DATE 4-2- 19 85    **CRYOVAC**

SUBJECT: O₂ Barrier   Por 1570

| EVT | | Fov 638 1 | Long 2 | Nylon 6 3 | Pleva 1581 4 |
|---|---|---|---|---|---|
| ① | | Skin | Core | Core | Adhesive |
| Zone | 1 | 390 | 390 | 400 | 390 |
| | 2 | 410 | 390 | 410 | 400 |
| | 3 | 410 | 390 | 410 | 410 |
| | 4 | 410 | 400 | — | — |
| | 5 | 410 | | | |
| Gate | | 410 | 415 | 420 | 400 |
| Adapt | | 410 | 415 | 420 | 410 |
| Die | 1 | 400 | — | — | — |
| | 2 | 400 | | — | — |
| | 3 | 420 | — | — | — |
| Amps | | 80 | 25 | 30 | 60 |
| H. Pres | | 5600 | 300 | 1200 | 1200 |
| melt | | NW | 450 | NW | 400 |
| RPM's | | 35.0 | 10.6 | 33 | 60 |
| Pellet tin | | 480 | | | |

Boxy & Tsp   29.8    Layers: Out — 3.91 — 27.5% — Skin
J. Willis     11.75              1.73   12.4   Nylon 6
F. MacBeth    13.5               .33    9.5    Ad Pleva 1581
MA            10                 1.31   9.4    Long
Pre Heat      OFF                .67    5.0    Pleva 1581
Steam         228                .33    9.5    Nylon 6
1/0                              3.74   26.5   Skin
C/2                             13.58

Jaw Temp
Nip Roll      98
Filter Gauge  100  Nominal   Proessed   Jan — orales
MP            3.29            Smit —     Orale 1 log
TD            3.49

CONFIDENTIAL

SIGNED  Jim 5/4   UNDERSTOOD AND WITNESSED  Gautam P. Shah
DATE    4-2-85    DATE  4-2-85    Nº 139208 **B**

# TAB P

# TO EXHIBIT 15

31

Fox 1572

Structure : $O^2$ Barrier —

| EXT. | 1 | 4 | 3 | 2 | 3 | 4 | 1 |
|------|---|---|---|---|---|---|---|
| (1) | Fox 1525 | modic P310H | Nylon CA 6 | Eval K | Nylon CA 6 | modic P310H | Fox 1525 |
| (2) | 30.4% | 11% | 7% | 11% | 3% | 11% | 28% |
| (3) | 4.1 | 1.5 | .96 | 1.45 | .36 | 1.36 | 3.79 (mils) |

Processed on MPD line:

29.6 FPM X 13.5 mils X 11.75" X 98 Deflato
X 41" X 1006A nominal

MD = 3.3
TD    3.5

7 Plate Die

J. Skay
4-3-85
NBPN 1392108

Plaintiff's Trial
Exhibit

95



PROBLEM NO. 1374-943   DATE 4-3 19 85   **CRYOVAC**

SUBJECT: D² (Sanner)   FDX 1572

7 Plate Di — 7 layers

| | 1 | 4 | 5 | 2 | 3 | 4 | 1 |
|---|---|---|---|---|---|---|---|
| | FDX 1525 | MODIC P310M | Nylon CA6 | EVAL K | Nylon CA6 | MODIC P310M | FDX 1525 |
| | outside | Subst. | Adh. | Core (EVAL K) | Adh | Subteral | inside MODIC |
| | (Skins) 1 | | | 2 | Nylon 3 | | 4 |
| 1 | 340 | | | 390 | 350 | | 330 |
| 2 | 350 | | | 390 | 360 | | 335 |
| 3 | 380 | | | 390 | 360 | | 340 |
| 4 | 350 | | | 400 | | | — |
| 5 | 350 | | | — | — | | — |
| 6 | 350 | | | 415 | 370 | | 340 |
| Ad. | 350 | | | 415 | 370 | | 350 |
| Adi 1 | 380 | | | — | — | | 9 |
| 2 | 390 | | | — | — | | — |
| 3 | 390 | | | — | — | | — |
| Amp | 65 | | | 25 | 20 | | 50 |
| W Pres | 3500 | | | 3800 | N/W | | 3200 |
| Melt | N/W | | | 438 | N/W | | 350 |
| RPMs | 43.2 | | | 10.6 | 24 | | 50 |
| Pat | 530 | | | 37 | 210 | | 460 |
| T Se | 29.6 | | | | | | |
| T Wnd | 11.75 | | | | | | |
| T Thickn | 13.5 | | | | | | |
| MA | 0 | | | | | | |
| Pre Heat | OFF | | | | | | |
| Steam | 2 | | | | | | |
| U.O | | | | | | | |
| OO | OFF | | | | | | |
| Film Width | 42 | | | | | | |
| Film Gauge | 100 | | | | | | |
| MD | | | | | | | |
| TD | | | | | | | |

CONFIDENTIAL

SIGNED _____ DATE 4-3-85

UNDERSTOOD AND WITNESSED _Gautam P. Shah_   DATE 4-3-85

Nº 139209 **B**

# TAB Q
# TO EXHIBIT 15

1

ENNIS M. FANT - JULY 19, 2005
CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1              IN THE UNITED STATES DISTRICT COURT

2                  FOR DISTRICT OF DELAWARE

3

4    CRYOVAC, INC.,                    )

5           Plaintiff,                 )

6           v.                         )  CASE NO.

7    PECHINEY PLASTIC                  )  04-1278-KAJ

8    PACKAGING, INC.,                  )

9           Defendant.                 )

10              - - - - - - - - - - -

11

12       VIDEOTAPED DEPOSITION OF ENNIS M. FANT

13     CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

14              Tuesday, July 19, 2005

15

16

17

18

19

20

21   Reported by:  Lori G. Mackenzie, RPR

22   Job No:   168430

COPY

ENNIS M. FANT - JULY 19, 2005
CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    cover only unoriented films?

2            MR. FUCHS:  Same objection.

3    BY MR. HO:

4        Q.    This is your opinion from reading

5    Claim 1?

6            MR. FUCHS:  Yes.  That's my

7    objection.  You have not laid a foundation to

8    elicit opinion testimony from the witness.

9            MR. HO:  I'm asking his opinion.

10   I'm not asking him as a patent attorney.

11           MR. FUCHS:  No.  I'm saying you

12   haven't laid a foundation to elicit any opinions

13   from him, because you haven't laid the foundation

14   to get opinion testimony.

15           THE WITNESS:  And, I couldn't answer

16   it, because I have no knowledge about shrink

17   films and shrink orientation or any of that.

18           That was just foreign to me.  It was

19   something other people did.

20   BY MR. HO:

21       Q.    Was it your intention, when you came

22   up with the film that resulted in the '562

1   patent, that it be limited to unoriented films?

2       A.    All I did in laminates was

3   unoriented films.  We -- I know nothing about

4   film orientation, at all.

5           So, obviously I would not think that

6   it would be oriented at any point, because we

7   don't do that in laminates.

8           So, there would never be a thought

9   to consider that.

10      Q.    Okay.  Now, referring to the '562

11  patent again, turn to Column 3, which is the

12  fourth page of your patent.

13          The last paragraph of Column 3,

14  right under Description of the Preferred

15  Embodiment --

16      A.    Right.

17      Q.    -- there's a sentence that says:

18  "The film structure depicted in Figure 1 is

19  directed to a multilayer film which is preferably

20  palindromic or symmetrical in construction."

21          Do you know what is meant by

22  palindromic?

ENNIS M. FANT - JULY 19, 2005
CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1   evening.

2          Q.     What did you do yesterday?

3          A.     Took it easy.  Called some old

4   friends.  Walked on K Street.

5          Q.     Is Mr. Fuchs representing you as an

6   attorney for this deposition?

7          A.     Yes.

8          MR. HO:  I have no further

9   questions.

10         EXAMINATION BY COUNSEL FOR PLAINTIFF

11  BY MR. FUCHS:

12         Q.     Reverend Fant, I have a couple of

13  questions on cross-examination.

14         Could you place before you Fant

15  Exhibit Number 3, that was your United States

16  Patent Number 4,746,562.

17         Do you have that in front of you?

18         A.     Yes, sir.

19         Q.     Was the film described in your

20  patent oriented or not oriented?

21         A.     Not oriented.

22         Q.     Would you have known how to orient

1   this film described in your patent in 1986?

2                MR. HO:  Objection.

3                THE WITNESS:  No idea.

4                MR. HO:  Speculation.

5                THE WITNESS:  Laminates did not

6   orient films at all, and I worked in laminates

7   the entire time I was there.  I have no

8   experience in orienting film.

9   BY MR. FUCHS:

10       Q.    Just so my question is clear,

11  because there was a form objection, based on your

12  personal knowledge, would you have known how to

13  orient the film described in your patent in 1986?

14       A.    No.

15       Q.    Were you a person of ordinary skill

16  in the art to which your patent pertains in 1986?

17               MR. HO:  Objection.

18               THE WITNESS:  Yes.

19               MR. FUCHS:  I have no further

20  questions.

21    FURTHER EXAMINATION BY COUNSEL FOR DEFENDANT

22  BY MR. HO:

# TAB R

# TO EXHIBIT 15

Tommy Kay   August 16, 2005

Page 1

```
 1
 2                IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF DELAWARE
 3
     CRYOVAC, INC.,
 4       Plaintiff/Counter-Defendant,
                                  Civil Action No. 04-1278
 5           vs.
                              Hon. Kent A. Jordan
 6   PECHINEY PLASTIC PACKAGING, INC.,
 7       Defendant/Counter-Plaintff.
 8
     VIDEOTAPED
 9   DEPOSITION OF:  Tommy Kay
10   DATE:           August 16, 2005
11   TIME:           9:18 a.m.
12   LOCATION:       Nelson, Mullins, Riley & Scarborough
                     104 South Main Street
13                   Greenville, SC 29601
14   TAKEN BY:       Counsel for Defendant
15   REPORTED BY:    KENNETH McCLURE,
                     Registered Merit Reporter
16   _____
17   Computer-Aided Transcription By:
18       A. WILLIAM ROBERTS, JR. & ASSOCIATES
19   Charleston, SC                    Greenville, SC
     (843) 722-8414                     (864) 234-7030
20
     Columbia, SC     CONFIDENTIAL     Charlotte, NC
21   (803) 731-5224                    (704) 573-3919
22
23
24
25
```

COPY

VIDEOTAPE

Tommy Kay   August 16, 2005

Page 2
```
 1    APPEARANCES OF COUNSEL
 2        ATTORNEYS FOR PLAINTIFF CRYOVAC:
 3                    FINNEGAN HENDERSON, FARABOW,
                      GARRETT & DUNNER, LLP
 4                    BY:  REBECCA D. HESS, ESQ.
                      901 New York Avenue, N.W.
 5                    Washington, D.C. 20001-4413
                      (202) 408-4413
 6                    rebecca.hess@finnegan.com
 7        ATTORNEYS FOR DEFENDANT PECHINEY:
 8                    JENNER & BLOCK, LLP
                      BY:  LI-CHUNG DANIEL HO, ESQ.
 9                    One IBM Plaza
                      Chicago, IL 60611-7603
10                    (312) 222-9350
                      dho@jenner.com
11
          ALSO PRESENT:
12
                      JACK MARKS, VIDEOGRAPHER
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Tommy Kay   August 16, 2005

Page 126

1          MS. HESS:  May I please have the question

2    read?

3          (The pending question was read.)

4          MS. HESS:  I'm going to object to the form

5    of the question, counselor.

6      Q.   If you know.

7          MS. HESS:  Lack of foundation.

8      A.   I don't know.

9      Q.   Now, Mr. Kay, when was the first time you

10   became aware of the film structure that's identified

11   as FDX 1570 that's in your Notebook No. 139208B?

12     A.   April the 2nd.

13          When did I become aware of it?

14     Q.   Correct.  Of this particular film

15   structure.  If you recall.

16     A.   I don't recall when I became aware -- the

17   engineer, probably the day before or day -- during

18   that week, said:  We need to schedule that run.

19   This is the day that I made it on.  A day or two

20   prior to this, we discussed what we were going to

21   do.

22     Q.   Do you know who is the engineer that told

23   you about the film structure that's FDX 1570?

24     A.   Gautam Shah.

25     Q.   Do you remember what he told you about this

Tommy Kay   August 16, 2005

Page 195

1      Q.   -- and before you read this abstract

2   section that you just did for the 562 patent, do you

3   recall knowing about the film structure that

4   Mr. Fant described here?

5      A.   No.

6          MS. HESS:  Objection.  Lack of foundation.

7   You didn't lay the foundation that he even

8   understands what he just read for the first time.

9          MR. HO:  I have no further questions.

10         MS. HESS:  Can we take a short break?

11         MR. HO:  Sure.

12         THE VIDEOGRAPHER:  Going off the record at

13  17:00 hours.

14         (A recess was taken.)

15         THE VIDEOGRAPHER:  Back on the video record

16  at 17:19.

17                     EXAMINATION

18  BY MS. HESS:

19     Q.   Mr. Kay, I'm just going to ask you a few

20  questions.

21         How did you know what materials to use in

22  the layers of FDX 1570 and 1572?

23     A.   Through the engineer, Gautam Shah,

24  instructing me.

25     Q.   And how did you know what layer ratios or

Tommy Kay   August 16, 2005

Page 196

1    thicknesses to use for the films FDX 1570 and 1572?

2        A.    Through the engineer, Gautam Shah.

3        Q.    He told you --

4        A.    To -- to set it up like what we set it up

5    here, or that way.  He gave me the numbers.

6        Q.    And how did you know what order to put the

7    layers in in the films FDX 1570 and FDX 1572?

8        A.    Per Gautam Shah's instructions.

9        Q.    And how did you know to orient the films

10   FDX 1570 and 1572?

11       A.    On the MPD line there that we have been

12   discussing, we knew to come there.  We was going to

13   rack it and make film from it, and that's the only

14   place we could do it.

15       Q.    Who told you, if anyone, to use the MPD

16   line to make the films?

17       A.    Gautam, Gautam Shah, Mr. Shah.

18       Q.    And how did you know to make a film with

19   seven layers as opposed to five layers?

20       A.    Through Gautam Shah.

21       Q.    Did Mr. Shah tell you to coextrude the

22   film?

23       A.    Yes.  He told us to build the MPD line.  We

24   knew that was a coextrusion line, and it would

25   automatically be extruded.

# TAB S
# TO EXHIBIT 15

1

GAUTAM P. SHAH, AUGUST 11, 2005
CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1        IN THE UNITED STATES DISTRICT COURT

2            FOR DISTRICT OF DELAWARE

3

4   CRYOVAC, INC.,                    )

5        Plaintiff,                   )

6        v.                           )  CASE NO.

7   PECHINEY PLASTIC                  )  04-1278-KAJ

8   PACKAGING, INC.,                  )

9        Defendant.                   )

10            - - - - - - - - - -

11

12   VIDEOTAPED 30(b)(6) DEPOSITION OF CRYOVAC, INC.

13  BY AND THROUGH GAUTAM P. SHAH, CORPORATE DESIGNEE

14     CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

15            Thursday, August 11, 2005

16

17

18

19

20

21  Reported by:  Lori G. Mackenzie, RPR

22  Job No:  169071B

COPY

1   also the oxygen transmission rate of the films.

2        Q.    This document, Exhibit 3, refers to,

3   on Page 3 of the exhibit, with production number

4   CR 9-49, in terms of sample identification,

5   refers to an FDX-1570.

6              Do you see that?

7        A.    Yes.

8        Q.    Is that the same film that's

9   referred to in Example 2?

10       A.    Exhibit 2.

11       Q.    Exhibit 2?

12       A.    Yes, it's the same film referred to

13  in Exhibit 2, yes.

14       Q.    It also refers to an FDX-1572 film,

15  do you see that?

16       A.    Yes.

17       Q.    Does Cryovac contend that the 1572

18  film is also an actual reduction to practice of

19  the subject matter of Claim 11 of the '419

20  patent?

21       A.    Yes.

22       Q.    When was the 1572 film reduced to

1    practice?

2        A.    Both films, FDX-1570 and 1572 were

3    reduced to practice by August 30th, 1985.

4        Q.    What happened on August 30th, 1985?

5        A.    This is when all of the tests were

6    completed on these films, and these results were

7    communicated back to me.

8              And, by looking at the results, I

9    became aware that the films properties met the

10   objective of the project.

11       Q.    Is Cryovac aware of any documentary

12   evidence relating to FDX-1572, other than what's

13   set forth in Exhibit 3?

14             MR. FUCHS:  Form objection.

15             THE WITNESS:  Can you repeat the

16   question?

17             (Record read.)

18             THE WITNESS:  Can you repeat that

19   again?

20             (Record read.)

21             THE WITNESS:  Yes.  There is

22   Exhibit 5, which shows the production or

# TAB T
# TO EXHIBIT 15

Services
rice Reque:

No. **1 - 6777**

DATE _Clue 30, 1985_

Date   4-24-85

TO: _A. P. Shah_

oller Appr. _____ Dept. No.   137

Appr. _FDS/____ Proj. No.   3743

LAYER OXYGEN BARRIER SHRINK FILMS

Would you please review this report
and return with your typewritten comments
as soon as possible.

Man Hours: ____

_Mainart Fowler_

:ground:

rier shrink films with nylon
tion for the film.

R E S T R I C T E D

Plaintiff's Trial
Exhibit

97

Analytical Services
Technical Service Request

C R Y O V A C

No. I - 6777

W. R. Grace & Co.
Cryovac Division

Date ___4-24-85___

Proj. Controller Appr. _____  Dept. No. ___137___

Originator ___GAUTAM P. SHAH___   Dept. Mgr. Appr. _FDS/H.H._   Proj. No. ___3743___

Subject ___DETERMINE THE PROPERTIES OF SEVEN LAYER OXYGEN BARRIER SHRINK FILMS___

Man Hours:

Justification For Request and Sample Background:

The properties of seven layer oxygen barrier shrink films with nylon
and EVOH will help determine the application for the film.

R E S T R I C T E D

Confidential Subject to Protective Order    CR009-000048

Originator    GAUTAM P. SHAH                                No.  1-6777

Subject:  DETERMINE THE PROPERTIES OF SEVEN LAYER OXYGEN BARRIER SHRINK FILMS.

Sample Identification:

FDX 1570: LLDPE-EVA/ADHESIVE/NYLON CA6/EVAL F/NYLON CA6/ADHESIVE/LLDPE-EVA

FDX 1572: EPC/ADHESIVE/NYLON CA6/EVAL K/NYLON CA6/ADHESIVE/EPC

For A.S. Use Only.

Scheduled 4/24/85 DLS

Route To _____

For Comments _____

Approved _____

Sample Received with TSR
    Yes _____ No _____

Sample Disposition
_____ Destroy
_____ Return to Me

Services Requested:

| | | | |
|---|---|---|---|
| X | Tensile & Elongation _____ | X | Haze |
| X | Modulus at _____ | ___ | Total Transmission |
| X | Tear Propagation _____ | X | Gloss |
| X | Free Shrink at $200^0,220^0,240^0,260^0,280^0,300^0$ F | X | Density at 23°C |
| X | Shrink Tension at $200^0,220^0,240^0,260^0,280^0,300^0$ F | X | Moisture Vapor Transmission |
| X | Ball Burst at _____ | X | Oxygen Transmission |

Other Tests and/or Special Instructions:

Oxygen transmission at 0% to 100% RH @ room temperature
Clarity
COF IN/IN and OUT/OUT
Layer Gauge (all layers)
Interply bond strength (between all layers)

Cryovac v. Pechiney    Confidential Subject to Protective Order    CR009-000049

MICROSCOPY LABORATORY REPORT                           TSR 1-6777

    Written by:   Kenneth Cannon $\chi_{e}^{\beta c}$

    Approved by:  Blaine Childress $\mathcal{B}cc$


## SEVEN LAYER OXYGEN BARRIER
## SHRINK FILMS


Two samples of barrier shrink film was submitted to this laboratory
for optical thickness gauging.  The samples were first cross-sectioned, then
gauged using the Unitron Metallograph @ 400X.  The results are recorded on the
data sheet included with this report.


Research Notebook Page   535D

Man Hours:  6

KC/mlf      8/28/85


12782885/2/1

- 1 -

TSR 1-6777

DETERMINE THE PROPERTIES OF SEVEN LAYER OXYGEN BARRIER SHRINK FILMS

TENSILE AND ELONGATION AT BREAK AND  73 DEG.F.

| | | LONGITUDINAL | | | TRANSVERSE | | |
|---|---|---|---|---|---|---|---|
| SAMPLE | : | TENSILE PSI | ELONG. % | GAUGE MILS | : TENSILE PSI | ELONG. % | GAUGE MILS |
| DX 1570 | : | | | | : | | |
| AVERAGE | : | 106.3X100 | 72. | 1.19 | : 115.5X100 | 77. | 0.99 |
| STD.DEV. | : | 4.1X100 | 5. | 0.08 | : 4.5X100 | 8. | 0.03 |
| 95% C.L. | : | 6.5X100 | 9. | 0.12 | : 7.2X100 | 13. | 0.06 |
| DX 1572 | : | | | | : | | |
| AVERAGE | : | 124.0X100 | 66. | 1.11 | : 116.0X100 | 64. | 1.11 |
| STD.DEV. | : | 9.1X100 | 7. | 0.03 | : 4.3X100 | 3. | 0.01 |
| 95% C.L. | : | 14.5X100 | 11. | 0.05 | : 6.8X100 | 5. | 0.02 |

==========

MODULUS AT  73 DEG.F.

| | | LONGITUDINAL | | | TRANSVERSE | |
|---|---|---|---|---|---|---|
| SAMPLE | : | PSI | GAUGE, MILS | : | PSI | GAUGE, MILS |
| DX 1570 | : | | | : | | |
| AVERAGE | : | 100.7X1000 | 1.38 | : | 107.1X1000 | 1.06 |
| STD.DEV. | : | 7.3X1000 | 0.07 | : | 2.5X1000 | 0.03 |
| 95% C.L. | : | 11.6X1000 | 0.11 | : | 4.0X1000 | 0.05 |
| DX 1572 | : | | | : | | |
| AVERAGE | : | 146.1X1000 | 1.27 | : | 140.2X1000 | 1.16 |
| STD.DEV. | : | 6.9X1000 | 0.03 | : | 3.3X1000 | 0.03 |
| 95% C.L. | : | 10.9X1000 | 0.06 | : | 5.3X1000 | 0.05 |

==========

TEAR PROPAGATION AT  73 DEG.F.

| | | LONGITUDINAL | | | TRANSVERSE | |
|---|---|---|---|---|---|---|
| SAMPLE | : | GRAMS | GAUGE, MILS | : | GRAMS | GAUGE, MILS |
| DX 1570 | : | | | : | | |
| AVERAGE | : | 21.55 | 1.37 | : | 117.94 | 1.42 |
| STD.DEV. | : | 2.93 | 0.06 | : | 79.17 | 0.05 |
| 95% C.L. | : | 4.66 | 0.09 | : | 125.97 | 0.08 |

: 95% CONFIDENCE LIMITS
  FOR THE AVERAGE, N=4

Subject to Protective Order  CR008-000051

- 2-

TSR 1-6777

TERMINE THE PROPERTIES OF SEVEN LAYER OXYGEN BARRIER SHRINK FILMS

AR PROPAGATION AT   73 DEG.F.

| MPLE | : | LONGITUDINAL | | : | TRANSVERSE | |
|------|---|--------|-------------|---|--------|-------------|
| | | GRAMS | GAUGE, MILS | : | GRAMS | GAUGE, MILS |

X 1572

| | : | | | : | | |
|------|---|-------|------|---|------|------|
| AVERAGE | : | 5.78 | 1.14 | : | 6.60 | 1.18 |
| STD.DEV. | : | 0.32 | 0.04 | : | 0.61 | 0.06 |
| 95% C.L. | : | 0.51 | 0.06 | : | 0.96 | 0.10 |

=========
LL BURST IMPACT AT   73 DEG.F.
.00 IN. DIAM. SPHERE HD.

| MPLE | CM-KG | GAUGE, MILS |
|------|-------|-------------|

X 1570

| | | |
|---------|------|------|
| AVERAGE | 25.0 | 1.38 |
| STD.DEV. | 2.2 | 0.06 |
| 95% C.L. | 3.4 | 0.10 |

1572

| | | |
|---------|------|------|
| AVERAGE | 14.0 | 1.13 |
| STD.DEV. | 0.8 | 0.03 |
| 95% C.L. | 1.3 | 0.04 |

=========
TER VAPOR TRANSMISSION AT   100 DEG.F.

| MPLE | GRAMS/(24HRS,100SQ.IN.) AT 100%RH | GAUGE, MILS |
|------|-----------------------------------|-------------|

X 1570

| | |
|------|------|
| 0.61 | 1.40 |
| 0.94 | 1.04 |
| 0.78 | 1.19 |

X 1572

| | |
|------|------|
| 0.75 | 1.24 |
| 0.83 | 1.04 |
| 0.75 | 1.12 |

95% CONFIDENCE LIMITS
FOR THE AVERAGE, N=4

Cryovac Packing   Confidential Subject to Protective Order   CR009-000052

- 3-

TSR 1-6777

ERMINE THE PROPERTIES OF SEVEN LAYER OXYGEN BARRIER SHRINK FILMS

EE SHRINK AT 200 DEG.F.

|  | LONGITUDINAL | TRANSVERSE |
|---|---|---|
| MPLE | PERCENT | PERCENT |
| X 1570 | : | : |
| AVERAGE : | 20. | 25. |
| STD.DEV. : | 2. | 1. |
| 95% C.L. : | 3. | 2. |
| X 1572 | : | : |
| AVERAGE : | 20. | 24. |
| STD.DEV. : | 1. | 2. |
| 95% C.L. : | 2. | 3. |

========
EE SHRINK AT 220 DEG.F.

|  | LONGITUDINAL | TRANSVERSE |
|---|---|---|
| MPLE | PERCENT | PERCENT |
| 1570 | : | : |
| AVERAGE : | 34. | 39. |
| STD.DEV. : | 2. | 1. |
| 95% C.L. : | 3. | 1. |
| X 1572 | : | : |
| AVERAGE : | 29. | 34. |
| STD.DEV. : | 3. | 3. |
| 95% C.L. : | 4. | 4. |

========
EE SHRINK AT 240 DEG.F.

|  | LONGITUDINAL | TRANSVERSE |
|---|---|---|
| MPLE | PERCENT | PERCENT |
| X 1570 | : | : |
| AVERAGE : | 67. | 60. |
| STD.DEV. : | 2. | 2. |
| 95% C.L. : | 3. | 4. |

95% CONFIDENCE LIMITS
FOR THE AVERAGE, N=4

- 4-

TSR  1-6777

TERMINE THE PROPERTIES OF SEVEN LAYER OXYGEN BARRIER SHRINK FILMS


EE SHRINK AT  240 DEG.F.

| MPLE | PERCENT LONGITUDINAL | | PERCENT TRANSVERSE | |
|---|---|---|---|---|
| X 1572 | : | | : | |
| AVERAGE | : | 46. | : | 46. |
| STD.DEV. | : | 1. | : | 1. |
| 95% C.L. | : | 2. | : | 2. |

========

EE SHRINK AT  260 DEG.F.

| MPLE | PERCENT LONGITUDINAL | | PERCENT TRANSVERSE | |
|---|---|---|---|---|
| X 1570 | : | | : | |
| AVERAGE | : | 72. | : | 67. |
| STD.DEV. | : | 1. | : | 3. |
| 95% C.L. | : | 2. | : | 5. |
| 1572 | : | | : | |
| AVERAGE | : | 57. | : | 58. |
| STD.DEV. | : | 1. | : | 1. |
| 95% C.L. | : | 2. | : | 2. |

========

EE SHRINK AT  280 DEG.F.

| MPLE | PERCENT LONGITUDINAL | | PERCENT TRANSVERSE | |
|---|---|---|---|---|
| X 1570 | : | | : | |
| AVERAGE | : | 73. | : | 68. |
| STD.DEV. | : | 1. | : | 1. |
| 95% C.L. | : | 2. | : | 1. |
| X 1572 | : | | : | |
| AVERAGE | : | 60. | : | 59. |
| STD.DEV. | : | 1. | : | 1. |
| 95% C.L. | : | 2. | : | 2. |

95% CONFIDENCE LIMITS
FOR THE AVERAGE, N=4

Confidential Subject to Protective Order   CB009 000054

- 5-

TSR 1-6777

~RMINE THE PROPERTIES OF SEVEN LAYER OXYGEN BARRIER SHRINK FILMS

EE SHRINK AT 300 DEG.F.

| MPLE | | PERCENT LONGITUDINAL | | | PERCENT TRANSVERSE | |
|---|---|---|---|---|---|---|
| X 1570 | : | | | : | | |
| AVERAGE | : | 72. | | : | 68. | |
| STD.DEV. | : | 1. | | : | 1. | |
| 95% C.L. | : | 1. | | : | 2. | |
| X 1572 | : | | | : | | |
| AVERAGE | : | 60. | | : | 58. | |
| STD.DEV. | : | 2. | | : | 4. | |
| 95% C.L. | : | 4. | | : | 6. | |

========
RINK PROPERTIES AT 200 DEG.F.

| MPLE | : | LONGITUDINAL FORCE LBS | TENSION PSI | GAUGE MILS | : | TRANSVERSE FORCE LBS | TENSION PSI | GAUGE MILS |
|---|---|---|---|---|---|---|---|---|
| 1570 | : | | | | : | | | |
| AVERAGE | : | 0.343 | 338. | 1.01 | : | 0.603 | 446. | 1.35 |
| STD.DEV. | : | 0.026 | 18. | 0.03 | : | 0.009 | 13. | 0.03 |
| 95% C.L. | : | 0.042 | 28. | 0.04 | : | 0.014 | 21. | 0.04 |
| X 1572 | : | | | | : | | | |
| AVERAGE | : | 0.359 | 325. | 1.10 | : | 0.525 | 457. | 1.15 |
| STD.DEV. | : | 0.063 | 58. | 0.01 | : | 0.014 | 22. | 0.03 |
| 95% C.L. | : | 0.101 | 92. | 0.02 | : | 0.023 | 34. | 0.05 |

========
RINK PROPERTIES AT 220 DEG.F.

| MPLE | : | LONGITUDINAL FORCE LBS | TENSION PSI | GAUGE MILS | : | TRANSVERSE FORCE LBS | TENSION PSI | GAUGE MILS |
|---|---|---|---|---|---|---|---|---|
| X 1570 | : | | | | : | | | |
| AVERAGE | : | 0.375 | 332. | 1.13 | : | 0.650 | 440. | 1.48 |
| STD.DEV. | : | 0.034 | 36. | 0.05 | : | 0.035 | 5. | 0.08 |
| 95% C.L. | : | 0.054 | 57. | 0.08 | : | 0.055 | 9. | 0.12 |

95% CONFIDENCE LIMITS
FOR THE AVERAGE, N=4

- 6-

TSR  1-6777

TERMINE THE PROPERTIES OF SEVEN LAYER OXYGEN BARRIER SHRINK FILMS

RINK PROPERTIES AT  220 DEG.F.

| | | LONGITUDINAL | | | TRANSVERSE | | |
|---|---|---|---|---|---|---|---|
| MPLE | : | FORCE LBS | TENSION PSI | GAUGE MILS | : | FORCE LBS | TENSION PSI | GAUGE MILS |

| MPLE | : | FORCE LBS | TENSION PSI | GAUGE MILS | : | FORCE LBS | TENSION PSI | GAUGE MILS |
|---|---|---|---|---|---|---|---|---|
| X 1572 | : | | | | : | | | |
| AVERAGE | : | 0.379 | 339. | 1.13 | : | 0.504 | 464. | 1.09 |
| STD.DEV. | : | 0.031 | 59. | 0.11 | : | 0.009 | 12. | 0.02 |
| 95% C.L. | : | 0.049 | 94. | 0.18 | : | 0.014 | 19. | 0.03 |

========
RINK PROPERTIES AT  240 DEG.F.

| MPLE | : | FORCE LBS | TENSION PSI | GAUGE MILS | : | FORCE LBS | TENSION PSI | GAUGE MILS |
|---|---|---|---|---|---|---|---|---|
| X 1570 | : | | | | : | | | |
| AVERAGE | : | 0.590 | 425. | 1.39 | : | 0.674 | 453. | 1.49 |
| STD.DEV. | : | 0.026 | 24. | 0.03 | : | 0.021 | 14. | 0.03 |
| 95% C.L. | : | 0.042 | 39. | 0.04 | : | 0.033 | 22. | 0.05 |
| 1572 | : | | | | : | | | |
| AVERAGE | : | 0.453 | 472. | 0.96 | : | 0.530 | 490. | 1.08 |
| STD.DEV. | : | 0.013 | 14. | 0.02 | : | 0.018 | 16. | 0.03 |
| 95% C.L. | : | 0.021 | 22. | 0.03 | : | 0.028 | 25. | 0.05 |

========
RINK PROPERTIES AT  260 DEG.F.

| MPLE | : | FORCE LBS | TENSION PSI | GAUGE MILS | : | FORCE LBS | TENSION PSI | GAUGE MILS |
|---|---|---|---|---|---|---|---|---|
| X 1570 | : | | | | : | | | |
| AVERAGE | : | 0.605 | 424. | 1.43 | : | 0.490 | 451. | 1.09 |
| STD.DEV. | : | 0.033 | 10. | 0.05 | : | 0.012 | 20. | 0.06 |
| 95% C.L. | : | 0.053 | 16. | 0.08 | : | 0.019 | 31. | 0.10 |
| X 1572 | : | | | | : | | | |
| AVERAGE | : | 0.439 | 434. | 1.01 | : | 0.514 | 479. | 1.07 |
| STD.DEV. | : | 0.015 | 22. | 0.03 | : | 0.032 | 26. | 0.02 |
| 95% C.L. | : | 0.024 | 35. | 0.05 | : | 0.051 | 42. | 0.03 |

95% CONFIDENCE LIMITS
FOR THE AVERAGE, N=4

Cryovac v. Pechiney    Confidential-Subject to Protective Order    CR009-000056

TSR 1-6777
...RMINE THE PROPERTIES OF SEVEN LAYER OXYGEN BARRIER SHRINK FILMS

...INK PROPERTIES AT 280 DEG.F.

| ...PLE | : | LONGITUDINAL | | | : | TRANSVERSE | | |
|--------|---|--------------|--------------|------------|---|-------------|---------------|------------|
|        | : | FORCE LBS | TENSION PSI | GAUGE MILS | : | FORCE LBS | TENSION PSI | GAUGE MILS |
| 1570   | : |           |             |            | : |           |             |            |
| AVERAGE | : | 0.420 | 396. | 1.06 | : | 0.424 | 426. | 1.00 |
| STD.DEV. | : | 0.021 | 16. | 0.01 | : | 0.019 | 21. | 0.01 |
| 95% C.L. | : | 0.034 | 25. | 0.02 | : | 0.030 | 34. | 0.02 |
| 1572   | : |           |             |            | : |           |             |            |
| AVERAGE | : | 0.459 | 437. | 1.06 | : | 0.486 | 446. | 1.09 |
| STD.DEV. | : | 0.017 | 29. | 0.10 | : | 0.024 | 13. | 0.04 |
| 95% C.L. | : | 0.027 | 46. | 0.16 | : | 0.038 | 21. | 0.06 |

=======
...RINK PROPERTIES AT 300 DEG.F.

| ...PLE | : | LONGITUDINAL | | | : | TRANSVERSE | | |
|--------|---|--------------|--------------|------------|---|-------------|---------------|------------|
|        | : | FORCE LBS | TENSION PSI | GAUGE MILS | : | FORCE LBS | TENSION PSI | GAUGE MILS |
| 1570   | : |           |             |            | : |           |             |            |
| AVERAGE | : | 0.350 | 341. | 1.03 | : | 0.460 | 402. | 1.16 |
| STD.DEV. | : | 0.017 | 17. | 0.03 | : | 0.061 | 29. | 0.23 |
| 95% C.L. | : | 0.027 | 28. | 0.04 | : | 0.097 | 46. | 0.37 |
| 1572   | : |           |             |            | : |           |             |            |
| AVERAGE | : | 0.490 | 415. | 1.18 | : | 0.446 | 410. | 1.09 |
| STD.DEV. | : | 0.052 | 45. | 0.04 | : | 0.018 | 16. | 0.00 |
| 95% C.L. | : | 0.082 | 71. | 0.07 | : | 0.029 | 26. | 0.00 |

=======
...NSITY AT 23 DEG. C.

| ...PLE | GRAMS/CC |
|--------|----------|
| 1570   |          |
|        | 0.9649   |
|        | 0.9654   |

95% CONFIDENCE LIMITS
FOR THE AVERAGE, N=4

Cryovac v. Pechiney    Confidential Subject to Protective Order    CR009-000057

- 8 -

TSR 1-6777

ERMINE THE PROPERTIES OF SEVEN LAYER OXYGEN BARRIER SHRINK FILMS

ENSITY AT 23 DEG. C.

| AMPLE | GRAMS/CC |
|---|---|
| DX 1572 | |
| | 0.9431 |
| | 0.9434 |

DEFFICIENT OF FRICTION (ASTM SLED) AT   73 DEG.F.

| AMPLE | IN/IN STATIC | KINETIC | OUT/OUT STATIC | KINETIC |
|---|---|---|---|---|
| DX 1570 | | | | |
| AVERAGE | 3.338 | BLOCKED | 3.050 | BLOCKED |
| STD.DEV. | 0.283 | | 0.180 | |
| 95% C.L. | 0.450 | | 0.286 | |
| DX 1572 | | | | |
| AVERAGE | 0.879 | 0.313 | 0.460 | 0.269 |
| STD.DEV. | 0.212 | 0.053 | 0.058 | 0.013 |
| 95% C.L. | 0.337 | 0.084 | 0.092 | 0.020 |

PTICAL PROPERTIES AT   73 DEG.F.

| AMPLE | HAZE % | TOTAL TRANSMISSION % | CLARITY % | GLOSS 45 DEG. | GAUGE MILS |
|---|---|---|---|---|---|
| DX 1570 | | | | | |
| AVERAGE | 2.4 | | 66.7 | 91. | 1.20 |
| STD.DEV. | 0.3 | | 10.6 | 2. | 0.02 |
| 95% C.L. | 0.4 | | 16.8 | 4. | 0.03 |
| DX 1572 | | | | | |
| AVERAGE | 2.6 | | 32.8 | 85. | 1.10 |
| STD.DEV. | 0.1 | | 11.2 | 3. | 0.05 |
| 95% C.L. | 0.2 | | 17.8 | 4. | 0.08 |

95% CONFIDENCE LIMITS
FOR THE AVERAGE, N=4

Cryovac v. Pechiney    Confidential-Subject to Protective Order    CR009-000058

- 9-

TSR 1-6777

ERMINE THE PROPERTIES OF SEVEN LAYER OXYGEN BARRIER SHRINK FILMS


ND STRENGTH (INSTRON) AT   73 DEG.F.


| MPLE | LBS/INCH |
|------|----------|

---

< 1570 BETWEEN LAYER 1 AND 2

| | |
|---|---|
| AVERAGE | SPLIT OFF |
| STD.DEV. | |
| 95% C.L. | |

---

< 1570 BETWEEN LAYER 4 AND 5

| | |
|---|---|
| AVERAGE | SPLIT OFF |
| STD.DEV. | |
| 95% C.L. | |

---

< 1572 BETWEEN LAYER 1 AND 2

| | |
|---|---|
| AVERAGE | 0.14 |
| STD.DEV. | 0.01 |
| 95% C.L. | 0.02 |

---

1572 BETWEEN LAYER 4 AND 5

| | |
|---|---|
| AVERAGE | 0.06 |
| STD.DEV. | 0.00 |
| 95% C.L. | 0.01 |

---

========
YGEN TRANSMISSION (OX-TRAN) AT   73 DEG.F.,   0% RH


| MPLE | CCSTP/(24HRS,SQ.M.,ATM.) | GAUGE, MILS |
|------|---------------------------|-------------|

---

X 1570

| | | |
|---|---|---|
| | 1.9 | OPTICAL |
| | 1.8 | |
| | 1.6 | |

---

< 1572

| | | |
|---|---|---|
| | 3.1 | OPTICAL |
| | 3.0 | |
| | 2.3 | |

---

GES: 142461B-142466B   133082B 142468B (handwritten)
   40 M H
151:LAYER GAUGE AND 100% RH OXYGEN TRANSMISSION WILL BE SUBMITTED LATER
   2:COULD ONLY SEPERATE BOND SPECIMEN BETWEEN 2 LAYERS
(E: 5 15 85
PROVED BY: (handwritten)
95% CONFIDENCE LIMITS
FOR THE AVERAGE, N=4

Cryovac v. Pechiney   Confidential Subject to Protective Order   CR009-000059

- 1 -

TSR  1-6777

ERMINE THE PROPERTIES OF SEVEN LAYER OXYGEN BARRIER SHRINK FILMS

XYGEN TRANSMISSION (OX-TRAN) AT   73 DEG.F.,100% RH

| AMPLE | CCSTP/(24HRS,SQ.M.,ATM.) | GAUGE, MILS |
|---|---|---|
| DX 1570 | | |
| | 369.3 | 1.10 |
| | 346.2 | 1.28 |
| | 337.0 | 1.22 |
| DX 1572 | | |
| | 222.5 | 1.22 |
| | 174.5 | 1.08 |
| | 152.7 | 1.31 |

PAGES: 144516B  145797B   aw
     6 M H
NOTE1:
NOTE2:
DATE: 8 9 85
PPROVED BY

# TAB U

# TO EXHIBIT 15

1

1    IN THE UNITED STATES DISTRICT COURT

2         FOR DISTRICT OF DELAWARE

3

4    CRYOVAC, INC.,                    )

5         Plaintiff,                   )

6         v.                           ) CASE NO.

7    PECHINEY PLASTIC                  ) 04-1278-KAJ

8    PACKAGING, INC.,                  )

9         Defendant.                   )

10         - - - - - - - - - -

11

12    VIDEOTAPED 30(b)(6) DEPOSITION OF CRYOVAC, INC.

13   BY AND THROUGH GAUTAM P. SHAH, CORPORATE DESIGNEE

14     CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

15           Thursday, August 11, 2005

16

17

18

19

20

21   Reported by:  Lori G. Mackenzie, RPR

22   Job No:  169071B

1    reduced to practice by August 30 of 1985.

2             MR. FUCHS:  I have no further

3    questions.

4      FURTHER EXAMINATION BY COUNSEL FOR DEFENDANT

5             BY MR. TRYBUS:

6      Q.    Mr. Shah, how does Exhibit 2

7    corroborate that the invention of Claim 11 of the

8    '419 patent was done by you, as opposed to anyone

9    else?

10     A.    Because Tommy Kay, who wrote this

11   document was assigned to my project and he was

12   working as per my instructions.

13            And, the film structure he has

14   recorded here is the one that I had conceived

15   before he made that.

16     Q.    Is there anything in Exhibit 2 that

17   shows that Mr. Kay was assigned to your project?

18            MR. FUCHS:  Form objection.

19            THE WITNESS:  There is nothing in

20   the exhibit here that indicates that Tommy Kay

21   was assigned to me to do this work.

22   BY MR. TRYBUS:

Tommy Kay   August 16, 2005

Page 1

1

2            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE

3

    CRYOVAC, INC.,

4        Plaintiff/Counter-Defendant,

                                  Civil Action No. 04-1278

5            vs.

                             Hon. Kent A. Jordan

6   PECHINEY PLASTIC PACKAGING, INC.,

7        Defendant/Counter-Plaintff.

8

    VIDEOTAPED

9   DEPOSITION OF:  Tommy Kay

10  DATE:           August 16, 2005

11  TIME:           9:18 a.m.

12  LOCATION:       Nelson, Mullins, Riley & Scarborough
                    104 South Main Street

13                  Greenville, SC 29601

14  TAKEN BY:       Counsel for Defendant

15  REPORTED BY:    KENNETH McCLURE,
                    Registered Merit Reporter

16  _____

17  Computer-Aided Transcription By:

18       A. WILLIAM ROBERTS, JR. & ASSOCIATES

19  Charleston, SC                    Greenville, SC

    (843) 722-8414                    (864) 234-7030

20

    Columbia, SC    CONFIDENTIAL      Charlotte, NC

21  (803) 731-5224                    (704) 573-3919

22

23

24

25

Tommy Kay   August 16, 2005

Page 2
1   APPEARANCES OF COUNSEL
2      ATTORNEYS FOR PLAINTIFF CRYOVAC:
3                  FINNEGAN HENDERSON, FARABOW,
                   GARRETT & DUNNER, LLP
4                  BY:  REBECCA D. HESS, ESQ.
                   901 New York Avenue, N.W.
5                  Washington, D.C. 20001-4413
                   (202) 408-4413
6                  rebecca.hess@finnegan.com
7      ATTORNEYS FOR DEFENDANT PECHINEY:
8                  JENNER & BLOCK, LLP
                   BY:  LI-CHUNG DANIEL HO, ESQ.
9                  One IBM Plaza
                   Chicago, IL 60611-7603
10                 (312) 222-9350
                   dho@jenner.com
11
       ALSO PRESENT:
12
                   JACK MARKS, VIDEOGRAPHER
13
14
15
16
17
18
19
20
21
22
23
24
25

A. William Roberts, Jr. & Associates  (800) 743-DEPO

Tommy Kay   August 16, 2005

Page 126
1              MS. HESS:  May I please have the question

2    read?

3              (The pending question was read.)

4              MS. HESS:  I'm going to object to the form

5    of the question, counselor.

6         Q.   If you know.

7              MS. HESS:  Lack of foundation.

8         A.   I don't know.

9         Q.   Now, Mr. Kay, when was the first time you

10   became aware of the film structure that's identified

11   as FDX 1570 that's in your Notebook No. 139208B?

12        A.   April the 2nd.

13             When did I become aware of it?

14        Q.   Correct.  Of this particular film

15   structure.  If you recall.

16        A.   I don't recall when I became aware -- the

17   engineer, probably the day before or day -- during

18   that week, said:  We need to schedule that run.

19   This is the day that I made it on.  A day or two

20   prior to this, we discussed what we were going to

21   do.

22        Q.   Do you know who is the engineer that told

23   you about the film structure that's FDX 1570?

24        A.   Gautam Shah.

25        Q.   Do you remember what he told you about this

Tommy Kay   August 16, 2005

1       Q.    -- and before you read this abstract

2   section that you just did for the 562 patent, do you

3   recall knowing about the film structure that

4   Mr. Fant described here?

5       A.    No.

6           MS. HESS:  Objection.  Lack of foundation.

7   You didn't lay the foundation that he even

8   understands what he just read for the first time.

9           MR. HO:  I have no further questions.

10          MS. HESS:  Can we take a short break?

11          MR. HO:  Sure.

12          THE VIDEOGRAPHER:  Going off the record at

13   17:00 hours.

14          (A recess was taken.)

15          THE VIDEOGRAPHER:  Back on the video record

16   at 17:19.

17                          EXAMINATION

18   BY MS. HESS:

19      Q.    Mr. Kay, I'm just going to ask you a few

20   questions.

21          How did you know what materials to use in

22   the layers of FDX 1570 and 1572?

23      A.    Through the engineer, Gautam Shah,

24   instructing me.

25      Q.    And how did you know what layer ratios or

Tommy Kay   August 16, 2005

Page 196

1    thicknesses to use for the films FDX 1570 and 1572?

2         A.    Through the engineer, Gautam Shah.

3         Q.    He told you --

4         A.    To -- to set it up like what we set it up

5    here, or that way.  He gave me the numbers.

6         Q.    And how did you know what order to put the

7    layers in in the films FDX 1570 and FDX 1572?

8         A.    Per Gautam Shah's instructions.

9         Q.    And how did you know to orient the films

10   FDX 1570 and 1572?

11        A.    On the MPD line there that we have been

12   discussing, we knew to come there.  We was going to

13   rack it and make film from it, and that's the only

14   place we could do it.

15        Q.    Who told you, if anyone, to use the MPD

16   line to make the films?

17        A.    Gautam, Gautam Shah, Mr. Shah.

18        Q.    And how did you know to make a film with

19   seven layers as opposed to five layers?

20        A.    Through Gautam Shah.

21        Q.    Did Mr. Shah tell you to coextrude the

22   film?

23        A.    Yes.  He told us to build the MPD line.  We

24   knew that was a coextrusion line, and it would

25   automatically be extruded.