IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC., ) | |
| ) | Civil Action No. 04-1278-KAJ |
| Plaintiff/Counter-Defendant. ) | |
| ) | Hon. Kent A. Jordan |
| vs. ) | |
| ) | |
| PECHINEY PLASTIC PACKAGING, INC., ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

**ORDER**

At Wilmington this ____ day of _____, 2006, having considered Pechiney Plastic Packaging Inc.'s ("Pechiney's") Motion For Clarification of the Court's Order Dated April 17, 2006, IT IS HEREBY ORDERED that:

(i) Pechiney's Motion for Clarification of the Court's Order Dated April 17, 2006, is granted.

(ii) This Court's Order of April 17, 2006, does not preclude Dr. Mount from opining that prior art films other than the Allied film are "oriented" as this Court has construed that term.

(iii) This Court's Order of April 17, 2006, does not preclude Dr. Mount from opining that the Allied film is "oriented" as this Court has construed that term based on any evidence that may be introduced at trial beyond the evidence contained in the Declaration of Seymour G. Gilbert (D.I. 213).

_____
United States District Judge