## CERTIFICATE OF SERVICE

I hereby certify that I caused true and correct copies of Pechiney's Motion for Clarification of the Court's Order Dated May 1, 2006 to be served on:

> John W. Shaw, Esq.
> Karen E. Keller, Esq.
> YOUNG, CONAWAY, STARGATT,
>  & TAYLOR, LLP
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, Delaware 19801
> Fax: (302) 576-3334
>
> Ford F. Farabow, Esq.
> Joann M. Neth, Esq.
> Michael J. Flibbert, Esq.
> Courtney B. Meeker, Esq.
> FINNEGAN, HENDERSON, FARABOW,
>  & GARRETT & DUNNER, LLP
> 901 New York Avenue, N.W.
> Washington, D.C. 20001-4413
> Fax: (202) 408-4400

This 1st day of May, 2006 via e-mail and regular mail.

> /s/ N. Richard Powers
> N. Richard Powers (#494)