IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Civil Action No. 04-1278-KAJ |
| ) | |
| PECHNEY PLASTIC PACKAGING, INC., ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

**STIPULATION AND ORDER REGARDING AMENDMENT TO
<u>JOINT STIPULATED PROTECTIVE ORDER PURSUANT TO RULE 26(c)</u>**

WHEREAS, the parties' Joint Stipulated Protective Order Pursuant to Rule 26(c) ("Protective Order") in the above-captioned case was entered by the Court on January 4, 2005 (D.I. 29);

WHEREAS, the parties desire to amend paragraph 5(b) of the Protective Order;

WHEREAS, both parties agree to this amendment to the Protective Order.

NOW, THEREFORE, Cryovac, Inc. and Pechiney Plastic Packaging, Inc., subject to the approval of the Court, stipulate and agree to the foregoing amendment to the Joint Stipulated Protective Order Pursuant to Rule 26(c); paragraph 5(b) is amended as follows:

> "H. Katherine White, Vice President and General Counsel of Sealed Air Corporation, Plaintiff's parent company, and Louis Dubé, Chief Counsel, Intellectual Property, of Alcan Inc., Defendant's parent company, and 2 in-house counsel for Plaintiff and 2 in-house counsel for Defendant, who are not involved in the prosecution of patents/applications relating to film packaging products and processes, and who shall be identified to the opposing party, and paralegal, secretarial, and clerical personal who are engaged in assisting such in-house counsel in this case and to whom it is necessary that Confidential Information be disclosed for purposes of this litigation"

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | CONNOLLY BOVE LODGE & HUTZ |
|---|---|
| /s/ John W. Shaw<br>John W. Shaw (ID #3362)<br>Karen E. Keller (ID #4489)<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19801<br>(302) 571-6666<br>jshaw@ycst.com<br>kkeller@ycst.com<br><br>*Attorney for Plaintiff/Counter-Defendant Cryovac, Inc.* | /s/ N. Richard Powers<br>N. Richard Powers (ID #494)<br>Rudolf E. Hutz (ID #484)<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899-2207<br>(302) 888-6266<br>rpowers@cblh.com<br>rhutz@cblh.com<br><br>*Attorney for Defendant/Counter-Plaintiff Pechiney Plastic Packaging, Inc.* |

SO ORDERED this ____ day of _____, 2006.


_____
United States District Judge