IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC., ) | |
| ) | |
| Plaintiff/Counter-Defendant ) | |
| ) | |
| v. ) | Civil Action No. 04-1278-KAJ |
| ) | |
| PECHINEY PLASTIC PACKAGING, INC. ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

**CRYOVAC'S PROPOSED SPECIAL VERDICT FORM
AND OBJECTIONS TO DEFENDANT'S PROPOSED VERDICT FORM**

The parties submit for the Court's consideration the following documents regarding Special Verdict Forms:

1. Cryovac's Proposed Form of Special Verdict

2. Cryovac's Objections to Defendant's Proposed Verdict Form

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Michele Sherretta*
_____
John W. Shaw  (No. 3362)
Karen E. Keller  (No. 4489)
Elena C. Norman (No. 4780)
Michele Sherretta  (No. 4651)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Cryovac, Inc.*

*Of Counsel:*
Ford F. Farabow
Joann M. Neth
Martin I. Fuchs
Rebecca D. Hess
Courtney B. Meeker
Mark J. Feldstein
FINNEGAN, HENDERSON,
 FARABOW, GARRETT &
 DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, D.C.  20001
(202) 408-4000

Dated:   May 10, 2006

## CERTIFICATE OF SERVICE

I, Michele Sherretta, hereby certify that on May 10, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such document is available for viewing and downloading to the following counsel of record:

>N. Richard Powers, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>P. O. Box 2207
>Wilmington, DE 19899

I further certify that I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participant in the manner indicated below:

### BY FEDERAL EXPRESS

>Steven R. Trybus, Esquire
>Jenner & Block LLP
>One IBM Plaza
>Chicago, IL 60611-7603

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>*/s/ Michele Sherretta*
>
>John W. Shaw (No. 3362)
>*jshaw@ycst.com*
>Michele Sherretta (No. 4651)
>*msherretta@ycst.com*
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600

*Attorneys for Plaintiff Cryovac, Inc.*