REDACTED -- Public Version, filed 5/15/06

# TAB C

## CHART INDICATING CORRESPONDENCE OF CRYOVAC JURY INSTRUCTIONS TO PECHINEY INSTRUCTIONS[1]

| Plaintiff Instr. # | COV PRELIMINARY Instruction Title | Defendant Instr. # | Pechiney PRELIMINARY Instruction Title |
|---|---|---|---|
| A. | INTRODUCTION | | |
| B. | PATENT LAW | | The Patent System, Generally |
|    |              | | How a Patent is Obtained |
| C. | GLOSSARY OF PATENT TERMS | | GLOSSARY OF PATENT TERMS |
| D. | PATENT CLAIMS -- GENERALLY | | The Parts of a Patent |
| E. | DUTIES AS JURORS | | Duty of Jury |
| F. | EVIDENCE | | Evidence |
| G. | WITNESSES - CONFLICTS IN TESTIMONY | | |
| H. | EXPERT WITNESSES | | |
| I. | DIRECT AND CIRCUMSTANTIAL EVIDENCE | | |
| J. | BURDENS OF PROOF | | Burden of Proof |
| K. | NATURE OF THE CASE | | The Nature of the Case |
| L. | UNCONTESTED FACTS | | |
| M. | GENERAL INSTRUCTIONS | | Conduct of the Jury |
| N. | CONDUCT OF THE JURY | | Conduct of the Jury |
| O. | INSTRUCTIONS ON TAKING NOTES | | Conduct of the Jury |
| P. | LOGISTICAL INFORMATION [AGREED] | | AGREED |
| Q. | COURSE OF THE TRIAL [AGREED] | | AGREED |
|    |                               | | Video and Glossary |

[1] Blank spaces in the chart indicate lack of instruction corresponding to particular Cryovac or Pechiney instruction.

Page 1 of 7

## FINAL JURY INSTRUCTIONS:

| Plaintiff Instr. # | CRYOVAC FINAL Instruction Title | Defendant Instr. # | Pechiney FINAL Instruction Title |
|---|---|---|---|
| **1.** | **GENERAL INSTRUCTIONS** | | |
| 1.1 | INTRODUCTION & JURORS' DUTIES [AGREED] | | [AGREED] |
| 1.2 | DUTIES AS JURORS | 1. | General Introduction |
| 1.3 | EVIDENCE DEFINED [AGREED] | | [AGREED] |
| 1.4 | DIRECT AND CIRCUMSTANTIAL EVIDENCE [AGREED] | | [AGREED] |
| 1.5 | CONSIDERATION OF EVIDENCE [AGREED] | | [AGREED] |
| 1.6 | STATEMENTS OF COUNSEL [AGREED] | | [AGREED] |
| 1.7 | CREDIBILITY OF WITNESSES [AGREED] | | [AGREED] |
| 1.8 | EXPERT TESTIMONY [AGREED] | | [AGREED] |
| 1.9 | NUMBER OF WITNESSES [AGREED] | | [AGREED] |
| 1.10 | BURDENS OF PROOF | 10. | Burdens of Proof |
| | | 9. | The Parties and Their Contentions |
| | | 9.1 | The Nature of the Case |
| | | 9.2 | Cryovac's Contentions |
| | | 9.3 | Pechiney's Contentions |
| | | 9.4 | Summary of Issues |
| | Closest is Cryovac Preliminary Instruction B. | 11. | The Patent System |
| **2.** | **PATENT INSTRUCTIONS -- WILLFUL INFRINGEMENT** | | |
| 2.1 | WILLFUL INFRINGEMENT | 14. | Willful Infringement |

| | | | |
|---|---|---|---|
| 2.2 | WILLFUL INFRINGEMENT -- TIMING OF ADVICE | 14.4 | Closest is Advice of Counsel |
| 2.3 | WILLFUL INFRINGEMENT -- COMPETENCY OF ADVICE | 14.4 | Closest is Advice of Counsel |
| 2.4 | WILLFUL INFRINGEMENT -- GOOD FAITH RELIANCE | 14.4 | Closest is Advice of Counsel |
| | | 14.1 | Knowledge of the Patent |
| | | 14.2 | Licenses |
| | | 14.2.1 | Accused Infringer's Patents |
| | | 14.3 | Notice of Infringement |
| | | 14.5 | Copying or Designing Around a Patent |
| | | | |
| 3.3.1 | TORTIOUS INTERFERENCE WITH CONTRACT - GENERAL | 16 | Tortious Interference with a Contract Relationship - Generally |
| | | | |
| 3.2 | ELEMENTS OF LIABILITY | 16.1 | Elements of Liability |
| 3.3 | EXISTENCE OF CONTRACT | 16.2; 16.3 | Requirement of a contract; Use of Extrinsic Evidence to Construe |
| 3.3.1 | INTENT TO ENTER INTO A CONTRACT | | |
| 3.3.2 | TEST FOR REQUIREMENTS CONTRACT | | |
| 3.3.3 | COURSE OF DEALING | 16.4 | Definitions of Types of Extrinsic Evidence |
| 3.3.4 | COURSE OF PERFORMANCE | 16.4 | Definitions of Types of Extrinsic Evidence |
| 3.3.5 | TRADE USAGES IN INDUSTRY | 16.4 | Definitions of Types of Extrinsic Evidence |
| N/A | | 16.5 | Rules for Applying Extrinsic Evidence |
| 3.3.6 | CAUTIONARY INSTRUCTION | N/A | |
| 3.4 | KNOWLEDGE | 16.6 | Requirement of Knowledge |
| 3.5 | INTENTIONAL CONDUCT THAT CAUSED BREACH | | |
| 3.5.1 | INTENT | 16.7 | Requirement of Intent |

| | | | |
|---|---|---|---|
| 3.5.2 | INTENT – UNLAWFUL ACTS | 16.8 | Requirement of Malice |
| 3.5.3 | CAUSATION OF BREACH | 16.11 | Requirement that Breach be Proximately Caused by Defendant's conduct |
| | | 16.12 | Breach Defined |
| | | 16.13 | Breach Required |
| 3.5.4 | PROXIMATE CAUSE OF INJURY | 16.14 | Proximate Cause |
| 3.6 | LACK OF JUSTIFICATION | 16.9 | Proper or Improper Interference Defined |
| | | 16.10 | Pechiney's Motive |
| 3.7 | INJURY | 17 | Damages for Tortious Interference with Contract |
| | | | |
| *4, 4.1* | *TORTIOUS INTERFERENCE WITH PROSPECTIVE CONTRACTUAL RELATIONS – GENERALLY* | *18* | Tortious Interference with Prospective Contract Relations |
| 4.2 | ELEMENTS OF LIABILITY | 18.1 | Elements of Liability |
| 4.3 | EXISTENCE OF BUSINESS RELATIONSHIP OR EXPECTANCY | 18.2 | Expectancy Requirement |
| 4.4 | KNOWLEDGE | 18.3 | Knowledge Requirement |
| 4.5 | INTENTIONAL CONDUCT WHICH CAUSED BREACH | | |
| 4.5.1 | INTENT | 18.4 | Intentional Interference |
| N/A | | 18.5 | Requirement of Malice |
| 4.5.2 | INTENT – UNLAWFUL ACTS | 18.6 | Proper or Improper Interference Defined |
| N/A | | 18.7 | Pechiney's Motive |
| 4.5.3 | CAUSATION OF BREACH | 18.8 | Causation Requirement |
| 4.5.4. | PROXIMATE CAUSE OF INJURY | 18.10 | Damage to Plaintiff Proximately Resulting from Conduct |

| | | | |
|---|---|---|---|
| 4.6 | COMPETITIVE PRIVILEGE | 18.9 | Competition as Proper or Improper Interference |
| **5.** | ***PATENT INSTRUCTIONS - VALIDITY*** | | |
| 5.1 | VALIDITY | 13. | Invalidity—in General |
| 5.2 | PRESUMPTION OF VALIDITY | | |
| 5.3 | THE WRITTEN DESCRIPTION REQUIREMENT | 13.1 | Written Description |
| 5.4 | ENABLEMENT | 13.2 | Enablement |
| 5.5 | NO UNDUE EXPERIMENTATION | | |
| 5.6 | ANTICIPATION - GENERALLY | | Closest are: |
| | | 13.3 | The Prior Art |
| | | 13.4 | Anticipation/Lack of Novelty |
| 5.7 | CLAIM CONSTRUCTION | 12. | The Claim of the Patent in Suit |
| | | 12.1 | Construction of the Claim |
| | | 12.2 | Limitations of the Claim at Issue & [Alternative 12.2.1]] |
| | | 12.3 | "Comprising" |
| 5.8 | PRIOR ART -- DATE OF INVENTION | 13.3.1 | Prior Art—Date of Invention |
| 5.9 | REDUCTION TO PRACTICE -- DATE OF INVENTION | | |
| 5.10 | PRIOR ART -- BURDEN | 13.3 | The Prior Art |
| 5.11 | PRIOR PUBLIC KNOWLEDGE OR USE | 13.3.2 | Prior Art—Prior Public Use or Knowledge |
| 5.12 | PRIOR INVENTION | 13.3.5 | Prior Art—Prior Invention |
| 5.13 | PRIOR PUBLICATION | 13.3.3 | Prior Art—Prior Printed Publication |
| N/A | | 13.3.4 | Prior Art—Prior Patents |
| 5.14 | ANTICIPATION REQUIRES AN ENABLING DISCLOSURE | | |
| 5.15 | OBVIOUSNESS | 13.5 | Obviousness |
| | | 13.5.6 | Determination of Obviousness |
| 5.16 | SCOPE AND CONTENT OF THE PRIOR ART | 13.5.1 | The Scope and Content of the Prior Art |

| | | | [AGREED] |
|---|---|---|---|
| 5.17 | DIFFERENCES OVER THE PRIOR ART [AGREED] | | |
| 5.18 | LEVEL OF ORDINARY SKILL | 13.5.3 | Level of Ordinary Skill |
| 5.19 | MOTIVATION TO COMBINE & EXPECTATION OF SUCCESS | | |
| 5.20 | OBVIOUSNESS - HINDSIGHT | | |
| 5.21 | OBJECTIVE CRITERIA CONCERNING OBVIOUSNESS | 13.5.4 | Objective Indications Concerning Obviousness |
| N/A | | 13.5.5 | Independent Invention by Others |
| 5.22 | OBVIOUS TO TRY | | |
| | | | |
| **6.** | ***PATENT DAMAGES*** | | |
| 6.1 | PATENT DAMAGES – GENERAL | 15 | Damages for Patent Infringement - General |
| 6.2 | COMPENSATORY PATENT DAMAGES IN GENERAL | 15.1 | Compensatory Patent Damages |
| N/A | | 15.2 | Date Damages Begin and End |
| 6.3 | | 15.3 | Burden of Proof |
| 6.4 | | 15.4 | Two Types of Patent Damages |
| 6.5 | | 15.6 | Lost Profits Generally |
| 6.6 | PATENT LOST PROFITS – CRYOVAC'S COMPETING PRODUCT | | |
| N/A | | 15.7.2 | Manufacturing and Marketing Ability |
| 6.7 | PATENT LOST PROFITS – PANDUIT APPROACH | 15.7, 15.7.1, 15.7.3, 15.8 | Lost Profits Due to Lost Sales<br>Demand<br>Absence of Acceptable Non-Infringing Substitutes<br>Amount of Lost Profits |
| 6.8 | PATENT LOST PROFITS – MARKET SHARE APPROACH | | |
| 6.9 | PATENT LOST PROFITS – ACCELERATED ENTRY/HEAD START | | |

Case 1:04-cv-01278-KAJ    Document 328-7    Filed 05/15/2006    Page 8 of 9

**REDACTED -- Public Version, filed 5/15/06**

| | | | |
|---|---|---|---|
| 6.10 | FUTURE PATENT PROFITS – DETERMINATION | | |
| 7. | *DAMAGES FOR BUSINESS TORT CLAIMS* | | |
| 7. | DAMAGES FOR BUSINESS TORT CLAIMS – GENERALLY | | |
| 7.1 | | | |
| 7.2 | DAMAGES – IMPOSSIBILITY OF PRECISE CALCULATION NO BAR TO RECOVERY | | |
| | | 19.1 | Compensatory Damages |
| 7.3 | RECOVERABLE ELEMENTS OF DAMAGE | 17.1 | Recoverable Elements for Interference with Contract |
| | | 19. | Damage for Tortious Interference with Prospective Contractual Relations |
| 7.4 | MITIGATION/LOST VOLUME SELLER | 17.2 | Duty to Mitigate Damages |
| 8. | DELIBERATION AND VERDICT | 20. | Deliberations and Verdict |
| | | 20.1 | Duty to Deliberate |
| | | 20.2 | Court Has No Opinion |
| N/A | | 15.5 | Entire Market Value Rule |
| N/A | | 15.9 | Reasonable Royalty |
| N/A | | 15.9.1 | What is a Reasonable Royalty |
| 6.12 | | 15.9.2 | Factors for Determining a Reasonable Royalty |
| | | 15.10 | Total Patent Infringement Damages |
| 6.13 | PATENT DAMAGES INTEREST | 15.11 | Closing Statement – Patent Infringement Damages |

Page 7 of 7

DB01:2095075.1        063527.1001

## CERTIFICATE OF SERVICE

I, Michele Sherretta, hereby certify that on May 10, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such document is available for viewing and downloading to the following counsel of record:

> N. Richard Powers, Esquire
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> P. O. Box 2207
> Wilmington, DE  19899

I further certify that I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participant in the manner indicated below:

### BY FEDERAL EXPRESS

> Steven R. Trybus, Esquire
> Jenner & Block LLP
> One IBM Plaza
> Chicago, IL  60611-7603

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Michele Sherretta*

John W. Shaw (No. 3362)
jshaw@ycst.com
Michele Sherretta (No. 4651)
msherretta@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600

*Attorneys for Plaintiff Cryovac, Inc.*