IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC INC., | ) |
| | ) |
|     Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | )   Civil Action No. 04-1278-KAJ |
| | ) |
| PECHINEY PLASTIC PACKAGING, INC., | ) |
| | ) |
|     Defendant/Counter-Plaintiff. | ) |

### ORDER

The court will continue the pretrial conference in the above-captioned action on **May 25, 2006** beginning at 10:00 a.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

                                                          /s/ Kent Jordan
                                                    UNITED STATES DISTRICT JUDGE

May 17, 2006
Wilmington, Delaware