IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOVAC, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1278 (KAJ) |
| ) | |
| PECHINEY PLASTIC PACKAGING INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION AND ORDER**

WHEREAS at the Pretrial Conference in this matter on May 15, 2006, the Court authorized Cryovac to serve a supplemental expert report and indicated that it should be done within the next week;

WHEREAS due to scheduling issues with Cryovac's expert that were not known to Cryovac at the time of the Pretrial Conference, Cryovac will not be able to serve its supplemental expert report within the time period indicated by the Court;

WHEREAS counsel for Cryovac has arranged to meet with Dr. Wilkes on May 31 and June 1, 2006;

Now, therefore, Plaintiff/Counter-Defendant Cryovac, Inc. and Defendant/Counter-Plaintiff Pechiney Plastic Packaging, Inc., subject to the approval of the Court, stipulate and

agree that in view of the scheduling issues, Cryovac will serve its supplemental expert report on June 2, 2006.

DATED: May 19, 2006

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| /s/ Karen E. Keller<br>John W. Shaw (ID #3362)<br>Karen E. Keller (ID #4489)<br>Michele Sherretta (ID #4651)<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19801<br>(302) 571-6600<br>jshaw@ycst.com<br>*Attorneys for Cryovac, Inc.* | /s/ N. Richard Powers<br>N. Richard Powers (ID #494)<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899-2207<br>(302) 658-9141<br>rpowers@cblh.com<br>*Attorneys for Pechiney Plastic Packaging, Inc.* |

So Ordered this _____ day of May, 2006.