IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRYOVAC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1278 (KAJ) |
| | ) | |
| PECHINEY PLASTIC PACKAGING INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION AND ORDER**

Plaintiff/Counter-Defendant Cryovac, Inc. ("Cryovac") and Defendant/Counter-Plaintiff Pechiney Plastic Packaging, Inc. ("Pechiney"), by their respective undersigned counsel, and subject to the Court's approval, stipulate and agree that Pechiney's defense and counterclaim of unenforceability shall be dismissed with prejudice. Cryovac further agrees that the bringing of and dismissal of the defense and counterclaim for unenforceability will not be relied upon by Cryovac for any purpose, including any attorney fees petition that Cryovac may bring.

DATED: May 24, 2006

YOUNG CONAWAY STARGATT &
    TAYLOR, LLP

/s/ Karen E. Keller
John W. Shaw (ID #3362)
Karen E. Keller (ID #4489)
Michele Sherretta (ID #4651)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19801
(302) 571-6600
jshaw@ycst.com
*Attorneys for Cryovac, Inc.*

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ N. Richard Powers
N. Richard Powers (ID #494)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
(302) 658-9141
rpowers@cblh.com
*Attorneys for Pechiney Plastic Packaging, Inc.*