IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CRYOVAC, INC., )
)
                Plaintiff/Counter-Defendant, )
)
          v. )
)
PECHINEY PLASTIC PACKAGING INC., )
)
                Defendant/Counter-Plaintiff. )
)

Civil Action No. 04-1278-KAJ

## **NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on June 7, 2006, copies of Cryovac's Second Amended Response to Pechiney Interrogatory No. 19 were caused to be served upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

        N. Richard Powers, Esquire
        Connolly Bove Lodge & Hutz LLP
        The Nemours Building
        1007 North Orange Street
        P. O. Box 2207
        Wilmington, DE  19899

        Steven R. Trybus, Esquire
        Jenner & Block LLP
        c/o Connolly Bove Lodge & Hutz LLP
        The Nemours Building
        1007 North Orange Street
        P. O. Box 2207
        Wilmington, DE  19899

063527.1001

PLEASE TAKE FURTHER NOTICE that on June 8, 2006, copies of this Notice of Service were caused to be served upon the following counsel of record in the manner indicated:

### BY CM/ECF & HAND DELIVERY

N. Richard Powers Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE  19899

### BY HAND DELIVERY

Steven R. Trybus, Esquire
Jenner & Block LLP
c/o Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE  19899

*Michele Sherretta*

John W. Shaw (No. 3362)
*jshaw@ycst.com*
Karen E. Keller (No. 4489)
*kkeller@ycst.com*
Michele Sherretta (No. 4651)
*msherretta@ycst.com*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6689

*Attorneys for Plaintiff Cryovac, Inc.*

OF COUNSEL:

Ford F. Farabow, Jr.
Joann M. Neth
Martin I. Fuchs
Courtney B. Meeker
Mark J. Feldstein
Rebecca D. Hess
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
1300 I Street, N.W.
Washington, D.C.  20005-3315
(202) 408-4000

Dated: June 8, 2006

063527.1001