IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 JUN -8 PM 4:27

| | | |
|---|---|---|
| CRYOVAC, INC. | : | Civil Action No. 04-1278 |
| Plaintiff | : | |
| | : | Honorable Kent A. Jordan |
| v. | : | |
| PECHINEY PLASTIC PACKAGING, INC. | : | |
| Defendants | : | |

### NOTICE OF SERVICE

The undersigned hereby certifies that RatnerPrestia's Responses and Objections to Cryovac, Inc.'s Subpoena for Documents and Things to Produce was served on the below listed counsel by

Hand Delivery to:

> Michele Sherretta, Esq.
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, DE 19801

Hand Delivery to:

> Patrick L. Patras, Esq.
> Jenner & Block LLP
> c/o Connolly Bove Lodge & Hutz LLP
> 1007 North Orange St.
> Wilmington, DE 19899-2207

On this 8th day of June, 2006.

RatnerPrestia

Dated: June 8, 2006        By: _____
                               Marla L. Tocker, Esquire
                               Attorney I.D. No.: 002827
                               1235 Westlakes Drive
                               Suite 301
                               Berwyn, PA 19312
                               Telephone: (610) 407-0700