# UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

## EXHIBIT AND WITNESS LIST

## Cryovac Inc. v. Pechiney Plastic Packaging

Case Number:   04-1278 (KAJ)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| **THE HONORABLE KENT A. JORDAN** | **FINNEGAN HENDERSON FARABOW, GARRETT & DUNNER; YOUNG CONAWAY STARGATT & TAYLOR** | **JENNER & BLOCK; CONNOLLY BOVE LODGE & HUTZ** |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| **JUNE 12 - 23, 2006** | **BRIAN GAFFIGAN** | **ROBERT CRUIKSHANK** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 001 | | | | Handwritten Notes re Pechiney Competition |
| | 002 | | | | Produced version of transcript of speech by Earl Hatley (Allied Corporation) |
| | 005 | | | | Handwritten Notes re Differences Between Pechiney and COV Proposals |
| | 006 | | | | Handwritten Notes re Jeff/Anthony-Hyatt |
| | 007 | | | | Spreadsheet of National Beef Bags Summary |
| | 009 | | | | Spreadsheet re Cryovac/Pechiney/Curwood Comparison Cost (Revised) |
| | 010 | | | | Curwood ArmorX and SealSafe Ad |
| | 014 | | | | Data re Layers 1-7 Embodiments and Materials |
| | 015 | | | | Duane Buelow's "Differentiating Technology: Clearshield - Clearly Superior Puncture Protection" |
| | 017 | | | | Conditions of Sale |
| | 021 | | | | Handwritten Notes re National Beef Pricing |
| | 024 | | | | Cryo PP Slide - Competition |
| | 034 | | | | Cause & Effect Diagram Adhesion in Multilayer Oriented Film |
| | 035 | | | | Advertisement - Cryovac TBG Bags Give you Improved Protection Where you Need it |
| | 040 | | | | Kuhne 180 mm Wide Boneguard Variables |
| | 041 | | | | Kuhne 270 mm Wide Boneguard Variables |
| | 042 | | | | Kuhne 430 mm Wide Boneguard Variables |
| | 043 | | | | 8274-2 Analysis of 180MM Wide Boneguard Candidates |
| | 047 | | | | Sweeting Book with Additional Page |
| | 060 | | | | Hessenbruch; Reinforcement is RIMS New Dimension |
| | 063 | | | | US Patent Number 4,182,457 RE Multilayer Container |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size

AO 187 (Delaware Rev. 7/00)    **EXHIBIT AND WITNESS LIST - CONTINUATION**

| Cryovac Inc. vs. Pechiney Plastic Packaging | CASE NO. 04-1278 (KAJ) |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 064 | | | | US Patent Number 4,229,241 RE Process for Making a Multilayer Polyolefin Shrink Film |
| | 067 | | | | Coextrusion Comes of Age |
| | 068 | | | | Hensen; Bilingual Edition German English Kunststoffe |
| | 070 | | | | US Patent Number 4,284,674 RE Thermal Insulation |
| | 072 | | | | European Patent Publication Numer: 0 063 006 A1 - EVOH Copolymer Blend, A process for Producing a Composite Film Therefrom and the Composite Film Per Se |
| | 076 | | | | US Patent Number 4,348,437 RE Puncture - Resistant Heat Shrinkable Multilayer Packaging Film |
| | 078 | | | | US Patent Number 4,355,721 RE Package for Food Products |
| | 083 | | | | Benning Treatise |
| | 084 | | | | Article - Study of Barrier Properties of Polymeric Films to Various Organic Aromatic Vapors (07.30.83) |
| | 091 | | | | Gilbert: Environmental and Material Composition Effects on Film Permeability as Related to Meat Packaging |
| | 095 | | | | US Patent Number 4,398,635 RE Child - Proof Medication Package |
| | 096 | | | | US Patent Number 4,400,428 RE Sealable Multilayer Films |
| | 097 | | | | US Patent Number 4,405,667 RE Retortable Packaging Structure |
| | 100 | | | | US Patent Number 4,407,873 RE Retortable Packaging Structure |
| | 102 | | | | US Patent Number 4,421,823 RE Flexible Wrapping Material and Method of Manufacture |
| | 106 | | | | Recent Development in Blown Film Coextrusion by Rolf Hessenbruch |
| | 113 | | | | US Patent Number 4,457,960 RE Polymeric and Film Structure for Use in Shrink Bags |
| | 114 | | | | US Patent Number 4,464,443 RE Drying Agent in Multi - Layer Polymeric Structure |
| | 122 | | | | Browning; The Techniques of Coextrusion |
| | 124 | | | | Nylon Film Effective Packaging from The Journal of Commerce |
| | 125 | | | | Tubridy Article |
| | 129 | | | | US Patent Number 4,495,249 RE Heat Shrinkable Multi - Layered Laminate Film |
| | 130 | | | | Fox 1533 Handwritten Notes |
| | 136 | | | | Allied Corp. Memorandum: Flavor And Aroma Barrier Test Program Second Phase - S.G. Gilbert, Rutgers University (02/20/1985) |

AO 187 (Delaware Rev. 7/00)    **EXHIBIT AND WITNESS LIST - CONTINUATION**

| Cryovac Inc. vs. Pechiney Plastic Packaging | | | CASE NO. | 04-1278 (KAJ) |
|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 139 | | | | US Patent Number 4,501,797 RE Unbalanced Oriented Multiple Layer Film |
| | 140 | | | | US Patent Number 4,501,798 RE Unbalanced Oriented Multiple Layer Film |
| | 142 | | | | Memo Davis-to-Bradfute, Cole, Engelmann, Esakov, Fant, Frierich, Lulham, Mueller, Schirmer, Shriver, Walters, Wofford, Young re Effect of Melt Orientation on Thermoforming Properties |
| | 143 | | | | Blackwell, Ethylene Vinyl Alcohol Resins |
| | 144 | | | | Handwritten Notes re Oxygen Barrier Fox 1570 |
| | 145 | | | | Handwritten Notes re Oxygen Barrier Fox 1572 |
| | 147 | | | | Technical Report - Properties of Seven Layer Oxygen Barrier Shrink Films (04/24/85) |
| | 148 | | | | New products and processes product line - RD&E and Equipment |
| | 149 | | | | US Patent Number 4,514,465 RE Storm Window Film Comprising at Least Five Layers |
| | 151 | | | | New products and processes product line - RD&E and Equipment |
| | 152 | | | | Patent Cross-License Agreement between Toyo Seikan Kaisha Limited and American Can Company |
| | 153 | | | | Supp Information Disclosure Statement - 419 Prosecution History |
| | 156 | | | | New products and processes product line - RD&E and Equipment |
| | 158 | | | | Analytical Services Technical Service Request re low level nylon blends to eliminate spot phenomenon in oxygen barrier film |
| | 160 | | | | US Patent Number 4,532,189 RE Linear Polyethylene Shrink Films |
| | 161 | | | | Research Development & Engineering and Equipment Monthly Progress and Financial Report |
| | 164 | | | | Japanese Patent 60-27000 |
| | 165 | | | | New products and processes product line - RD&E and Equipment |
| | 168 | | | | Rutgers Study Confirms Nylon Barrier Properties for Food and Other Sensitive Packaging |
| | 169 | | | | Article: Optimise Barrier Coextrusion |
| | 170 | | | | Coextrusion III, Society of Plastic Engineers, Chicago Section/Extrusion Division Conference Committee |
| | 172 | | | | Oxygen barrier film product line |
| | 173A | | | | Handout re Proceedings at COEX 1985 |
| | 174 | | | | Oxygen barrier film product line |
| | 178 | | | | Oxygen barrier film product line |
| | 180 | | | | US Patent Number 4,557,780 RE Method of Making Oriented Polymeric Film |

AO 187 (Delaware Rev. 7/00)    **EXHIBIT AND WITNESS LIST - CONTINUATION**

| | | | | |
|---|---|---|---|---|
| **Cryovac Inc. vs. Pechiney Plastic Packaging** | | | CASE NO. | **04-1278 (KAJ)** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 182 | | | | Research Development & Engineering and Equipment Monthly Progress and Financial Report |
| | 183 | | | | US Patent Number 4,561,920 RE Biaxially Oriented Oxygen and Moisture Barrier Film |
| | 184 | | | | 1986 Webster's Dictionary Pages |
| | 185 | | | | Tommy Kay's Research Lab Notebook |
| | 187 | | | | U.S. Patent No. 4,572,854 |
| | 188 | | | | Application as Filed for '419 Patent |
| | 189 | | | | Patent Document |
| | 190A | | | | Oxygen Barrier Shrink Film: Background, Summary, Definition, Drawing Description, Preferred Embodiment Descriptions, Examples 1-2, Abstract of the Disclosure  (Complete as produced) |
| | 191 | | | | Combined Declaration and Power of Attorney-Sole Inventor |
| | 192 | | | | Supplemental Information Disclosure Statement |
| | 198 | | | | Information Disclosure Statement - 419 Prosecution History |
| | 202 | | | | Information Disclosure Statement - 419 Prosecution History |
| | 205 | | | | Office Action - 419 Prosecution History |
| | 206 | | | | Communication U.S Chamber of Commerce: Patent and Trademark Office-to-Quatt re Rejection of Claims 14-18 |
| | 208 | | | | License and Technical Assistance Agreement between American Can Packaging Inc. and Rockware Plastic Developments Ltd. |
| | 209 | | | | Encyclopedia of Polymer Science and Engineering, Second Edition, vol. 7. copyrighted- 1987. |
| | 211 | | | | Information Disclosure Statement - 419 Prosecution History |
| | 212 | | | | Amendment - 419 Prosecution History |
| | 213 | | | | European Patent Application 0 236 099 |
| | 215 | | | | Memo Shah-to-Brown/Glover re Specs for Line 11 |
| | 217 | | | | Journal of Food Science Article |
| | 218 | | | | Information Disclosure Statement - 419 Prosecution History |
| | 219 | | | | Final Office Action - 419 Prosecution History |
| | 221 | | | | Amendment After Final Rejection - 419 Prosecution History |
| | 222 | | | | Amended Patent Application |
| | 224 | | | | Information Disclosure Statement Quatt-to-Fant |
| | 226 | | | | Abandonment & Drawing Compliance - 419 Prosecution History |
| | 228 | | | | US Patent Number 4,746,562 RE Packaging Film |
| | 229 | | | | United States Patent Number 4,753,700, June 28, 1988 - Packaging Film |

AO 187 (Delaware Rev. 7/00)    **EXHIBIT AND WITNESS LIST - CONTINUATION**

| | **Cryovac Inc. vs. Pechiney Plastic Packaging** | CASE NO. | **04-1278 (KAJ)** | |
|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 230 | | | | U.S. Patent 4,755,419 - Oxygen Barrier Oriented Shrink Film |
| | 231 | | | | File Wrapper for Patent No. 4,755,419: CR056 Documents |
| | 236 | | | | Patent and Trade Secret License and Technical Assistance Agreement (Plastic Bottles) between American National Can Company and American National Can Canada, Inc. Attached amendment to technical assistance agreement |
| | 237 | | | | U.S. Patent No. 5,055,355 RE Oriented Film Laminates of Polyamides and Ethylene Vinyl Alcohol |
| | 238 | | | | High Abuse BDF Development |
| | 239 | | | | License Agreement between American National Can Company and Silgan Containers Corporation |
| | 240 | | | | Cross-License Agreement |
| | 242 | | | | Report on LID 1050 Package Development |
| | 243 | | | | Letter Mize-to-Packard re Key Points of Agreement for Next 3 Contact Years |
| | 244 | | | | Cryovac Memo Mize - to - Whisenant, Boland, Deily, Devall, Glenn re National Beef Agreement |
| | 245 | | | | Letter Grabaowski-to-Graham, R. Taylor, B. Taylor, Brucks re Pricing for Chub Film and Business Proposal for National Beef |
| | 246 | | | | Film Processing Article by Kanai and Campbell |
| | 247 | | | | National Beef/Cryovac Meeting Agenda |
| | 248 | | | | Letter Grabowski to Wilkerson, R. Taylor, B. Taylor, Brucks re Liberal and Dodge City Pricing for Chub Film |
| | 249 | | | | PPPI's Business Proposal for National Beef |
| | 251 | | | | Supply Agreement between Pechiney and Great Lakes Cheese Company |
| | 252 | | | | Email Wilkerson-to-Devall re Meeting Agenda |
| | 253 | | | | Email Mumpower-to-Walters re Timeline of LID Film and High Abuse BDF Film Development |
| | 254 | | | | W.R. Grace & Co. Comm, then Cryovac, and Viskase Cross License Agreement |
| | 255 | | | | Letter from Mize to Wilkerson re Agreement (01.24.00) |
| | 256 | | | | Letter from Mize to Schwarte re Purchasing Agreement to Combine Farmland and National Beef contingent on minimum annual purchases of $30 million |
| | 257 | | | | Cryovac Manual: Food Marketing Programs 2000 |
| | 258 | | | | Email from Devall to Mize re Packaging Increase |
| | 258A | | | | Email from Devall to Mize re Packaging Increase (Complete as produced) |

AO 187 (Delaware Rev. 7/00)     **EXHIBIT AND WITNESS LIST - CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| **Cryovac Inc. vs. Pechiney Plastic Packaging** | | | CASE NO. | **04-1278 (KAJ)** | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 259 | | | | Rebates and Formula Pricing |
| | 260 | | | | Acceptance of Cross License Agreement |
| | 261 | | | | Conagra Contract |
| | 262 | | | | Letter documenting agreement between Greater Omaha Packing and Cryovac, Inc. |
| | 263 | | | | Agreement between Pechiney Plastic Packaging, Inc. (PPPI) and Pechiney Emballage Flexible Europe (PEFE) |
| | 265 | | | | Memo Barmore-to-Brady/Calvert/Cook/Herran/Konczal/Mueller/ |
| | 266 | | | | Pechiney's Business Proposal for National Beef |
| | 267 | | | | Shrink Bag Report |
| | 269 | | | | PPPI Boneguard Development |
| | 270 | | | | Email Christenson-to-Douglas, Buelow re Boneguard Project |
| | 271 | | | | R&D Project Business Evaluation (Filled out by Marketing) regarding opportunity for Boneguard shrink bags with various customers. |
| | 272 | | | | R&D Project Business Evaluation Plastic Packaging |
| | 273 | | | | Experiment and Development Order No. 14054-01 re Boneguard Development |
| | 274 | | | | Experiment and Development Order No. 14055-01 re Cast Boneguard Development |
| | 275 | | | | Experiment and Development Order No. 14053-01 re TWQ Boneguard Bag Development |
| | 276 | | | | Experiment and Development Order |
| | 277 | | | | Meat & Dairy Product Development, Key Project Update Re : Boneguard Development |
| | 278 | | | | Letter from Deily to Nelson re Agreement between Cryovac and Hormel |
| | 279 | | | | Excel Boneguard Trial Results 06/20/2001 |
| | 280 | | | | Pechiney Memo Grabowski-to-Bob Taylor, Bonn, Kavanagh, Pugh, Buelow, Douglas, Ron Taylor re Boneguard Bags |
| | 281 | | | | Email Douglas-to-Buelow re: New Boneguard Concept, to proposing a new (or at least additional) path for Boneguard development project. |
| | 282 | | | | Letter Mize-to-Wilkerson re Documentation of Amendment to Current Packaging Agreement |
| | 283 | | | | Memo Mize-to-Boland re National Beef Agreement |
| | 284 | | | | Email Kitchel-to-Buelow, Galloway, Bonn, Lind, Douglas, R. Taylor, Grabowski, Galloway re Boneguard Meeting at NTC & Kitchel Orientation to NTC |

AO 187 (Delaware Rev. 7/00)    **EXHIBIT AND WITNESS LIST - CONTINUATION**

| | | CASE NO. | | |
|---|---|---|---|---|
| **Cryovac Inc. vs. Pechiney Plastic Packaging** | | | **04-1278 (KAJ)** | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 286 | | | | Notes from Boneguard Meeting Notes , 9-17-01, Des Moines Plant<br><br>Attendees: Dane Buelow , Mike Douglas , Keith Lind, Frank Kitchel, Tom Grabowski, Dennis Bonn, Bob Taylor, Ron Taylor |
| | 287 | | | | Letter Deily-to-Rupp re: Excel bag pricing agreement |
| | 288 | | | | Letter Mize-to-Hughes re Extending Current Agreement for 2 years between Cryovac and Nebraska Beef, Ltd. |
| | 289 | | | | Boneguard Update |
| | 290 | | | | Trip Report on Boneguard Trial. 2- 100 piece scale-up trials on Bl Strips and Shortloins using the 'Sleeve Concept' . |
| | 290-A | | | | Trip Report on Boneguard Trial. 2- 100 piece scale-up trials on Bl Strips and Shortloins using the 'Sleeve Concept' . |
| | 290-B | | | | PPPI Laminated Boneguard Tubestock Report |
| | 292 | | | | 2002 Webster's Dictionary Pages |
| | 293 | | | | Letter Deily-to-Wilkerson to serve as documentation of current packaging agreement |
| | 294 | | | | Email Schlosser-to-Douglas re: Double bubble lines |
| | 295 | | | | Benning Library Card |
| | 295-A | | | | Library card w/ information for: "Shrink, Stretch and Laminated Films in Packaging" by Calvin J. Benning.  (Complete as produced) |
| | 296 | | | | 02/27/0000 Engineering Update |
| | 298-B | | | | Email from Douglas re Boneguard Brainstorming Session |
| | 298-D | | | | PPPI Structures and Competitive Graphs |
| | 299 | | | | Kick off Meeting 09/24/0000 Noon |
| | 300 | | | | Kuhne letter to Pechiney following up triple bubble presentation. |
| | 301-A | | | | Cryovac Memo from Stockley to Mize and Grams re Competitive Information - Curwood  Side-Seal Boneguard Bags (Complete as produced) |
| | 301-B | | | | TBG Operations Meeting - Iowa Park, TX Minutes and Agenda |
| | 301-C | | | | TBG Operations Meeting - Iowa Park, TX Minutes and Agenda |
| | 302 | | | | Cryovac Memo from Smith to Mize, Grams, York re Print Issues |
| | 303 | | | | Experiment and Development Order No. 14066-02 re Laminated Boneguard |
| | 304 | | | | Invention Disclosure re Laminated Boneguard |
| | 305 | | | | Notes of Douglas and Castialli observations of Kuhne shrink trials. |
| | 306 | | | | Kuhne |
| | 307 | | | | Investigate 5 Layer Triple Bubble Process for Suitability as a Boneguard Solution |

AO 187 (Delaware Rev. 7/00)    **EXHIBIT AND WITNESS LIST - CONTINUATION**

| | **Cryovac Inc. vs. Pechiney Plastic Packaging** | | CASE NO. | | **04-1278 (KAJ)** |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 308 | | | | Email B. Taylor-to-Douglas, Buelow, Bonn, Kitchel, Dominique re Kuhne Final Report |
| | 309 | | | | Email Douglas-to-Pechiney Personnel re: Kuhne trial results |
| | 310 | | | | Email B. Taylor-to-Douglas, Buelow, Bonn, Kitchel, Dominique re Kuhne Final Report |
| | 311 | | | | Letter documenting agreement between Brawley Beef and Cryovac, Inc. |
| | 313 | | | | Pechiney Memo Davidson-to-Blemberg, Bonn, Buelow, Castellani, Cockrell, Cox, Douglas, Galloway, Grabenbauer, Jesse, Kitchel, Leggett, Lind, Meinke, Meyer, Pezzoli, Shudy, B. Taylor, R. Taylor re Pilot Shrink Line & Commercial Bone-In Line Meeting Minutes 07/31/2002-08/01/2002 |
| | 315 | | | | Email Douglas-to-Buelow/Pechiney re: Bone- in Meat Test - Schuyler 7/25/02 |
| | 316 | | | | TBG Summit - Iowa Park, TX (08.20-21.02) |
| | 317 | | | | Market Justification and Strategy for Rolled Serrated Bags |
| | 318 | | | | Offer Number A02 / 051 for 7 Layer Film Blowing Plant KAB 35-30-60-35-60-30-35 / 700 for the Production of Bi - Axially Oriented 7 Layer Shrink Bags from PE / PA / EVOH |
| | 319 | | | | Email Kitchel-to-Douglas, Blemberg, Mueller, Davidon, Steen, Shudy, Cox, Grabowski, R. Taylor, B. Taylor, Bonn, Kavanagh, Dominique, Leggett, Heavican, Pugh, Goetsch re Project Lari Meeting Notice |
| | 320 | | | | Project Lari Meeting Notice |
| | 321 | | | | Email from Kaas to Duncan re Boneguard Patent Search (09.20.02) |
| | 322 | | | | Project Lari |
| | 323 | | | | Email Buelow - to - Kitchel re Project Lari Meeting Notice |
| | 324 | | | | Lari Meeting 09/24/2002 NTC |
| | 325 | | | | Project Lari 10/01/2002 Development of a New Material for Project Lari Initial Target of the Barrier Material Development |
| | 328 | | | | Mount Exhibit 21: Minutes to Pechiney Project Lari Meeting (10.07.02) |
| | 329 | | | | Lari Meeting Agenda in Chicago |
| | 331 | | | | 10/10/2002 Meeting with Attorney's Duncan and Sherrer: PPPI 013266-68 |
| | 332 | | | | 10/10/2002 Project Lari Meeting re Patents: PPPI 013269-71 |
| | 333 | | | | Spreadsheet of Project Lari Task Timeline |
| | 334 | | | | Email Bob Taylor - to - Menary, Kitchel, Bonn, Buelow, Cox, Dominique re First Down Payment for Bi-oriented Food Packaging Films Line |
| | 335 | | | | Engineering Update Project Lari |
| | 337 | | | | Lari Team Meeting 10/22/2002 NTC |
| | 339 | | | | Email Gardner-to-Terlizzi, Mize, Deily, York re Business: Extension of Deal |

AO 187 (Delaware Rev. 7/00)    **EXHIBIT AND WITNESS LIST - CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| **Cryovac Inc. vs. Pechiney Plastic Packaging** | | | CASE NO. | **04-1278 (KAJ)** | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 340 | | | | Email from Wilkerson to Gardner, York re Business (11.04.02) |
| | 340A | | | | Email from Wilkerson to Gardner, York re Business (11.04.02) (Complete as produced) |
| | 341 | | | | Lari Team Meeting 11/12/0000, NTC, Agenda and Notes |
| | 343 | | | | Lari Team Meeting 12/02/2002 Chicago |
| | 344 | | | | Email Douglas-to-Kitchel regarding comparative analysis of materials/techniques, and RFA information |
| | 345 | | | | Frank Kitchel's 2003 Shrink Bags Business Plan |
| | 346 | | | | Table of Project Lari Summary of Patents |
| | 347 | | | | Project Lari New Site Selection Process Operations Progress Update Report |
| | 348 | | | | Email from Wilkerson - to - York re Meeting/Agreement Issues (12.23.02) |
| | 350 | | | | Email York-to-Mize, Terlizzi, Gardner re Meeting/Agreement Issues |
| | 351 | | | | Email re 01/06/2003 Conference Call Minutes |
| | 352 | | | | Statistical Problem Solving Update by Mueller (01.15.03) |
| | 353 | | | | Email from Wilkerson - to - York re Agreement (01.20.03) |
| | 354 | | | | Letter documenting agreement between Seaboard Farms and Cryovac, Inc. |
| | 355 | | | | Memo Buelow, Douglas, Mueller-to-Project Lari Team re Project Report - Project Lari Trial and Kuhne - Week of 02/03/2003 |
| | 356 | | | | Laboratory Request - Project #403499 |
| | 358 | | | | Handwritten Notes re Next Lari Trial |
| | 359 | | | | Wilkerson Deposition Exhibit 33: Email from York to Grandy, Wilkerson re Cryovac Pricing for Plastic Tray to National Beef (02.20.03) |
| | 360 | | | | Email from York to Gandy, Wilkerson re Breakdown of New Agreement Proposal for NBP (02.22.03) |
| | 361 | | | | Email Von der Heyden-to-Pechiney re: line/production specs |
| | 362 | | | | Letter Deily to Wilkerson, Whisenant, Boland, York, Smith re Documentation of Current Packaging Agreement |
| | 363 | | | | Lari Trials at Kuhne (03.10.03) Notes; Laboratory Request No. 403499 (02.10.03); Email from Douglas to Kitchel and Buelow re RFA Information (12.04.02); Memo from Company re Project Lari RFA Approval (03.26.03) |
| | 364 | | | | Trial results for different product variables |
| | 366 | | | | PPPI Memo re: Kuhne Re-Quote Meeting 03/13/2003 |
| | 367 | | | | Buelow/Douglas/Mueller to Lari Trial Team re: Project Lari 7 layer Trial at Kuhne |
| | 368 | | | | Email from Wilkerson - to - York re Agreement (03.20.03) |

AO 187 (Delaware Rev. 7/00)    **EXHIBIT AND WITNESS LIST - CONTINUATION**

| | | | | |
|---|---|---|---|---|
| **Cryovac Inc. vs. Pechiney Plastic Packaging** | | | CASE NO. | **04-1278 (KAJ)** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 369 | | | | Performance Warranty Specification for Kuhne 7 - Layer Shrink Bag Line |
| | 370 | | | | 2003 Price Increase Impact on NBP |
| | 371 | | | | "Available Lari Trial Rolls From Feb '03 Germany Trip" |
| | 372 | | | | Pechiney Supply Agreement with Associated Milk Producers (04.07.03) |
| | 373 | | | | Cryovac memo from Mize to Boland; Whisenant; Smith; Gardner; Deily; Terlizzi; Ryan re National Beef Agreement (04.10.03) |
| | 374 | | | | Douglas-to-Pechiney Re: PPDI LARI Bag Trials 4/8/03 |
| | 375 | | | | Cryovac Non-Binding Agreement: Hatfield Quality Meats (04/11/2003) |
| | 376 | | | | Email Kitchel - to - Blemberg, Steen, Mueller, Bonn, Buelow, Killam, Shudy, Murray, Ghate, Theimer, Bogran, Dominique, Cox, Douglas, Hoover, Menary, Leggett, Davidson, Kantner, Ron Taylor, Grabowski re RFA Update |
| | 377 | | | | Letter Mize-to-Henderson re Packaging Agreement between Cryovac and B3R Country Meats |
| | 378 | | | | Handwritten Lari Mtg/Call Notes |
| | 379 | | | | Ilene Gordon Notes for Project Lari RFA and Associated Documents |
| | 379-A | | | | Ilene Gordon notes for Project Lari |
| | 379-B | | | | Memo Richard Company to Gordon Mosesian et. al. re Project Lari RFA - Approval |
| | 379-C | | | | Partially executed Project Lari RFA |
| | 379-D | | | | E-mail Taylor to Kitchel Grabowski Taylor re Boneguard Bag |
| | 379-E | | | | Boneguard Meeting Notes - Neenah Technical Center |
| | 380 | | | | Pechiney memo re Project Lari legal Update |
| | 381 | | | | Letter Mize-to-Beck re Amended Agreement between Cryovac and Brawley Beef |
| | 382 | | | | 2003 Price Increase Impact on NBP |
| | 383 | | | | Non-Infringement Opinion by McDermott, Will & Emery (04.28.03) |
| | 384 | | | | Draft of Project Lari RFA: $9MM Investment for a Bone-In Shrink Bag Mfg Facility |
| | 385 | | | | 04/29/03 PPPI Memo re Project Lari Legal Update |
| | 386 | | | | Project Lari Implementation and Start Up Risk Mitigation Highlights |
| | 387 | | | | Letter Shudy-to-Schiffman, Douglas, Davidson, Buelow, Mueller, Blemberg re Resin Viscosity Curves |
| | 388 | | | | Handwritten notes from Project Lari Meeting re: September trials, materials, spending forecasts. |
| | 389 | | | | Letter documenting agreement between Hormel and Cryovac, Inc. |
| | 390 | | | | Functional Leaders Kick off Meeting Project Overview |

AO 187 (Delaware Rev. 7/00)    **EXHIBIT AND WITNESS LIST - CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| **Cryovac Inc. vs. Pechiney Plastic Packaging** | | | CASE NO. | **04-1278 (KAJ)** | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 391 | | | | Eamil Kitchel-to-Mueller, Liams, Mihalo, Buelow, Ghate, Lindley, Douglas, Davidson, R. Taylor, Tobias, Grabowski re Formation of Commercial Lari Team |
| | 392 | | | | Performance Warranty Specification for Kuhne 7 - Layer Shrink Bag Line |
| | 393 | | | | Pricing Agreement between Pechiney and Hormel Foods Corporation |
| | 394 | | | | Sample request and Experiment & Development Order re: Clearshield |
| | 395 | | | | Monthly FRM Reports |
| | 396 | | | | Letter Confirming Amendment to National Beef Agreement |
| | 397 | | | | Douglas-to-Buelow/Mueller re: 06/10/03 LARI Shipping Test |
| | 398 | | | | Summary of Curwood Pricing for FRM Products |
| | 399 | | | | Letter re updated agreement with Clougherty Packing |
| | 400 | | | | Commercial Lari Team Meeting Notes |
| | 402 | | | | Email Buelow - to - Mueller, Blemberg, Davidson, Steen, Pezzoli, Douglas re Excel / Tulsa-Clearshield Product Line |
| | 403 | | | | CR004-004055: TBG Meeting Minutes from 08/13/2004 |
| | 404 | | | | Meeting Agenda |
| | 405 | | | | Spreadsheet of Liberal Bag Usage, 12 Month Period Ending 08/00/2000 |
| | 406 | | | | Spreadsheet of Liberal Bag Usage, 12 Month Period Ending 08/00/2000 |
| | 407 | | | | Fresh Meat Packing Solutions |
| | 408 | | | | National Beef / Pechiney Bullet Point List of Purchases of Offers |
| | 409 | | | | Clearshield Product Development Timeline - 2003 / Early 00/00/2004 |
| | 410 | | | | Fresh Meat Packaging Proposal |
| | 411 | | | | Commercial Lari Team Update |
| | 412 | | | | Handwritten notes re Pechiney Week of 10/06/2003 |
| | 413 | | | | PPPI/National Beef Supply Proposal |
| | 414 | | | | Redacted Email Kitchel - to - Guerra re National Beef Bullet Summary 09/24 |
| | 415 | | | | ClearShield Product Launch Meeting Presentation |
| | 416 | | | | Meat & Dairy Clearshield Launch |
| | 417 | | | | Clearshield Selling Points |
| | 418 | | | | Email James-to-Wilkerson re Shrink Bag Quote Comparison |
| | 420 | | | | Redacted Email Kitchel - to - Guerra re National Beef Supply Proposal Recap |
| | 421 | | | | Email Buelow-to-Kitchel, Grabowski, Bonn, Pugh, Kavanagh, Cox, B. Taylor, R. Taylor re Cliershield Selling Points |
| | 422 | | | | Pitch the Patch |
| | 423 | | | | Email Buelow-to-Douglas re National Beef: First Visit |

AO 187 (Delaware Rev. 7/00)    **EXHIBIT AND WITNESS LIST - CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| **Cryovac Inc. vs. Pechiney Plastic Packaging** | | | CASE NO. **04-1278 (KAJ)** | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 424 | | | | Email from York to Terlizzi; Mize; Gardner re Wilkerson Meeting (10.24.03) |
| | 425 | | | | Email from Boland re National Beef - Bags Price Increase |
| | 426 | | | | Email Mize-to-Deily re Wilkerson Meeting |
| | 427 | | | | Memo re feedback from T. Wilkerson |
| | 428 | | | | Bemis, Winn-Dixie, Curwood Report and Presentation from 11/05/2003 |
| | 429 | | | | Developmental Specification Report: Plain/Imprinted ClearShield bags, 4mil |
| | 430 | | | | Email Grabowski-to-Kitchel, Tobias, Buelow, Cox, Taylor, Bonn, B. Taylor re National Beef Qualification |
| | 431 | | | | Email Simmons-to-James, Wilkerson re Shrink Bag Quote Comparison |
| | 433 | | | | 2004 Shrink Bag Business Plan by Kitchel - Draft (12.01.03) |
| | 434 | | | | Article entitled "Puncture Proof Solutions" |
| | 435 | | | | Letter Mize-to-Bloe re Extension of Packaging Agreement between Cryovac and Premium Standard Farms |
| | 436 | | | | Packworld.com page |
| | 437 | | | | Sealed Air Memo from Stockley to FRM Operations Group re Bag Strengths and Weaknesses (12.16.03) |
| | 438 | | | | National Beef Clearshield Packing / Shipping Test Final Report |
| | 439 | | | | National Beef Clearshield Trial |
| | 440 | | | | Letter documenting agreement between Premium Standard Farms and Cryovac, Inc. |
| | 441 | | | | Page from Market Share Study in 2004 |
| | 442 | | | | Clearshield Market & Product Launch Update |
| | 443 | | | | Clearshield Oriented Film Development |
| | 445 | | | | Letter from Mize to Wilkerson re Packaging Agreement (01.13.04) |
| | 446 | | | | Email from Wilkerson - to - York, James, Hoskinson, McMullen re Bag Agreement Intent (01.14.04) |
| | 447 | | | | James Deposition Exhibit 11: Handwritten Notes re Leases/Agreements |
| | 448 | | | | 01/14/2004 Wilkerson Email to York re Bag Agreement |
| | 449 | | | | Redacted Email Wilkerson to James re Bag Agreement |
| | 450 | | | | Grabowski Deposition Exhibit 14: Email from Grabowski to Taylor, Kitchel, Bonn, Tobias re National Beef Meeting Notes (01.15.04) |
| | 451 | | | | Tom Grabowski Notes |
| | 452 | | | | Letter from Taylor to James re Business with National Beef (01.16.04) |
| | 453 | | | | Redacted Email Wilkerson-to-York re Bag Agreementr |
| | 454 | | | | Email Grabowski to Tobias re Response Letter |
| | 455 | | | | 2005 Estimated Sales Revised for 5 Day Weeks |

AO 187 (Delaware Rev. 7/00)    **EXHIBIT AND WITNESS LIST - CONTINUATION**

| | Cryovac Inc. vs. Pechiney Plastic Packaging | | CASE NO. | 04-1278 (KAJ) |
|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 456 | | | | Letter: Mize-to-Wilkerson re: Packaging Agreement (01/21/2004) |
| | 457 | | | | Spreadsheet re Clearshield v. Cryovac |
| | 458 | | | | New proposed letter Mize-to-Wilkerson to serve as documentation of current packaging agreement |
| | 459 | | | | Email Wilkerson-to-McMullen, Hoskinson, James re Bag Costs (with Handwritten Diagram) |
| | 461 | | | | Countdown to Clearshield |
| | 462 | | | | Email from Wilkerson - to - James, Hoskinson re Pechiney Agreement (01.27.04) |
| | 463 | | | | Value Added Packaging Solutions for Smithfield |
| | 464 | | | | Email Wilkerson-to-York re price increase history |
| | 465 | | | | Cryovac Inc. Supplier Master Agreement |
| | 466 | | | | Handwritten Notes re Proposal Difference of $9.5MM |
| | 467 | | | | Research & Development Differentiating Technology |
| | 468 | | | | Sealed Air Memorandum from R.J. Hunter to J.T. Calvert re Field Trip Report No. 43002 |
| | 469 | | | | Email Grabowski-to-B, Taylor, Buelow, Cox re National Beef |
| | 471 | | | | Redacted Email James-to-Grabowski, Kitchel, Graham, Tobias re Letter of Understanding |
| | 473 | | | | Letter proposing agreement between Clougherty Packing and Cryovac, Inc. |
| | 474 | | | | Letter of Understanding |
| | 476 | | | | Feedback from Wilkerson |
| | 477 | | | | Letter Terlizzi-to-Groseheider re final settlement agreement |
| | 478 | | | | Email York-to-Terlizzi re National Beef Business Transaction Timeline |
| | 479 | | | | Letter of Understanding between Pechiney and National Beef Packing Company |
| | 480 | | | | Email Grabowski to James, Kitchel re Letter of Understanding |
| | 481 | | | | Sealed Air Memorandum from Ed Mumpower to Phil Ryan re Comparison of LID 2050 (Europe), LID 1050, and LID 1050S |
| | 482 | | | | NTC / Tulsa Startup Plan 02/25/2004 - 03/14/2004 |
| | 483 | | | | Letter of Understanding between National Beef and Pechiney |
| | 484 | | | | Rebate Program Request: National Beef (Est. $20M Sales) |
| | 487 | | | | Chad Mueller's Lab Notebook re Lari Trials |
| | 487-A | | | | Spadt Letter to Lerum re 419 patent review |
| | 488 | | | | Region 360/370 Sales Meeting: FRM Strategic Plans for 2004 |

AO 187 (Delaware Rev. 7/00)    **EXHIBIT AND WITNESS LIST - CONTINUATION**

| | **Cryovac Inc. vs. Pechiney Plastic Packaging** | | | CASE NO. | **04-1278 (KAJ)** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 489 | | | | Laboratory Request: Neenah Technical Center re Physical and Barrier Property Analysis of Z-9000 Performance Warranty |
| | 490 | | | | ClearView Your Source of Clearshield News |
| | 491 | | | | Memo from J. Mize re selling against Pechiney Clearshield bags |
| | 492 | | | | 03/17/2004 Cryovac Stage Gate Review |
| | 493 | | | | Cryovac North American RD&E Document - 03/17/2004 |
| | 494 | | | | Cryovac Memo re Strategy Meeting - 03/17/2004 |
| | 495 | | | | R & D Manufacturing Transition Papers for LID 1050S |
| | 496 | | | | Email from Grams re TBG and ClearShield |
| | 497 | | | | Tab M from Kimmel's Expert Report - Product Data re ClearShield |
| | 498 | | | | Sealed Air Memo from Gardner to Nelson, Jensen, Southard, Ray, Prosser, Needham |
| | 499 | | | | National Beef 2004 Review |
| | 501 | | | | Email Dawe-to-Grams, Mudar, Broadus, Poag, Bonner, Henry, Hodgson, Mize, Wilson, Childress, Wofford, Franzeb Kreitman, Garland re Pechiney Clearshield Comparisons |
| | 502 | | | | Email Gardner-to-O'Delll, Graves, Kelly, Vocak, Mitchell, Ogaz, Santoro, Terlizzi, Dillard, Young, Deily, Prosser re Pechiney |
| | 503 | | | | Comparative report of tests of Clearshield, Cryovac, Maraflex |
| | 504 | | | | Email Mitchell-to-Gardner re Pechiney Bags at NBP - DC |
| | 505 | | | | Email Gardner-to-Ivy/Mize/Deily re Smithfield |
| | 506 | | | | Email Douglas-to-Buelow, Blemberg, Mueller, Davidson, Ehrenberger, Lind re National Beef Performance Levels |
| | 508 | | | | Cryovac Memo re Lid Films |
| | 509 | | | | Email Bossong-to-Gardner re QPP line audit information |
| | 514 | | | | National Account Sales Meeting - May 2004 - FRM Strategic Plans for 2004 |
| | 516 | | | | Clearshield Manufacturing Specifications Complete |
| | 517 | | | | Notes re Competitive Strategy on 05/04/2004 |
| | 518 | | | | Pechiney Laboratory Request Sheet re: Baggy Edge Issue on ClearShield (05.18.04) |
| | 519 | | | | Alcan Memo Ehrenberger/Mueller/Douglas-to-Bogran, Bright, Kitchel, Grainger, Buelow re Accomplishments and Future Plans for Orientation and Shrink Wrap |
| | 520 | | | | Letter Mize-to-Webb re Packaging Agreement between Cryovac and Harris Ranch Beef Company |
| | 522 | | | | Market Share Study Instructions - 06/01/2004 |

AO 187 (Delaware Rev. 7/00)     **EXHIBIT AND WITNESS LIST - CONTINUATION**

| | | | | |
|---|---|---|---|---|
| **Cryovac Inc. vs. Pechiney Plastic Packaging** | | | CASE NO. | **04-1278 (KAJ)** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 523 | | | | Presentation: FRM Strategic Plans for 2004 (June 2004) |
| | 524 | | | | Email York-to-Terlizzi re May Monthly Report |
| | 525 | | | | Mid Year Sales Focus for FRM (06.14.2004) |
| | 526 | | | | Memo re strategy relative to Pechiney |
| | 528 | | | | Experiment and Development Order No. E-14109-04 |
| | 529A | | | | Mike Farmer's Market Share Survey Data  (Complete as produced) |
| | 530 | | | | Memo Prosser-to-Garner/Mondragon/Holzer re Competitive Activity |
| | 531 | | | | Email Wofford-to-Garland/Walters/Deily/Gardner/Prosser/Mize/Wilson re High Abuse Bags |
| | 532 | | | | Cryovac Market Survey Results Sorted by Market  (07/02/2004) |
| | 534 | | | | Sealed Air Memo Mize-to-Field Sales, Retail Task Force, Burrows, Kelly, Field Quality Assurance, FRM MPU re Selling Against Pechiney Clearshield |
| | 535 | | | | Email York-to-Mize re Clearshield Bag Pricing from National Beef |
| | 536 | | | | High Abuse Ideation Session Presentation - 07/28/2004 |
| | 537 | | | | August 2004 - FRM Strategic Plans for 2004 |
| | 538 | | | | Meat & Dairy Business Operating Results - 08/00/2004 |
| | 539 | | | | Email Mize-to-Terlizzi/Gardner/Deily/Wilson/Smith/Dunlap/Troutt re Competitive Strategy |
| | 540 | | | | TBG Meeting Minutes from 08/11/2004 |
| | 542 | | | | A Review of US Competitors if Barrier Bags, TBG Bags, and HS Film |
| | 543 | | | | PPPI ClearShield presentation (08/20/04); Tab K of Kimmel Expert Report |
| | 544 | | | | "Tough Enough" by Richard Mitchell |
| | 545 | | | | 2004 Bags Update Presentation |
| | 546 | | | | Supply Agreement between Pechiney and Land O'Lakes, Inc. |
| | 547 | | | | Ed Mumpower's Project Progress Report re Improved LID 1050 |
| | 549 | | | | US Patent Number 2004/0173491 A1 RE Packages Made from Thermoplastic Multilayer Barrier Structures |
| | 550 | | | | US Patent Number 2004/0173932 A1 RE Methods of Making Multilayer Structures |
| | 551 | | | | US Patent Number 2004/0173944 A1 RE Methods of Making Multilayer Barrier Structures |
| | 552 | | | | US Patent Number 2004/0175464 A1 RE Multilayer Structures Packages and Methods of Making Multilayer Structures |
| | 553 | | | | US Patent Number 2004/0175465 A1 RE Thermoplastic Multilayer Structures |

AO 187 (Delaware Rev. 7/00)        **EXHIBIT AND WITNESS LIST - CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| **Cryovac Inc. vs. Pechiney Plastic Packaging** | | | | CASE NO. | **04-1278 (KAJ)** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 554 | | | | US Patent Number 2004/0175466 A1 RE Multilayer Barrier Structures Methods of Making the Same and Packages Made Therefrom |
| | 555 | | | | US Patent Number 2004/0175467 A1 RE Packages Made from Multilayer Structures |
| | 556 | | | | US Patent Number 2004/0175592 A1 RE Thermoplastic Multilayer Barrier Structures |
| | 569 | | | | Cryovac Stage Gate Review - Gate 1 to Stage 2 Feasibility |
| | 570 | | | | Pechiney Clearshield Barrier Bag for Bone-In Beef |
| | 571 | | | | Supply Agreement between Pechiney and Schreiber Foods (10.01.04) |
| | 573 | | | | Ed Mumpower's Project Closing Report re LID 550/1050 |
| | 574 | | | | Cryovac Letter from Gardner to Customers re Pricing |
| | 575 | | | | Various Specification Sheets |
| | 580 | | | | Pechiney Agreement with Steripack, Ltd |
| | 581 | | | | Cryovac RD&E Report: Low-Cost Plain Case Ready Lidding Film (11/01/2004) |
| | 583 | | | | Sealed Air Memor from Mize to Whisenant, Boland, Smith, Terlizzi, Gardner re Triumph Flexible Package Agreement |
| | 585 | | | | Letter documenting agreement between Swift and Company and Cryovac, Inc. |
| | 589 | | | | Promotional Material: Flexible Packaging Innovation Showcase 2005 |
| | 590 | | | | 01/14/2005 Spadt Non-Infringement Opinion |
| | 591 | | | | 2005 Fresh Meat Business Plan by Kitchel (01.16.05) |
| | 592 | | | | York Email re NBP on 01/20/2005 |
| | 594 | | | | Translation of Japanese Utitily Model Application Publication Number 60-27000 by Toyu Yazaki |
| | 595 | | | | FRM/MPU 02/01/2005: CR006-009577 |
| | 596 | | | | Email from Mize to Gardner re Strategic Plan Formats |
| | 597 | | | | Letter documenting agreement between Tyson and Cryovac, Inc. |
| | 598 | | | | Letter from PPPI to Edgar Navarro re Incentive Purchasing Program for Intercarnes |
| | 599 | | | | Email re 2003 National Beef TBG Bag Sales |
| | 600 | | | | Fresh & Processed Meats - FRM Strategic Plans Presentation at Hyatt Regency in Greenville, SC |
| | 602 | | | | Notice of Rule 30(b)(6) Deposition of Cryovac, Inc (No. 1) |
| | 607 | | | | B-3200 Specifications |
| | 609 | | | | Declaration of Jeffrey Gardner |

AO 187 (Delaware Rev. 7/00)    **EXHIBIT AND WITNESS LIST - CONTINUATION**

| | | | | |
|---|---|---|---|---|
| **Cryovac Inc. vs. Pechiney Plastic Packaging** | | | CASE NO. | **04-1278 (KAJ)** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 617 | | | | Z-9001 Specifications |
| | 620 | | | | Food Americas - N.A. Meat & Dairy - Fact Base & Issues Definition |
| | 623 | | | | Notice of Rule 30(b)(6) Deposition of Cryovac, Inc. (No. 3) |
| | 626 | | | | Judge Posner's Order from DePuy v. Zimmer Holdings (05/10/2005) |
| | 629 | | | | Expert Report of Kimmel (05/19/05) |
| | 630 | | | | Expert Report of James J. Nawrocki (05.19.05) |
| | 634 | | | | Cryovac's First Supplemental Response to Pechiney's First Set of Interrogatories |
| | 638 | | | | Purchase Agreement between Pechiney and Bar-S Foods Co. |
| | 639 | | | | Declaration of Terry Wilkerson |
| | 640 | | | | Email Wilkerson-to-Gardner re Doing business with National Beef |
| | 641 | | | | Cryovac's Response to Pechiney's Second Set ot Requests for the Production of Documents and Things (Nos. 55-66) and Cryovac's Response to Pechiney's Second Set ot Interrogatories (Nos. 16-19); Notice of Service |
| | 643 | | | | Cryovac's Responses to Pechiney's Third Set of Interrogatories (Nos. 20-31) and Cryovac's Response to Pechineys Third Request for the Production of Documents and Things (Nos. 67-76); Notice of Service |
| | 644 | | | | Cryovac's Response to Pechiney's First Set of Interrogatories (Includes verified declaration of Cryovac) |
| | 646 | | | | Expert Report of Wilkes (06/17/05) |
| | 647 | | | | Rebuttal Report of Kimmel (06/17/05) |
| | 649 | | | | Summary of Curwood Pricing for Fresh Red Meat Products |
| | 655 | | | | Amended Notice of Deposition of Mark B. Quatt |
| | 656 | | | | Email B. Taylor-to-Wilkerson re Hold Harmless Agreement |
| | 657 | | | | Indemnification and Hold Harmless Agreement between Pechiney and National Beef |
| | 659 | | | | Frequently Asked Questions - Earthshell Packaging Website |
| | 660 | | | | Kimmel's Supplemental Expert Report |
| | 662 | | | | Cryovac's Amended Response to Pechiney's Interrogatory No. 19; Notice of Service |
| | 666 | | | | Film Structure N: Layers 1-7 |
| | 669 | | | | Rebuttal and Supplemental Expert Report of Garth L. Wilkes |
| | 670 | | | | Letter Stockley-to-Butler re Packaging Agreement between Cryovac and Greenwood Packing, Inc. |
| | 671 | | | | Handwritten notes on Calendar Page |
| | 672 | | | | 07/20/2005 Spadt Non-Infringement Opinion |

AO 187 (Delaware Rev. 7/00)    **EXHIBIT AND WITNESS LIST - CONTINUATION**

| | Cryovac Inc. vs. Pechiney Plastic Packaging | | | | CASE NO. 04-1278 (KAJ) |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 673 | | | | Amended Complaint for Patent Infringement |
| | 674 | | | | Rebuttal Expert Report of James J. Nawrocki (07.25.05) |
| | 675 | | | | Cryovac's Withheld Document Log for Civil Action # 04-1278(KAJ) |
| | 676 | | | | Email Sharp-to-Trybus, Neth, Shaw attaching Wilkerson Declaration |
| | 681 | | | | Mount curriculum vitae |
| | 683 | | | | Cryovac's Responses and Objections to Pechiney's First Set of Requests for Admissions (Nos. 1-38) (08/08/2005) |
| | 685 | | | | Amended Notice of Rule 30(b)(6) Deposition of Cryovac, Inc. (No. 2) |
| | 686 | | | | Larry W. Evans - C.V. |
| | 689 | | | | Exhibit 6 Mount's Second Supplemental Expert Report - Letter from Kurt F. Wendt Library to Chris Baran confirming he sent "Optimizing Barrier Coextrusion: A Regional Technical Conference Sponsored by the Chicago Section and the Extrusion Division of the Society of Plastics Engineers, Inc." on 08/16/2005 |
| | 692 | | | | Kimmel's 2nd Supplemental Expert Report |
| | 693 | | | | Cryovac's Supplemental Response to Pechiney's Third Set of Interrogatories (Nos. 20-31); Notice of Service |
| | 694 | | | | Notice of Subpoena for Steven James |
| | 697 | | | | Cryovac's Supplemental Response to Pechiney's Third Set of Interrogatories |
| | 698 | | | | Supplemental/Rebuttal Expert Report of James J. Nawrocki (08.30.05) |
| | 699 | | | | Cryovac's Supplemental Responses and Objections to Pechiney's Second Set of Requests for Admissions (39-62) |
| | 700 | | | | Cryovac's Supplemental Response to Pechiney's Fifth Set of Interrogatories (Nos. 33-37) |
| | 708 | | | | Cryovac's Proposed Constructions |
| | 712 | | | | Notice of Deposition of Pechiney Plastic Packaging, Inc. |
| | 713 | | | | Notice of Rule 30(b)(6) Deposition of Cryovac, Inc. (No. 5) |
| | 717 | | | | Lidfilm Spreadsheet Data |
| | 723 | | | | Physical Sample -- B-3200 from Z-9001A |
| | 724 | | | | Physical Sample -- B-3200 from Z-9001B |
| | 725 | | | | Physical Sample -- B-3200 from Z-9001C |
| | 726 | | | | Physical Sample -- B-3200 from Z-9001D-F |
| | 745 | | | | Physical Sample -- Z-9001A |
| | 746 | | | | Physical Sample -- Z-9001B |
| | 747 | | | | Physical Sample -- Z-9001C |

AO 187 (Delaware Rev. 7/00)    **EXHIBIT AND WITNESS LIST - CONTINUATION**

| | Cryovac Inc. vs. Pechiney Plastic Packaging | CASE NO. | 04-1278 (KAJ) |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 748 | | | | Physical Sample -- Z-9001D-F |
| | 749 | | | | Physical Sample -- Z-9010 |
| | 750 | | | | Color Ad - B3300 Clearshield Bone-In Pork Shrink Bags |
| | 751 | | | | Color Ad - B3200 Clearshield Bone-In Beef Shrink Bags |
| | 752 | | | | Color Ad - Clearshield Trade Ad - "Pitch the Patch" |
| | 753 | | | | E-mails Wilkerson, York, James re: Cryo Service and Support at National Beef |
| | 756 | | | | Letter Mize-to-Wilkerson re packaging agreement |
| | 757 | | | | E-mail York-to-Graham re National Beef Sales Estimates for 2003 |
| | 759 | | | | E-mail Neth-to-Trybus re: Motion for Leave to Amend (w/attachment) |
| | 763 | | | | McDermott Will & Emery Non-Infringement Opinion w/all attachments |
| | 764 | | | | McDermott Will & Emery Non-Infringement Opinion w/attachments D,R,S,T |
| | 765 | | | | Hot Water Shrinkage Test of Deep Drawn Forming Film - Experiment report from Kureha Chemical Polymer Processing Center (Japan) |
| | 766 | | | | Hot Water Shrinkage Test of Deep Drawn Forming Film - Experiment report from Kureha Chemical Polymer Processing Center (Japan) |
| | 768 | | | | European Patent Application - EP 0132565 - "Oriented film laminates of polyamides and ethylene vinyl alcohol" |
| | 769 | | | | Supplemental Information Disclosure Statement - US Patent Application 11/029195 - "Multilayer Structures, Packages, and Methods of Making Multilayer Structures" |
| | 770 | | | | Supplemental Information Disclosure Statement - US Patent Application 11/029200 - "Multilayer Barrier Structures, Methods of Making the Same and Packages Therefrom" |
| | 771 | | | | Email Scherrer to Buelow, Mueller, Douglas, Kaas, Hoover, Goetsch, Duncan re: Claims matrix for Project Lari |
| | 772 | | | | Email Scherrer to Hoover, Ghate, Duncan re: Project Lari patent and file history summary |
| | 773 | | | | Email Scherrer to Ghate, Hoover, Duncan re: Updated memo on Project Lari patent review |
| | 774 | | | | Email Scherrer to Hoover, Ghate, Duncan re: Updated Project Lari memo on prior art patents |
| | 775 | | | | Email Duncan to Hoover, Ghate, Scherrer re: Revised Memo |
| | 776 | | | | Email Hoover to Bories et. al. re: Project Lari Legal Update |
| | 777 | | | | Capital Approval Request - Signed RFA and material for Tulsa project |
| | 778 | | | | European Patent Application EP 0149321 - Heat-shrinkable laminate tubular film and process for producing it |

AO 187 (Delaware Rev. 7/00)    **EXHIBIT AND WITNESS LIST - CONTINUATION**

| | | | | |
|---|---|---|---|---|
| **Cryovac Inc. vs. Pechiney Plastic Packaging** | | | CASE NO. | **04-1278 (KAJ)** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 779 | | | | UK Patent Application GB 2139948 - Multilayer packaging film |
| | 780 | | | | Sweeting - The Science and Technology of Polymer Films - Chapter 10 |
| | 781 | | | | Project Lari Summary of Patents Reviewed (REDACTED) |
| | 782 | | | | Specification Sheet - Z-9004B (Non-EVOH Clearshield) |
| | 783 | | | | Customer Invoice - Brawley Beef (with bill of lading and shop floor production log) |
| | 784 | | | | Customer Invoice - Wetoska Packaging Distributors (with bill of lading and work in process order summary) |
| | 785 | | | | Customer Invoice - National Beef (with bill of lading and shop floor production log) |
| | 786 | | | | E-14008-06 "Experiment and Development Order" for non-EVOH ClearShield |
| | 787 | | | | Customer Non-EVOH ClearShield Invoices - Brawley Beef (with bills of lading and shop floor production logs) |
| | 788 | | | | Customer Non-EVOH ClearShield Invoices - National Beef (with bills of lading and shop floor production logs) |
| | 789 | | | | Customer Non-EVOH ClearShield Invoices - Pine Ridge Farms (with bills of lading and shop floor production logs) |
| | 790 | | | | Customer Non-EVOH ClearShield Invoices - Gadge USA (with bills of lading and shop floor production logs) |
| | 791 | | | | Customer Non-EVOH ClearShield Invoices - Wetoska Packaging Distributors (with bills of lading and shop floor production logs) |
| | 792 | | | | Customer Non-EVOH ClearShield Invoices - Pine Ridge Farms (with bills of lading and shop floor production logs) |
| | 793 | | | | Kennedy email to Douglas attaching report on "Microbiological Shelf-Life Evaluation of Beef Short Loins Packaged in two Different Shrink Bags |
| | 794 | | | | Kennedy email to Douglas attaching shelf-life report on Effects of Alcan Test Packaging on the Microbial Counts |
| | 795 | | | | Kennedy email to Douglas attaching shelf-life report on Effects of Alcan Test Packaging on the Microbial Counts |
| | 796 | | | | Kennedy email to Douglas attaching shelf-life report on Effects of Alcan Test Packaging on the Microbial Counts |
| | 797 | | | | Dagan to Douglas email attaching pork rib shelf-life report |
| | 798 | | | | Dagan to Douglas email attaching beef short loin shelf-life report |
| | 799 | | | | Meat & dairy business net sales YTD August 2004, with supplemental reports for September of 2004. |
| | 800 | | | | Spadt's copy of the 419 patent file wrapper (file history) |

AO 187 (Delaware Rev. 7/00)     **EXHIBIT AND WITNESS LIST - CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| **Cryovac Inc. vs. Pechiney Plastic Packaging** | | | | CASE NO. | **04-1278 (KAJ)** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 801 | | | | Spadt's copies of Pechiney spec sheets |
| | 802 | | | | RatnerPrestia's 06/08/2006 document production |