IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRYOVAC INC., | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1278-KAJ |
| | ) | |
| PECHINEY PLASTIC PACKAGING, INC., | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

### ORDER

IT IS ORDERED that the United States Marshal for the District of Delaware be and hereby is directed to furnish lunch for nine jurors engaged in the above entitled case on June 22, 2006.

_____
UNITED STATES DISTRICT JUDGE

June 22, 2006
Wilmington, Delaware