IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRYOVAC INC., | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1278-KAJ |
| | ) | |
| PECHINEY PLASTIC PACKAGING, INC., | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

### ORDER

At Wilmington, this 5th day of July, 2006,

IT IS HEREBY ORDERED that the parties shall confer and submit a form of judgment order to the court on or before July 14, 2006.

_____
UNITED STATES DISTRICT JUDGE