# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK

NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6689
DIRECT FAX: (302) 576-3334
jshaw@ycst.com

LISA A. ARMSTRONG
GREGORY J. BABCOCK
JOSEPH M. BARRY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
KARA HAMMOND COYLE
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
RICHARD S. JULIE
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL

KAREN LANTZ
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
KRISTEN R. SALVATORE (PA ONLY)
MICHELE SHERRETTA
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER (SC ONLY)
JOHN E. TRACEY
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
ELENA C. NORMAN
KAREN L. PASCALE
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

July 14, 2006

**BY CM/ECF AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
844 N. King Street
Wilmington, DE 19801

      Re:    Cryovac Inc. v. Pechiney Plastic Packaging, Inc.
             C.A. No. 04-1278-KAJ

Dear Judge Jordan:

      Enclosed please find a form of judgment for this action that has been agreed by the parties. The parties preserve their rights to file post-judgment motions and/or appeal in accordance with the applicable rules. Should Your Honor have any questions or concerns, the parties are available at the Court's convenience.

                              Respectfully submitted,

                              John W. Shaw (No. 3362)

JWS/prt
Enclosure

cc:    Clerk of the Court (by hand delivery)
       N. Richard Powers, Esquire (by e-mail)
       Ford F. Farabow, Esquire (by e-mail)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRYOVAC, INC., | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1278-KAJ |
| | ) | |
| PECHINEY PLASTIC PACKAGING INC., | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

**JUDGMENT**

This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict on June 22, 2006. A copy of the verdict sheet is attached.

Based on the jury's verdict,

IT IS HEREBY ORDERED and ADJUDGED that judgment is entered pursuant to Federal Rule of Civil Procedure 58 as follows:

1. In favor of plaintiff Cryovac, Inc. and against defendant Pechiney Plastic Packaging Inc. as to Count I of plaintiff's Second Amended Complaint in the amount of $2,514,024;

2. In favor of defendant Pechiney Plastic Packaging Inc. and against plaintiff Cryovac, Inc. as to Counts II, III, and IV of plaintiff's Second Amended Complaint;

3. In favor of counter-defendant Cryovac, Inc. and against counter-plaintiff Pechiney Plastic Packaging Inc. as to Count I and II of counter-plaintiff's Counterclaims;

4. Count III of counter-plaintiff Pechiney Plastic Packaging, Inc.'s Counterclaims was dismissed with prejudice by Order of the Court, D.I. 339;

5. Prejudgment interest shall be awarded to plaintiff Cryovac, Inc. in the amount of $145,000; and

6. Post judgment interest shall accrue from the date of entry of this judgment at the statutory rate.

_____
Deputy Clerk

July \_\_, 2006
Wilmington, Delaware