OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February   , 2007

**John W. Shaw**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

    RE:   Cryovac Inc. v. Pechiney Plastic Inc.
            CA 04-1278 KAJ

Dear Counsel:

    I am returning to you Plaintiff Cryovac's Trial Exhibits consisting of 1 box. Please acknowledge receipt of said exhibits on the copy of this letter.

Sincerely,

**Peter T. Dalleo**
Clerk of the Court

I hereby acknowledge receipt of the above exhibits on February   , 2007

_____
Signature

/rc