OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 27, 2007

N. Richard Powers
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

      RE:   Cryovac Inc. v. Pechiney Plastic Inc.
              CA 04-1278 KAJ

Dear Counsel:

    The Clerk's Office is currently in the process of returning Trial Exhibits in Judge Jordan's closed cases. Presently we have **1-box** of Defendant's admitted trial exhibits to return to you. Please contact the undersigned to schedule pick-up of these exhibits.

    ***If counsel does not place their order to claim Trial Exhibits by 3/9/07, the Clerk will destroy any unclaimed exhibits.***

    Please contact Bob Cruikshank at 573-6623 to arrange claiming/pick-up of exhibits. We will prepare the exhibits for your retrieval and contact you when they are ready for pick-up.

                Sincerely,

            By: *[signature]*
                Bob Cruikshank
                Deputy Clerk