OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 27, 2007

**N. Richard Powers**
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

      RE:   Cryovac Inc. v. Pechiney Plastic Inc.
              CA 04-1278 KAJ

Dear Counsel:

     I am returning to you Defendant Pechiney's Trial Exhibits consisting of 1 box. Please acknowledge receipt of said exhibits on the copy of this letter.

                                   Sincerely,

                                   **Peter T. Dalleo**
                                   Clerk of the Court

I hereby acknowledge receipt of the above exhibits on February 27, 2007

                                                _____
                                                       Signature

/rc