REVIEWED
By Larisha Davis at 11:06 am, Jun 25, 2007

CLOSED, PATENT, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:04-cv-01278-KAJ
## Internal Use Only

| | |
|---|---|
| Cryovac Inc. v. Pechiney Plastic Inc. | Date Filed: 09/20/2004 |
| Assigned to: Honorable Kent A. Jordan | Date Terminated: 07/17/2006 |
| Demand: $0 | Jury Demand: Plaintiff |
| Cause: 35:271 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Cryovac Inc.**                    represented by **John W. Shaw**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: jshaw@ycst.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Elizabeth Keller**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: kkeller@ycst.com
*ATTORNEY TO BE NOTICED*

**Michele Sherretta**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
302-571-6629
Email: msherretta@ycst.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pechiney Plastic Packaging Inc.**                     represented by  **N. Richard Powers**
                                                                        Connolly, Bove, Lodge & Hutz
                                                                        The Nemours Building
                                                                        1007 North Orange Street
                                                                        P.O. Box 2207
                                                                        Wilmington, DE 19899
                                                                        (302) 658-9141
                                                                        Email: nrp@cblhlaw.com
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Movant**

**RatnerPrestia**

**Counter Claimant**

**Pechiney Plastic Packaging Inc.**                     represented by  **N. Richard Powers**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Cryovac Inc.**                                        represented by  **John W. Shaw**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Michele Sherretta**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Pechiney Plastic Packaging Inc.**

V.

**Counter Defendant**

**Cryovac Inc.**                                        represented by  **Michele Sherretta**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 09/20/2004 | 1 | COMPLAINT filed. Magistrate Consent Notice to Pltf. FILING FEE $ 150.00 RECEIPT # 136888 (els) (Entered: 09/21/2004) |
| 09/20/2004 |   | DEMAND for jury trial by Cryovac Inc. (els) (Entered: 09/21/2004) |

| | | |
|---|---|---|
| | | April 12, 2005 by Pechney Plastic Packaging Inc..(Powers, N.) (Entered: 03/14/2005) |
| 03/14/2005 | 37 | NOTICE to Take Deposition of 30(b)(6) of Cryovac, Inc. on April 5, 2005 by Pechney Plastic Packaging Inc..(Powers, N.) (Entered: 03/14/2005) |
| 03/14/2005 | 38 | NOTICE to Take Deposition of Karl Deily on April 15, 2005 by Pechney Plastic Packaging Inc..(Powers, N.) (Entered: 03/14/2005) |
| 03/14/2005 | 39 | NOTICE to Take Deposition of Ennis M. Fant on April 7, 2005 by Pechney Plastic Packaging Inc..(Powers, N.) (Entered: 03/14/2005) |
| 03/14/2005 | 40 | NOTICE to Take Deposition of Steven L. Fuller on March 29, 2005 by Pechney Plastic Packaging Inc..(Powers, N.) (Entered: 03/14/2005) |
| 03/14/2005 | 41 | NOTICE to Take Deposition of Steven B. Garland on March 30, 2005 by Pechney Plastic Packaging Inc..(Powers, N.) (Entered: 03/14/2005) |
| 03/14/2005 | 42 | NOTICE to Take Deposition of James A. Mize on April 14, 2005 by Pechney Plastic Packaging Inc..(Powers, N.) (Entered: 03/14/2005) |
| 03/14/2005 | 43 | NOTICE to Take Deposition of Mark B. Quatt on April 6, 2005 by Pechney Plastic Packaging Inc..(Powers, N.) (Entered: 03/14/2005) |
| 03/14/2005 | 44 | NOTICE to Take Deposition of Guatum P. Shah on April 8, 2005 by Pechney Plastic Packaging Inc..(Powers, N.) (Entered: 03/14/2005) |
| 03/14/2005 | 45 | NOTICE to Take Deposition of F. David Stringer on March 28, 2005 by Pechney Plastic Packaging Inc..(Powers, N.) (Entered: 03/14/2005) |
| 03/14/2005 | 46 | NOTICE to Take Deposition of George D. Wofford on April 13, 2005 by Pechney Plastic Packaging Inc..(Powers, N.) (Entered: 03/14/2005) |
| 03/15/2005 | 47 | MOTION for Leave to File *Amended Complaint* - filed by Cryovac Inc.. (Attachments: # 1 Exhibit 1 through 3)(Keller, Karen) (Entered: 03/15/2005) |
| 03/21/2005 | 48 | NOTICE OF SERVICE of Cryovac's First Set of Requests for Admission (Nos. 1 - 17) to Pechiney by Cryovac Inc..(Shaw, John) (Entered: 03/21/2005) |
| 03/24/2005 | 49 | NOTICE OF SERVICE of Cryovac's Second Set of Interrogatories (Nos. 9-13) to Pechiney by Cryovac Inc..(Keller, Karen) (Entered: 03/24/2005) |
| 03/29/2005 | 50 | SEALED ANSWERING BRIEF in Opposition re 47 MOTION for Leave to File *Amended Complaint* filed by Pechney Plastic Packaging Inc., Pechney Plastic Packaging Inc..Reply Brief due date per Local Rules is 4/5/2005. (Powers, N.) (Entered: 03/29/2005) |
| 03/29/2005 | 51 | SEALED DECLARATION *of Steven R. Trybus* by Pechney Plastic Packaging Inc., Pechney Plastic Packaging Inc.. (Powers, N.) (Entered: 03/29/2005) |
| 03/31/2005 | 52 | NOTICE OF SERVICE of Cryovac's Response to Pechiney's First Set of |

| | | |
|---|---|---|
| | | Requests for the Production of Documents and Things and Cryovac's Response to Pechiney's First Set of Interrogatories by Cryovac Inc.. (Shaw, John) (Entered: 03/31/2005) |
| 04/05/2005 | 🔵53 | REDACTED VERSION of 50 Answering Brief in Opposition *to Plaintiff's Motion for Leave to File Amended Complaint* by Pechney Plastic Packaging Inc., Pechney Plastic Packaging Inc.. (Powers, N.) (Entered: 04/05/2005) |
| 04/05/2005 | 🔵54 | REDACTED VERSION of 51 Declaration *of Steven R. Trybus* by Pechney Plastic Packaging Inc., Pechney Plastic Packaging Inc.. (Powers, N.) (Entered: 04/05/2005) |
| 04/05/2005 | 🔵55 | SEALED REPLY BRIEF re 47 MOTION for Leave to File *Amended Complaint* filed by Cryovac Inc.. (Shaw, John) (Entered: 04/05/2005) |
| 04/12/2005 | 🔵56 | SEALED MOTION to Strike *Declaration of Jeffrey Gardner* - filed by Pechney Plastic Packaging Inc., Pechney Plastic Packaging Inc.. (Powers, N.) (Entered: 04/12/2005) |
| 04/12/2005 | 🔵57 | REDACTED VERSION of 55 Reply Brief *In Support of Its Motion for Leave to File an Amended Complaint* by Cryovac Inc.. (Attachments: # 1 Exhibit Declaration of Jeffrey Gardner)(Sherretta, Michele) (Entered: 04/12/2005) |
| 04/12/2005 | 🔵58 | SEALED DECLARATION re 55 Reply Brief *Original Declaration of Jeffrey Gardner to Plaintiff's Reply Brief in Support of its Motion for Leave to File an Amended Complaint* by Cryovac Inc.. (Sherretta, Michele) (Entered: 04/12/2005) |
| 04/13/2005 | 🔵59 | REDACTED VERSION of 58 Declaration *Original Declaration of Jeffrey Gardner to Plaintiff's Reply Brief in Support of its Motion for Leave to File an Amended Complaint* by Cryovac Inc.. (Sherretta, Michele) (Entered: 04/13/2005) |
| 04/19/2005 | 🔵60 | REDACTED VERSION *Pechiney's Motion to Exclude Declaration of Jeffrey Gardner* by Pechney Plastic Packaging Inc., Pechney Plastic Packaging Inc.. (Powers, N.) (Entered: 04/19/2005) |
| 04/22/2005 | 🔵 | Minute Entry for proceedings held before Judge Kent A. Jordan : Tutorial Hearing held on 4/22/2005. (Court Reporter B. Gaffigan.) (rwc, ) (Entered: 04/22/2005) |
| 04/22/2005 | 🔵61 *VOID* | STENO NOTES of Tutorial Hearing held on 4/22/05 before Judge Jordan. Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc, ) (Entered: 04/25/2005) |
| 04/26/2005 | 🔵62 | ANSWERING BRIEF in Opposition re 56 SEALED MOTION to Strike *Declaration of Jeffrey Gardner* filed by Cryovac Inc..Reply Brief due date per Local Rules is 5/3/2005. (Attachments: # 1 Exhibit Tabs 1-5 - Unreported Opinions)(Shaw, John) (Entered: 04/26/2005) |
| 04/28/2005 | 🔵63 | TRANSCRIPT of Tutorial Hearing held on 4/22/05 before Judge Jordan. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) (rwc, ) |

| | | |
|---|---|---|
| | | Stringer by Pechney Plastic Packaging Inc., Pechney Plastic Packaging Inc..(Powers, N.) (Entered: 07/26/2005) |
| 07/26/2005 | 131 | NOTICE OF SERVICE of Notice of Rule 30(b)(6) Deposition of Cryovac, Inc. (No. 4) by Pechney Plastic Packaging Inc., Pechney Plastic Packaging Inc..(Powers, N.) (Entered: 07/26/2005) |
| 07/27/2005 | 132 | NOTICE of Notice of Service for Cryovac's Fourth Set of Requests (No. 89) to Pechiney for Production of Documents and Things by Cryovac Inc., Cryovac Inc. (Keller, Karen) (Entered: 07/27/2005) |
| 07/29/2005 | 133 | SEALED MOTION for Leave to File *Second Amended Complaint* - filed by Cryovac Inc.. (Attachments: # 1 Certificate of Compliance Local Rule 7.1.1 Disclosure)(Keller, Karen) (Entered: 07/29/2005) |
| 08/01/2005 | 134 | ANSWER to Amended Complaint, COUNTERCLAIM against Cryovac Inc. by Pechney Plastic Packaging Inc., Pechney Plastic Packaging Inc.. (Powers, N.) (Entered: 08/01/2005) |
| 08/02/2005 | 135 | NOTICE OF SERVICE of Amended Notice of Deposition of Steven B. Garland by Pechney Plastic Packaging Inc., Pechney Plastic Packaging Inc., Pechney Plastic Packaging Inc..(Powers, N.) (Entered: 08/02/2005) |
| 08/02/2005 | 136 | NOTICE OF SERVICE of Second Amended Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) by Pechney Plastic Packaging Inc., Pechney Plastic Packaging Inc., Pechney Plastic Packaging Inc..(Powers, N.) (Entered: 08/02/2005) |
| 08/02/2005 | 137 | NOTICE OF SERVICE of Amended Notice of Deposition of Tommy Kay by Pechney Plastic Packaging Inc., Pechney Plastic Packaging Inc., Pechney Plastic Packaging Inc..(Powers, N.) (Entered: 08/02/2005) |
| 08/03/2005 | 138 | NOTICE OF SERVICE of Cryovac's 2nd Supplemental Rule 26(a)(1) Initial Disclosure and Cryovac's 3rd Supplemental Rule 26(a)(1) Initial Disclosure by Cryovac Inc..(Shaw, John) (Entered: 08/03/2005) |
| 08/03/2005 | 139 | NOTICE OF SERVICE of Amended Notice of Deposition of George Wofford by Pechney Plastic Packaging Inc., Pechney Plastic Packaging Inc., Pechney Plastic Packaging Inc..(Powers, N.) (Entered: 08/03/2005) |
| 08/03/2005 | 140 | NOTICE OF SERVICE of Notice of Subpoena -- National Beef Packaging Company LLC by Pechney Plastic Packaging Inc., Pechney Plastic Packaging Inc., Pechney Plastic Packaging Inc..(Powers, N.) (Entered: 08/03/2005) |
| 08/03/2005 | 141 | NOTICE OF SERVICE of Notice of Subpoena -- Terry Wilkerson by Pechney Plastic Packaging Inc., Pechney Plastic Packaging Inc., Pechney Plastic Packaging Inc..(Powers, N.) (Entered: 08/03/2005) |
| 08/05/2005 | 142 | NOTICE OF SERVICE of Notice of Second Deposition of James J. Nawrocki by Pechney Plastic Packaging Inc., Pechney Plastic Packaging Inc., Pechney Plastic Packaging Inc..(Powers, N.) (Entered: 08/05/2005) |
| 08/05/2005 | 143 | NOTICE to Take Deposition of Larry Evans on August 11, 2005 by |

| | | Cryovac Inc..(Keller, Karen) (Entered: 08/05/2005) |
|---|---|---|
| 08/05/2005 | 144 | NOTICE to Take Deposition of Richard Company on August 23, 2005 by Cryovac Inc..(Keller, Karen) (Entered: 08/05/2005) |
| 08/05/2005 | 145 | REDACTED VERSION of 133 SEALED MOTION for Leave to File *Second Amended Complaint* by Cryovac Inc.. (Attachments: # 1 Exhibits 1-7# 2 Certificate of Service)(Shaw, John) (Entered: 08/05/2005) |
| 08/08/2005 | 146 | NOTICE of Subpoena to National Beef Packaging by Cryovac Inc., Cryovac Inc., Cryovac Inc. (Sherretta, Michele) (Entered: 08/08/2005) |
| 08/10/2005 | 147 | NOTICE to Take Deposition of Richard Company on August 23, 2005 [SECOND AMENDED] by Cryovac Inc., Cryovac Inc..(Keller, Karen) (Entered: 08/10/2005) |
| 08/11/2005 | 148 | NOTICE OF SERVICE of 1.) Cryovac's Responses and Objections to Pechiney Plastic Packaging Inc.'s First Set of Requests for Admissions (Nos. 1-38) and 2.) Cryovac's Response to Pechiney Plastic Packaging Inc.'s Fourth Set of Interrogatories (No. 32) by Cryovac Inc..(Keller, Karen) (Entered: 08/11/2005) |
| 08/12/2005 | 149 | SEALED ANSWERING BRIEF in Opposition re 133 SEALED MOTION for Leave to File *Second Amended Complaint* filed by Pechney Plastic Packaging Inc., Pechney Plastic Packaging Inc., Pechney Plastic Packaging Inc..Reply Brief due date per Local Rules is 8/19/2005. (Powers, N.) (Entered: 08/12/2005) |
| 08/16/2005 | 150 | NOTICE to Take Deposition of Pechiney Plastic Packaging Inc. on a date to be agreed upon by the parties by Cryovac Inc..(Muttamara-Walker, Doungamon) (Entered: 08/16/2005) |
| 08/16/2005 | 151 | NOTICE OF SERVICE of Notice of Deposition of Stuart Prosser by Pechney Plastic Packaging Inc., Pechney Plastic Packaging Inc., Pechney Plastic Packaging Inc..(Powers, N.) (Entered: 08/16/2005) |
| 08/16/2005 | 152 | NOTICE OF SERVICE of Second Supplemental Report of Larry W. Evans Pursuant to Federal Rules of Civil Procedure Rule 26(A)(2)(B) by Pechney Plastic Packaging Inc., Pechney Plastic Packaging Inc., Pechney Plastic Packaging Inc..(Powers, N.) (Entered: 08/16/2005) |
| 08/18/2005 | 153 | Joint STIPULATION TO EXTEND TIME Reply Brief in Support of Motion for Leave to File Second Amended Complaint to August 26, 2005 - filed by Cryovac Inc., Pechney Plastic Packaging Inc.. (Keller, Karen) (Entered: 08/18/2005) |
| 08/18/2005 | 154 | Joint STIPULATION Regarding Events Taking Place After August 19, 2005 Discovery Cut-Off by Cryovac Inc., Pechney Plastic Packaging Inc.. (Keller, Karen) (Entered: 08/18/2005) |
| 08/18/2005 | 155 | NOTICE OF SERVICE of (1) Cryovac's First Supplemental Response to Pechiney's Second Set of Interrogatories, and (2) Cryovac's Second Supplemental Response to Pechiney's First Set of Interrogatories by Cryovac Inc..(Keller, Karen) (Entered: 08/18/2005) |

| | | |
|---|---|---|
| | | 31) by Cryovac Inc., Cryovac Inc..(Keller, Karen) (Entered: 08/23/2005) |
| 08/23/2005 | ⬤165 | NOTICE OF SERVICE of Cryovac's Fifth Set of Requests (No. 90-99) to Pechiney for Production of Documents and Things by Cryovac Inc., Cryovac Inc..(Keller, Karen) (Entered: 08/23/2005) |
| 08/26/2005 | ⬤166 | SEALED REPLY BRIEF re 133 SEALED MOTION for Leave to File Second Amended Complaint Plaintiff's Reply Brief in Support of Its Motion for Leave to File Second Amended Complaint filed by Cryovac Inc., Cryovac Inc., Cryovac Inc.. (Attachments: # 1 Exhibit A-H)(Keller, Karen) (Entered: 08/26/2005) |
| 08/26/2005 | ⬤167 | NOTICE OF SERVICE of Pechiney Plastic Packaging Inc.'s Response to Cryovac's Fourth Set of Requests (No. 89) to Pechiney for the Production of Documents and Things by Pechney Plastic Packaging Inc., Pechney Plastic Packaging Inc., Pechney Plastic Packaging Inc..(Powers, N.) (Entered: 08/26/2005) |
| 08/30/2005 | ⬤168 | NOTICE of Service of Cryovac's Supplemental Responses and Objections to second Set of Requests for Admissions Nos. 39-62, Supplemental Response to Fifth Set of Interrogatories Nos. 33-37, and Supplemental Response to Fourth Set of Requests for the Production of Documents and Things Nos. 77-78 by Cryovac Inc., Cryovac Inc., Cryovac Inc. (Keller, Karen) (Entered: 08/30/2005) |
| 09/01/2005 | ⬤169 | REDACTED VERSION of 166 Reply Brief, by Cryovac Inc.. (Attachments: # 1 Exhibit A-F# 2 Exhibit G# 3 Exhibit H)(Keller, Karen) (Entered: 09/01/2005) |
| 09/12/2005 | ⬤170 | Joint STIPULATION as to the Deposition of Stuart Prosser by Cryovac Inc., Pechney Plastic Packaging Inc.. (Shaw, John) (Entered: 09/12/2005) |
| 09/13/2005 | ⬤ | SO ORDERED, re 170 Stipulation filed by Cryovac Inc., Pechney Plastic Packaging Inc . Signed by Judge Kent A. Jordan on 9/13/05. (rwc, ) (Entered: 09/13/2005) |
| 09/20/2005 | ⬤171 | NOTICE OF SERVICE of Cryovac's Response to Pechiney's Sixth Set of Interrogatories (Nos. 38-41) and Cryovac's Response to Pechiney's Fifth Set of Requests for Production (Nos. 79-86) by Cryovac Inc..(Shaw, John) (Entered: 09/20/2005) |
| 09/20/2005 | ⬤172 | SEALED MOTION for Leave to File Amended Answer, Affirmative Defenses and Counterclaims - filed by Pechney Plastic Packaging Inc., Pechney Plastic Packaging Inc., Pechney Plastic Packaging Inc.. (Powers, N.) (Entered: 09/20/2005) |
| 09/27/2005 | ⬤173 | STIPULATION TO EXTEND TIME for Cryovac to answer Pechiney's Motion for Leave to File an Amended Answer, Affirmative Defenses and Counterclaims to October 11, 2005 - filed by Cryovac Inc., Pechney Plastic Packaging Inc.. (Keller, Karen) (Entered: 09/27/2005) |
| 09/27/2005 | ⬤174 | REDACTED VERSION of 172 SEALED MOTION for Leave to File Amended Answer, Affirmative Defenses and Counterclaims by Pechney Plastic Packaging Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit A# 3 |

| | | |
|---|---|---|
| | | Exhibit B# [4](#) Exhibit C# [5](#) Exhibit D# [6](#) Exhibit E# [7](#) Exhibit F# [8](#) Exhibit G# [9](#) Exhibit H# [10](#) Exhibit I# [11](#) Exhibit J# [12](#) Exhibit K# [13](#) Exhibit L# [14](#) Exhibit M# [15](#) Exhibit N# [16](#) Exhibit O# [17](#) Exhibit P# [18](#) Exhibit Q)(Powers, N.) (Entered: 09/27/2005) |
| 10/03/2005 | 🌐 | SO ORDERED, re [173](#) STIPULATION TO EXTEND TIME for Cryovac to answer Pechiney's Motion for Leave to File an Amended Answer, Affirmative Defenses and Counterclaims to October 11, 2005 . Signed by Judge Kent A. Jordan on 10/3/05. (rwc, ) (Entered: 10/03/2005) |
| 10/03/2005 | 🌐[175](#) | ORDER, Setting Discovery Telecence for 10/6/2005 03:30 PM before Honorable Kent A. Jordan. Signed by Judge Kent A. Jordan on 10/3/05. (rwc, ) (Entered: 10/03/2005) |
| 10/04/2005 | 🌐[176](#) | Letter to Honorable Kent A. Jordan from N. Richard Powers regarding Discovery Dispute. (Attachments: # [1](#) FILED UNDER SEAL)(Powers, N.) (Entered: 10/04/2005) |
| 10/05/2005 | 🌐[177](#) | Letter to Judge Jordan from John W. Shaw regarding response to Pechiney's discovery dispute letter (FILED UNDER SEAL) re [176](#) Letter. (Shaw, John) (Entered: 10/05/2005) |
| 10/06/2005 | 🌐178 VOID | STENO NOTES for 10/6/05 filed by Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc, ) (Entered: 10/06/2005) |
| 10/06/2005 | 🌐 | Minute Entry for proceedings held before Judge Kent A. Jordan : Discovery Teleconference held on 10/6/2005. (Court Reporter B. Gaffigan.) (rwc, ) (Entered: 10/07/2005) |
| 10/07/2005 | 🌐179 | TRANSCRIPT of teleconference held on 10/6/05 before Judge Jordan. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) (rwc, ) (Entered: 10/07/2005) |
| 10/07/2005 | 🌐[180](#) | ORDER, Resetting Deadlines: Discovery due by 10/21/2005. Signed by Judge Kent A. Jordan on 10/7/05. (rwc, ) (Entered: 10/07/2005) |
| 10/07/2005 | 🌐[181](#) | ORDER - granting [133](#) Motion for Leave to File Second Amended Complaint. Counsel shall separately file the Second Amended Complaint. Signed by Judge Kent A. Jordan on 10/7/05. (rwc, ) (Entered: 10/07/2005) |
| 10/11/2005 | 🌐[182](#) | SEALED ANSWERING BRIEF in Opposition re [172](#) SEALED MOTION for Leave to File *Amended Answer, Affirmative Defenses and Counterclaims* filed by Cryovac Inc..Reply Brief due date per Local Rules is 10/18/2005. (Shaw, John) (Entered: 10/11/2005) |
| 10/11/2005 | 🌐[183](#) | SEALED APPENDIX re [182](#) Answering Brief in Opposition by Cryovac Inc.. (Shaw, John) (Entered: 10/11/2005) |
| 10/12/2005 | 🌐[184](#) | REDACTED VERSION of [177](#) Letter by Cryovac Inc., Cryovac Inc., Cryovac Inc.. (Sherretta, Michele) (Entered: 10/12/2005) |
| 10/12/2005 | 🌐[185](#) | Second AMENDED COMPLAINT against all defendants- filed by |

| | | |
|---|---|---|
| | | Cryovac Inc., Cryovac Inc., Cryovac Inc..(Sherretta, Michele) (Entered: 10/12/2005) |
| 10/13/2005 | 186 | REDACTED VERSION of 176 Letter *to the Honorable Kent A. Jordan* by Pechiney Plastic Packaging Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6)(Powers, N.) (Entered: 10/13/2005) |
| 10/14/2005 | 187 | NOTICE to Take Deposition of Pechiney Plastic Packaging Inc. by Cryovac Inc..(Sherretta, Michele) (Entered: 10/14/2005) |
| 10/17/2005 | 188 | MOTION for Extension of Time to File Response/Reply as to 182 Answering Brief in Opposition - filed by Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 10/17/2005) |
| 10/17/2005 | | SO ORDERED, re 188 MOTION for Extension of Time to File Reply Brief, Re: Motion 172. Set Briefing Schedule: Reply Brief due 10/25/2005. Signed by Judge Kent A. Jordan on 10/17/05. (rwc, ) (Entered: 10/17/2005) |
| 10/17/2005 | 189 | NOTICE to Take Deposition of Cryovac, Inc. by Pechiney Plastic Packaging Inc..(Powers, N.) (Entered: 10/17/2005) |
| 10/18/2005 | 190 | REDACTED VERSION of 182 Answering Brief in Opposition *to Pechiney Plastic Packaging Inc.'s Motion to Amend* by Cryovac Inc.. (Shaw, John) (Entered: 10/18/2005) |
| 10/18/2005 | 191 | REDACTED VERSION of 183 Appendix *of Exhibits and Unreported Cases in Support of Cryovac Inc.'s Answering Brief in Opposition to Pechiney Plastic Packaging Inc.'s Motion to Amend* by Cryovac Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Exhibit N# 15 Exhibit O# 16 Exhibit P# 17 Exhibit Q# 18 Exhibit Unreported Cases Part 1 of 2# 19 Exhibit Unreported Cases Part 2 of 2)(Shaw, John) (Entered: 10/18/2005) |
| 10/19/2005 | 192 | STIPULATION for additional time to complete discovery through and including 11-10-05; deposition of Cryovac witness 11-2-05 and deposition of Pechiney witness 11-10-05 by Cryovac Inc., Cryovac Inc.. (Shaw, John) (Entered: 10/19/2005) |
| 10/19/2005 | 193 | MOTION for Summary Judgment *on Lost Profits* - filed by Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 10/19/2005) |
| 10/19/2005 | 194 | SEALED OPENING BRIEF in Support re 193 MOTION for Summary Judgment *on Lost Profits* filed by Pechiney Plastic Packaging Inc..Answering Brief/Response due date per Local Rules is 11/2/2005. (Powers, N.) Modified on 10/20/2005 (rwc, ). (Entered: 10/19/2005) |
| 10/19/2005 | 195 | MOTION for Summary Judgment *on Patent Issues* - filed by Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 10/19/2005) |
| 10/19/2005 | 196 | SEALED OPENING BRIEF in Support re 195 MOTION for Summary |

| | | |
|---|---|---|
| | | Judgment *on Patent Issues* filed by Pechiney Plastic Packaging Inc..Answering Brief/Response due date per Local Rules is 11/2/2005. (Powers, N.) (Entered: 10/19/2005) |
| 10/19/2005 | 197 | MOTION for Partial Summary Judgment *on Tortious Interference Claims* - filed by Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 10/19/2005) |
| 10/19/2005 | 198 | SEALED OPENING BRIEF in Support re 197 MOTION for Partial Summary Judgment *on Tortious Interference Claims* filed by Pechiney Plastic Packaging Inc..Answering Brief/Response due date per Local Rules is 11/2/2005. (Powers, N.) (Entered: 10/19/2005) |
| 10/19/2005 | 199 | MOTION in Limine *to Exclude Expert Testimony* - filed by Cryovac Inc.. (Attachments: # 1 Text of Proposed Order)(Shaw, John) (Entered: 10/19/2005) |
| 10/19/2005 | 200 | SEALED OPENING BRIEF in Support re 199 MOTION in Limine *to Exclude Expert Testimony* filed by Cryovac Inc..Answering Brief/Response due date per Local Rules is 11/2/2005. (Shaw, John) (Entered: 10/19/2005) |
| 10/19/2005 | 201 | MOTION for Summary Judgment *that Pechiney Infringes Claim 11 of the Shah '419 Patent* - filed by Cryovac Inc.. (Attachments: # 1 Text of Proposed Order)(Shaw, John) (Entered: 10/19/2005) |
| 10/19/2005 | 202 | SEALED OPENING BRIEF in Support re 201 MOTION for Summary Judgment *that Pechiney Infringes Claim 11 of the Shah '419 Patent* filed by Cryovac Inc..Answering Brief/Response due date per Local Rules is 11/2/2005. (Shaw, John) (Entered: 10/19/2005) |
| 10/19/2005 | 203 | SEALED CLAIM CONSTRUCTION OPENING BRIEF filed by Cryovac Inc.. (Shaw, John) (Entered: 10/19/2005) |
| 10/19/2005 | 204 | SEALED CLAIM CONSTRUCTION OPENING BRIEF filed by Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 10/19/2005) |
| 10/19/2005 | 205 | NOTICE of filing the following document(s) in paper format: Pechiney Plastic Packaging, Inc.'s Unified Appendix for its Motions for Summary Judgment Volume 1 - Public Exhibits. Original document(s) on file in Clerk's Office. Notice filed by N. Richard Powers on behalf of Pechiney Plastic Packaging Inc. (Powers, N.) (Entered: 10/19/2005) |
| 10/19/2005 | 206 | SEALED APPENDIX re 203 Claim Construction Opening Brief by Cryovac Inc.. (Shaw, John) (Entered: 10/19/2005) |
| 10/19/2005 | 207 | SEALED APPENDIX re 200 Opening Brief in Support by Cryovac Inc.. (Shaw, John) (Entered: 10/19/2005) |
| 10/19/2005 | 208 | SEALED APPENDIX re 196 Opening Brief in Support, 204 Claim Construction Opening Brief, 194 Opening Brief in Support, 198 Opening Brief in Support *Volume II - Confidential Exhibits* by Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 10/19/2005) |

| | | |
|---|---|---|
| 10/19/2005 | 209 | SEALED APPENDIX re 196 Opening Brief in Support, 204 Claim Construction Opening Brief, 194 Opening Brief in Support, 198 Opening Brief in Support *Volume III - Confidential Exhibits* by Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 10/19/2005) |
| 10/19/2005 | 210 | SEALED APPENDIX re 196 Opening Brief in Support, 204 Claim Construction Opening Brief, 194 Opening Brief in Support, 198 Opening Brief in Support *Volume IV - Confidential Exhibits* by Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 10/19/2005) |
| 10/19/2005 | 211 | SEALED APPENDIX re 196 Opening Brief in Support, 204 Claim Construction Opening Brief, 194 Opening Brief in Support, 198 Opening Brief in Support *Volume V - Confidential Exhibits* by Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 10/19/2005) |
| 10/19/2005 | 212 | SEALED APPENDIX re 196 Opening Brief in Support, 204 Claim Construction Opening Brief, 194 Opening Brief in Support, 198 Opening Brief in Support *Volume VI - Confidential Exhibits - Deposition Excerpts* by Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 10/19/2005) |
| 10/19/2005 | 213 | SEALED APPENDIX re 196 Opening Brief in Support, 204 Claim Construction Opening Brief, 194 Opening Brief in Support, 198 Opening Brief in Support *Witness Declarations* by Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 10/19/2005) |
| 10/19/2005 | 214 | Compendium of Unreported Decisions re 196 Opening Brief in Support, 204 Claim Construction Opening Brief, 194 Opening Brief in Support, 198 Opening Brief in Support by Pechiney Plastic Packaging Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H)(Powers, N.) (Entered: 10/19/2005) |
| 10/20/2005 | | SO ORDERED, re 192 Stipulation extending discovery deadlines. Signed by Judge Kent A. Jordan on 10/20/05. (rwc, ) (Entered: 10/20/2005) |
| 10/20/2005 | 215 | NOTICE OF SERVICE of Pechiney Plastic Packaging, Inc.'s Third Amended Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) by Pechiney Plastic Packaging Inc., Pechiney Plastic Packaging Inc., Pechiney Plastic Packaging Inc..(Powers, N.) (Entered: 10/20/2005) |
| 10/20/2005 | 216 | UNIFIED APPENDIX - (Volume I - Public Exhibits) re 197 MOTION for Partial Summary Judgment on Tortious Interference Claims, 193 MOTION for Summary Judgment on Lost Profits, 195 MOTION for Summary Judgment on Patent Issues - filed by Pechiney Plastic Packaging Inc. (see 205 Notice of Filing Paper Documents). (Original document(s) on file in Clerk's Office). (rwc, ) (Entered: 10/20/2005) |
| 10/24/2005 | 217 | ANSWER to Amended Complaint *Second* by Pechiney Plastic Packaging Inc..(Powers, N.) (Entered: 10/24/2005) |
| 10/25/2005 | 218 | MOTION for Extension of Time to File Response/Reply *to file and serve its Reply Brief in Support of Pechiney's Motion for Leave to File an Amended Answer, Affirmative Defenses and Counterclaims* - filed by |

| | | |
|---|---|---|
| | | Judge Kent A. Jordan on 10/26/05. (rwc, ) (Entered: 10/27/2005) |
| 10/27/2005 | 228 | SEALED REPLY BRIEF re 172 SEALED MOTION for Leave to File *Amended Answer, Affirmative Defenses and Counterclaims* filed by Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 10/27/2005) |
| 10/27/2005 | 229 | SEALED APPENDIX re 228 Reply Brief *in Support of its Motion for Leave to Amend* by Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 10/27/2005) |
| 10/27/2005 | 230 | APPENDIX re 228 Reply Brief *Unpublished Cases Cited in Reply Brief* by Pechiney Plastic Packaging Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Powers, N.) (Entered: 10/27/2005) |
| 10/27/2005 | 231 | Letter to The Clerk of the Court from N. Richard Powers regarding DI 208, 209, 210, 211, & 212 Confidential in their entirety - re 210 Appendix, 209 Appendix, 212 Appendix,, 208 Appendix, 211 Appendix. (Powers, N.) (Entered: 10/27/2005) |
| 11/03/2005 | 232 | REDACTED VERSION of 228 Reply Brief *in Support of its Motion for Leave to Amend* by Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 11/03/2005) |
| 11/03/2005 | 233 | REDACTED VERSION of 229 Appendix by Pechiney Plastic Packaging Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4) (Powers, N.) (Entered: 11/03/2005) |
| 11/03/2005 | 234 | NOTICE OF SERVICE of Cryovac's Objections and Responses to Pechiney's Notice of Rule 30(b)(6) Deposition re 189 Notice to Take Deposition by Cryovac Inc.. Related document: 189 Notice to Take Deposition filed by Pechiney Plastic Packaging Inc.,,(Sherretta, Michele) (Entered: 11/03/2005) |
| 11/04/2005 | 235 | Joint STIPULATION TO EXTEND TIME for Cryovac and Pechiney's Reply Briefs in Support of their respective Motion for Summary Judgment to December 5, 2005 - filed by Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 11/04/2005) |
| 11/07/2005 | 236 | Order Setting Teleconference: Telephone Conference set for 11/21/2005 11:00 AM before Honorable Kent A. Jordan. Signed by Judge Kent A. Jordan on 11/7/05. (rwc, ) (Entered: 11/07/2005) |
| 11/07/2005 | | SO ORDERED, re 235 Joint STIPULATION TO EXTEND TIME for Cryovac and Pechiney's Reply Briefs in Support of their respective Motion for Summary Judgment to December 5, 2005 filed by Pechiney Plastic Packaging Inc. Reset Briefing Schedule: Reply Briefs due 12/5/2005. Signed by Judge Kent A. Jordan on 11/7/05. (rwc, ) (Entered: 11/07/2005) |
| 11/09/2005 | 237 | FIRST AMENDED SCHEDULING ORDER - Jury Trial (10-days) set for 6/12/2006 09:30 AM in Courtroom 6A before Honorable Kent A. Jordan. Signed by Judge Kent A. Jordan on 11/9/05. (rwc, ) (Entered: 11/09/2005) |

| | | |
|---|---|---|
| 11/11/2005 | 238 | MOTION for Pro Hac Vice Appearance of Attorney Martin I. Fuchs - filed by Cryovac Inc.. (Sherretta, Michele) (Entered: 11/11/2005) |
| 11/16/2005 | | SO ORDERED, re 238 MOTION for Pro Hac Vice Appearance of Attorney Martin I. Fuchs filed by Cryovac Inc . Signed by Judge Kent A. Jordan on 11/16/05. (rwc, ) (Entered: 11/16/2005) |
| 11/18/2005 | 239 | SEALED ANSWERING BRIEF in Opposition *to Cryovac's Motion for Summary Judgment of Infringement* filed by Pechiney Plastic Packaging Inc..Reply Brief due date per Local Rules is 11/28/2005. (Powers, N.) (Entered: 11/18/2005) |
| 11/18/2005 | 240 | SEALED CLAIM CONSTRUCTION ANSWERING BRIEF filed by Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 11/18/2005) |
| 11/18/2005 | 241 | SEALED ANSWERING BRIEF in Opposition re 195 MOTION for Summary Judgment *on Patent Issues* filed by Cryovac Inc., Cryovac Inc..Reply Brief due date per Local Rules is 11/28/2005. (Shaw, John) (Entered: 11/18/2005) |
| 11/18/2005 | 242 | SEALED AFFIDAVIT of Garth L. Wilkes re 241 Answering Brief in Opposition *Pechiney's Motion for Summary Judgment on the Patent Issues* filed by Cryovac Inc., Cryovac Inc.. (Shaw, John) (Entered: 11/18/2005) |
| 11/18/2005 | 243 | SEALED APPENDIX re 242 Affidavit, 241 Answering Brief in Opposition by Cryovac Inc., Cryovac Inc.. (Shaw, John) (Entered: 11/18/2005) |
| 11/18/2005 | 244 | SEALED ANSWERING BRIEF in Opposition re 193 MOTION for Summary Judgment *on Lost Profits* filed by Cryovac Inc., Cryovac Inc..Reply Brief due date per Local Rules is 11/28/2005. (Shaw, John) (Entered: 11/18/2005) |
| 11/18/2005 | 245 | SEALED AFFIDAVIT of Karl Deily re 244 Answering Brief in Opposition *to Pechiney's Motion for Partial Summary Judgment of Lost Profits* filed by Cryovac Inc., Cryovac Inc.. (Shaw, John) (Entered: 11/18/2005) |
| 11/18/2005 | 246 | SEALED APPENDIX re 244 Answering Brief in Opposition, 245 Affidavit by Cryovac Inc., Cryovac Inc.. (Shaw, John) (Entered: 11/18/2005) |
| 11/18/2005 | 247 | CLAIM Construction Chart by Cryovac Inc., Pechiney Plastic Packaging Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2 (Part 1 of 5)# 3 Exhibit 2 (Part 2 of 5)# 4 Exhibit 2 (Part 3 of 5)# 5 Exhibit 2 (Part 4 of 5)# 6 Exhibit 2 (Part 5 of 5)# 7 Exhibit 3# 8 Exhibit 4# 9 Errata 5# 10 Exhibit 6# 11 Exhibit 7# 12 Exhibit 8# 13 Exhibit 9# 14 Exhibit 10# 15 Exhibit 11# 16 Exhibit 12)(Sherretta, Michele) (Entered: 11/18/2005) |
| 11/18/2005 | 248 | SEALED CLAIM CONSTRUCTION ANSWERING BRIEF re 204 Claim Construction Opening Brief filed by Cryovac Inc.. (Sherretta, Michele) (Entered: 11/18/2005) |

| | | |
|---|---|---|
| 11/18/2005 | 249 | SEALED APPENDIX re 248 Claim Construction Answering Brief by Cryovac Inc.. (Sherretta, Michele) (Entered: 11/18/2005) |
| 11/18/2005 | 250 | SEALED ANSWERING BRIEF in Opposition re 197 MOTION for Partial Summary Judgment *on Tortious Interference Claims* filed by Cryovac Inc..Reply Brief due date per Local Rules is 11/28/2005. (Shaw, John) (Entered: 11/18/2005) |
| 11/18/2005 | 251 | SEALED APPENDIX re 250 Answering Brief in Opposition *Appendix in Support of Cryovac, Inc.'s Answering Brief in Opposition to Pechiney's Motion for Partial Summary Judgment on Tortious Interference Claims* by Cryovac Inc.. (Shaw, John) (Entered: 11/18/2005) |
| 11/18/2005 | 252 | SEALED ANSWERING BRIEF in Opposition *to Cryovac's Motion to Exclude Expert Testimony* filed by Pechiney Plastic Packaging Inc..Reply Brief due date per Local Rules is 11/28/2005. (Powers, N.) (Entered: 11/18/2005) |
| 11/18/2005 | 253 | APPENDIX re 239 Answering Brief in Opposition, 240 Claim Construction Answering Brief, 252 Answering Brief in Opposition *Public Exhibits* by Pechiney Plastic Packaging Inc.. (Attachments: # 1 Exhibit 31# 2 Exhibit 32# 3 Exhibit 33# 4 Exhibit 34)(Powers, N.) (Entered: 11/18/2005) |
| 11/18/2005 | 254 | SEALED APPENDIX re 239 Answering Brief in Opposition, 240 Claim Construction Answering Brief, 252 Answering Brief in Opposition *Deposition Excerpts* by Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 11/18/2005) |
| 11/18/2005 | 255 | SEALED APPENDIX re 239 Answering Brief in Opposition, 240 Claim Construction Answering Brief, 252 Answering Brief in Opposition *Unpublished Decisions* by Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 11/18/2005) |
| 11/18/2005 | 256 | SEALED APPENDIX re 239 Answering Brief in Opposition, 240 Claim Construction Answering Brief, 252 Answering Brief in Opposition *Confidential Exhibits* by Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 11/18/2005) |
| 11/18/2005 | 257 | SEALED APPENDIX re 239 Answering Brief in Opposition, 240 Claim Construction Answering Brief, 252 Answering Brief in Opposition *Witness Declarations* by Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 11/18/2005) |
| 11/21/2005 | | Minute Entry for proceedings held before Judge Kent A. Jordan : Motion Hearing / Teleconference held on 11/21/2005 re 172 SEALED MOTION for Leave to File *Amended Answer, Affirmative Defenses and Counterclaims* filed by Pechiney Plastic Packaging Inc. (Court Reporter B. Gaffigan.) (rwc, ) (Entered: 11/21/2005) |
| 11/21/2005 | 258 VOID | STENO NOTES for 11/21/05 filed by Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc, ) (Entered: 11/21/2005) |
| 11/21/2005 | 259 | ORDER - granting in part and denying in part 172 Motion for Leave to |

| | | File Amended Answer, Affirmative Defenses and Counterclaims. Signed by Judge Kent A. Jordan on 11/21/05. (rwc, ) (Entered: 11/21/2005) |
|---|---|---|
| 11/22/2005 | 260 | AMENDED ANSWER - (SEALED)- to 185 Amended Complaint by Pechiney Plastic Packaging Inc.. (Powers, N.) Modified on 11/22/2005 (rwc, ). (Entered: 11/22/2005) |
| 11/22/2005 | 261 | TRANSCRIPT of teleconference held on 11/21/05 before Judge Jordan. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) (rwc, ) (Entered: 11/22/2005) |
| 11/28/2005 | 262 | REDACTED VERSION of 240 Claim Construction Answering Brief by Pechiney Plastic Packaging Inc.. (Powers, N.) Additional attachment(s) added on 11/29/2005 (cas, ). (Entered: 11/28/2005) |
| 11/28/2005 | 263 | REDACTED VERSION of 239 Answering Brief in Opposition by Pechiney Plastic Packaging Inc.. (Powers, N.) Additional attachment(s) added on 11/29/2005 (cas, ). (Entered: 11/28/2005) |
| 11/28/2005 | 264 | REDACTED VERSION of 252 Answering Brief in Opposition by Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 11/28/2005) |
| 11/29/2005 | | CORRECTING ENTRY: Initial attachment to D.I. 262 was incorrect. The incorrect document has been deleted and the proper one is now attached. (cas) (Entered: 11/29/2005) |
| 11/29/2005 | | CORRECTING ENTRY: Initial attachment to D.I. 263 was incorrect. The incorrect docment has been deleted and the correct document is now attached. (cas) (Entered: 11/29/2005) |
| 11/29/2005 | 265 | REDACTED VERSION of 250 Answering Brief in Opposition by Cryovac Inc.. (Attachments: # 1 Part 2 of 2)(Sherretta, Michele) (Entered: 11/29/2005) |
| 11/29/2005 | 266 | REDACTED VERSION of 251 Appendix, by Cryovac Inc.. (Sherretta, Michele) (Entered: 11/29/2005) |
| 11/29/2005 | 267 | REDACTED VERSION of 244 Answering Brief in Opposition by Cryovac Inc.. (Sherretta, Michele) (Entered: 11/29/2005) |
| 11/29/2005 | 268 | REDACTED VERSION of 245 Affidavit by Cryovac Inc.. (Sherretta, Michele) (Entered: 11/29/2005) |
| 11/29/2005 | 269 | REDACTED VERSION of 246 Appendix by Cryovac Inc.. (Sherretta, Michele) (Entered: 11/29/2005) |
| 11/29/2005 | 270 | REDACTED VERSION of 241 Answering Brief in Opposition *to Pechiney's Motion for Summary Judgment on Patent Issues* by Cryovac Inc., Cryovac Inc.. (Sherretta, Michele) (Entered: 11/29/2005) |
| 11/29/2005 | 271 | REDACTED VERSION of 242 Affidavit *of Garth L. Wilkes in Support of Cryovac's Opposition to Pechiney's Motion for Summary Judgment on Patent Issues* by Cryovac Inc., Cryovac Inc.. (Sherretta, Michele) (Entered: 11/29/2005) |

| | | |
|---|---|---|
| 11/29/2005 | 272 | REDACTED VERSION of 248 Claim Construction Answering Brief by Cryovac Inc., Cryovac Inc.. (Sherretta, Michele) (Entered: 11/29/2005) |
| 11/29/2005 | 273 | NOTICE of filing the following document(s) in paper format: Redacted Version of Volume I of Appendix to Cryovac's Answering Brief in Opposition to Pechiney's Motion for Summary Judgment [Docket 243, filed under seal on 11/18/05]. Original document(s) on file in Clerk's Office. Notice filed by Michele Sherretta on behalf of Cryovac Inc., Cryovac Inc. (Sherretta, Michele) (Entered: 11/29/2005) |
| 11/29/2005 | 274 | NOTICE of filing the following document(s) in paper format: Redacted Version of Volume II of Appendix to Cryovac's Answering Brief in Opposition to Pechiney's Motion for Summary Judgment [Docket 243, filed under seal on 11/18/05].. Original document(s) on file in Clerk's Office. Notice filed by Michele Sherretta on behalf of Cryovac Inc., Cryovac Inc. (Sherretta, Michele) (Entered: 11/29/2005) |
| 11/29/2005 | 275 | NOTICE of filing the following document(s) in paper format: Redacted Version of Appendix to Cryovac's Responsive Brief on Claim Construction [Docket 249, filed under seal on 11/18/05]. Original document(s) on file in Clerk's Office. Notice filed by Michele Sherretta on behalf of Cryovac Inc., Cryovac Inc. (Sherretta, Michele) (Entered: 11/29/2005) |
| 12/01/2005 | 276 | REDACTED VERSION of 260 Amended Answer to Complaint by Pechiney Plastic Packaging Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Powers, N.) (Entered: 12/01/2005) |
| 12/05/2005 | 277 | SEALED REPLY BRIEF re 199 MOTION in Limine *to Exclude Expert Testimony Plaintiff Cryovac's Reply Brief in Support of Its Motion to Exclude Expert Testimony Pursuant to Principles Announced in Daubert* filed by Cryovac Inc.. (Shaw, John) (Entered: 12/05/2005) |
| 12/05/2005 | 278 | SEALED REPLY BRIEF re 201 MOTION for Summary Judgment *that Pechiney Infringes Claim 11 of the Shah '419 Patent* filed by Cryovac Inc.. (Shaw, John) (Entered: 12/05/2005) |
| 12/05/2005 | 279 | SEALED REPLY BRIEF *Pechiney's Reply Memorandum in Support of its Motion for Partial Summary Judgment on Tortious Interference* filed by Pechiney Plastic Packaging Inc., Pechiney Plastic Packaging Inc., Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 12/05/2005) |
| 12/05/2005 | 280 | SEALED REPLY BRIEF *Pechiney's Reply Memorandum in Support of Pechiney's Motion for Summary Judgment on Patent Issues* filed by Pechiney Plastic Packaging Inc., Pechiney Plastic Packaging Inc., Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 12/05/2005) |
| 12/05/2005 | 281 | First MOTION to Strike *Pechiney's Motion to Strike the Affidavit of Karl Deily in Support of Cryovac's Memorandum in Opposition to Pechiney's Motion for Partial Summary Judgment of Lost Profits* - filed by Pechiney Plastic Packaging Inc., Pechiney Plastic Packaging Inc., Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 12/05/2005) |

| | | |
|---|---|---|
| 12/05/2005 | 282 | SEALED REPLY BRIEF *Pechiney's Reply Memorandum in Support of Its Motion for Partial Summary Judgment on Lost Profits and Memorandum in Support of Pechiney's Motion to Strike the Affidavit of Karl Deily* filed by Pechiney Plastic Packaging Inc., Pechiney Plastic Packaging Inc., Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 12/05/2005) |
| 12/05/2005 | 283 | SEALED APPENDIX *Pechiney Plastic Packaging, Inc.'s Unified Appendix for its Replies in Support of its Motions for Partial Summary Judgment (Confidential Deposition Excerpts)* by Pechiney Plastic Packaging Inc., Pechiney Plastic Packaging Inc., Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 12/05/2005) |
| 12/05/2005 | 284 | SEALED APPENDIX *Pechiney Plastic Packaging, Inc.'s Unified Appendix for its Replies in Support of its Motions for Summary Judgment (Confidential Exhibits)* by Pechiney Plastic Packaging Inc., Pechiney Plastic Packaging Inc., Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 12/05/2005) |
| 12/05/2005 | 285 | APPENDIX - Notice of Paper Filing Of Pechiney's Unified Appendix for its Replies in Support of its Motions for Summary Judgment-(Public Exhibits) - filed by Pechiney Plastic Packaging Inc., Pechiney Plastic Packaging Inc., Pechiney Plastic Packaging Inc.. (Powers, N.) Modified on 12/7/2005 (rwc, ). (Entered: 12/05/2005) |
| 12/05/2005 | 286 | APPENDIX - Notice of Paper Filing of Pechiney's Unpublished Decisions Cited Within Its Replies in Support of Its Motions for Summary Judgment by Pechiney Plastic Packaging Inc., Pechiney Plastic Packaging Inc., Pechiney Plastic Packaging Inc.. (Powers, N.) Modified on 12/7/2005 (rwc, ). (Entered: 12/05/2005) |
| 12/08/2005 | 287 | SEALED ANSWER to Counterclaim *Plaintiff Cryovac's Reply to Defendant Pechiney's Amended Counterclaims* by Cryovac Inc.. (Sherretta, Michele) (Entered: 12/08/2005) |
| 12/12/2005 | 288 | REDACTED VERSION of 279 Reply Brief, *in Support of Its Motion for Partial Summary Judgment on Tortious Interference* by Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 12/12/2005) |
| 12/12/2005 | 289 | REDACTED VERSION of 282 Reply Brief, *in Support of Its Motion for Partial Summary Judgment on Lost Profits and Memorandum in Support of Pechiney's Motion to Strike the Affidavit of Karl Deily* by Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 12/12/2005) |
| 12/12/2005 | 290 | REDACTED VERSION of 280 Reply Brief, *in Support of Pechiney's Motion for Summary Judgment on Patent Issues* by Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 12/12/2005) |
| 12/12/2005 | 291 | REDACTED VERSION of 277 Reply Brief, *Plaintiff Cryovac's Reply Brief in Support of its Motion to Exclude Expert Testimony Pursuant to Principles Announced in Daubert* by Cryovac Inc.. (Attachments: # 1 Exhibit 18-21)(Sherretta, Michele) (Entered: 12/12/2005) |

| | | |
|---|---|---|
| 12/12/2005 | 292 | REDACTED VERSION of 278 Reply Brief *Plaintiff Cryovac's Reply Brief Supporting its Motion for Summary Judgment that Pechiney Infringes Claim 11 of the Shah '419 Patent* by Cryovac Inc.. (Attachments: # 1 Exhibit 12-15)(Sherretta, Michele) (Entered: 12/12/2005) |
| 12/13/2005 | 293 | MOTION for Pro Hac Vice Appearance of Attorney Li-Chung D. Ho and Patrick L. Patras - filed by Pechiney Plastic Packaging Inc., Pechiney Plastic Packaging Inc., Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 12/13/2005) |
| 12/15/2005 | | SO ORDERED, re 293 MOTION for Pro Hac Vice Appearance of Attorney Li-Chung D. Ho and Patrick L. Patras filed by Pechiney Plastic Packaging Inc . Signed by Judge Kent A. Jordan on 12/15/05. (rwc, ) (Entered: 12/15/2005) |
| 12/15/2005 | 294 | REDACTED VERSION of 287 Answer to Counterclaim *Plaintiff Cryovac's Reply to Defendant Pechiney's Amended Counterclaims* by Cryovac Inc.. (Attachments: # 1 Certificate of Service)(Sherretta, Michele) (Entered: 12/15/2005) |
| 12/15/2005 | 295 | SEALED ANSWERING BRIEF in Opposition re 281 First MOTION to Strike *Pechiney's Motion to Strike the Affidavit of Karl Deily in Support of Cryovac's Memorandum in Opposition to Pechiney's Motion for Partial Summary Judgment of Lost Profits* filed by Cryovac Inc..Reply Brief due date per Local Rules is 12/22/2005. (Sherretta, Michele) (Entered: 12/15/2005) |
| 12/16/2005 | 296 | ORDER - resetting Pretrial Conference for 5/15/2006 03:00 PM in Chambers before Honorable Kent A. Jordan.. Signed by Judge Kent A. Jordan on 12/16/05. (rwc, ) (Entered: 12/16/2005) |
| 12/16/2005 | | Minute Entry for proceedings held before Judge Kent A. Jordan : Markman Hearing held on 12/16/2005. (Court Reporter B. Gaffigan.) (rwc, ) (Entered: 12/19/2005) |
| 12/16/2005 | *VOID* 297 | STENO NOTES for 12/16/05 filed by Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc, ) (Entered: 12/19/2005) |
| 12/20/2005 | 298 | TRANSCRIPT of Claimed Construction Hearing held on 12/16/05 before Judge Jordan. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) - (SEALED) (rwc, ) (Entered: 12/20/2005) |
| 12/20/2005 | 299 | TRANSCRIPT of Claim Construction Hearing held on 12/16/05 before Judge Jordan. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) (rwc, ) (Entered: 12/20/2005) |
| 12/22/2005 | 300 | REDACTED VERSION of 295 Answering Brief in Opposition, *Plaintiff Cryovac's Answering Brief in Opposition to Pechiney's Motion to Strike the Affidavit of Karl Deily* by Cryovac Inc.. (Sherretta, Michele) (Entered: 12/22/2005) |
| 02/27/2006 | 301 | Letter to Honorable Kent A. Jordan from N. Richard Powers. (Powers, N.) (Entered: 02/27/2006) |

| 02/28/2006 | 302 | Letter to The Honorable Kent A. Jordan from John W. Shaw regarding cases referred to at the oral argument in this case on December 16, 2005 - re 301 Letter. (Shaw, John) (Entered: 02/28/2006) |
|---|---|---|
| 04/10/2006 | 303 | NOTICE OF SERVICE of Pechiney Plastic Packaging Inc.'s Second Supplemental Response to Cryovac's First Set of Interrogatories (Nos. 1-8) by Pechiney Plastic Packaging Inc..(Powers, N.) (Entered: 04/10/2006) |
| 04/13/2006 | 304 | OPINION re claim construction. Signed by Judge Kent A. Jordan on 4/13/06. (ntl, ) (Entered: 04/13/2006) |
| 04/13/2006 | 305 | ORDER re 304 Opinion on claim construction. Signed by Judge Kent A. Jordan on 4/13/06. (ntl, ) (Entered: 04/13/2006) |
| 04/17/2006 | 306 | MEMORANDUM OPINION re all pending motions. Signed by Judge Kent A. Jordan on 4/17/06. {SEALED}(ntl, ) (Entered: 04/17/2006) |
| 04/17/2006 | 307 | ORDER: denying as moot 193 Motion for Summary Judgment ; denying as moot 195 Motion for Summary Judgment to the extent that it seeks a judgment that there is no infringement under the doctrine of equivalents, and is denied in all other respects; denying as moot 197 Motion for Partial Summary Judgment; granting in part and denying in part 199 Motion to exclude expert testimony; granting 201 Motion for Summary Judgment as to all ClearShield product specifications except DZ-9004-1; denying as moot 281 Motion to Strike . Signed by Judge Kent A. Jordan on 4/17/06. (ntl, ) (Entered: 04/17/2006) |
| 04/19/2006 | 308 | Proposed Pretrial Order *(SEALED)* by Cryovac Inc., Pechiney Plastic Packaging Inc.. (Shaw, John) (Entered: 04/19/2006) |
| 04/20/2006 | 309 | MOTION for Leave to File *An Additional Motion in Limine* - filed by Pechiney Plastic Packaging Inc.. (Attachments: # 1 Exhibit 1)(Powers, N.) (Entered: 04/20/2006) |
| 04/28/2006 | 310 | REDACTED VERSION of 308 Proposed Pretrial Order , *Volume 1 of 2* by Cryovac Inc., Pechiney Plastic Packaging Inc.. (Attachments: # 1 part 2# 2 part 3# 3 part 4# 4 part 5 (1)# 5 part 5 (2)# 6 part 6 (1)# 7 part 6 (2)# 8 Certificate of Service)(Sherretta, Michele) (Entered: 04/28/2006) |
| 04/28/2006 | 311 | REDACTED VERSION of 308 Proposed Pretrial Order , *Volume 2 of 2* by Cryovac Inc., Pechiney Plastic Packaging Inc.. (Attachments: # 1 part 2# 2 part 3# 3 # 4 # 5 part 6 (1)# 6 part 6 (2)# 7 part 7# 8 part 8# 9 Certificate of Service)(Sherretta, Michele) (Entered: 04/28/2006) |
| 05/01/2006 | 312 | Sealed Letter to Honorable Kent A. Jordan from N. Richard Powers regarding Copy of Opinion with the Parties' Requested Redactions. (Powers, N.) - (SEALED) - (rwc, ). Modified on 5/1/2006 (rwc, ). (Entered: 05/01/2006) |
| 05/01/2006 | | CORRECTING ENTRY: Removed DI# 312 from public view and placed under seal per request of filer. (rwc, ) (Entered: 05/01/2006) |
| 05/01/2006 | 313 | MOTION for Reconsideration re 307 Order on Motion for Summary Judgment,,,,,, Order on Motion for Partial Summary Judgment,,, Order on |

| | | |
|---|---|---|
| | ● | Motion in Limine,,,,,, Order on Motion to Strike,, - filed by Pechiney Plastic Packaging Inc.. (Attachments: # <u>1</u> Exhibit A# <u>2</u> Exhibit B# <u>3</u> Text of Proposed Order # <u>4</u> Certificate of Service)(Powers, N.) (Entered: 05/01/2006) |
| 05/03/2006 | ● | Minute Entry for proceedings held before Judge Kent A. Jordan : Telephone Conference held on 5/3/2006. (Court Reporter B. Gaffigan.) (rwc, ) (Entered: 05/03/2006) |
| 05/04/2006 | ●<u>314</u> | Letter to Dr. Peter T. Dalleo from John W. Shaw regarding enclosing replacement copies of corrected SEALED Exhibit 13 to Proposed Final Pretrial Order - re <u>310</u> Redacted Document,, <u>308</u> Proposed Pretrial Order. (Attachments: # <u>1</u> SEALED - Exhibit 13)(Shaw, John) (Entered: 05/04/2006) |
| 05/04/2006 | ●<u>315</u> | REDACTED VERSION of <u>312</u> Letter *dated May 1, 2006 from Richard Powers to Honorable Kent A. Jordan* by Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 05/04/2006) |
| 05/04/2006 *VOID* | ●316 | STENO NOTES - (SEALED) for 5/3/06 filed by Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc, ) (Entered: 05/04/2006) |
| 05/05/2006 | ●<u>317</u> | REDACTED VERSION of <u>306</u> Memorandum Opinion. (rwc, ) (Entered: 05/05/2006) |
| 05/05/2006 | ● | DI# 317 designated as an opinion. (rwc, ) (Entered: 05/05/2006) |
| 05/05/2006 | ●<u>318</u> | TRANSCRIPT - (SEALED) - of teleconference held on 5/3/06 before Judge Jordan. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) (rwc, ) (Entered: 05/05/2006) |
| 05/08/2006 | ●<u>319</u> | Joint STIPULATION and Order Regarding Amendment to Joint Stipulated Protective Order Pursuant to Rule 26(c) by Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 05/08/2006) |
| 05/08/2006 | ●<u>320</u> | SEALED ANSWERING BRIEF in Opposition re <u>309</u> MOTION for Leave to File *An Additional Motion in Limine* filed by Cryovac Inc..Reply Brief due date per Local Rules is 5/15/2006. (Sherretta, Michele) (Entered: 05/08/2006) |
| 05/10/2006 | ● | SO ORDERED, re <u>319</u> Stipulation filed by Pechiney Plastic Packaging Inc., . Signed by Judge Kent A. Jordan on 5/10/06. (rwc, ) (Entered: 05/10/2006) |
| 05/10/2006 | ●<u>321</u> | VERDICT SHEET by Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 05/10/2006) |
| 05/10/2006 | ●<u>322</u> | Proposed Jury Instructions by Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 05/10/2006) |
| 05/10/2006 | ●<u>323</u> | Proposed Jury Instructions by Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 05/10/2006) |
| 05/10/2006 | ●<u>324</u> | Proposed Voir Dire by Cryovac Inc.. (Shaw, John) (Entered: 05/10/2006) |

| 05/10/2006 | 325 | VERDICT SHEET by Cryovac Inc. *Cryovac's Proposed Special Verdict Form and Objections to Defendant's Proposed Verdict Form.* (Attachments: # 1 Exhibit 1-Cryovac's Proposed Form of Special Verdict and 2-Cryovac's Objections to Defendant's Proposed Verdict Form) (Shaw, John) (Entered: 05/10/2006) |
|---|---|---|
| 05/10/2006 | 326 | Proposed Jury Instructions - (SEALED) - filed by Cryovac Inc.. (Shaw, John) Modified on 5/11/2006 (rwc, ). (Entered: 05/10/2006) |
| 05/12/2006 | 327 | ANSWERING BRIEF in Opposition re 313 MOTION for Reconsideration re 307 Order on Motion for Summary Judgment,,,,,, Order on Motion for Partial Summary Judgment,,, Order on Motion in Limine,,,,,, Order on Motion to Strike,, *CRYOVAC'S OPPOSITION TO PECHINEY'S MOTION FOR CLARIFICATION OF THE COURT'S ORDER DATED APRIL 17, 2006* filed by Cryovac Inc..Reply Brief due date per Local Rules is 5/19/2006. (Attachments: # 1 Exhibits A - C# 2 Certificate of Service)(Keller, Karen) (Entered: 05/12/2006) |
| 05/15/2006 | 328 | REDACTED VERSION of 326 Proposed Jury Instructions *CRYOVAC's SUBMISSION ON CONTESTED JURY INSTRUCTIONS* by Cryovac Inc.. (Attachments: # 1 Tab A, Part 1# 2 Tab A, Part 2# 3 Tab B, Part 1# 4 Tab B, Part 2# 5 Tab B, Part 3# 6 Tab C# 7 Certificate of Service) (Sherretta, Michele) (Entered: 05/15/2006) |
| 05/16/2006 | 329  *VOID* | STENO NOTES for 5/15/06 filed by Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc, ) (Entered: 05/16/2006) |
| 05/16/2006 | | Minute Entry for proceedings held before Judge Kent A. Jordan : Pretrial Conference held on 5/16/2006. (Court Reporter B. Gaffigan.) (rwc, ) (Entered: 05/16/2006) |
| 05/17/2006 | 330 | TRANSCRIPT of Pre-Trial Conference held on 5/15/06 before Judge Jordan. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) (rwc, ) (Entered: 05/17/2006) |
| 05/17/2006 | 331 | ORDER, Pretrial Conference set for 5/25/2006 10:00 AM in Courtroom 6A before Honorable Kent A. Jordan. Signed by Judge Kent A. Jordan on 5/17/06. (rwc, ) (Entered: 05/17/2006) |
| 05/19/2006 | 332 | STIPULATION AND PROPOSED ORDER REGARDING SUPPLEMENTAL EXPERT REPORT re [330] Transcript by Cryovac Inc., Pechiney Plastic Packaging Inc.. (Keller, Karen) (Entered: 05/19/2006) |
| 05/22/2006 | | SO ORDERED, re 332 Stipulation filed by Cryovac Inc., Pechiney Plastic Packaging Inc . Signed by Judge Kent A. Jordan on 5/22/06. (rwc, ) (Entered: 05/22/2006) |
| 05/24/2006 | 333 | Letter to Honorable Kent A. Jordan from N. Richard Powers regarding Choice of Law. (Attachments: # 1 Unpublished Cases)(Powers, N.) (Entered: 05/24/2006) |
| 05/24/2006 | 334 | SEALED APPENDIX re 333 Letter by Pechiney Plastic Packaging Inc.. (Powers, N.) (Entered: 05/24/2006) |

| 06/22/2006 | ● | Minute Entry for proceedings held before Judge Kent A. Jordan : Jury Trial (Day #9) completed on 6/22/2006. (Court Reporter B. Gaffigan.) (rwc, ) (Entered: 06/23/2006) |
|---|---|---|
| 06/22/2006 | ●380 | Jury Notes - discussed/signed by foreperson - (SEALED). (rwc, ) (Entered: 06/23/2006) |
| 06/22/2006 | ●381 | JURY VERDICT - read in Open Court/signed by foreperson - (SEALED). (rwc, ) (Entered: 06/23/2006) |
| 06/22/2006 | ●382 | REDACTED VERSION of 381 Jury Verdict. (rwc, ) (Entered: 06/23/2006) |
| 06/23/2006 | ●378 | STENO NOTES for 6/22/06 filed by Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc, ) (Entered: 06/23/2006) |
| 06/23/2006 | ●379 | TRANSCRIPT of Jury Trial (Day #9) held on 6/22/06 before Judge Jordan. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) (rwc, ) (Entered: 06/23/2006) |
| 07/05/2006 | ●383 | ORDER - that the parties shall confer and submit a form of judgment order to the court on or before 7/14/06. Signed by Judge Kent A. Jordan on 7/5/06. (rwc, ) (Entered: 07/05/2006) |
| 07/14/2006 | ●384 | Letter to The Honorable Kent A. Jordan from John W. Shaw regarding a form of judgment for this action that has been agreed by the parties. (Shaw, John) (Entered: 07/14/2006) |
| 07/17/2006 | ●385 | JUDGMENT in favor of Cryovac, Inc., and against Pechiney, Plastic Packaging in the amount of $2,514,024 as to Count I of Second Amended Complaint; and in favor of Pechiney Plastic Packaging as to Counts, II, III and IV of Second Amended Complaint. (CASE CLOSED). Signed by Judge Kent A. Jordan on 7/17/06. (rwc, ) (Entered: 07/17/2006) |
| 07/17/2006 | ●386 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 4,755,419; (Attachments: 1 - Judgment) (rwc, ) (Entered: 07/17/2006) |
| 07/17/2006 | | (Court only) ***Case Reopened - closed in error. (rwc, ) (Entered: 07/17/2006) |
| 07/17/2006 | ● | CORRECTING ENTRY: ***Case Reopened - closed in error. (rwc, ) (Entered: 07/17/2006) |
| 07/17/2006 | ● | CASE CLOSED (rwc, ) (Entered: 09/20/2006) |
| 02/23/2007 | ●387 | ACKNOWLEDGMENT OF RECEIPT of Plaintiff's Trial Exhibits by Cryovac Inc.. (rwc) (Entered: 02/23/2007) |
| 02/27/2007 | ●388 | Letter to N. Richard Powers from Deputy Clerk dated 2/27/07 regarding return of Defendant's Trial Exhibits. (rwc) (Entered: 02/27/2007) |
| 02/27/2007 | ●389 | ACKNOWLEDGMENT OF RECEIPT of Trial Exhibits by Pechiney Plastic Packaging Inc. (rwc) (Entered: 02/27/2007) |

VOID