OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 1, 2007

John W. Shaw, ESQ.
Young, Conaway, Stargatt & Taylor
jshaw@ycst.com

RE: **Cryovac Inc. v. Pechiney Plastic Inc.**
Civ. No. **04-cv-01278-KAJ**

Dear Counsel:

Pursuant to the Order entered on 7/20/2007 by the Honorable Mary Pat Thyne, the following documents are herewith being returned to you:

ITEMS: 55, 58, 133, 166, 177, 182, 183, 200, 202, 203, 206, 207, 241, 242, 243, 244, 245, 246, 248, 249, 250, 251, 277, 278, 287, 295, 308, 320, 326.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _[signature]_

I hereby acknowledge receipt of the above mentioned documents on 8/1/07.

_[signature]_
Signature