OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
  CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 7 , 2007

Paul E. Crawford, ESQ.
N. Richards Powers
Connolly, Bove, Lodge & Hutz
E-Mail: **pcrawford@cblh.com**

RE: **Cryovac Inc. v. Pechiney Plastic Inc**.
    Civ. No. **04-cv-01278-KAJ**

Dear Counsel:

    Pursuant to the Order entered on 7/20/2007 by the Honorable Mary Pat Thyne, the following documents are herewith being returned to you:

ITEMS: 50,51,56,149,147,176,194,196,198,204,208,209,210,211,212,213
228,229,239,240,252,254,255,256,257,260,279,280,282,283,284,312,
334.

    A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _[signature]_

I hereby acknowledge receipt of the above mentioned documents on  9/7/07  .

_[signature]_
/Signature/